**ORIGINAL**

JT 555

**FILED**

1    **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2

3    Name _Bloodsaw Theopric K._

JUL - 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4         (Last)            (First)            (Initial)

5    Prisoner Number _N/A_

6    Institutional Address _PBSP, B8-113, P.O.Box 7500,_

7    _Crescent City, CA. 95532_

8

9                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**

10   _Bloodsaw Theopric_

11   (Enter the full name of plaintiff in this action.)    _et al._    **CV 08    3315**

12                         vs.                             Case No. _____
                                                           (To be provided by the clerk of court)

13   _Sayre Michael_

14   _Malo-Clines Cheryl_                                  **COMPLAINT UNDER THE**
                                                           **CIVIL RIGHTS ACT,**
15   _Jain Bhawna_                                          **42 U.S.C §§ 1983**

                                                           **JF**

16   (Enter the full name of the defendant(s) in this action))    **E-filing**

17   _____             **(PR)**

18   *[All questions on this complaint form must be answered in order for your action to proceed..]*

19   I.    Exhaustion of Administrative Remedies

20         [**Note:** You must exhaust your administrative remedies before your claim can go

21         forward. The court will dismiss any unexhausted claims.]

22         A.    Place of present confinement _PBSP_

23         B.    Is there a grievance procedure in this institution?

24                    YES (✓)    NO ( )

25         C.    Did you present the facts in your complaint for review through the grievance

26               procedure?

27                    YES (✓)    NO ( )

28         D.    If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                            - 1 -

2

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal *My appeals were rejected at First level due to corrupt activities by medical an custody staff. My origi-*2. First formal level *nal or first appeal of 2006 went to director's level. Supreme Court Reports 88 LAW. ED. Oct. 1943*

3. Second formal level *TERM U.S. 320 (pp. 219 to end) U.S. 321-322 III Particular circumstance under which exhaustion of state r-*4 Third formal level *emedies is or is not necessary.*

*CV-00752-JF-550*

E.    Is the last level to which you appealed the highest level of appeal available to you?

YES (✓)    NO ( )

F.    If you did not present your claim for review through the grievance procedure, explain why._____

_____

_____

II.    Parties

A.    Write your name and your present address. Do the same for additional plaintiffs, if any.

*Bloodsaw Theopric; PBSP, B8-113, P.O. Box 7500, Crescent City, CA. 95532*

B.    Write the full name of each defendant, his or her official position, and his or her

COMPLAINT        - 2 -

3

place of employment.

Sayre Michael, Chief Medical Officer, PBSP.
Malo-Clines Cheryl, Medical Doctors, PBSP.
Jain Bhawna, Medical Doctor, PBSP.

_____

_____ III.

Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

Sayre M., 2-11-08 Seditious an private conspirac-
y deprived of const. rights (ADA) single cell hou-
sing, breach of duty, evid. withheld an falsified
X-RAY reports, attempted murder, equal protection of the
law. Malo-Clines C., 11-16-07 Seditious an private consp-
iracy deprived of const. rights (ADA) single cell hou-
sing, breach of duty, evid. withheld an falsified X-
RAY reports, attempted murder, equal protection of the la-
w. Jain B., 6-25-07 Seditious an private conspiracy dep-
rived of const. rights (ADA) single cell housing, brea-
ch of duty, evid. withheld an falsified X-RAY reports,
attempted murder, equal protection of the law. Neglig-
ence, discriminating et al.

IV.    Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

I am asking the court for just compensation for

COMPLAINT                            - 3 -

4

1  monetary, punitive, an liability damages for
2  injuries and hardships. I am asking the court to
3  grant me my (ADA) single cell housing. I am asking
4  the court for a permanent injunction my life
5  is in imminent danger that attack on me 4-12-07
6  an 10-17-06 was due to negligence

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __19__ day of __June__, 20__08__

_T. Bloodsaw_

(Plaintiff's signature)

COMPLAINT                                    - 4 -

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _Bloodsaw Theopric_ , declare:

I am over 18 years of age and a party to this action. I am a resident of _PBSP_ Prison,

in the county of _Del Norte_ ,

State of California. My prison address is: _PBSP, B8-113, P.O. Box 7500, Crescent City, CA. 95532_ .

On _6-19-08_ ,
(DATE)

I served the attached: _Civil Rights 42 U.S.C. 1983_

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _6-19-08_          _T. Bloodsaw_
(DATE)                         (DECLARANT'S SIGNATURE)



NAME: *Bloodsaw Vreprie*

DC NO: *P20014* HOUSING: *B8-113*

PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

# LEGAL MAIL

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of CA.
ATTN: Clerk
450 Golden Gate Ave.
San Francisco, CA. 94102

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City, CA 95532

02 1M
00 0421 7666
MAILED FROM ZIP CODE 95531

UNITED STATES POSTAGE
$ 05.95⁰
JUN 27 2008

5

**Filed**

CV E-filing **3315**
08        **JF**

OCT 1 6 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**(PR)**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THEOPRIC K. BLOODSAW,          )      No. C 07-1442 JF (PR)
                               )
              Petitioner,      )      ORDER OF DISMISSAL
                               )
       vs.                     )
                               )
J.S. WOODFORD, et al.,         )
                               )
              Respondents.     )
_____)      (Docket No. 3)

Petitioner, a state prisoner proceeding pro se, seeks a writ of habeas corpus

pursuant to 28 U.S.C. § 2254. In the petition, Petitioner challenges the California

Department of Corrections and Rehabilitation's failure to declare him disabled based on

his current medical conditions.

The Supreme Court has declined to address whether a challenge to a condition of

confinement may be brought under habeas. See Bell v. Wolfish, 441 U.S. 520, 526 n.6

(1979); Fierro v. Gomez, 77 F.3d 301, 304 n.2 (9th Cir.), vacated on other grounds, 519

U.S. 918 (1996). However, the Ninth Circuit has held that "habeas jurisdiction is absent,

and a § 1983 action proper, where a successful challenge to a prison condition will not

necessarily shorten the prisoner's sentence." Ramirez v. Galaza, 334 F.3d 850, 859 (9th

Cir. 2003) (implying that claim, which if successful would "necessarily" or "likely"

6

1  accelerate the prisoner's release on parole, must be brought in a habeas petition). The

2  preferred practice in the Ninth Circuit has been that challenges to conditions of

3  confinement should be brought in a civil rights complaint. See Badea v. Cox, 931 F.2d

4  573, 574 (9th Cir. 1991) (civil rights action is proper method of challenging conditions of

5  confinement); Crawford v. Bell, 599 F.2d 890, 891-92 & n.1 (9th Cir. 1979) (affirming

6  dismissal of habeas petition on basis that challenges to terms and conditions of

7  confinement must be brought in civil rights complaint).

8       Accordingly, the Court will dismiss this habeas action because Petitioner's claims

9  do not challenge the legality of his conviction or sentence. Instead, Petitioner challenges

10  the California Department of Correction and Rehabilitation's failure to declare him totally

11  disabled based on his medical conditions. Petitioner's claims are more appropriately

12  addressed in a civil rights complaint pursuant to 42 U.S.C. §1983.

13                              **CONCLUSION**

14       The petition for writ of habeas corpus is DISMISSED without prejudice.

15  Petitioner may re-file his claims in a new action under a civil rights complaint pursuant to

16  42 U.S.C. §1983 on the enclosed form. Petitioner shall include supporting documentation

17  of his prison appeal with his new complaint as the instant case will be closed. Petitioner's

18  motion to proceed in forma pauperis (docket no. 3) is DENIED as moot. The Clerk shall

19  close the file.

20       IT IS SO ORDERED.

21  DATED: _____

22                              JEREMY FOGEL
                                United States District Judge

23

24

25

26

27

28

7

1   A copy of this ruling was mailed to the following:

2

Theopric K. Blood saw
3   P-20045
Pelican Bay State Prison
4   P.O. Box 7500
Crescent City, CA  95532

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal
P:\pro-se\sj.jf\hc.07\Bloodsaw442disrem

**Filed**

OCT 1 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEOPRIC K. BLOODSAW,<br><br>            Petitioner,<br><br>    vs.<br><br>J.S. WOODFORD, et al.,<br><br>            Respondents. | No. C 07-1442 JF (PR)<br><br>JUDGMENT |

The Court has dismissed the instant habeas action without prejudice because Petitioner's challenges to the conditions of his confinement should be brought in a civil rights complaint pursuant to 42 U.S.C. § 1983. Accordingly, a judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: ___10-9-07___

JEREMY FOGEL
United States District Judge

Judgment
P:\pro-se\sj.jf\hc.07\Bloodsaw442jud

9

1  A copy of this ruling was mailed to the following:

2

Theopric K. Blood saw
3  P-20045
Pelican Bay State Prison
4  P.O. Box 7500
Crescent City, CA  95532

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Judgment
P:\pro-se\sj.jf\hc.07\Bloodsaw442jud

Emergency Appeal

'BloodsAW Theopric P20045                    B8-113

I do not have access to a copy machine and PBSP
B-Facility Law Library LTA refuses to copy 602
appeals unless it went to Director's Level. I at-
test under penalty of perjury that all stateme-
nts made by me on this form are true and an
exact duplicate of the statements made by me
and by the Dept. of Corrections on the original
602 Form.

Medical Doctor Jain Bhawna        5-29-07
            T. Bloodsaw             6-20-08

Emergency Appeal

Bloodsaw Theopric P20045                    A2-202

A. Describe Problem: On 5-22-07 I was suppose to be a patient of Medical Doctor Bhawna Jain concerning my disabilities I was told by her that I had no disabilities an disabilities had nothing to do with single cell sense that's all you are trying to get. 3084.7. Exceptions to the Regular Appeals Process. 3085. Americans With Disabilities Act. 3377.1. Inmate Custody Designations. 3160. Inmate Access to Courts. 3901.17.2. Criteria for Placement of Parole Hold. 3271. Responsibility of Employees. 3350.2. Off-Site Health etc.

B. Action Requested: To get CDC 1824 and my privileges an benefits          CV-00752-JF-550
         T. Bloodsaw                    5-29-07

C. Informal Level (Date Received: 5-29-07)
Staff Response: Denied you were seen by DR: Jain on 5-22-07 and DR: Sayre 8-30-06 and after evaluation your request was denied
     A. Flower R.N.                    5-29-07

D. Formal Level: This is a on-going unlawful act by DR: Jain an DR: Sayre discriminating against qualified individual with a disability is prohibited by Title II of ADA denied two or three times prior to 5-22-07 by DR: Jain 118 S. ct. 1952, 524 U.S. 206 PA. Dept. of Corrections v. Yeskey (1998)

BloodSAW T.    P20045              B8-113

I do not have access to a copy machine and PBSP B-Facility Law Library LTA refuses to copy 602 appeals unless it went to Director's Level. I attest under penalty of perjury that all statements made by me on this form are true and an exact duplicate of the statements made by me and by the Dept. of Corrections on the original 602 form.

Medical Doctor Jain Bhawna    6-25-07

T. Bloodsaw    6-20-08

1.

Bloodsaw T.   P20045                    A2-202

(A). Describe Problem: On 6-25-07 I was refused
medical attention by Medical Doctor Bhawna
Jain around seven o'clock that morning I had
several muscle spasms. I have cervical spine
injuries in my neck and degenerative disc d-
isease it has been a ongoing issue with her it
seems to be motivated by hostility. It was a
emergency. 3350. Provision of Medical Care and
Definitions. 3085. American With Disabilities Act.
3377.1. Inmate Custody Desinations. 3160. Inmate
Access to Courts.


(B) Action Requested: Hudson v. McMillian 503 U.S. 1,
8, 112 S.ct. 995 (1992) Estelle v. Gamble 429 U.S.
97, 97 S.ct. 285 (1976) 118 S.ct. 1952, 524 U.S. 206
Pennsylvania Dept. of Corrections v. Yeskey (19
98) 3354.2. Inmate Copayment for Health Care Ser-
vices.
              T. Bloodsaw                  6-25-07

(C.) Informal Level
           See attached 602


(D.) Formal Level: 100 S.ct. 502, 444 U.S. 232 McLain
v. Real Estate Bd. of New Orleans, Inc. (1980) 89 S.
ct. 1322, 394 U.S. 618 Shapiro v. Thompson (1969) 9 S.ct. 1-
22, 128 U.S. 456 Cornelius v. Kessel (1888) 83 S.ct. 1740,
374 U.S. 398 Sherbert v. Verner (1963)
              T. Bloodsaw                  6-27-07

2:

Bloodsaw T. P20045 A2-202

A. Describe Problem: 196 P.2d 590, 87 Cal. App. 2d 175 Whitlow v. Superior Court of Cal. in and For Ventura County (1948) 96 S.Ct. 1848, 425 U.S. 738 Hospital Bldg. Co. v. Trustees of Rex Hospital (1976) 3000. Definitions. 43 Cal. Rptr. 898, 233 Cal. App. 2d 799 LeMere v. Goren (1965) 3350-2. Off-Site Health Care Treatment. 3273. Acceptance and Surrender of Custody. 26 S.Ct. 282, 200 U.S. 321 United States v. Detroit Timber & Lumber Co. (1906) 92 U.S. 275, 92 U.S. 275 Chy Lung v. Freeman (1875)

B. Action Requested: To receive medical attention by a license physician (ADA) and jurisdiction requirements.

CV-00752-JF-550

T. Bloodsaw          6-25-07

C. Informal Level (Date Received 6-28-07)
Staff Response: Per your Case Management Nurse you are scheduled to see a primary care provider on 6-28-07 for your neck pain.

K. Jackson, OT          6-27-07

D. Formal Level: My appeal was not addressed to Jackson K., Registered Nurse she forged her signature unlawfully. 3084.1. Right to Appeal. 3084.2. Appeal Preparation. 80 S.Ct. 412, 361 U.S. 516 Bates v. City of Little Rock (1960) 309 F.supp. 2d 789 U.S. v. Khan (2004)

T. Bloodsaw          6-27-07

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | | Category |
|---|---|---|---|---|
| 1. | _____ | 1. | _____ | _____ |
| 2. | _____ | 2. | _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME Bloodsaw Theopric | NUMBER P20045 | ASSIGNMENT | UNIT/ROOM NUMBER ASU-EI |
|---|---|---|---|

A. Describe Problem: me in a crisis situation. I have the same problem urinating abnormal. I saw Malo-Clines, M.D. recently concerning other medical needs but I brought up the issue about my abnormal bowel movements she made deragatory an unprofessional remarks she's aware of my medical needs. She asked to put sometype of jell up my rectum I allowed her to do so when she was done tampering I was in pain she said your rectum has gotten much larger you need a cellie

If you need more space, attach one additional sheet.

B. Action Requested: Malo-Clines, M.D. is a threat to my health and safety it is a proven fact that she stalks me for malice reason therefore I would like avoid contact with her U.S.C. Amendments I-IV-V-VIII-XIII-XIV

Inmate/Parolee Signature: T. Bloodsaw          Date Submitted: 12-4-07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: Bypass - informal review not required

INMATE APPEALS BRANCH
DEC 10 2007
RECEIVED

Staff Signature: _____          Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

doesn't work on all of us I do not believe it is a head cold medicine. CCR 3084.7. Supreme Court Reports 88 LAW. ED. Oct. 1943 TERM U.S. 320 (pp 219 to end) U.S. 321-322 III Particular circumstance under which exhaustion of state remedies is or is not necessary.

Signature: T. Bloodsaw          Date Submitted: 12-4-07

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approved:                                         Returned

Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

90 S. Ct. 1011, 397 U.S. 254 Goldberg v. Kelly (1970) 96 S. Ct. 1848,
425 U.S. 738 Hospital v. Trustees of Rex Hospital (1976) 196 P.
2d 590, 87 Cal. App. 175 Whitlow v. Superior Court of Cal. in and for
Ventura County (1948) 72 S. Ct. 205, 342 U.S. 165 Rochin v. CA. (1952)

Signature: T. Bloodsaw    Date Submitted: 12-5-07

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____

☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

3377.1. Inmate Custody Designations. 43 Cal. Rptr. 898, 233 Cal. App.
2d 799 LeMere v. Goten (1965) 80 S. Ct. 412, 361 U.S. 516 Bates v.
City of Little Rock (1960) 92 U.S. 275, 92 U.S. 275 Chy Lung v. Freeman
(1875) 78 S. Ct. 1332, 357 U.S. 513 Speiser v. Randall (1958) She makes
intentional False X-RAY reports. 83 S. Ct. 1790, 374 U.S. 398 Sherbert v. Verner (1963) 9 S. Ct. 122, 128 U.S. 456 Cornelius v. Kessel (1888)

Signature: T. Bloodsaw    Date Submitted: 12-6-07

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

☐ See Attached Letter

Date: _____

CDC 602 (12/87)

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____
_____
_____
_____
_____
_____
_____

Staff Signature: _____ Title: _____ Date Completed: _____
Division Head Approved: _____ Returned
Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

J. J. Kravitz, CC II medical appeals coordinator as he calls his or her self makes intentional false comments for malic-e reasons they are misleading I also feel threatened by them. Abridging my First amendment right. 3413. Incompatible Activity.

Signature: T. Bloodsaw    Date Submitted: 12-5-07

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____ Date Completed: _____
Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Constitutional Law. 26 S. Ct. 282, 200 U.S. 321 United States v. Detroit Timber + Lumber Co. (1906) 3350.2. Off-Site Hospital Care Treatment. 3351. Inmate Refusal of Treatment. 3350. Provision of Medical Care and Definitions. 3000. Definitions. 3273. Acceptance and Surrender of Custody. 3901.17.1. Authority to Place Parole Hold. 3401.5. Employee Sexual Misconduct. 3013. Unlawful Influence.

Signature: T. Bloodsaw    Date Submitted: 12-6-07

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

CDC 602 (12/87)    0718324    Date: _____

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.    Category

**PBSP**

1. _____    1. _____
2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME _Bloodsaw Theopric_    NUMBER _P20045_    ASSIGNMENT _____    UNIT/ROOM NUMBER _ASU-E1_

A. Describe Problem: Cheryl Malo-Clines, M.D. I have been going through abnormal bowel movement crises since around an about the year of 1998. Until I started putting in sick-call forms to be examine by a medical doctor I would be stuck on the toilet sometimes for three hours an still go back to it two or three times a day. I am at PBSP under a fraudulent CDC No. P20045 I'm asking for medical attention from a outside hospital. One medical doctor saved me with Laculose Im n -

If you need more space, attach one additional sheet.

B. Action Requested: ot stuck on the toilet three hours but I make bowel movements three times a day some days Laculose works. He first tried Milk of Magnesia it gives you the runs Docusate Sodium was useless the point Im making is he helped

Inmate/Parolee Signature: _T. Bloodsaw_    Date Submitted: _12-4-07_

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: Bypass - informal review not required

Staff Signature: _____    Date Returned to Inmate: _____

IN MAIL APPEALS BRANCH  DEC 10 2007  RECEIVED

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

then she laughs you're older now thats why your bowel movements are not like when you were young. That visit was F- or I was without my pain medication for a month I needed head cold medicine she said I gave you Aller-Chlor I guess it

Signature: _T. Bloodsaw_    Date Submitted: _12-4-07_

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim    CDC Appeal Number:

S/o 27
DEC 0 4 2007

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approved:                                       Returned

Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

J.J. Kravitz, CCII medical appeals coordinator as he calls his or her self makes intentional false comments for malice reasons they are misleading I also feel threatened by them. Abridging my first amendment right. 3413. Incompatible Activity.

Signature: _____ T. Bloodsaw _____ Date Submitted: 12-5-07

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Constitutional Law. 26 S. ct. 282, 200 U.S. 321 United States v. Detroit Timber + Lumber Co. (1906) 3350.2. Off-Site Hospital Care Treatment. 3351. Inmate Refusal of Treatment. 3350. Provision of Medical Care and Definitions. 3000. Definitions. 3273. Acceptance and Surrender of Custody. 3901.17.1. Authority to Place Parole Hold. 3401.5. Employee Sexual Misconduct. 3013. Unlawful Influence.

Signature: _____ T. Bloodsaw _____ Date Submitted: 12-6-07

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

.................................................................

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

                                                      Date: _____

CDC 602 (12/87)                    0718324

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region _____  Log No. _____  Category _____

1. _____  1. _____

2. _____  2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME _BloodsAw Theopric_  NUMBER _P20045_  ASSIGNMENT _____  UNIT/ROOM NUMBER _ASU-E1_

A. Describe Problem: person with permanent disabilities medically an legally Im entitle to single cell housing you have been unprofessional as a M.D. When I came to B-Yard around 8 or 9th month of 2006 I saw you for the first time since my arrival 2-24-04 now each place Im moved to here you come. I was attacked while in the shower by a inmate my lip was burst an scratches in my chest you did not treat me in any way I was immediately sent back. I received the same conflict of interest treat-

If you need more space, attach one additional sheet.

B. Action Requested: That Malo-Clines (Cheryl) show jurisdiction requirements according to the U.P.C. Amendments. I do not need her unprofessional medical skills. P.C. 872. Blank application of a felony complaint     CV-00752-JF-Suit 550

Inmate/Parolee Signature: _T. Bloodsaw_  Date Submitted: _11-16-07_

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: Bypass - informal review not required

Staff Signature: _____  Date Returned to Inmate: _____

RECEIVED NOV 26 2007 INMATE APPEALS BRANCH

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

You have also played games with my medication for pain etc. Supreme Court Reports 88 L.AW. ED. Oct. 1943 TERM U.S. 320 (pp 219 to end) U.S.321-322 III Particular circumstance under which exhaustion of state remedies is or is not necessary. Ibuproten is Motrin is it.

Signature: _T. Bloodsaw_  Date Submitted: _11-16-07_

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

S.O.
NOV 16 2007

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

Staff Signature: _____    Title: _____    Date Completed: _____

Division Head Approved:    Returned

Signature: _____    Title: _____    Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

3000. Definitions. 3013. Unlawful Influence. 3901.17.1. Authority to Place Parole Hold. 3377.1. Inmate Custody Designations. 3354.-2. Inmate Copayment for Health Care Services. 3350.2. Off-site Health Care Treatment. 3273. Acceptance and Surrender of Custody.

Signature: _T. Bloodsaw_    Date Submitted: _11-19-07_

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____    Date Completed: _____

Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

196 P.2d 590, 87 Cal. App. 175 Whitlow v. Superior Court of Cal. in and for Ventura County (1948) 118 Cal. Rptr. 120, 43 Cal. App. 3d 80-9 Chambers v. Municipal Court (1974) 9 S. Ct. 122, 128 U.S. 456 Cornelius v. Kessel (1888) 78 S. Ct. 1332, 357 U.S. 513 Speiser v. Randall (1958) 72 S. Ct. 205, 342 U.S. 165 Rochin v. Calif. (1952) 87 S. Ct. 1737, 387 U.S. 541 See v. City of Seattle (1967) 3084.7. Exceptions etc.

Signature: _T. Bloodsaw_    Date Submitted: _11-20-07_

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region

1. **PBSP**

2. _____

Log No.

1. _____

2. _____

Category

**6**

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME **Bloodsaw Theopric**   NUMBER **P20045**   ASSIGNMENT _____   UNIT/ROOM NUMBER **ASU-E1**

A. Describe Problem: Malo-Clines Cheryl, Medical Doctor I am taking the privilege of asking you for jurisdiction requirements for my false imprisonment at PBSP according to the U.S.C. Amendments I-IV-V-VIII-IX-XIII-XIV. I met PBSP under a fraudulent C. D.C. No. P20045 on 11-8-02 I was unlawfully arrested as a parole violator P.C. 5011. a parole warrant is P.C. 3056. PBSP has no legal authority for my confinement at PBSP they have justified my conviction by the use of fraudulent documents. I feel th-

If you need more space, attach one additional sheet.

reaten by you it appears to me that you are stalking me with hostility as a favor to the Southern Hispanics gang members it has been ongoing with you. You have shown a conflick of interest on my behalf as a patient I am a disable

Inmate/Parolee Signature: _T. Bloodsaw_   Date Submitted: **11-16-07**

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: Bypass - informal review not required

INMATE APPEALS BRANCH

RECEIVED NOV 26 2007

Staff Signature: _____   Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

ment from my attack by three CIOs 4-12-07. I was being neglected as a patient by Jain, M.D. while on A-Yard Ad-Seg. when she moved immediately you were there. Since I've been at ASU Williams, M.D. has been the Medical Doctor but when I was seen 11-9-07 there you are.

Signature: _T. Bloodsaw_   Date Submitted: **11-16-07**

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

s/b
NOV. 16 2007

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

_____

Staff Signature: _____    Title: _____    Date Completed: _____
Division Head Approved:                                              Returned
Signature: _____    Title: _____    Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

*J. J. Kravitz, CC II, Medical Appeals Coordinator your excuse cannot escape U.S. Constitutional jurisdiction requirements 68 S. Ct. 1049, 334 U.S. 266 Price v. Johnston (1948) 26 S. Ct. 282, 200 U.S. 321 United States v. Detroit Timber + Lumber Co. (1906)*

Signature: *T. Bloodsaw*    Date Submitted: *11-19-07*

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____    Date Completed: _____

Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

*Constitutional federal questions. 3075.1. Intake Processing. 80 S. Ct. 412, 361 U.S. 516 Bates v. City of Little Rock (1960) 92 U.S. 275, 92 U.S. 275 Chy Lung v. Freeman (1875) 92 S. Ct. 2593, 408 U.S. 471 Morrissey v. Brewer (1972) 96 S. Ct. 1848, 425 U.S. 738 Hosp. Bldg. Co. v. Trustees of Rex Hosp. (1976) 43 Cal. Rptr. 898, 233 Cal. App. 2d 799 LeMere v. Goren (1965) 3400. Familiarity. 3085. ADA*

Signature: *T. Bloodsaw*    Date Submitted: *11-20-07*

For the Director's Review, submit all documents to:  Director of Corrections
                                                      P.O. Box 942883
                                                      Sacramento, CA 94283-0001
                                                      Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:  ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter
                                                      Date: _____

CDC 602 (12/87)



# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region          Log No.                    Category

1. _____          1. _____          _____

2. _____          2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

PELICAN BAY

NAME: *Bloodsaw Theopric*   NUMBER: *P20045*   ASSIGNMENT: *ASU*   UNIT/ROOM NUMBER: *ASU-E1*

A. Describe Problem: *documents deliberate negligence you have intentionally made false physical examination an diagnoses. On each of my CDC 1824's that you denied intentionally you made statements that are false but you falsely accused me of making them thats wrong and unprofessional. After I was attacked without probable cause by PBSP CIOs you immediately cleared me for double cell on CDC 1845 when I have permanent disabilities and mobility impa-*

If you need more space, attach one additional sheet.

B. Action Requested: *Jurisdiction requirements and my single cell housing (ADA) 42 USC 12131*

*CV-00752-JF-550*

Inmate/Parolee Signature: *T. Bloodsaw*                    Date Submitted: *12-26-07*

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: *Bypass - informal review not required*

Staff Signature: _____                    Date Returned to Inmate: _____

RECEIVED INMATE APPEALS BRANCH JAN -7 2008

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

*96 S. Ct. 1848, 425 U.S. 738 Hospital Bldg. Co. v. Trustees of Rex Hosp. (1976) 26 S. Ct. 282, 200 U.S. 321 United States v. Detroit Timber & Lumber Co. (1906) 43 Cal. Rptr. 898, 233 Cal. App. 2d 799 LeMere v. Goren (1965) 3377.1. Inmate Custody Designations.*

Signature: *T. Bloodsaw*                    Date Submitted: *12-26-07*

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

First Level     ☐ Granted     ☐ P. Granted     ☐ Denied     ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approved: _____ Returned

Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

*3000. Definitions. 3273. Acceptance and Surrender of Custody. Supreme Court Reports 88 LAW. ED. Oct. 1943 TERM U.S. 320 (pp. 219 to end) U.S. 321-322 III Particular circumstance under which exhaustion of state remedies is etc.*

Signature: *T. Bloodsaw* Date Submitted: *12-27-07*

Second Level     ☐ Granted     ☐ P. Granted     ☐ Denied     ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

*100 S. Ct. 502, 444 U.S. 232 McLain v. Real Estate Bd. of New Orleans, Inc. (1980) 651 F. 2d 1289 Palmer v. Roosevelt Lake Log Owners Ass'n (1981) 20 Cal. Rptr. 321, 57 Cal. 2d 450 Auto Equity Sales, Inc. v. Superior Court of Santa Clara County (1962) 89 S. Ct. 1322, 394 U.S. 618 Shapiro v. Thompson (1969) 309 F. Supp. 2d 789 U.S. v. Khan (2004)*

Signature: *T. Bloodsaw* Date Submitted: *1-2-08*

For the Director's Review, submit all documents to:  Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:     ☐ Granted     ☐ P. Granted     ☐ Denied     ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution  PBSP    Log No.    Category

1. _____    1. _____    _____
2. _____    2. _____    _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: Bloodsaw Theopric    NUMBER: P20045    ASSIGNMENT: Z    UNIT/ROOM NUMBER: ASU-E1

A. Describe Problem: Sayre Michael, M.D., Chief Medical Officer I am taking the privilege of asking you for jurisdiction require-ments according to the U.S.C. I-IV-V-VIII-IX-XIII-XIV Amendments. I am unlawfully confined at PBSP under a fraudulent CDC No. P20045 on 11-8-02 I was unlawfully arrested as a parole violator P.C.5011. a parole warrant is P.C.3056. Their is not a felony complaint endorsed against me on case No. YA053506 on the three counts P.C.872. or

If you need more space, attach one additional sheet.

_____ der holding defendant to answer. I am legally an medically entitle to single cell housing I have been deprived of my benefits an privileges for malice reasons. You have shown hostility on my behalf by using fraudulent

Inmate/Parolee Signature: T. Bloodsaw    Date Submitted: 12-26-07

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: Bypass - informal review not required

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

irments. On the CDC 1845 you intentionally said he does not need a hearing impairment vest I have one it was given to me in the presence of Malo-Clines C., M.D. by Sergeant, France at A2-Ag seg. 3901.17.1. Authority to Place Parole Hold.

Signature: T. Bloodsaw    Date Submitted: 12-26-07

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

sh
DEC 2 6 2007

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approved:                                               Returned

Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

*J.J. Kravitz, CCII your excuses cannot escape constitutional jurisdiction requirements. 9 S. Ct. 122, 128 U.S. 456 Cornelius v. Kessel (1888) 3084.7. Exceptions to the Regular Appeals Process. 3085. Americans With Disabilities Act.*

Signature: *T. Bloodsaw* _____ Date Submitted: *12-27-07*

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____

☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

*Constitutional Law. 118 Cal. Rptr. 120, 43 Cal. App. 3d 809 Chambers v. Municipal Court (1974) 3350.2. Off-Site Health Care Treatment. 196 P.2d 590, 87 Cal. App. 175 Whitlow v. Superior Court of Cal. in and For Ventura County (1948) 80 S. Ct. 412, 361 U.S. 516 Bates v. City of Little Rock (1960) 97 S. Ct. 285, 429 U.S. 97 Estelle v. Gamble (1976) 42 USC 12131 Definitions*

Signature: *T. Bloodsaw* _____ Date Submitted: *1-2-08*

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

☐ See Attached Letter

                                                                 Date: _____

CDC 602 (12/87)

0719424

## INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region

1. _____   Log No. 1. _____   Category 9

2. _____   2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME Bloodsaw Theopric   NUMBER P20045   ASSIGNMENT ___   UNIT/ROOM NUMBER ASU-E1

A. Describe Problem: a lot of corruption on my behalf by medica-l and custody staff. Im unlawfully confined at PBSP un-der a fraudulent CDC No. P20045 PBSP has no legal j-urisdiction for my confinement I have asked for 33-50.2. Off-Site Health Care Treatment it has been igno-red. But you have misdiagnosed me as not disable I am saying I am disable and your conduct as a physici-an are unprofessional and racially offensive. and rac-

If you need more space, attach one additional sheet.

B. Action Requested: To get Americans With Disabilities Act and single cell housing with my privileges and benefits

CV-00752-JF-550

Inmate/Parolee Signature: T. Bloodsaw   Date Submitted: 2-11-08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: Bypass - informal review not required.   Rej.

INMATE APPEALS BRANCH   RECEIVED FEB 22 2008   89

Staff Signature: _____   Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

3377.1. Inmate Custody Designations. 3085. Americans With Disabilities Act. 3084.7. Exception to the Regular Appeals Process. 118 s. ct. 1952, 524 U.S. 206 Pennsylvania Dept. of Correction v. Yeskey (1998) 3013. Unlawful Influence.

Signature: T. Bloodsaw   Date Submitted: 2-11-08

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____
Division Head Approved: _____ Returned
Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

*3271. Responsibility of Employees. 3273. Acceptance and Surrender of Custody. 3901.17.1. Authority to Place Parole Hold. 43 Cal. Rptr. 898, 233 Cal. App. 2d 799 LeMere v. Goren (1965) 92 U.S. 275, 92 U.S. 275 Chy Lung v. Freeman (1875)*

Signature: *T. Bloodsaw*                    Date Submitted: *2-15-08*

Second Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

*97 S.Ct. 285, 429 U.S. 97 Estelle v. Gamble (1976) 89 S. Ct. 1322, 394 U.S. 618 Shapiro v. Thompson (1969) 80 S.Ct. 412, 361 U.S. 516 Bates v. City of Little Rock (1960) 60 S.Ct. 811, 310 U.S. 150 U.S. v. Socony-Vacuum Oil Co. (1940) 352 F. 3d 565 Tsombanidis v. West Haven Fire Dept. (2003) 564 F. 2d 126 Resident Advisory Bd. v. Rizzo (1977)*

Signature: *T. Bloodsaw*                    Date Submitted: *2-20-08*

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other _____
☐ See Attached Letter
                                                              Date: _____

CDC 602 (12/87)


0724886

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region
1. _____
2. _____

Log No.
1. _____
2. _____

Category  8

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME  Bloodsaw Theopric    NUMBER  P20045    ASSIGNMENT _____    UNIT/ROOM NUMBER  ASU-E1

A. Describe Problem:  Sayre Michael, M.D., Chief Medical Officer intentional medical negligence repeatedly on my visits and CDC 1824 (ADA). I am permanently disable for the rest of my life from spinal fractures cervical and lumbar, muscle spasms, dizziness etc. I also have a fractured left hip from a gunshot wound I'm not totally deaf but I do have hearing problems from a severe blows to my head. You have deliberately denied me my (ADA) by

If you need more space, attach one additional sheet.

false diagnoses and statements concerning my disabilities now you are avoiding contact with me recently I filed two CDC 1824 (ADA) both were blocked by medical staff and the appeals coordinator. Their has been

Inmate/Parolee Signature:  T. Bloodsaw    Date Submitted:  2-11-08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response:  Bypass - informal review not required

INMATE APPEALS BRANCH
FEB 22 2008
RECEIVED
by

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

ially biased. I'm medically and legally entitled to single cell housing PBSP custody and medical staff has cause me to be attacked by C/O's and hardships, these informants have more authority than Sacramento. 3000. Definitions.

Signature:  T. Bloodsaw    Date Submitted  2-11-08

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

First Level  ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

_____

Staff Signature: _____  Title: _____  Date Completed: _____

Division Head Approved: _____   Returned

Signature: _____  Title: _____  Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

*Kravitz J.J. your statements are misleading an false. 26 S.Ct. 282, 200 U.S. 321 United States v. Detroit Timber + Lumber Co. (1906) 96 S.Ct. 1848, 425 U.S. 738 Hospital Bldg. Co. v. Trustees of Rex Hospital (1976)*

Signature: _____T. Bloodsaw_____   Date Submitted: 2-15-08

Second Level   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____  Date Completed: _____

Warden/Superintendent Signature: _____  Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

*Constitutional Law. Supreme Court Reports 88 LAW.ED. Oct. 1943 TERM U.S. 320 (pp 219 to end) U.S. 321-322 III Particular circumstance under which exhaustion of state remedies is or is not necessary. 196 P.2d 590, 87 Cal. App. 175 Whitlow v. Superior Court of Cal. in and for Ventura County (1948) 59 S.Ct. 954, 307 U.S. 496 Hague v. CIO (1939)*

Signature: _____T. Bloodsaw_____   Date Submitted: 2-20-08

For the Director's Review, submit all documents to:  Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

........................................................................................

DIRECTOR'S ACTION:   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____
☐ See Attached Letter

CDC 602 (12/87)                                    Date: _____



214

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approved:    Returned

Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

C.E. Wilber, A.C. It appears to me that what you are saying
is CDC 1824 or CCR 3377.1. do not apply to black inmates.
80 S.Ct.412, 361 U.S.516 Bates v. City of Little Rock (1960) 321
F.Supp.107 U.S. v. Sinclair (1971)

Signature: _____ T. Bloodsaw    Date Submitted: 4-14-08

Second Level    □ Granted    □ P. Granted    □ Denied    □ Other

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____

□ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Constitutional Law. 26 S.Ct.282, 200 U.S.321 United States
v. Detroit Timber & Lumber Co. (1906) 309 F.Supp.2d 789 U.
S. v. Khan (2004) 34 S.Ct.283, 232 U.S.134 Bacon v. Rutland
R.Co. (1914) 43 Cal.Rptr.898, 233 Cal.App.2d 799 LeMere
v. Goren (1965) 118 F.3d 168 Yeskey v. Com. of Pa. Dept. of
Correction (1997)

Signature: _____ T. Bloodsaw    Date Submitted: 4-15-08

For the Director's Review, submit all documents to: Director of Corrections
       P.O. Box 942883
       Sacramento, CA 94283-0001
       Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    □ Granted    □ P. Granted    □ Denied    □ Other _____

□ See Attached Letter

Date: _____

CDC 602 (12/87)



0724907

# INMATE/PAROLEE
# APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region

| Log No. | | Category |
|---|---|---|
| 1. _____ | 1. _____ | |
| 2. _____ | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| | | | |

A. Describe Problem: _____

_____

_____

_____

_____

_____

RECEIVED
APR 18 2008
INMATE APPEALS BRANCH

If you need more space, attach one additional sheet.

B. Action Requested: _____

_____

_____

_____

Inmate/Parolee Signature: _____   Date Submitted: _____

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____   Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____   Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

**First Level**   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

_____

_____

Staff Signature: _____   Title: _____   Date Completed: _____

Division Head Approved:                                                          Returned

Signature: _____   Title: _____   Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

C.E. Wilber racial discrimination against persons with disabilities is unlawful your statements are false. 3350.2. Off-Site Health Care Treatment. 3268. Use of Force. 309 F. Supp. 2d 789 U.S. v. Khan (2004) * 412 80 S. Ct. 412

Signature: _____T. Bloodsaw_____   Date Submitted: 1-17-08

**Second Level**   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____   Date Completed: _____

Warden/Superintendent Signature: _____   Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Constitutional Law. Medical and custody staff are violating my constitutional rights U.S.C. Amendments I-IV-V-VIII-IX-XIII-XIV. 327I. Responsibility of Employees CCR 3075.3.; 17 S. Ct. 540, 166 U.S. 290 U.S. v. Trans-Missouri Freight Ass'n (1897) 92 U.S. 275, 92 U.S. 275 Chy Lung v. Freeman (1875) 97 S. Ct. 285, 429 U.S. 97 Estelle v. Gamble (1976)

Signature: _____T. Bloodsaw_____   Date Submitted: 1-22-08

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

0721767

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | | Category |
|---|---|---|---|---|
| | 1. _____ | 1. _____ | | _____ |
| | 2. _____ | 2. _____ | | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| | | | |

A. Describe Problem: _____

_____

_____

_____

_____

_____

_____

If you need more space, attach one additional sheet.

B. Action Requested: _____

_____

_____

_____

Inmate/Parolee Signature: _____     Date Submitted: _____

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____     Date Returned to Inmate: _____

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

*Supreme Court Reports 88 LAW. ED. Oct. 1943 TERM U.S. 320 (pp. 219 to end) U.S. 321-322 III. Particular circumstance under which exhaustion of state remedies is or is not necessary. 352 F.3d 565 Tsombanidis v. West Haven Fire Dept. (2003)*

Signature: _____     Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

STATE OF CALIFORNIA                                                                DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region **PBSP**   Log No.   Category   *8/10 wants to see*
1. _____   1. *IA-18-2007-11532*   *spec. wants*
2. _____   2. _____   *single cell*

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.   *STATUS*

NAME *Bloodsaw*   NUMBER *P20045*   ASSIGNMENT *ASU E1*   UNIT/ROOM NUMBER

A. Describe Problem: _____

*See attached CDC 1824*

If you need more space, attach one additional sheet.

B. Action Requested: *See attached CDC 1824*

Inmate/Parolee Signature: _____   Date Submitted: _____

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____   Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

*Supreme Court Reports 88 LAW. ED. Oct. 1943 TERM U.S. 3-
20 (pp. 219 to end) U.S. 321-322 III Particular circumstance un-
der which exhaustion of state remedies is or is not necess-
ary. 352 F.3d 565 Tsombanidis v. West Haven Fire Dept. (2003)*

Signature: _____   Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim   CDC Appeal Number:

*1ST*   *S/0*
DEC 03 2007   DEC 27 2007



too tot 212

DEC 03 2008    DEC 1 3 2008

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approved: 

Signature: _____ Title: _____ Date to Inmate: _____    Returned _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

J.J. Kravitz your statements are misleading an false. 9 S.Ct.122, 128 U.S. 456 Cornelius v. Kessel (1888) 96 S.Ct. 1848, 425 U.S. 738 Hospital Bldg. Co. v. Trustees of Rex Hospital (1976) 3268. Use of Force. 321 F. Supp. 1074 U.S. v. Sinclair (1971)

Signature: T. Bloodsaw    Date Submitted: 1-2-08

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____

☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Constitutional Law. 100 S.Ct. 502, 444 U.S. 232 McLain v. Real Estate Bd. of New Orleans, Inc. (1980) 80 S.Ct. 412, 361 U.S. 516 Bates v. City of Little Rock (1960) 92 U.S. 275, 92 U.S. 275 Chy Lung v. Freeman (1875) 97 S.Ct. 285, 429 U.S. 97 Estelle v. Gamble (1976) I refuse an avoid contact with Malo-Clines, M.D. reason harassment restraining or. CV-00752-JF-550

Signature: T. Bloodsaw    Date Submitted: 1-4-08

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

CDC 602 (12/87)

0719905

50

# INMATE/PAROLEE
# APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.    Category

1. HOSP    1. _____    _____

2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
|      |        |            |                  |

A. Describe Problem: _____

_____

_____

_____

_____

_____

_____

If you need more space, attach one additional sheet.

B. Action Requested: _____

_____

_____

_____

Inmate/Parolee Signature: _____    Date Submitted: _____

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

5017
.100

211

First Level — ☐ Granted ☐ P. Granted ☐ Denied ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approved:
Signature: _____ Title: _____ Returned
Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

On 9-5-06 my CDC 1824 was denied by M.C. Sayre Chief Medical Officer
he intentionally made false statements I said I did not come to argue
about my disability and walked out I have a disability Cervical Spine etc.
I did not know that he is also the associate warden, medical negligence

Signature: T. Bloodsaw                          Date Submitted: 9-13-06

Second Level ☐ Granted ☐ P. Granted ☒ Denied ☐ Other        9-14-06

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: 9-28-06
☐ See Attached Letter

Signature: _____ MMcLean HCM              Date Completed: 9-20-06
Warden/Superintendent Signature: _____        Date Returned to inmate: 9/25/06

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

My reason for the Director's Level Review is intentional medical neg-
ligence by Dr. Sayre (C.M.O.) an Cheryl Malo-Clines Physician
my appeal was also denied by Joseph Kravitz (HPC) an Maureen McLe-
an (HCM) is it true or false that Dr. M.C. Sayre has the authority of as-
sociate warden U.S.C. VIII, GOVT.845.6., GOVT.844.6., GOVT.814, GOVT.
825., GOVT.830., P.C.134., 889 F. Supp. 1146., 96 S.Ct.1848, 425 U.S. 738.

Signature: T. Bloodsaw                          Date Submitted: 10-5-06

For the Director's Review, submit all documents to:  Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☒ Denied ☐ Other
☐ See Attached Letter                                   NOV 0 2 2006
CDC 602 (12/87)                                          Date: _____

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
CDC 1824 (1/95)

INSTITUTION/PAROLE REGION: BSPI

LOG NUMBER: B06-02075

CATEGORY: 18. ADA

19

JMD

B8-209

**NOTE:** THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| Bloodsaw Theopric | P20045 | N/A | N/A | 188-120 |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

**MODIFICATION OR ACCOMMODATION REQUESTED**

DESCRIPTION OF DISABILITY:
Cervical Spine, Abnormal C-5/6 interspace C-1, C-5/C-6, C5-6, C6-C7, and C4 Dizziness, Muscle Spasms, gunshot in left hip, lower back pain

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?
My medical documents X-RAY reports, Police incident report on 11-8-02, when I was attacked severely beaten them for malice reasons and they contributed to the new spinal injuries in my neck

DESCRIBE THE PROBLEM:
Severe pain and discomfort, Spasms, Dizziness

U.S.C. Amendments VI, XIV

INMATE APPEALS BRANCH

RECEIVED OCT -6

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?
Total disable (ADA) CDC 1824. 42 U.S.C. 12131 et seq. (ADA) 29 U.S.C. 794 (Rehabilitation Act) Pennsylvania Dept. of Corrections v. Yeskey (19-98) 524 U.S. 206 (118 S. Ct. 1952; 141 L. Ed. 2d 215)., 3377.1. Inmate Custody Designations. 3375. Classification Process.

INMATE/PAROLEE'S SIGNATURE
T. Bloodsaw

DATE SIGNED
8-9-06

1ST/HCM 8/28/06

2ND/HCM SEP 14 2008

AUG 14 2008

REASONABLE MODIFICATION OR ACCOMMODATION REQUEST
CDC 1824 (1/95)

## REVIEWER'S ACTION

DATE ASSIGNED TO REVIEWER: 8/28/06
DATE DUE: 9/19/06

**TYPE OF ADA ISSUE**

[ ] PROGRAM, SERVICE, OR ACTIVITY ACCESS (Not requiring structural modification)

    [ ] Auxiliary Aid or Device Requested

    [X] Other Total Medical Disabled due to back & hip pain

[ ] PHYSICAL ACCESS (requiring structural modification)

**DISCUSSION OF FINDINGS:** Inmate seeking total medical disability, which is not medically indicated/r necessary at this time. A medical chrono has been written RE limitations and a low bunk chrono dated 8/29/06

Interviewed by me on 8/30/06 Inmate clearly states that he has no disability and can do everything. M C Sayre

8/11/06
**DATE INMATE/PAROLEE WAS INTERVIEWED**

CMelo Clines
**PERSON WHO CONDUCTED INTERVIEW**

**DISPOSITION**

[ ] GRANTED    [X] DENIED    [ ] PARTIALLY GRANTED

**BASIS OF DECISION:** Total Disability

He has no disability by his own statements M C Sayre

**NOTE:** If disposition is based upon information provided by other staff or other resources, specify the resource and the information provided. If the request is granted, specify the process by which the modification or accommodation will be provided, with time frames if appropriate.

| DISPOSITION RENDERED BY: (NAME) M.C. SAYRE | TITLE CMO | INSTITUTION/FACILITY PBSP | X |

### APPROVAL

ASSOCIATE WARDEN'S SIGNATURE
M C Sayre

DATE SIGNED 9/5/06    X

DATE RETURNED TO INMATE/PAROLEE 9-5-06

REASONABLE MODIFICATION OR ACCOMMODATION REQUEST
CDC 1824 (1/95)

| REVIEWER'S ACTION |
|---|

**TYPE OF ADA ISSUE**

DATE ASSIGNED TO REVIEWER:

DATE DUE:

☒ PROGRAM, SERVICE, OR ACTIVITY ACCESS (Not requiring structural modification)

　☒ Auxiliary Aid or Device Requested

　☐ Other_____

☐ PHYSICAL ACCESS (requiring structural modification)

**DISCUSSION OF FINDINGS:** YOU SUBMITTED THIS CDC 1824 dated 08-23-04 Stating your claims of hearing impairment as well as a history of gun shot wounds which may have caused a mobility impairment. This appeal was suspended on 09-21-04 pending further outside consultations + evaluations. An examination and assessment of your physical condition as well as recent x-rays was completed by Dr. TANJI with the UC DAVIS Telemedicine health system orthopedic clinic on 02-03-05. The radiographic findings were consistent with those noted in 1992. Hearing tests resulted in your being fitted with hearing aids on 03-18-05. During our interview, you stated that your hearing was improved when you wear the hearing aids.

__03-22-05__
DATE INMATE/PAROLEE WAS INTERVIEWED

__FREDERICK W. SPENCER__
PERSON WHO CONDUCTED INTERVIEW

**DISPOSITION**

☐ GRANTED　　☐ DENIED　　☒ PARTIALLY GRANTED

**BASIS OF DECISION:** You were fitted with two hearing aids on 03-18-05 and you state that your ability to hear is improved. Your orthopedic exam resulted in an assessment of cervical spine osteoarthritis secondary to assault with radicular symptoms. Although this condition would cause episodes of upper body stiffness with occasional radiating pain, it would not cause you to be mobility impaired. You are currently, and have been, single celled. You have not received official single cell status.

**NOTE:** If disposition is based upon information provided by other staff or other resources, specify the resource and the information provided. If the request is granted, specify the process by which the modification or accommodation will be provided, with time frames if appropriate.

| DISPOSITION RENDERED BY: (NAME) FREDERICK W. SPENCER, DDS | TITLE Chief Dental Officer | INSTITUTION/FACILITY PBSP |
|---|---|---|

| APPROVAL |
|---|

ASSOCIATE WARDEN'S SIGNATURE
~~Neil K. Thodru~~

DATE SIGNED 3/22/05

DATE RETURNED TO INMATE/PAROLEE MAR 23 2005

Real Lon R/N

209

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR
ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: PBSP | LOG NUMBER: A-04-02445 | CATEGORY: 18. ADA |
|---|---|---|

*NOTE:* **THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES**

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

A-2  125L

| INMATE/PAROLEE'S NAME (PRINT) Bloodsaw Theopric | CDC NUMBER P20045 | ASSIGNMENT N/A | HOURS/WATCH N/A | HOUSING A-2-226 |
|---|---|---|---|---|

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:
Vertebral, Blow to head 1977 Dizziness since, Cervical Spine

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?
They are attached to this form the one's I have in my possession, medical documents

DESCRIBE THE PROBLEM:
I have left ear drum damage, shot in left leg or hip, shot in upper left chest, Abnormal C-5/6 interspace, (1) Reversal of cervical curvature (2) Degenerative disc disease, (3) Fractures verses superimposed position artifact of C-1 as described, This maybe secondary to positioning or muscle spasms Too many problems from my cellie's

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?
I want the Americans With Disabilities Act, and assigned disable, I would also like to be assigned single cell status, This maybe secondary to positioning or muscle spasms. Imminent danger of serious physical injury

T. Bloodsaw                          8-23-04
INMATE/PAROLEE'S SIGNATURE          DATE SIGNED

208

STATE OF CALIFORNIA

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | DEPARTMENT OF CORRECTIONS |
| --- | --- | --- |
| PBSP | A05-01931 | CATEGORY: 18. ADA |

NOTE: THIS FORM IS TO BE USED ONLY BY ~~INMATES/PAROLEES WITH~~ DISABILITIES

USE AS ORIGINAL

*In ~~completing~~ this request, it will be verified that the ~~inmate/parolee~~ has a disability which is covered under the Americans With Disabilities Act.*

A2-103

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
| --- | --- | --- | --- | --- |
| *Bloodsaw Theopric* | P20045 | N/A | N/A | A2-125 |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

**MODIFICATION OR ACCOMMODATION REQUESTED**

DESCRIPTION OF DISABILITY:
*Vertebral abnormal C-5/6 interspace, C6-C7 abnormal cervical lordosis, severe pain in left hip, spasms, lower back pain, Dizziness*

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?
*My medical documents they are attached*

DESCRIBE THE PROBLEM:
*Shot in my left hip severe pain, Abnormal C 5/6 interspace, C6-C7 Degenerative disc disease, Spasms, Dizziness, lower back pain a L.A County Sheriff's Deputy came down on my lower back with both of his knees.*
*3350. Provision of Medical Care and Definitions.*

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?
~~totally of~~
*Totally disable Americans With Disabilities Act, I want to be diagnosed by a physician as totally disable. 3044.(B) An inmate diagnosed by a physician and/or psychiatrist as totally disable shall remain in Privilege Group A unless changed by disciplinary action.*

*T. Bloodsaw*
INMATE/PAROLEE'S SIGNATURE

APR 20 2005
KCM
AUG 1 1 2005

5-3-05  5-4-05
DATE SIGNED

*Treat as 2nd level response*

**REVIEWER'S ACTION**

DATE ASSIGNED TO REVIEWER: **8-11-05**
DATE DUE: **9-1-05**

**TYPE OF ADA ISSUE**

[ ] PROGRAM, SERVICE, OR ACTIVITY ACCESS (Not requiring structural modification)

    [ ] Auxiliary Aid or Device Requested

    [X] Other _____ *low back pain* _____

[ ] PHYSICAL ACCESS (requiring structural modification)

DISCUSSION OF FINDINGS: *No limitations other than typical low back pain*

DATE INMATE/PAROLEE WAS INTERVIEWED: **12/14/05**

PERSON WHO CONDUCTED INTERVIEW: *MC Sayre*

**DISPOSITION**

[ ] GRANTED    [X] DENIED    [ ] PARTIALLY GRANTED

BASIS OF DECISION: *No limitation found*

NOTE:  If disposition is based upon information provided by other staff or other resources, specify the resource and the information provided.  If the request is granted, specify the process by which the modification or accommodation will be provided, with time frames if appropriate.

| DISPOSITION RENDERED BY (NAME) | TITLE | INSTITUTION/FACILITY |
|---|---|---|
| *MC Sayre* | *CMO(A)* | *PBSP* |

**APPROVAL**

| ASSOCIATE WARDEN'S SIGNATURE | DATE SIGNED |
|---|---|
| *Maureen McLean Hill — MC Sayre* | *12/15/05* |

DATE RETURNED TO INMATE/PAROLEE: **3-1-06**

225.

STATE OF CALIFORNIA
GA-22 (9/92)

## INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE 5-5-08 | TO Case Records Dept | FROM (LAST NAME) Bloodsaw Theopric | CDC NUMBER P2004 |
|---|---|---|---|

| HOUSING B8- | BED NUMBER 113 | WORK ASSIGNMENT | JOB NUMBER FROM        TO |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS FROM        TO |

### Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I would greatly appreciate you assisting me
with copies of all of my CDC 128-Gs since my
arrival at PBSP 2-24-04 A&B Facilities I'm
without my property it should of been delivered

INTERVIEWED BY Dmitton CCI

DATE 5/6/08

DISPOSITION
I need a trust withdrawel for the copies. Also
you are in the BMU and if you have said copies
in your property and are allowed such property then
write to C/O J. Thom for assistance

/ / 3
24
Name & Number:     BLOODSAW, THEOPRIC     P20045     B8-209L     CDC-128C

Due to a medical condition, please allow this patient to have his bilateral hearing aids in his cell, for duration of one (1) year.  EXPIRES: 03/06/08   (Written by C. Malo-Clines, F.N.P.)

Original:   Medical Records

cc:  Unit Sgt.     Inmate
     CCII-Fac   C-File
      Specialty Clinic

MICHAEL SAYRE, M.D.
Chief Medical Officer

Written: 03/07/07
Typed: 03/12/07     BLOODSAW,          P20045          PBSP/dk          MEDICAL
                    THEOPRIC

#223

| Name & Number: | **BLOODSAW, THEOPRIC** | **P20045** | **A4-226** | **CDC-128C** |

Due to a medical condition, please issue this patient hearing aids for duration of ONE (1) year.  EXPIRES: 10/18/05  (Written by J. LAZORE F.N.P.)

Original:  Medical Records

cc: Unit Sgt.    Inmate
    CCII-Fac    C-File
    Specialty Clinic

_____
DWIGHT W. WINSLOW, M.D.
Health Care Manager

**Written: 10/18/04**
**Typed: 10/21/04**     **BLOODSAW,**          **P20045**     **PBSP/bgr**          **MEDICAL**
                        **THEOPRIC**

| DATE | TIME | |
|---|---|---|
| 1/4/04 | 0920 | chart mep for MD exam c/o Head injury and request for disability placement. — Elmiri RN |
| 1/30/04 | S | Requesting disability placement. |
| 505 | O | alert and oriented. Sinvul radiology report dated 12/17/92. Referred blow to head in 1992. |
| | A | Health Maintenance r/t disability request |
| | P. | MD line now. J. Molymm |
| 7/20/04 | 1015 | ⊕ c/o pain req. RF of Tylenol. IM states he wants total disability, claims hx of head injury, back |
| 98⁵- | 100-16 | problem, claims ⊕ ear drum damaged & painful. See past notes |
| 12/4/6 | 98 ⁴²/₆ | ⊕ A-O-WAD, ambulates w/o difficulty observed moving all extremities and turning head w/o difficulty. |

HEENT-WNL, TM's bilat c̄ cone of light, ⊘ redness, ⊘ tear ⊘ fluid visible, ⊘ cervical or auricular LAD

Lungs CTA.        Heart-RRR

IM advised that if he has a disability issue he needs to submit proper forms. I have no documentation of any disability.        IM has tried to get disability before & has rec'd 115 for not working.

⊕ Dear pain

⊕ Tylenol 325mg ȶ TT po BID as needed pain × 90 days

XR C-spine. 74 ∮ results

⊕ Med use        Joan E Layre RN

BloodSaw, T.
P20045

**INTERDISCIPLINARY PROGRESS NOTES**

**COMBINED PSD**

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.    Category

1. _____    1. _____    8/10
2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: Bloodsaw    NUMBER: P20045    ASSIGNMENT: ___    UNIT/ROOM NUMBER: A2-125

**A. Describe Problem:** To Doctor Window Chief medical officer, I am having problem with staff physician I have a permanent disability I have vertebral DR. Lazore had more Xrays taken it showed another injury C6-C7 DR. Lazore says she has no documentation of any disability I have been writing to see Orthoptic for over 4 months; Inadequate medical care violates the U.S.C. Eight Amendment I should be medically unassigned 3350. Provision of Medical Care and Definitions (1) Medic-

If you need more space, attach one additional sheet.

**B. Action Requested:** ally Necessary means health care services that are determined by the attending physician to be reasonable and necessary to protect life prevent significant illness or disability or alleviate severe pain and are supported by health outcome

Inmate/Parolee Signature: T. Bloodsaw    Date Submitted: 1-3-05

**C. INFORMAL LEVEL (Date Received: _____ )**

Staff Response: Your XR ray results do not qualify you for a disability. The referral process can take many months, as discussed previously

Staff Signature: Joan E Lazore    Date Returned to Inmate: 1-6-05

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

DR. Lazore is making false statements; 3413. Incompatible Activity. (2) Contains defamatory, intentionally false, intentionally inaccurate abusive, threatening, racially offensive, racially biased, or unlawfully discriminatory material.

Signature: T. Bloodsaw    Date Submitted: 2-3-05

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

19
JAN 0 7 2005    FEB 1 2005

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region
1. _____    1. _____
2. _____    2. _____

Log No.

Category

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME _Bloodsaw_    NUMBER _P20045_    ASSIGNMENT _____    UNIT/ROOM NUMBER _A2-125_

**A. Describe Problem:** data as being effective medical care. (4) severe pain means a degree of discomfort that significantly disables the patient from reasonable independent function. (5) Significant illness and disability means a medical condition that causes or may cause if left untreated a severe limitation of function or ability to preform the daily activities of life or that may cause premature death. U.S.C. Eighth Amendment

If you need more space, attach one additional sheet.

**B. Action Requested:** To be medically unassigned and not unlawfully racially discriminated against because of race or physical handicap cruel and unusual punishment

Inmate/Parolee Signature: _T. Bloodsaw_    Date Submitted: _1-3-05_

**C. INFORMAL LEVEL** (Date Received: _____ )

Staff Response: _____

_____

_____

Staff Signature: _____    Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

3004. Rights and Respect of others. (a) + (C)

_____

Signature: _T. Bloodsaw_    Date Submitted: _2-3-05_

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

_____

COMPLIED

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# DIRECTOR'S LEVEL APPEAL DECISION

Date: NOV 0 2 2006

In re: Bloodsaw, P-20045
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA 95531-7000

IAB Case No.: 0603932        Local Log No.: PBSP 06-02075

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner B. Sullivan, Staff Services Manager I. All submitted documentation and supporting arguments of the parties have been considered.

**I    APPELLANT'S ARGUMENT:** It is the appellant's position that he has a gunshot in his left hip and has lower back pain, cervical spine problems, dizziness, and muscle spasms. He asks to be deemed totally disabled.

**II   SECOND LEVEL'S DECISION:** The reviewer found that Dr. Sayre interviewed the appellant August 30, 2006. The appellant clearly stated that he has no disability and can do everything. The appellant wants to be declared disabled when he paroles. The examination of the appellant revealed that there is no medical reason for him to be medically disabled at this time. He was given a medical chrono for a low bunk. Dr. Sayre stated that the appellant is not having any difficulty with activities of daily living at Pelican Bay State Prison (PBSP). The appeal is denied at the Second Level of Review.

**III  DIRECTOR'S LEVEL DECISION:** Appeal is denied.

**A.  FINDINGS:** At the Director's Level of Review, the appellant alleges medical negligence by Dr. Sayre. He claims to have a disability of the cervical spine.

The appellant must understand that pursuant to the Armstrong Remedial Plan (ARP), Section IV.I.14.f, "Only when an inmate's disability, even with reasonable accommodation, renders the inmate ineligible to participate in any available academic/vocational or work program for which the inmate is otherwise qualified, will the inmate be deemed "Medical Unassigned" or "Medically Disabled" by the Unit Classification Committee...It will be only on the rarest of occasions that the classification committee will place an inmate on medical/psychiatric unassigned or medically disabled status." The appellant does not meet the requirements as having a disability pursuant to the Armstrong Remedial Plan (ARP). After considering the evidence and arguments herein, it has been determined that staff acted appropriately on the appellant's request.

**B.  BASIS FOR THE DECISION:**
Armstrong Remedial Plan: ARPI, ARPII.A, ARPII.F, ARPIV.I.14
California Code of Regulations, Title 15, Section: 3040, 3043, 3044, 3085, 3350, 3354

**C.  ORDER:** No changes or modifications are required by the institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:    Warden, PBSP
Health Care Manager, PBSP
Appeals Coordinator, PBSP
Medical Appeals Analyst, PBSP



ADA
SECOND LEVEL APPEAL RESPONSE

RE:    PELICAN BAY STATE PRISON
       Appeal Log: PBSP-B-06-02075
       Inmate: BLOODSAW, P20045

Maureen McLean, FNP, Health Care Manager at Pelican Bay State Prison (PBSP) reviewed this matter. Joseph Kravitz, Health Program Coordinator conducted the Appeal at the Second Level of Review on September 20, 2006.

**APPEAL ISSUE:** You filed a *Reasonable Modification or Accommodation Request, CDC 1824*, on August 9, 2006. Included in the document is your request to be declared totally disabled. Your description of your disability is documented as Cervical Spine, abnormal C5/6 inter-space, dizziness, muscle spasms, gunshot in the left hip and lower back pain. The documentation you provided with this appeal includes x-ray reports and a police incident report. You go on to describe the problem as severe pain and discomfort, spasms and dizziness. You are specifically requesting to be declared disabled. C. Malo-Clines, FNP, examined you for the first level of this appeal on August 11, 2006. At the interview you requested total medical disability. The results of the examination revealed that there was no medical reason/indication at that time. You were given a medical chrono for a low bunk. Additionally is noted on the appeal form that Dr. Sayre, M.D., interviewed you on August 30, 2006 and you clearly stated you had no disability and can do everything. This appeal was denied at the first level based on the examination and your own statements.

**FINDINGS:** A review of your appeal has been completed. Your appeal with the attachments and your requested action has received careful consideration. I, M. McLean, FNP, Health Care Manager, was assigned to investigate your allegations. Joseph Kravitz, Health Program Coordinator, reviewed your medical file and responses on September 20, 2006. Your medical file was reviewed and Dr. Sayre M.D., Chief Medical Officer was consulted. Dr Sayre stated that your only concern was that you wanted to be declared disabled when you paroled. He further stated you were not having any difficulty with activities of daily living here at Pelican Bay State Prison. Based on the documentation provided, your examination and interview by health care staff here at Pelican Bay State Prison and review of your medical file, there is no indication that you qualify for disability designation.

**DECISION:** The Appeal is Denied.

The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

_____    9-20-06        _____    9/30/06
Joseph Kravitz          Date             Maureen McLean, FNP      Date
Health Program Coordinator             Health Care Manager

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



March 5, 2008


BLOODSAW, THEOPRIC, P20045
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA 95531-7000


RE: IAB# 0719905    MEDICAL

Mr. BLOODSAW:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal. The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal. The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process. The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

Your appeal was rejected, withdrawn or cancelled. If you disagree with that decision, contact the Appeals Coordinator. You must comply with instructions from that office.



*N. Brani*

N. GRANNIS, Chief
Inmate Appeals Branch

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

**INMATE/PAROLEE APPEALS SCREENING FORM**

Name: Bloodshaw, T.    Number: P20045    Housing: ASU E 01 L

## YOUR APPEAL IS BEING REJECTED/CANCELLED AND RETURNED FOR THE FOLLOWING:

Screening Appeals Rejection Criteria:

[ ] 1.  The resolution is not within CDC's jurisdiction. See CCR, Title 15, Sections 3084.2(e) and 3084.3(c)(1).

[ ] 2.  The appeal duplicates the inmates previous appeal. See CCR, Title 15, Section 3084.3(c)(2).
    [ ] (a) Your appeal has been screened out on _____ for _____.
    [ ] (b) Your appeal is being reviewed at the _____ Level, Log # _____.
    [ ] (c) Your appeal has been completed at the _____ Level, Log # _____.

[ ] 3.  The appeal concerns an anticipated action or decision. See CCR, Title 15, Section 3084.3(c)(3).

[ ] 6.  The appeal exceeds the 15 working days time limit, and the inmate has failed to offer a credible explanation as to why he could/did not submit the appeal within the time limit. See CCR, Title 15, Sections 3084.2(c), 3084.3(c)(6), and 3084.6(c).

[X] 8.  **Abuse of the Appeal Process/Right to Appeal.**
    [ ] (a) Excessive filings. Submission of more than one non-emergency appeal within a seven-calendar-day period is excessive. See CCR, Title 15, Section 3084.4(a).
    [ ] (b) Inappropriate statements. The Appeal contains false information, profanity, or obscene language. The appeal is rejected. See CCR, Title 15, Section 3084.4(b).
    [ ] (c) Excessive verbiage. Appeal cannot be understood or is obscured by pointless verbiage or voluminous, unrelated documentation. See CCR, Title 15, Section 3084.4(c).
        [ ] (1) Only allowed 1 added page, front and back, to describe the problem and action requested in Sections A and B, per CCR, Title 15, Section 3084.2(a)(1).
        [ ] (2) Only supporting documentation necessary to clarify appeal shall be attached to the appeal, per CCR, Title 15, Section 3084.2(a)(2).
    [X] (d) Lack of cooperation. Appellant refused to cooperate and/or interview with the reviewer which has resulted in cancellation of the appeal, per CCR, Title 15, Section 3084.4(d).
        [ ] (1) Your appeal was screened out and returned to you with instructions:
            [ ]            [ ]            [ ]
    [ ] (e) Failed to reasonably demonstrate the decision, action, policy, or condition as having an adverse affect upon the inmate's welfare, per CCR, Title 15, Section 3084.1(a).
    [ ] (f) This is a request for information. It is not an appeal. Write a note (GA-22, Request For Interview form or CDC-7362, Medical Request form).

[ ] 9.  Cannot appeal on behalf of another inmate/person. See CCR, Title 15, Sections 3084.2(d) and 3084.3(c)(7).

[ ] 10. Issue resolved at previous level of Appeal review. See CCR, Title 15, Sections 3084.3(c)(8) and 3084.4(d).

Comments: You refused your appointment to discuss your appeal issues with your primary care provider, therefore your appeal is cancelled per 3084.4(d)

J. J. KRAVITZ CC II
Medical Appeals Coordinator

Date: 12-27-07

This screening decision may not be appealed unless you can support an argument that the above is inaccurate.
In such a case, please return this form to the Appeals Office with the necessary supporting information.

## PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE

PBSP    (Rev. 11/06)    CCR 3084.3(d)    PBSP

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

## REASONABLE MODIFICATION OR ACCOMMODATION REQUEST
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: **PBSP** | LOG NUMBER: | CATEGORY: **18. ADA** |
|---|---|---|

**NOTE:** THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| Bloodsaw Theopric | P20045 | | | ASU-E1 |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

### MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

*Cervical Spine Abnormal C-5/6 an Lumbar Vertebra et seq. Muscle Spasms, Lower Back Pain, Left Hip, Disc Disease, Dizziness*

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

*X-RAY Reports but repeated denials by Michael Sayre, MD according to CCR 3352.1.(b)4 its two selected specialist physicians, because of denials Im going through hardship $. 265. ct. 282, 200 U.S. 321 U.S. v. Detroit Timber + Lumber Co. (1906) 43 Cal. Rptr. 898, 233 Cal. App. 2d 799 LeMere v. Goren (1965)*

DESCRIBE THE PROBLEM:

*Pain and Suffering I've been intentionally misdiagnosed by Sayre, MD false malice statements I'm at PBSP under a fraudulent CDC No. P20045 the prior CDC 1824 s that were denied are fraudulents I would like to be examine and diagnosed by Medical Physician with Professional Qualities from a Outside Hospital 3350.2. OFF-Site Health Care Treatment. CCR 3084.7.*

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED? *I am medically an legally entitle to single cell housing and my privileges and benefits I hope to receive them ADA 42 U.S.C.A. 12131. 196 P.2d 590, 87 Cal. App. 175 Whitlow v. Superior Court of Cal. in and for Ventura County (1948) 3377.1. Inmate Custody Designations.*

| T. Bloodsaw | 12-3-07 |
|---|---|
| INMATE/PAROLEE'S SIGNATURE | DATE SIGNED |

S/o to 602
DEC 03 2007

*15*

Pelican Bay State Prison, Appeals Office

# CDC-1824 ADA APPEAL SCREENING FORM

| To: Bloodsaw T | CDC #: P20045 | Housing: ASU-E1 | Appeal Log #: |
|---|---|---|---|

## YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

[ ] You have already submitted an appeal on this same issue. CCR 3084.3(c)(2) Refer to Log #

[ ] In your appeal you are requesting a transfer solely for medical treatment. This request is a non-Americans with Disabilities Act issue; therefore, your appeal was re-categorized as a CDC 602, Inmate/Parolee Appeal Form. ARP §IV.23.b.

[X] In your appeal you are complaining about pain and requesting medical treatment with no indication that program access is denied or impeded. This request is a non-Americans with Disabilities Act issue; therefore, your appeal was re-categorized as a CDC 602, Inmate/Parolee Appeal Form. ARP §IV.23.b.

[ ] You are requesting a Second Level review. However, you have not adequately explained your dissatisfaction with the First Level review. Pursuant to the Armstrong Remedial Plan, you must explain your dissatisfaction with the First Level Response and suggest an appropriate resolution. ARP §IV.23.e.

[ ] Your appeal includes both Americans with Disabilities Act (ADA) and non-ADA issues. Staff shall address your ADA issues only. Your non-ADA issues may be recorded on a CDC 602, Inmate/Parolee Appeal Form. ARP §IV.23.b.

[ ] You are requesting medical treatment for a condition that does not substantially limit a major life activity as defined in the ARP Plan. ARP 423b

[ ] You have inadequately completed the CDC Form 1824 or 602 (e.g., no signature, section incomplete, missing appeal attachments, etc.). Correct the missing information and forward the appeal back to the Appeal Coordinator's office. CCR 3084.3(c)(5).

Remarks: 1) you have not Demonstrated Access to Care Issues
2) you are requesting to be examined and diagnosed
3) you are requesting Single Cell status

Please correct the indicated problems and return your appeal to the Medical Appeals Office.

J. KRAVITZ CC II
Medical Appeals Coordinator

Date 12-3-07

Note: Failure to follow instructions will be reviewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed unless you allege the above reasons are inaccurate. In such a case, please return this form to the Appeals Coordinator with the necessary information. You have only 15 days to comply with any of the above directives. CCR 3084.3(c)(6) / 3084.6(c).

# PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE!

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



March 25, 2008

BLOODSAW, THEOPRIC, P20045
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA  95531-7000

RE: IAB# 0721767        MEDICAL

Mr. BLOODSAW:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal.  The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal.  The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process.  The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

Your appeal was rejected, withdrawn or cancelled.  If you disagree with that decision, contact the Appeals Coordinator.  You must comply with instructions from that office.

*N. Grannis*

N. GRANNIS, Chief
Inmate Appeals Branch

---

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

*17.*

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

January 15, 2008

**BLOODSAW, P20045**
*ASUE0000000001L*

Log Number: PBSP-S-
(Note: Log numbers are not assigned to screen out appeals or informal level appeals.)

The enclosed documents are being returned to you for the following reasons:

*Your appeal issue and reasonable accommodation requested do not meet the criteria to be filed on a CDC Form 1824. Please resubmit on a CDC Form 602, Inmate/Parolee Appeal Form.*

*YOU WERE SEEN ON 1-11-08. X-RAYS WERE ORDERED AND MEDICATION PRESCRIBED. BASED ON A REQUEST FOR SINGLE CELL ON YOUR HEALTHCARE REQUEST, THE CLINICIAN STATED THAT YOU DO NOT REQUIRE SINGLE CELL STATUS. WITH THAT SAID, YOUR APPEAL IS NOT AN AMERICANS WITH DISABILITIES ACT ISSUE AS YOU ARE NOT BEING DENIED ACCESS TO ANY PROGRAM OR SERVICE NOR IS HAS YOUR NECK/BACK PAIN AFFECTING A MAJOR LIFE ACTIVITY. YOUR REQUEST FOR SINGLE CELL STATUS IS A REGULAR APPEAL ISSUE THAT HAS BEEN ADDRESSED ALREADY. LIKE YOU HAVE BEEN ADVISED MANY TIMES BEFORE, BRING YOUR REQUEST FOR SINGLE CELL TO UCC. IF YOU ARE DISSATISFIED WITH THE ACTION TAKEN BY UCC YOU CAN ATTACH YOUR CDCR 128-G TO A 602 AND HAVE YOUR ISSUE REVIEWED.*

Appeals Coordinator
Pelican Bay State Prison

*Screening Decision reviewed/ upheld. Please submit 128-6 Denying S/C w/ 602.*

*C. Wieber, AC*

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

| PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE |

JAN 1 5 2008

18

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: PBSP | LOG NUMBER: | CATEGORY: 18. ADA |
|---|---|---|

*REQUEST S/C*
*Rej.*
INMATE APPEALS BRANCH JAN 30 2008 RECEIVED

**NOTE:** THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) BloodsAW Theopric | CDC NUMBER P20045 | ASSIGNMENT N/A | HOURS/WATCH N/A | HOUSING ASU-E/8E |
|---|---|---|---|---|

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

Cervical Spine Abnormal C-5/6 interspace et seq. Abnormal forth Lumbar Spine. Thoracic Spine. Left hip fracture

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?
X-RAY reports except for my thoracic spine the medical staff has negligently failed to have it X-RAYED comparing my cervical and lumbar spine it seems unprofessional on the medical staff behalf it will be brought to their attention as soon as possible. CV-00752-JF-550

DESCRIBE THE PROBLEM: Severe pain and discomfort. Muscle Spasms. Dizziness. My left hip will lock up on me. 43 Cal. Rptr. 898, 233 Cal. App. 2d 799 LeMere v. Goren (1965) 118 S. Ct. 1952, 5-24 U.S. 206 Pennsylvania Dept. of Corr. v. Yeskey (1998) 96 S. Ct. 1848, 425 U.S. 738 Hosp. Bldg. Co. v. Trustees of Rex Hosp. (1976) 3377.1 Inmate Custody Designations. 3273. Acceptance and etc.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED? medically and legally I'm entitle to single cell housing I'm asking for my ADA. 26 S. Ct. 282, 200 U.S. 321 U.S. v. Detroit Timber & Lumber Co. (1906) 196 P. 2d 590, 87 Cal. App. 2d 175 Whitlow v. Superior Court of Cal. in and for Ventura County (1948) 60 S. Ct. 811, 310 U.S. 150, U.S. v. Socony-Vacuum Oil Co. (1940) CCR 3084.7.

T. Bloodsaw
INMATE/PAROLEE'S SIGNATURE

1-15-08
DATE SIGNED

JAN 4

STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



April 22, 2008


BLOODSAW, THEOPRIC, P20045
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA 95531-7000


RE: IAB# 0724907       ADA

Mr. BLOODSAW:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal. The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal. The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process. The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

The CDC 602, Inmate/Parolee Appeal Form, must be completed through the Second Level of Review on behalf of the Warden or Parole Region Administrator.



*Un. Drani*

N. GRANNIS, Chief
Inmate Appeals Branch

---

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

20

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

April 8, 2008

**BLOODSAW, P20045**
~~CF10L-000000111L~~  *ASU F12*

Log Number: PBSP-C-
(Note: Log numbers are not assigned to screen out appeals or informal level appeals.)

The enclosed documents are being returned to you for the following reasons:

*Your appeal issue and reasonable accommodation requested do not meet the criteria to be filed on a CDC Form 1824. Please resubmit on a CDC Form 602, Inmate/Parolee Appeal Form.*

*THIS APPEAL, LIKE SO MANY OTHERS YOU HAVE ATTEMPTED TO FILE IN THE PAST MENTIONS YOUR REQUEST FOR SINGLE CELL. YOU HAVE BEEN ADVISED ON A MINIMUM OF FIVE OCCASIONS THAT YOU MUST BRING YOUR REQUEST TO UCC/ICC AND ATTACH YOUR 128-G WHEREIN COMMITTEE REVIEWED YOUR REQUEST AND DENIED IT. IN ADDITION, THIS APPEAL PROCESS MUST BE ACCOMPLISHED UTILIZING THE CDCR FORM 602 AS YOUR REQUEST FOR SINGLE CELL IS NOT AN AMERICANS WITH DISABILITIES ACT ISSUE.*

Appeals Coordinator
Pelican Bay State Prison

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

APR 0 8 2008

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR**
**ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| PBSP | | 18. ADA |

**NOTE:** THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| Bloodsaw Theopric | P20045 | N/A | N/A | C10-111 |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:
*Abnormal Cervical, Thoracic, an Lumbar Spine. L & R Hip Fracture, Muscle Spasms, Hearing Problems, Dizziness*

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?
*X-RAY Reports, CCR 3084.7., CCR 3085. ADA. 43 Cal.Rptr. 898, 2-33 Cal.App.2d 799 LeMere v. Goren (1965) 118 s.ct. 1952, 524 U.S. 20-6 Pennsylvania Dept. of Corr. v. Yeskey (1998) 97 s.ct. 285, 429 U.s. 97 Estelle v. Gamble (1976) 96 s.ct. 1848, 425 U.S. 738 Hosp. Bldg. Co. v. Trustees of Rex Hosp. (1976) CCR 3350.2.;   CV-00752-JF-550*

DESCRIBE THE PROBLEM: *Permanent disability severe chronic, pain and discomfort. 196 P.2d 590, 87 Cal.App.2d 175 Whitlow v. Superior Court (1948) 26 s.ct. 282, 200 U.s. 321 U.S. v. Detroit Timber & Lumber Co. (1906) 17 s.ct. 540, 166 U.S. 290 U.S. v. Trans-Missouri Freight Ass'n (1897) 80 s.ct. 412, 361 U.S. 516 Bates v. City of Little Rock (1960) 564 F.2d 126 Resident Advisory Bd. v. Rizzo (1977) CCR3268.*

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?
*Medically and legally I'm entitle to single cell housing my privileges an benefits are denied without ADA discrimination is prohibited. 352 F.3d 565 Tsombanidis v. West Haven Fire Dept. (2003) 117 F.3d 37 Innovative Health Sys., Inc. v. City of White Plains (1997) 3377.1. Inmate Custody Designations. CCR 3271., CCR 3273.*

| *T. Bloodsaw* | *4-7-08* |
|---|---|
| INMATE/PAROLEE'S SIGNATURE | DATE SIGNED |

APR 0 8 2008

4

STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION                ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



April 10, 2008

BLOODSAW, THEOPRIC, P20045
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA  95531-7000

RE: IAB# 0723503        MEDICAL

Mr. BLOODSAW:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal.  The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal.  The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses.  Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process.  The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

Your appeal was rejected, withdrawn or cancelled.  If you disagree with that decision, contact the Appeals Coordinator.  You must comply with instructions from that office.

N. GRANNIS, Chief
Inmate Appeals Branch

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

23.

State of California

Case 5:08-cv-03315-JF    Document 1-2    Filed 07/09/2008    Page 68 of 6      Department of Corrections and Rehabilitation
CDC Form 69

## INMATE/PAROLEE APPEALS SCREENING FORM

Name: __Bloodsaw__    Number: __P20045__    Housing: __ASU E-1__

### YOUR APPEAL IS BEING REJECTED/CANCELLED AND RETURNED FOR THE FOLLOWING:

Screening Appeals Rejection Criteria:

[ ] 1.   The resolution is not within CDC's jurisdiction. See CCR, Title 15, Sections 3084.2(e) and 3084.3(c)(1).

[ ] 2.   The appeal duplicates the inmates previous appeal. See CCR, Title 15, Section 3084.3(c)(2).
   [ ] (a) Your appeal has been screened out on _____ for _____
   [ ] (b) Your appeal is being reviewed at the _____ Level, Log # _____
   [ ] (c) Your appeal has been completed at the _____ Level, Log # _____

[ ] 3.   The appeal concerns an anticipated action or decision. See CCR, Title 15, Section 3084.3(c)(3).

[ ] 6.   The appeal exceeds the 15 working days time limit, and the inmate has failed to offer a credible explanation as to why could/did not submit the appeal within the time limit. See CCR, Title 15, Sections 3084.2(c), 3084.3(c)(6), and 3084.6(c).

[X] 8.   Abuse of the Appeal Process/Right to Appeal.
   [ ] (a) Excessive filings. Submission of more than one non-emergency appeal within a seven-calendar-day period is excessive. See CCR, Title 15, Section 3084.4(a).
   [ ] (b) Inappropriate statements. The appeal contains false information, profanity, or obscene language. The appeal is rejected. See CCR, Title 15, Section 3084.4(b).
   [ ] (c) Excessive verbiage. Appeal cannot be understood or is obscured by pointless verbiage or voluminous, unrelated documentation. See CCR, Title 15, Section 3084.4(c).
      [X] (1)  Only allowed 1 added page, front and back, to describe the problem and action requested in Sections A and I per CCR, Title 15, Section 3084.2(a)(1).
      [ ] (2)  Only supporting documentation necessary to clarify appeal shall be attached to the appeal, per CCR, Title Section 3084.2(a)(2).
   [ ] (d) Lack of cooperation. Appellant refused to cooperate and/or interview with the reviewer which has resulted in cancellation of the appeal, per CCR, Title 15, Section 3084.4(d).
      [ ] (1)  Your appeal was screened out and returned to you with instructions:
         [ ]                    [ ]                    [ ]
   [ ] (e) Failed to reasonably demonstrate the decision, action, policy, or condition as having an adverse affect upon the inmate welfare, per CCR, Title 15, Section 3084.1(a).
   [ ] (f) This is a request for information. It is not an appeal. Write a note (GA-22, Request For Interview form or CDC-7362 Medical Request form).

[ ] 9.   Cannot appeal on behalf of another inmate/person. See CCR, Title 15, Sections 3084.2(d) and 3084.3(c)(7).

[ ] 10.  Issue resolved at previous level of Appeal review. See CCR, Title 15, Sections 3084.3(c)(8) and 3084.4(d).

Comments: __Please place your appeal issues on one__
__page. you can attach 1 added page front and__
__back. Do not use two 602 forms for the__
__same issue. Resubmit appeal after you have__
__complied with instructions. Do not write in section C.__
                              __2-13-08__
                              Date

J. J. KRAWITZ CC-II
Medical Appeals Coordinator

This screening decision may not be appealed unless you can support an argument that the above is inaccurate.
In such a case, please return this form to the Appeals Office with the necessary supporting information.

### PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                        ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



April 22, 2008

BLOODSAW, THEOPRIC, P20045
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA 95531-7000

RE: IAB# 0724888        LIVING CONDITIONS

Mr. BLOODSAW:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal. The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal. The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process. The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

Your appeal was rejected, withdrawn or cancelled. If you disagree with that decision, contact the Appeals Coordinator. You must comply with instructions from that office.

*N. Brani*

N. GRANNIS, Chief
Inmate Appeals Branch

---

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



March 3, 2008

BLOODSAW, THEOPRIC, P20045
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA  95531-7000

RE: IAB# 0719424        LIVING CONDITIONS

Mr. BLOODSAW:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal. The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal. The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process. The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

Your appeal was rejected, withdrawn or cancelled. If you disagree with that decision, contact the Appeals Coordinator. You must comply with instructions from that office.

N. GRANNIS, Chief
Inmate Appeals Branch

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

26

## INMATE/PAROLEE APPEALS SCREENING FORM

Name: __Bloodsaw__    Number: __P 20045__    Housing: __ASU 01__

### YOUR APPEAL IS BEING REJECTED/CANCELLED AND RETURNED FOR THE FOLLOWING:

Screening Appeals Rejection Criteria:

[ ] 1.    The resolution is not within CDC's jurisdiction. See CCR, Title 15, Sections 3084.2(e) and 3084.3(c)(1).

[ ] 2.    The appeal duplicates the inmates previous appeal. See CCR, Title 15, Section 3084.3(c)(2).
    [ ] (a) Your appeal has been screened out on _____ for _____.
    [ ] (b) Your appeal is being reviewed at the _____ Level, Log # _____.
    [ ] (c) Your appeal has been completed at the _____ Level, Log # _____.

[ ] 3.    The appeal concerns an anticipated action or decision. See CCR, Title 15, Section 3084.3(c)(3).

[ ] 6.    The appeal exceeds the 15 working days time limit, and the inmate has failed to offer a credible explanation as to why he could/did not submit the appeal within the time limit. See CCR, Title 15, Sections 3084.2(c), 3084.3(c)(6), and 3084.6(c).

[X] 8.    Abuse of the Appeal Process/Right to Appeal.
    [ ] (a) Excessive filings. Submission of more than one non-emergency appeal within a seven-calendar-day period is excessive. See CCR, Title 15, Section 3084.4(a).
    [ ] (b) Inappropriate statements. The Appeal contains false information, profanity, or obscene language. The appeal is rejected. See CCR, Title 15, Section 3084.4(b).
    [X] (c) Excessive verbiage. Appeal cannot be understood or is obscured by pointless verbiage or voluminous, unrelated documentation. See CCR, Title 15, Section 3084.4(c).
        [ ] (1) Only allowed 1 added page, front and back, to describe the problem and action requested in Sections A and B, per CCR, Title 15, Section 3084.2(a)(1).
        [X] (2) Only supporting documentation necessary to clarify appeal shall be attached to the appeal, per CCR, Title 15, Section 3084.2(a)(2).
    [ ] (d) Lack of cooperation. Appellant refused to cooperate and/or interview with the reviewer which has resulted in cancellation of the appeal, per CCR, Title 15, Section 3084.4(d).
        [ ] (1) Your appeal was screened out and returned to you with instructions:
        [ ]        [ ]        [ ]
    [ ] (e) Failed to reasonably demonstrate the decision, action, policy, or condition as having an adverse affect upon the inmate's welfare, per CCR, Title 15, Section 3084.1(a).
    [ ] (f) This is a request for information. It is not an appeal. Write a note (GA-22, Request For Interview form or CDC-7362, Medical Request form).

[ ] 9.    Cannot appeal on behalf of another inmate/person. See CCR, Title 15, Sections 3084.2(d) and 3084.3(c)(7).

[ ] 10.   Issue resolved at previous level of Appeal review. See CCR, Title 15, Sections 3084.3(c)(8) and 3084.4(d).

Comments: __Consolodate your issues onto one page and clearly state your issue(s)__

_____

_____

J. J. KRAVITZ CC II          12-26-07
Medical Appeals Coordinator      Date

This screening decision may not be appealed unless you can support an argument that the above is inaccurate.
In such a case, please return this form to the Appeals Office with the necessary supporting information.

### PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE

PBSP     (Rev.  11/06)     CCR 3084.3(d)     PBSP

STATE OF CALIFORNIA - DEPARTMENT OF CORRECTIONS AND REHABILITATION          ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



December 24, 2007

BLOODSAW, THEOPRIC, P20045
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA  95531-7000

RE: IAB# 0714714       CASE INFO/RECORDS

Mr. BLOODSAW:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal.  The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal.  The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses.  Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process.  The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

Your appeal was rejected, withdrawn or cancelled.  If you disagree with that decision, contact the Appeals Coordinator.  You must comply with instructions from that office.

N. GRANNIS, Chief
Inmate Appeals Branch

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

28.

# INMATE/PAROLEE APPEALS SCREENING FORM

NAME: Bloodsaw          CDC #: P20045          HOUSING: ASU E/

## YOUR APPEAL IS BEING RETURNED FOR THE FOLLOWING REASON(S):

[ ] 4. In violation of the CCR, Title 15, Sections 3084.2(b), 3084.3(c)(4) & 3084.5(a)(1), you failed and must attach evidence that shows you attempted to get an Informal resolution, prior to the appeal being assigned to the Formal Level(s) of appeal review. If a staff member fails to respond after 10 working days, use the Chain of Command and submit the Appeal to that staff member's supervisor, or unit/area supervisors.

[ ] Counselor          [ ] PBSP R&R          [ ] Med Clinic          [ ] Records
[ ] Unit Officer       [ ] PSU Property      [ ] Dental Clinic       [ ] Inmate Assignments
[ ] Mail Room          [ ] PBSP SHU Prop.    [ ] Psych Office        [ ] PBSP Trust Office
[ ] Law Library        [ ] Food Services     [ ] Med Records         [ ] Plant Ops
[ ] Work Supervisor                          [ ] Other

[ ] 5. You have not adequately completed the CDC Form 602, or have not attached the proper documents. Follow instructions and attach the items noted below, send what documents you have, or explain why they are not available per the CCR, Title 15, Section 3084.3(c)(5):

[ ] Supporting Documents & Receipts        [ ] CDC 1845 Disability Verification
[ ] GA 22 Request For Interview            [ ] CDC 1824 Reasonable/Accommodation
[ ] CDC 115 Results With final dispo       [ ] CDC 7362 Health Care Required Co-Pay
[ ] CDC 115 IE/DA information/Report        [ ] CDC 128-C Medical Chrono
[ ] CDC 115 Supplemental Reports           [ ] Cell Search Slip
[ ] CDC 114-D Lockup Order                 [ ] Property Inventory Receipt
[ ] CDC 1030 Confidential Disclosure       [ ] CDC 143 Property Transfer Receipt
[ ] Lab Results Sheet                      [ ] Package Inventory Slip
[ ] CDC 7219 Medical Report                [ ] Proof of Ownership/Value
[ ] CDC 128-A _____              [ ] More Specific Information
[ ] CDC 128-B _____              [ ] Trust Statement
[ ] CDC 128-G _____              [ ] CDC 193 Trust Acct Withdrawal Order
[ ] CDC 629A/629B Assess SHU Term          [ ] Legal Status Summary
[ ] CDC 812/A/B Critical/Enemy             [ ] Abstract of Judgment (AOJ)
[ ] CDC 839/840 Class/Reclass Score        [ ] CDC 1858 [PC 148.6/CCR 3391(d)] Info.Advis.
[ ] CDC 958 Restoration Request            [ ] Emerg. Unwarranted CCR 3084.7(a)(2)(A)
[ ] CDC 1819 Correspondence Denial         [ ] Failed to Complete Section _____
[ ] Other _____                  [ ] Sign & Date Section _____
                                           [ ] CDC Form 602 _____

[ ] 7. The issue has been resolved, PBSP Appeal Log No. _____. A copy of the Second (Warden's) Level of Appeal review is attached per the CCR, Title 15, Section 3084.2(g)(1)(2(3).

[ ] 8. Abuse of the appeal procedure: _____

Comments: Please Consolidate This Appeal onto one 602 and be clear with your issue and requested Action

_____

J. J. KRAVITZ CC II                        11-16-07
Medical Appeals Coordinator                Date

This screening action may not be appealed unless the above reasons are inaccurate and the inmate can provide supporting arguments against the screening decision.
**PERMANENT APPEAL ATTACHMENT    -    DO NOT REMOVE**
PBSP        (Rev. 11/06)      CCR 3084.3(d)      PBSP

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION          ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



February 10, 2008


BLOODSAW, THEOPRIC, P20045
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA  95531-7000



RE: IAB# 0718324      MEDICAL

Mr. BLOODSAW:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal.  The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal.  The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process.  The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

Your appeal was rejected, withdrawn or cancelled.  If you disagree with that decision, contact the Appeals Coordinator.  You must comply with instructions from that office.


*N. Grannis signature*

N. GRANNIS, Chief
Inmate Appeals Branch


****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

30

## INMATE/PAROLEE APPEALS SCREENING FORM

Name: __Bloodsaw__     Number: __P20045__     Housing: __ASU E1__

### YOUR APPEAL IS BEING REJECTED/CANCELLED AND RETURNED FOR THE FOLLOWING:

Screening Appeals Rejection Criteria:

[ ] 1.   The resolution is not within CDC's jurisdiction. See CCR, Title 15, Sections 3084.2(e) and 3084.3(c)(1).

[ ] 2.   The appeal duplicates the inmates previous appeal. See CCR, Title 15, Section 3084.3(c)(2).
   [ ] (a)   Your appeal has been screened out on _____ for _____.
   [ ] (b)   Your appeal is being reviewed at the _____ Level, Log # _____.
   [ ] (c)   Your appeal has been completed at the _____ Level, Log # _____.

[ ] 3.   The appeal concerns an anticipated action or decision. See CCR, Title 15, Section 3084.3(c)(3).

[ ] 6.   The appeal exceeds the 15 working days time limit, and the inmate has failed to offer a credible explanation as to why he could/did not submit the appeal within the time limit. See CCR, Title 15, Sections 3084.2(c), 3084.3(c)(6), and 3084.6(c).

[X] 8.   Abuse of the Appeal Process/Right to Appeal.
   [ ] (a)   Excessive filings. Submission of more than one non-emergency appeal within a seven-calendar-day period is excessive. See CCR, Title 15, Section 3084.4(a).
   [ ] (b)   Inappropriate statements. The Appeal contains false information, profanity, or obscene language. The appeal is rejected. See CCR, Title 15, Section 3084.4(b).
   [ ] (c)   Excessive verbiage. Appeal cannot be understood or is obscured by pointless verbiage or voluminous, unrelated documentation. See CCR, Title 15, Section 3084.4(c).
      [ ] (1)   Only allowed 1 added page, front and back, to describe the problem and action requested in Sections A and B, per CCR, Title 15, Section 3084.2(a)(1).
      [ ] (2)   Only supporting documentation necessary to clarify appeal shall be attached to the appeal, per CCR, Title 15, Section 3084.2(a)(2).
   [ ] (d)   Lack of cooperation. Appellant refused to cooperate and/or interview with the reviewer which has resulted in cancellation of the appeal, per CCR, Title 15, Section 3084.4(d).
      [ ] (1)   Your appeal was screened out and returned to you with instructions:
         [ ]                [ ]                [ ]
   [ ] (e)   Failed to reasonably demonstrate the decision, action, policy, or condition as having an adverse affect upon the inmate's welfare, per CCR, Title 15, Section 3084.1(a).
   [X] (f)   This is a request for information. It is not an appeal. Write a note (GA-22, Request For Interview form or CDC-7362, Medical Request form).

[ ] 9.   Cannot appeal on behalf of another inmate/person. See CCR, Title 15, Sections 3084.2(d) and 3084.3(c)(7).

[ ] 10.   Issue resolved at previous level of Appeal review. See CCR, Title 15, Sections 3084.3(c)(8) and 3084.4(d).

Comments: 1) You need to attempt to resolve this issue through the Sick process. Submit a CDC 7362 Sick call slip.
2) On Future Appeals DonoT write in the Informal Response Section. You do not determine which Appeals are bypassed at Informal level

__J.J. KRAVITZ CC II__     Date: __12-4-07__
Medical Appeals Coordinator

This screening decision may not be appealed unless you can support an argument that the above is inaccurate.
In such a case, please return this form to the Appeals Office with the necessary supporting information.

### PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE

130 126

31

## California State Prison Corcoran
## RADIOLOGY REPORT

NAME: BLOODSAW, Theopric     NUMBER: E-40947     DATE: 12/17/92

DOCTOR: Hoffman     HOUSING: 4B

SKULL SERIES, C-SPINE.

HISTORY: Blow to head 1977. Dizziness daily since.

SKULL SERIES.

I see no fracture, sinuses clear.

IMPRESSION: Unremarkable skull series.

CERVICAL SPINE.

Films continue to show loss of normal cervical lordosis. There is narrowing of the C-5/6 disc with some straightening of curvature at this level, no change since previous, no fractures or destructive processes seen.

IMPRESSION: Abnormal C-5/6 interspace. No other significant findings identified.

_____
Mario Deguchi, M.D./Jay Grauman, M.D.

Dictated: 12/22/92 ls/JG
Original: Medical Chart
    cc: X-Ray Jacket

#3 126
32 127

## California State Prison Corcoran

# RADIOLOGY REPORT

NAME: BLOODSAW, Theopric          NUMBER: E-40947          DATE: 10/20/92

DOCTOR: Brown          HOUSING: 4B

CERVICAL SPINE FILM SERIES WITH OBLIQUES.

Radiographic examination of the cervical spine was obtained. There is either a superimposed position artifact or non-displaced fracture at the ~~lateral~~ left lateral corner of C-1. It is visible on the frontal projection. Further evaluation by obtaining follow-up radiographic examination may be of value. Otherwise there is no evidence of acute fracture or dislocation. Vertebral body statures are well maintained. Narrowing of C-5/C-6 intervertebral disc space with osteophytes is appreciated. This is consistent with degenerative disc disease. Neural canal are patent. Prevertebral soft tissue structures appear unremarkable. Mild reversal of cervical curvature is noted. This may be secondary to positioning or muscle spasms.

IMPRESSION: (1) Reversal of cervical curvature. (2) Degenerative disc disease. (3) Fractures verses superimposed position artifact of C-1 as described, *Follow up lateral + open mouth view Rx.*

Mario Deguchi, M.D./Jay Grauman, M.D.

Dictated: 10/22/92 ls/MD
Original: Medical Chart
          cc: X-Ray Jacket

X-RAY REPORT



DEPARTMENT OF CORRECTIONS
CORRECTIONAL TRAINING FACILITY

NAME:                    CDC #:        CELL:       DOB:        DATE:
BLOODSAW, THEOPRIC       P-20045       D4/025U     06/24/58    02/26/99

EXAM REQUESTED:
PA AND LATERAL CHEST

CLINICAL DATA:
OLD GSW, LEFT THORAX

REFERRING PHYSICIAN:
D. GINES, M.D.

RADIOGRAPHIC REPORT:

CHEST:  PA AND LATERAL VIEWS OF THE CHEST ARE OBTAINED ON 02/26/99.

MULTIPLE METALLIC FRAGMENTS ARE NOTED OVERLYING AND WITHIN THE UPPER LEFT
HEMITHORAX, CONSISTENT WITH A PREVIOUS GUNSHOT INJURY.  BOTH LUNGS ARE
WELL EXPANDED AND CLEAR.  THERE IS NO EVIDENCE OF ANY ACTIVE PULMONARY
PATHOLOGY.  THE HEART IS NORMAL IN SIZE AND CONTOUR.  THERE IS NO
MEDIASTINAL ADENOPATHY.

IMPRESSION:

THERE IS EVIDENCE OF A PREVIOUS OLD GUNSHOT INJURY INVOLVING THE LEFT
UPPER HEMITHORAX.  NO ACTIVE CARDIOPULMONARY PATHOLOGY IS SEEN.  THERE
ARE NO PREVIOUS FILMS AVAILABLE FOR COMPARISON.

03/02/99              NELSON PARKER, M.D.                 NHP/gj
DATE READ                RADIOLOGIST         DATE TYPED:  04/07/99

34

BLOODSAW, THEOPRIC

## CORRECTIONAL TRAINING FACILITY

### P.O. Box 686 Soledad, CA 93960

### Radiology Request

BLOODSAW, THEOPRIC

Patient's Name: _____  Ducat Date _____

CDC# __P-20045__

D.O.B. __6-24-58__  House# __SD 4/25U__

Ref. Phys. Signature _____GINES_____

Date Requested _____  Date Comp. __26 FEB 1999__

History:

Radiology Requested:

**STAT** _____  **ASAP** _____  **ROUTINE** _____

- ☐ Chest PA & XXL! A
- ☐ Ribs R. ____ L. ____
- ☐ Sternum
- ☐ Skull
- ☐ Facial
- ☐ Mandible
- ☐ Nasal Bones
- ☐ Sinuses
- ☐ TMJ
- ☐ Orbits
- ☐ Abdomen (KUB)
- ☐ Abdomen, flat & upright
- ☐ Extremity _____
- ☐ Hand R. ____ L. ____
- ☐ Wrist R. ____ L. ____

- ☐ I V P
- ☐ Esophagus*
- ☐ Upper G.I.*
- ☐ GB & UGI*
- ☐ UGI w/ sm. bowel*
- ☐ Barium Enema*
- ☐ Cerv. spine
- ☐ Thoracic
- ☐ Lumbar spine
- ☐ Sacrum/Coccyx
- ☐ Pelvis
- ☐ Hip, unilateral R. ____ L. ____
- ☐ Shoulder R. ____ L. ____
- ☐ Foot R. ____ L. ____
- ☐ Ankle R. ____ L. ____
- ☐ Knee R. ____ L. ____

**Radiologist Report:**

Old GSW w/ (L) thorax
No active path

Signature _____

CTF-375 (Rev 11-91)

Date read:

3/2



# X-RAY REPORT

### DEPARTMENT OF CORRECTIONS
### PELICAN BAY STATE PRISON
### HEALTH CARE SERVICES

NAME: BLOODSAW, THEOPRIC   NO. P20045   RM: A4-226  DOB: 06/25/58   DATE: 07/23/04

EXAM REQUESTED:                CERVICAL SPINE

REQUESTING M.D.:               J. LAZORE, F.N.P.

CLINICAL DATA:                 HISTORY OF PAIN.

RADIOGRAPHIC REPORT:           CERVICAL SPINE

FINDINGS:                      There is mild a reversal of the normal cervical lordosis.

Moderate degenerative disc disease is noted at the C5-6 and C6-C7 levels manifest by disc space narrowing and marginal osteophyte formation.

**IMPRESSION:**                **MODERATE DEGENERATIVE DISC DISEASE AT C5-6 AND C6-C7.**

# ORIGINAL

07/28/04                       CURTIS COULAM, M.D.                       DLK
DATE READ                      RADIOLOGIST                       TRANSCRIBER

36

 

# X-RAY REPORT

### DEPARTMENT OF CORRECTIONS
### PELICAN BAY STATE PRISON
### HEALTH CARE SERVICES

NAME: BLOODSAW, THEOPRIC  NO. P20045  RM: A2-125  DOB: 6/25/58  DATE: 02/22/05

EXAM REQUESTED:             CERVICAL SPINE

REQUESTING M.D.:            J. LAZORE, F.N.P.

CLINICAL DATA:              NO HISTORY GIVEN

RADIOGRAPHIC REPORT:        CERVICAL SPINE

FINDINGS:                   Comparison to a previous study dated 7/23/04.

On the current study the soft tissues are unremarkable.

There is a mild reversal of the cervical lordosis centered at  C5-6.  There is mild anterior subluxation of C4 with respect to C5 which was not present on the previous study.

Degenerative discs at C5-6 and C6-7 again noted and show little change compared to the previous study.

**IMPRESSION:**              **1.     REDEMONSTRATION OF DEGENERATIVE DISC DISEASE AT C5-6 AND C6-7 WHICH APPEAR STABLE.**
**2.     THERE IS MILD ANTERIOR SUBLUXATION OF C4 WITH RESPECT TO C5 OF APPROXIMATELY 2 MM WHICH WAS NOT SPECIFICALLY PRESENT ON THE FILMS OF 7/23/04.**

**ON THE OBLIQUE VIEWS POSTERIOR OSTEOPHYTES PARTIALLY ENCROACH ON THE INTERVERTEBRAL FORAMINA AT THE C5-6 LEVEL BILATERALLY.**

02/22/05                    CURTIS COULAM, M.D.                          BGR
DATE READ                   RADIOLOGIST                          TRANSCRIBER



## X-RAY REPORT

### DEPARTMENT OF CORRECTIONS
### PELICAN BAY STATE PRISON
### HEALTH CARE SERVICES

NAME: BLOODSAW, THEOPRIC   NO. P20045   RM: A2-125   DOB: 6/25/58   DATE: 02/22/05

EXAM REQUESTED:           3 VIEW LUMBAR SPINE

REQUESTING M.D.:          J. LAZORE, F.N.P.

CLINICAL DATA:            NO HISTORY GIVEN

RADIOGRAPHIC REPORT:      3 VIEW LUMBAR SPINE

FINDINGS:                 The lumbar vertebra are normally aligned and the disc spaces are
well maintained.  No compression fractures are evident.  There are no arthritic changes.

**IMPRESSION:**           **NORMAL LUMBAR SPINE.**


EXAM REQUESTED:           LEFT HIP

REQUESTING M.D.:          J. LAZORE, F.N.P.

CLINICAL DATA:            NO HISTORY GIVEN

RADIOGRAPHIC REPORT:      LEFT HIP

FINDINGS:                 4-5 tiny metallic fragments are noted in the soft tissues lateral to the
hip joint.  These all appear to be extra articular.

The femoral head is normally developed and normally located in the acetabulum.  The joint space is well
preserved.  No significant arthritic changes are evident.

IMPRESSION:               **TINY METALLIC FOREIGN BODIES IN THE SOFT
                          TISSUES LATERAL TO THE HIP.  THE HIP, PER SE IS
                          UNREMARKABLE.**

02/22/05                  CURTIS COULAM, M.D.                           BGR
DATE READ                 RADIOLOGIST                             TRANSCRIBER

NAME: BLOODSAW, THEOPRIC    NO. P20045  RM: A2-125  DOB: 06/25/58  DATE: 03/14/05

EXAM REQUESTED:              SINUS SERIES

REQUESTING M.D.:             J. LAZORE, F.N.P.

CLINICAL DATA:               HISTORY OF MAXILLARY PAIN

RADIOGRAPHIC REPORT:         SINUS SERIES

FINDINGS:                    The paranasal sinuses are all normally developed and normally aerated. There is no evidence of acute or chronic sinus disease.

**IMPRESSION:**              **NORMAL SINUS SERIES.**

NAME __Bloodsaw_____    NUMBER __E40947__    AGE __32__   DATE ___12/17/90__

X-RAY REQUESTED_____Left hip_____    PHYSICIAN __A. C. Pedley, M.D.__

REPORT:

    The left hip is negative for evidence of acute fracture or dislocation.
There are several bullet fragments overlying the soft tissues lateral to
the left hip joint space  and suggested slight increased narrowing of the
left hip joint space medially.

RJB: ck
d:  12/18/90
t:  12/18/90

                                          ROBERT J. BEMRICK, M.D.
                                          RADIOLOGIST

                      S.C.C. X-RAY REPORT

NAME Bloodsaw                    NUMBER E40947          AGE 32      DATE 12/17/90

X-RAY REQUESTED        Left hip
                                                    PHYSICIAN    A. C. Pedley, M.D.

REPORT:

The left hip is negative for evidence of acute fracture or dislocation.
There are several bullet fragments overlying the soft tissues lateral to
the left hip joint space  and suggested slight increased narrowing of the
left hip joint space medially.

RJB: ck
d: 12/18/90
t: 12/18/90

**PELICAN BAY**

**ASU**

ROBERT J. BEMRICK, M.D.
RADIOLOGIST

S.C.C. X-RAY REPORT

NAME · Bloodsaw              NUMBER E40947          AGE   31      DATE   2/16/90

X-RAY REQUESTED    Upper GI Series              PHYSICIAN          F. J. Foster, M.D.

REPORT:

The preliminary film of the abdomen shows no evidence of acute intra-abdominal
disease or other significant abnormality except for a developmental or possibly
old minor post-traumatic deformity involving the right transverse process of
the fourth lumbar vertebra.

The examination was performed without the aid of fluoroscopy.  There appears to
be increased prominence of the partially visualized distal antral and pyloric
folds and there is deformity of the duodenal bulb with inflammatory thickening
of the duodenal bulb and post-bulbar folds.  The visualized upper intestinal tract
is otherwise within normal limits and shows no evidence of peptic ulceration.

CONCLUSIONS:    Findings consistent with nonerosive antral gastritis and duodenitis.

                No evidence of peptic ulceration involving the upper intestinal
                tract.

'B: ck
2/27/90

Robert J. Bemrick, M.D.
Radiologist




## X-RAY REPORT

### DEPARTMENT OF CORRECTIONS
### PELICAN BAY STATE PRISON
### HEALTH CARE SERVICES



NAME: BLOODSAW, THEOPRIC  NO. P20045  RM: A2-202L  DATE: 09/10/07

EXAM REQUESTED:              AP PELVIS AND BILATERAL HIPS, 2 FILMS/
                            3-VIEWS LUMBAR SPINE

REQUESTING M.D.:            PCP

CLINICAL DATA:              HISTORY NOT GIVEN

RADIOGRAPHIC REPORT:        AP PELVIS AND BILATERAL HIPS, 2 FILMS

FINDINGS:                   This study is compared with a preceding examination from February
2005.

There are scattered areas of shrapnel in the area of the left gluteal region and hip.  These are unchanged from the previous study, although they are reported to have been associated with the right hip at the time of the previous study.  Perhaps one of these two exams has been mislabeled.

There is no soft tissue swelling or calcifications.  The SI joints and hip joints appear normal bilaterally. The bony architecture is intact.  There are no sclerotic or lytic changes.

IMPRESSION:                 **NO ACUTE BONY TRAUMA OR ARTHRITIC CHANGES
                            ARE RECOGNIZED.  SCATTERED PRESUMED SHRAPNEL
                            IS NOTED IN THE VICINITY OF WHAT IS THOUGHT TO
                            BE THE LEFT HIP.  OTHERWISE, NEGATIVE.**

Page 1

09/11/07                    PHILIP GRIMM, M.D.                            JLP
DATE READ                   RADIOLOGIST                           TRANSCRIBER




4/136 12
137

*Williams Claremo M.D.*

# X-RAY REPORT

### DEPARTMENT OF CORRECTIONS
### PELICAN BAY STATE PRISON
### HEALTH CARE SERVICES

NAME: BLOODSAW, THEOPRIC  NO. P20045  RM: ASU-E1  DATE: 10/18/07

EXAM REQUESTED:              AP OF PELVIS AND LATERAL EXAMINATION OF THE LEFT
                            HIP/THREE-VIEWS

REQUESTING M.D.:            PCP

CLINICAL DATA:              HISTORY OF PAIN

RADIOGRAPHIC REPORT:        AP OF PELVIS AND LATERAL EXAMINATION OF THE LEFT
                            HIP/THREE-VIEWS

FINDINGS:                   This study is compared with films taken in September 2007.

In the approximately one month interval since the previous study, little if any change is seen. There is some minimal shrapnel in the immediate vicinity of the left hip, and it is possible that some of the shrapnel fragments are closely associated with the joint capsule, but none are thought to lie within the joint capsule. Mild arthritic changes are recognized, but the underlying bony architecture is intact, and no obvious acute pathology is seen. No obvious acute trauma is recognized. If there is persistent pain, perhaps a nuclear medicine bone scans or even an MRI study would be helpful.

**IMPRESSION:**                 **THE FINDINGS ARE SIMILAR TO THAT OF ONE MONTH
                            BEFORE. EVIDENCE OF PREVIOUS GUNSHOT WOUND
                            IN THE IMMEDIATE VICINITY OF THE LEFT HIP IS
                            SEEN, BUT NO ACUTE PATHOLOGY IS APPRECIATED.**

10/30/07                    PHILIP GRIMM, M.D.                        JLP
DATE READ                   RADIOLOGIST                          TRANSCRIBER



*Williams Claire, M.D.*




## X-RAY REPORT

### DEPARTMENT OF CORRECTIONS
### PELICAN BAY STATE PRISON
### HEALTH CARE SERVICES

NAME: BLOODSAW, THEOPRIC  NO. P20045  RM: ASU-E1  DATE: 01/16/08

EXAM REQUESTED:  THREE-VIEW LUMBAR SPINE

REQUESTING M.D.:  PCP

CLINICAL DATA:  HISTORY NOT GIVEN

RADIOGRAPHIC REPORT:  THREE-VIEW LUMBAR SPINE

FINDINGS:  There is normal alignment on the AP and lateral radiographs with no degenerative or posttraumatic change.

IMPRESSION:  **MINIMAL DEGENERATIVE CHANGE THORACIC SPINE WITHOUT EVIDENCE OF THORACIC OR LUMBAR INSTABILITY.**

| 02/06/08 | GREGORY J. DUNCAN M.D. | JLP |
|---|---|---|
| DATE READ | ORTHOPEDIC SURGEON | TRANSCRIBER |



44. 138.
43.
134.

Williams Crape, M.D.




# X-RAY REPORT

### DEPARTMENT OF CORRECTIONS
### PELICAN BAY STATE PRISON
### HEALTH CARE SERVICES

NAME: BLOODSAW, THEOPRIC   NO. P20045   RM: ASU-E1   DATE: 01/22/08

EXAM REQUESTED:                FOUR-VIEW CERVICAL SPINE

REQUESTING M.D.:              PCP

CLINICAL DATA:                HISTORY NOT GIVEN

RADIOGRAPHIC REPORT:          FOUR-VIEW CERVICAL SPINE

FINDINGS:                      There is extensive multiple level degenerative change throughout the mid and lower cervical spine. No evidence of instability is seen at C1-2 on the open-mouth view or on the lateral radiograph. However, there is a grade 1 degenerative spondylolisthesis at C4-5. Extensive disk space narrowing, osteophyte formation, and sclerosis of vertebral end plates is present from C3 to C7.

IMPRESSION:                   **MULTIPLE LEVEL DEGENERATIVE CHANGE, CERVICAL SPINE, SEVERE CHRONIC APPEARING WITH GRADE 1 SPONDYLOLISTHESIS C4-5.**

### ADDENDUM

Incidental note is also made of retained metallic material, which is not visible within the region of the spinal canal, but appears to be in the anterior chest wall region from previous gunshot wound and a few small fragments well anterior to the vertebral bodies at C4-5.

Comparison radiograph from 05/10/07, shows identical appearing degenerative change and same degree of spondylolisthesis at C4-5.

If cervical instability requires further evaluation, flexion/extension lateral radiographs should be considered.

Page 1



orig.






## X-RAY REPORT

**DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
HEALTH CARE SERVICES**

NAME: BLOODSAW, THEOPRIC  NO. P20045  RM: ASU-E1  DATE: 01/22/08

RADIOGRAPHIC REPORT:        THORACOLUMBAR

FINDINGS:                There is normal alignment on the lateral radiograph and essentially normal AP alignment throughout the thoracic spine. Mild multiple level disk space narrowing is present, and the previously described lead fragments are also visible anterior to the thoracic region on the lateral radiograph.

IMPRESSION:            **MINIMAL DEGENERATIVE CHANGE THORACIC SPINE WITHOUT EVIDENCE OF THORACIC OR LUMBAR INSTABILITY.**

Page 2



02/06/08                GREGORY J. DUNCAN M.D.                JLP
DATE READ                ORTHOPEDIC SURGEON                TRANSCRIBER

orig.





## X-RAY REPORT

### DEPARTMENT OF CORRECTIONS
### PELICAN BAY STATE PRISON
### HEALTH CARE SERVICES

NAME: BLOODSAW, THEOPRIC   NO. P20045   RM: A2-202L   DATE: 05/10/07

EXAM REQUESTED:              CERVICAL SPINE THREE VIEWS

REQUESTING M.D.:             PCP CLINIC

CLINICAL DATA:               HISTORY OF NECK PAIN.

RADIOGRAPHIC REPORT:         CERVICAL SPINE THREE VIEWS

FINDINGS:                    This study is compared with films taken in June of 2005.

There is no obvious soft tissue swelling or calcifications. There is a focal reversal of the normal cervical lordosis with the apex this reversal is centered at C5. Mild arthritic changes are noted at C4-5. Moderate arthritic changes bordering on severe are noted at C5-6 and C6-7. At these levels there is endplate sclerosis, osteophyte formation and joint space narrowing. Lateral mass arthritic changes are noted at disc spaces above this. There is an unusual appearance of the symphysis of the mandible perhaps this is posttraumatic. This is probably unchanged from the preceding study. The degree of arthritic changes in the mid and lower cervical spine is thought to be mildly progressive when compared to the previous study in 2005.

IMPRESSION:

1. FOCAL MODERATE DEGENERATIVE ARTHRITIC CHANGES OF THE MID AND LOWER CERVICAL SPINE, I BELIEVE THEY ARE MILDLY PROGRESSIVE WHEN COMPARED TO THE PRECEDING STUDY.

2. FINDINGS AT C5-6 MAY BE CHARACTERIZED AS SEVERE.

3. I BELIEVE THAT THERE IS A POSTTRAUMATIC DEFORMITY OF THE SYMPHYSIS OF THE MANDIBLE THAT IS STABLE WHEN COMPARED TO THE PREVIOUS STUDY.

05/15/07                     PHILIP GRIMM, M.D.                          DLK
DATE READ                    RADIOLOGIST                          TRANSCRIBER

## LABORATORY REPORTS

### DEPARTMENT OF CORRECTIONS
### CMC-EAST HOSPITAL

NAME: **BLOODSAW, THEO**   NUMBER: **E-40947**   ROOM: **4190X**   AGE: **37**

Date Taken: 9-15-95      Date Read: 09/15/95      Ordering M.D.: **MISSON**

**RADIOGRAPHIC REPORT:** LEFT HIP

There is evidence of fracture.  Minimal osteoarthritic spurring is present
about the inferior margin of the femoral head.

JBF:jag      Date: **September 16, 1995**           **J. FLEMING, M.D.**

Date Taken: 3-30-95      Date Read: 3-31-95      Ordering M.D.: Stevig

RADIOGRAPHIC REPORT:

CHEST:      There is no evidence of active pulmonary disease.   Small
metal fragments are present in the left upper chest.

JBF:co      Date: March 31, 1995           J. B. Fleming, M.D.




55  #47  142  48
#143
#7

# X-RAY REPORT

## DEPARTMENT OF CORRECTIONS
### PELICAN BAY STATE PRISON
### HEALTH CARE SERVICES

A3-7872

NAME: BLOODSAW, THEOPRIC  NO. P-20045  RM: A2-118  DOB: 06/25/58  DATE: 06/23/05

EXAM REQUESTED:              FIVE VIEW CERVICAL SPINE

REQUESTING M.D.:            W. WAHIDULLAH, M.D.

CLINICAL DATA:              HISTORY OF PAIN

RADIOGRAPHIC REPORT:        FIVE VIEW CERVICAL SPINE

FINDINGS:                   Comparison to previous study dated 02/22/2005.

Soft tissues remain normal.

Again noted is approximately 2 ml subluxation of C-4 with respect to C-5.  This is unchanged compared to the previous study.

Degenerative narrowing of the C5-6 and C6-C7 disc spaces are again noted with no demonstrable change.

Again noted is minimal foraminal encroachment at the C5-6 level bilaterally.

IMPRESSION:                 **DEGENERATIVE DISC DISEASE AT C5-6 AND C6-C7
                            WITH MILD SUBLUXATION OF C4 ON C5.  THESE
                            FINDINGS WERE ALL PRESENT ON THE PREVIOUS
                            STUDY AND THERE HAS BEEN NO DEMONSTRATED
                            CHANGE SINCE THAT EXAMINATION.**

CC 7/8/05

06/07/05                    CURTIS COULAM, M.D.                    BMC
DATE READ                   RADIOLOGIST                            TRANSCRIBER

48
49:

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 11/5/03 | 1430 | 1. | Zantac 150mg po bid x 30 days |
| | | 2. | Medical F/u in two weeks |
| | | | V.O. Dr. Cassim/R. Smith, R.N. |
| Noted 11/5/03 | | | R. Smith, R.N. |

INSTITUTION: CSPLAC

ROOM/WING: new arrival A5

CDC NUMBER, NAME (LAST, FIRST, MI)

Bloodsaw, Theopric
P20045

6-24-58

PHYSICIANS ORDERS

CDC 7221 (2/00)
STATE OF CALIFORNIA

44.
50.

Case 5:08-cv-03315-JF    Document 1-8    Filed 07/09/2008    Page 27 of 38    orig.

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed and signed) |
|---|---|---|---|
| | | | |
| | 11:25 | | |
| | | | Noted dc 1040 *1/3/03 (J.Hardster.) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ALLERGIES: Ø       INSTITUTION: CSP/LAC       ROOM/WING: D4 106u

GDC NUMBER, NAME (LAST, FIRST, MI)

Theopric, Bloodsaw
P20045

Confidential
client information
See W & I Code, Sections 4514 and
5328

**PHYSICIAN'S ORDERS**

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 6/11/03 | | | Tagamet 400 mg PO BID × 30 days |
| | | | VO per Dr O'Brien /K Carter |
| | | | Noted 6/11/03 /K Carter |
| | | | O'Brien |
| 8/19/3 | | | Tagamet 400 mg PO BID × 30 d |
| | | | Noted Brunner 8/19/03    0940 |
| 10/16/ | | | Tagamet 400 mg PO BID × 30 d |
| | | | Thomas |

ALLERGIES:

INSTITUTION: CCI-CC

ROOM/WING

CDC NUMBER, NAME (LAST, FIRST, MI)

Bloodshaw
P 20045

Confidential
client information
See W & I Code, Sections 4514 and
5328

**PHYSICIAN'S ORDERS**

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication<br>(Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 9/8/01 | | | *[illegible handwritten order]* |
| | | | *[illegible handwritten order]* ⟩ X 4 wks |
| | | | *[illegible]* 9/8/01 |
| | | | 9³⁰ |

| ALLERGIES: | | INSTITUTION | | ROOM/WING |
|---|---|---|---|---|

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)

Bloodsaw, Theopric

P- 20045

**PHYSICIAN'S ORDERS**

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication<br>(Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 8/7/01 | | | Mineral Oil _daily after shower_ x d x 4 days |
| | | | Vicam x lotion ℞ daily x days 7th |
| | 8-13-01<br>0900 | | noted ___ md |
| 9/7/01 | | | Mineral Oil daily x 4 days |
| | | | Xream x lotion b x 4 days (continued) |
| | | | noted ___ 9/6/01 10 05 |

ALLERGIES:

INSTITUTION:

ROOM/WING:

CDC NUMBER, NAME (LAST, FIRST, MI)

Bloodsaw, theopric
P-20045

Confidential
client information
See W & I Code, Sections 4514 and
5328

# PHYSICIAN'S ORDERS

 

53
54

# TEMPORARY RECORD

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication<br>(Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 6/18/01 | 9 PM | | — Zantac 150 Bid.    30 days<br>— HC cream appl to affected area Bid<br>2 weeks |
| | | | Q. Le, M.D. |

ALLERGIES: NKDA

INSTITUTION  CIM    ROOM/WING  RCW 578C

CDC NUMBER, NAME (LAST, FIRST, MI)

Bloodsaw Theopric
P20045

Confidential
client information.
See W & I Code, Sections 4514 and
5328

## PHYSICIAN'S ORDERS

CDC 7221 (2/00)
STATE OF CALIFORNIA    OSP 00-35617    DEPARTMENT OF CORRECTIONS

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION**
**TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 6/5/01 | | | Targamet 300mg T.J (in 8 com BID) X4wks |
| | | | JUG 2 |
| | | | For at unit clinic |
| | | | [signature] |
| | | | NOTED 6/5/01 [signature] |
| 7/5/01 | | | Vigenit 800mg Tal T hot daily X 4wks |
| | | | Tylenol ES Tal Ti 5d pc |
| | | | OTM 8mg Tal 5d pc } X2wks |
| | | | [signature] |

noted w/
Patient
@ 7-5-01

ALLERGIES: NKA

INSTITUTION: RC

ROOM/WING:

CDC NUMBER, NAME (LAST, FIRST, MI)

P 20043
Bloodsaw. Theopric

Confidential
client information
See W & I Code, Sections 4514 and
5328

**PHYSICIAN'S ORDERS**

56.

orig

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 11·15·00 | 235 pm | | Zantac 150 ⊗ Bid × 2 wks. |
| | | | *[signature]* |
| | | | NOTED 11/16/00 *[signature]* |

ALLERGIES: NKA   INSTITUTION: CIM - RC   ROOM/WING:

CDC NUMBER, NAME (LAST, FIRST, MI)

Bloodshaw, J
P 20045

Confidential
client information
See W & I Code, Sections 4514 and
5328

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA  —  OSP 00 35617   DEPARTMENT OF CORRECTIONS

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 12-1-00 | 11:00 | | Tagamet 300mg TID x 7 days |
| | | | Baclofed + po TID x 6 days |
| | | | Tylenol ES + po prn x 7 days |
| | | | |

ALLERGIES: NKA

INSTITUTION: _____    ROOM/WING: 377↓

Confidential
client information
See W & I Code, Sections 4514 and 5328

CDC NUMBER, NAME (LAST, FIRST, MI)

Bloodsaw, Theopuck
P20045
DOB 6/24/58

PHYSICIAN'S ORDERS

CDC 7221 (2/00)
STATE OF CALIFORNIA    OSP 00 35617

Orig.

| DATE | TIME | |
|---|---|---|
| 11/5/03 | 1210 | ARRIVED **CSP/LAC** WITH NO ACUTE MEDICAL COMPLAINTS AND NONE NOTED, RELEASED TO CUSTODY. |

Hx of GERD, stomach ulcer, denies complaints during this interview. Transferred ō medications. NAD. Medical F/u RTC ———— B. Bolton, FN

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|---|---|---|---|
| | | | BLOODSAW, Theopric P20045 6/24/58 |

**PHYSICIAN'S PROGRESS NOTES**

CDC 7230 (7/90)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**CONFIDENTIAL MEDICAL/MENTAL HEALTH INFORMATION TRANSFER**

CDC 7371 (REV 4/98)

☐ NEEDS IMMEDIATE ATTENTION

☐ No medical treatment prior to transfer

| Sending Facility ID Number | Inmate's Name | Date Form Completed |
|---|---|---|
| CCI | BLOODSAW, T | 11-03-03 |

| Inmate's AKA(s) | Inmate's allergies | |
|---|---|---|
| P20045 | ASA sensitive | ☑ NONE |

## SIGNIFICANT MEDICAL/MENTAL HEALTH PROBLEMS/COMMENTS

(Include suicide attempts, dental needs, special diets, etc.)

Hx GERD, Stomach ulcer

## MEDICATIONS PRESCRIBED

| NAME OF MEDICATION (Including TB) | DOSE | ROUTE | FREQUENCY | START DATE | STOP DATE |
|---|---|---|---|---|---|
| Ranitidine | 150 | P.O. | BID | 10/14/3 | 11-15-03 |

TREATMENTS

## DIAGNOSTIC TESTS PERFORMED

Is Inmate Pregnant? N/A  ☐ YES  ☐ NO  ☐ UNKNOWN  EDC _____

**TUBERCULOSIS**

PPD Test _____ 6 _____ mm    Date Read 6/13/03    Chest X-Ray  ☐ Normal  ☐ Abnormal    Date Read _____

Active TB Disease  ☐ Suspect  ☐ Known    *If suspect or known active TB disease, attach TB Patient Plan and provide the date the Local Health Officer was notified of the pending transfer.* DATE _____

**MISC TESTS** (Check each test box that applies to inmate)    TREATED?    DATE TREATED

RPR/VDRL:  ☐ Reactive  ☑ Non-reactive    ☐ YES  ☐ NO _____

GC:  ☐ Negative  ☐ Positive    ☐ YES  ☐ NO _____

**OTHER SCREENING TEST RESULTS AND DATES** (Including hepatitis)    **OTHER LAB DATA**

**IMMUNIZATIONS GIVEN** (Include date)

## PENDING MEDICAL APPOINTMENTS

| DATE | | | |
|---|---|---|---|
| WITH WHOM | | | |

ATTACHMENTS?  ☑ YES  ☐ NO

THIS FORM COMPLETED BY:
(PRINT NAME/TITLE)

S. Campbell

SIGNATURE

DATE SIGNED  11-03-03

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

BLOODSAW, T

P20045

DOB

SPECIAL TRANSPORT INSTRUCTIONS:  ☐ YES  ☑ NO

**PROGRESS NOTES**
## MEDICAL /PSYCH PROBLEM LIST

| | MEDICAL PROBLEMS | DATE OF DIAGNOSIS | PSYCH PROBLEMS | DATE OF DIAGNOSIS |
|---|---|---|---|---|
| 1. | GERD | | Denies | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |

**RISK FACTORS:**
CIGARETTES: ___✓___   ALCOHOL: ___✓___   OTHER: _____
DRUG ABUSE: ___✓___

**HEALTH MAINTANCE:**

| | MO YR | MO YR | MO YR | MO YR | MO YR | MO YR | MO YR | MO YR | MO YR | MO YR | MO YR | MO YR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RECTAL EXAM | | | | | | | | | | | | |
| HEMOCCULT | | | | | | | | | | | | |
| CHOLESTEROL | | | | | | | | | | | | |
| OTHER | | | | | | | | | | | | |

**SURGERIES:**                                    **DATE:**

S/P Hernia as a child   _____

_____   _____

_____   _____

_____   _____

**NAME:** Bloodsaw, Theopric **CDC:** P20045 **DOB:** 6/04/58
**LEVEL OF CARE:** _____

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 02/11/2000 | | | Tylenol 325 mg T q 8 hr prn _____ |
| | | | _____ Murdoch |
| | | | _____ Murdoch |
| | | | _____ |
| | | | _____ pain – with food |
| | | | _____ till ___ |
| | | | _____ S. Martinez DDS |
| | | | _____ |

ALLERGIES: none   INSTITUTION: SQ   ROOM/WING: 1 N 63

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)

Blood Saw, Theopric

P 20045

## PHYSICIAN'S ORDERS

CDC 7221 (4/90)
STATE OF CALIFORNIA       OSP 98 16368       DEPARTMENT OF CORRECTIONS

*Williams Claire, M.D.*

NAME: Bloodsaw          NUMBER P20045          HOUSING          PBSP-LAB-001

ASU-E11

**PELICAN BAY STATE PRISON**          **HEALTH CARE SERVICES UNIT**

**NOTIFICATION TO PATIENT OF LABORATORY TEST RESULTS**          TEST DATES: 1/1/06

TYPE OF TEST          BASIC BLOOD TESTS          HEPATITIS SCREEN          (X-RAY)          EKG
(circle test type)          OTHER

L-Spine

**YOUR TEST RESULTS WERE EVALUATED BY A PHYSICIAN AS FOLLOWS:**

☐ Your test result is essentially within normal limits. No physician follow-up is required.

☒ Your test result remains unchanged an will be reviewed with you at your next Chronic Care Appointment.

☒ Your test result is not within normal limits. You will be scheduled to discuss the results with a physician

☐ Your test result is not within normal limits. Further studies are required and have been scheduled for you. You
will receive further information on this study at a later date.

PHYSICIAN REMARKS

MINIMUM ARTHRITIS IN BACK NOTES

1. HEALTH RECORD COPY

2. PATIENT COPY

3. PHYSICIAN COPY          Physician & Surgeon

3-07-08
Date & Time

**CONFIDENTIAL**

NAME:          NUMBER          HOUSING          PBSP-LAB-001

Williams Claire, M.D.

NAME: Bloodsaw          NUMBER P20045          HOUSING          PBSP-LAB-001
                                                               ASU E7

PELICAN BAY STATE PRISON                HEALTH CARE SERVICES UNIT

NOTIFICATION TO PATIENT OF LABORATORY TEST RESULTS          TEST DATES: 1/29/08

TYPE OF TEST:          BASIC BLOOD TESTS          HEPATITIS SCREEN     (X-RAY)          EKG
(circle test type)     OTHER:
                                                                       C-Spine
                                                                       T-Spine

YOUR TEST RESULTS WERE EVALUATED BY A PHYSICIAN AS FOLLOWS:

[ ] Your test result is essentially within normal limits. No physician follow-up is required.

[ ] Your test result remains unchanged and will be reviewed with you at your next Chronic Care Appointment

[X] Your test result is not within normal limits. You will be scheduled to discuss the results with a physician.

[ ] Your test result is not within normal limits. Further studies are required and have been scheduled for you. You
    will receive further information on this study at a later date.

PHYSICIAN REMARKS:

SEVERE ARTHRITIS IN NECK AND

MINIMAL ARTHRITIS IN THORACIC SPINE

HEALTH RECORD COPY
PATIENT COPY                                          Physician & Surgeon
PHYSICIAN COPY
                                                      03-07-08
                                                      Date & Time

CONFIDENTIAL

NAME:          NUMBER          HOUSING          PBSP-LAB-001

6J. 04

NAME: Bloodsaw     NUMBER: P20045     HOUSING: A2-202L     PBSP-LAB-001

PELICAN BAY STATE PRISON          HEALTH CARE SERVICES UNIT

NOTIFICATION TO PATIENT OF LABORATORY TEST RESULTS          TEST DATES: 9/10/07

TYPE OF TEST:          BASIC BLOOD TESTS          HEPATITIS SCREEN          X-RAY          EKG
(circle test type)          OTHER:
Pelvis, hips, L-spine

YOUR TEST RESULTS WERE EVALUATED BY A PHYSICIAN AS FOLLOWS:

[ ] Your test result is essentially within normal limits. No physician follow-up is required.

[ ] Your test result remains unchanged an will be reviewed with you at your next Chronic Care Appointment.

[X] Your test result is not within normal limits. You will be scheduled to discuss the results with a physician.

[ ] Your test result is not within normal limits. Further studies are required and have been scheduled for you. You
will receive further information on this study at a later date.

PHYSICIAN REMARKS     Your xrays are good

Malo-Clines Cheryl, M.D. or F.N.P.

1.   HEALTH RECORD COPY                         CMC
                                          Physician & Surgeon

2.   PATIENT COPY

3.   PHYSICIAN COPY                         09-17-07
                                          Date &Time

CONFIDENTIAL

NAME :          NUMBER          HOUSING          PBSP-LAB-001

# HEALTH CARE SERVICES REQUEST FORM (PBSP 7362)

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|

If you believe this to be an urgent/emergent health need, contact the correctional officer on duty

REQUEST FOR:   MEDICAL ☑  PSYCHIATRY ☐   MENTAL HEALTH ☐   DENTAL ☐   PHARMACY ☐

NAME: *Bloodsaw Theoprie*    CDC #: *P20045*    HOUSING: *A2-202*

PHARMACY REFILL #                    *Pharmacy, place labels on back of form*

THE REASON YOU WANT HEALTH CARE. (DESCRIBE YOUR HEALTH PROBLEM AND HOW LONG YOU HAVE HAD THE PROBLEM)

*Cheryl Malo-Clines I have the medication I ne-
ed inside of my cell you can cancell whatever type
of medication that you and Snyder MTA are trying
to force on me unlawfully an unprofessionally*

PATIENT'S SIGNATURE: *T. Bloodsaw*        DATE: *9-19-07*

| PART II: TO BE COMPLETED BY THE TRIAGE RN/RDA/MTA |
|---|

Date & Time Received:                         Received by:

Reviewed by RN/RDA, Date:        Time:        Signature:        Triage Designation:

S:

O:    T:        P:        R:        BP:        WEIGHT:

*Dear M/. Bloodsaw,*
*The allergy medicine must be given DOT. If you
would like to be changed back I am happy to*

A: *do that.   CHC*

P:

Ps. *The medicine I gave you is used for allergies in Low Dose Like you
were prescribed. There are people that take high doses for sleep trouble.
You were NOT on that dose   CH*

Signature/Date/Time:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (immediately) | URGENT ☐ (within 24 hours) | ROUTINE ☐ (within 14 calendar days) |
|---|---|---|---|

REFERRED TO PCP:                    DATE OF APPOINTMENT:

Print/Stamp Name            Signature/Title                Date & Time Completed

## COPAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF

1. ☐ Visit was for an emergency
2. ☐ Visit was for diagnosis or treatment of a communicable disease condition (See Title 17, Chapter 4, Subchapter 1, Section 2500 CCR)
3. ☐ Visit was for mental health services
4. ☐ Visit was a follow-up requested by the clinician.
5. ☐ Visit was for State mandated evaluation or treatment (e.g., Annual TB tests)
6. ☐ Visit was for reception screening and evaluation only
7. ☐ Visit is NOT exempt from co-payment. Send PINK copy to Inmate Trust Office.

DISTRIBUTION:
ORIGINAL-Unit Health Record        YELLOW - Pharmacy        PINK - Inmate Trust        GOLDENROD – Inmate/Patient
PBSP 7362 (Rev. 7/03)

Name: *Bloodsaw*    CDC#: *P20045* Housing: *A2-202* Institution: *PBSP*

66

NAME: Bloodsaw          NUMBER P20045          HOUSING          PBSP-LAB-001
                                                 ASU - E1

PELICAN BAY STATE PRISON          HEALTH CARE SERVICES UNIT

NOTIFICATION TO PATIENT OF LABORATORY TEST RESULTS          TEST DATES: 10/18/07

TYPE OF TEST:          BASIC BLOOD TESTS          HEPATITIS SCREEN          (X-RAY)          EKG
(circle test type)          OTHER:                                                   pelvis + Lt. hip

YOUR TEST RESULTS WERE EVALUATED BY A PHYSICIAN AS FOLLOWS:

☐     Your test result is essentially within normal limits.  No physician follow-up is required.

☐     Your test result remains unchanged an will be reviewed with you at your next Chronic Care Appointment.

☐     Your test result is not within normal limits.  You will be scheduled to discuss the results with a physician.

☐     Your test result is not within normal limits.  Further studies are required and have been scheduled for you.  You

      will receive further information on this study at a later date.

PHYSICIAN REMARKS          Unchanged
_____
_____
_____
_____
_____
_____
_____
          Williams Claire, M.D.
_____

1.   HEALTH RECORD COPY

2.   PATIENT COPY                              _____
                                               Physician & Surgeon
3.   PHYSICIAN COPY
                                               11-1-07
                                               Date &Time

**CONFIDENTIAL**

NAME :          NUMBER          HOUSING          PBSP-LAB-001

NAME: *Bloodsaw, T*    NUMBER *P26045*    HOUSING *A 2-75*    PBSP-LAB-001

**PELICAN BAY STATE PRISON**                    **HEALTH CARE SERVICES UNIT**

**NOTIFICATION TO PATIENT OF LABORATORY TEST RESULTS**    TEST DATES: *2-22-05*

**TYPE OF TEST:**    **BASIC BLOOD TESTS**    **HEPATITIS SCREEN**    (X-RAY)    EKG
(circle test types)     **OTHER:**

**YOUR TEST RESULTS WERE EVALUATED BY A PHYSICIAN AS FOLLOWS:**

☐    Your test result is essentially within normal limits. No physician follow-up is required.

☑    Your test result remains unchanged an will be reviewed with you at your next Chronic Care Appointment.

☐    Your test result is not within normal limits. You will be scheduled to discuss the results with a physician.

☐    Your test result is not within normal limits. Further studies are required and have been scheduled for you. You will receive further information on this study at a later date.

PHYSICIAN REMARKS

1.    HEALTH RECORD COPY
2.    PATIENT COPY                        Physician & Surgeon
3.    PHYSICIAN COPY
**CONFIDENTIAL**                              *3. 17. 05*
                                        Date & Time

NAME:                    NUMBER                    HOUSING                    PBSP-LAB-001

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
DISABILITY PLACEMENT PROGRAM VE~ ~CATION (DPPV)
CDC 1845 (Rev. 01/04)
*CHECK ALL APPLICABLE BOXES*

**THIS FORM ONLY VERIFIES OR DISCONFIRMS CLAIMED PHYSICAL DISABILITIES LISTED IN SECTION B**

| INMATE NAME: BLOODSAW | CDC NUMBER: P20045 | INSTITUTION: PBSP | HOUSING ASSIGNMENT: A2 202L | DATE FORM INITIATED: 8/1/07 |
|---|---|---|---|---|

*Sections A - B to be completed by licensed medical staff.*

| SECTION A: REASON FOR INITIATION OF FORM | SECTION B: DISABILITY BEING EVALUATED |
|---|---|
| [X] Inmate self-identifies to staff  [ ] Third party evaluation request | [ ] Blind/Vision Impaired    [ ] Speech Impaired |
| [ ] Observation by staff  [ ] Medical documentation or Central File information | [X] Deaf/Hearing Impaired    [ ] Mobility Impaired |

*Sections C - G to be completed by a physician only.*

| SECTION C: PERMANENT DISABILITIES IMPACTING PLACEMENT | SECTION D: PERMANENT DISABILITIES *NOT* IMPACTING PLACEMENT |
|---|---|
| 1. [ ] FULL TIME WHEELCHAIR USER - DPW Requires wheelchair accessible housing and path of travel. | 1. NO CORRESPONDING CATEGORY |
| 2. [ ] INTERMITTENT WHEELCHAIR USER - DPO Requires lower bunk, wheelchair accessible path of travel and *does not require* wheelchair accessible cell. | 2. NO CORRESPONDING CATEGORY |
| 3. [ ] MOBILITY IMPAIRMENT - With or Without Assistive Device (Wheelchairs shall not be prescribed) - DPM Orthopedic, neurological or medical condition that substantially limits ambulation (cannot walk 100 yards on a level surface without pause). Requires lower bunk, no triple bunk, and no stairs in path of travel. | 3. [ ] MOBILITY IMPAIRMENT (Lower Extremities) - DNM Walks 100 yards without pause with or without assistive devices. [ ] No Housing Restrictions  [ ] See HOUSING RESTRICTIONS in Section E [ ] Requires relatively level terrain and no obstructions in path of travel. **Do not place at:** CCI, CMC-E, CRC, CTF-C, FSP, SCC I or II, SOL, or SQ. (CDC 128-C:_____) |
| 4. [ ] DEAF/HEARING IMPAIRMENT - DPH Must rely on written communication, lip reading or signing as residual hearing, with assistive devices, will not enable them to hear, understand or localize emergency warnings or public address announcements. | 4. [X] HEARING IMPAIRMENT - DNH With residual hearing at a functional level with hearing aid(s). |
| 5. [ ] BLIND/VISION IMPAIRMENT - DPV Not correctable to central vision acuity of better than 20/200 with corrective lenses in at least one eye (See HOUSING RESTRICTIONS IN SECTION E). | 5. NO CORRESPONDING CATEGORY |
| 6. [ ] SPEECH IMPAIRMENT - DPS Does not communicate effectively speaking or in writing. | 6. [ ] SPEECH IMPAIRMENT - DNS Does not communicate effectively speaking, but does when writing. |

| SECTION E: ADDITIONAL MEDICAL INFORMATION |
|---|

**CSR ALERT:**
[ ] Requires relatively level terrain and no obstructions in path of travel
[ ] Complex medical needs affecting placement   [ ] CDC 128-C _____

**HEALTH CARE APPLIANCE / IDENTIFICATION VEST:**
[ ] Cane  [ ] Crutch  [ ] Walker  [ ] Leg/Arm prosthesis  [ ] Vest
[ ] Other: _____   [ ] CDC 128-C(s) dated: _____

**ASSISTANCE NEEDED WITH ACTIVITIES OF DAILY LIVING:**
[ ] Feeding or Eating  [ ] Bathing  [ ] Grooming  [ ] W/C transferring
[ ] Toileting  [ ] Other: _____   [ ] CDC 128-C(s) dated: _____

**OTHER DPP DESIGNATIONS:**
[ ] NONE _____ ; _____
　　　　CODE　DATED　　CODE　　DATED

**HOUSING RESTRICTIONS:**  [ ] Lower bunk  [ ] No stairs  [ ] No triple bunk. CDC 128-C(s) dated: _____

| SECTION F: EXCLUSIONS |
|---|

[ ] VERIFICATION OF CLAIMED DISABILITY NOT CONFIRMED: My physical examination or other objective data DOES NOT SUPPORT *claimed* disability. (Explain in Comments Section and CDC 128-C dated _____).
[ ] REMOVAL FROM A DPP CODE: Removal from previous DPP code: _____. (Explain in Comments Section and CDC 128-C dated: _____.)
[ ] REMOVAL FROM ENTIRE PROGRAM: Removal from DPP code(s): _____. (Explain in Comments Section and CDC 128-C dated: _____.)

| SECTION G: EFFECTIVE COMMUNICATION FACTORS |
|---|

[ ] Uses Sign Language Interpreter (SLI)  [ ] Reads Braille  [ ] Communicates with written notes  [ ] Requires large print or magnifier
[ ] Reads lips  [X] NO "EFFECTIVE COMMUNICATION" ISSUES OBSERVED OR DOCUMENTED IN THE UNIT HEALTH RECORD

**PHYSICIAN'S COMMENTS:** *(Focus on affected systems and functional limitations. No specific diagnosis or other confidential medical information.)*

*Has good function & hearing aids ~ does not need vest*

| PHYSICIAN'S NAME (Print): M.C. SAYRE | PHYSICIAN'S SIGNATURE: MC Sayre | DATE SIGNED: 8/1/07 |
|---|---|---|
| HEALTH CARE MANAGER'S / DESIGNEE'S NAME (Print): M.C. SAYRE | HEALTH CARE MANAGER'S / DESIGNEE'S SIGNATURE: MC Sayre | DATE SIGNED: 8/1/0? |

**NOTE:** After review by the Health Care Manager or Chief Physician & Surgeon, health care staff shall retain green copy for the UHR, send the inmate copy via institutional and route the original and remaining copies to the C&PR/RC CC-III for tracking and further distribution according to the instructions below.

STATE OF CALIFORNIA
**DISABILITY PLACEMENT PROGRAM VERIFICATION (DPP** ~~COPY~~ ASU EIL ~~...~~ T OF CORRECTIONS
CDC 1845 (Rev. 01/04)
CHECK ALL APPLICABLE BOXES

THIS FORM ONLY VERIFIES OR DISCONFIRMS CLAIMED PHYSICAL DISABILITIES LISTED IN SECTION B

| INMATE NAME: *Blackson* | CDC NUMBER: P20045 | INSTITUTION: PBSP | HOUSING ASSIGNMENT: ADSE OIL | DATE FORM INITIATED: 1/15/08 |
|---|---|---|---|---|

*Sections A - B to be completed by licensed medical staff.*

| SECTION A: REASON FOR INITIATION OF FORM | SECTION B: DISABILITY BEING EVALUATED |
|---|---|
| ☒ Inmate self-identifies to staff ☐ Third party evaluation request<br>☐ Observation by staff ☐ Medical documentation or Central File information | ☐ Blind/Vision Impaired ☐ Speech Impaired<br>☒ Deaf/Hearing Impaired ☐ Mobility Impaired |

*Sections C - G to be completed by a physician only.*

**SECTION C: PERMANENT DISABILITIES IMPACTING PLACEMENT**

1. ☐ FULL TIME WHEELCHAIR USER - DPW
   Requires wheelchair accessible housing and path of travel.
2. ☐ INTERMITTENT WHEELCHAIR USER - DPO
   Requires lower bunk, wheelchair accessible path of travel and *does not require* wheelchair accessible cell.
3. ☐ MOBILITY IMPAIRMENT - With or Without Assistive Device
   (Wheelchairs shall not be prescribed) - DPM
   Orthopedic, neurological or medical condition that substantially limits ambulation (cannot walk 100 yards on a level surface without pause). Requires lower bunk, no triple bunk, and no stairs in path of travel.
4. ☐ DEAF/HEARING IMPAIRMENT - DPH
   Must rely on written communication, lip reading or signing as residual hearing, with assistive devices, will not enable them to hear, understand or localize emergency warnings or public address announcements.
5. ☐ BLIND/VISION IMPAIRMENT - DPV
   Not correctable to central vision acuity of better than 20/200 with corrective lenses in at least one eye (See HOUSING RESTRICTIONS IN SECTION E).
6. ☐ SPEECH IMPAIRMENT - DPS
   Does not communicate effectively speaking or in writing.

**SECTION D: PERMANENT DISABILITIES *NOT* IMPACTING PLACEMENT**

1. NO CORRESPONDING CATEGORY
2. NO CORRESPONDING CATEGORY
3. ☐ MOBILITY IMPAIRMENT (Lower Extremities) - DNM
   Walks 100 yards without pause with or without assistive devices.
   ☐ No Housing Restrictions ☐ See HOUSING RESTRICTIONS in Section E
   ☐ Requires relatively level terrain and no obstructions in path of travel. *Do not place at:* CCI, CMC-E, CRC, CTF-C, FSP, SCC I or II, SOL, or SQ. (CDC 128-C:_____)
4. ☒ HEARING IMPAIRMENT - DNH
   With residual hearing at a functional level with hearing aid(s).
5. NO CORRESPONDING CATEGORY
6. ☐ SPEECH IMPAIRMENT - DNS
   Does not communicate effectively speaking, but does when writing.

**SECTION E: ADDITIONAL MEDICAL INFORMATION**

**CSR ALERT:**
☐ Requires relatively level terrain and no obstructions in path of travel
☐ Complex medical needs affecting placement ☐ CDC 128-C _____

**ASSISTANCE NEEDED WITH ACTIVITIES OF DAILY LIVING:**
☐ Feeding or Eating ☐ Bathing ☐ Grooming ☐ W/C transferring
☐ Toileting ☐ Other:_____ ☐ CDC 128-C(s) dated:_____

**HOUSING RESTRICTIONS:** ☐ Lower bunk ☐ No stairs ☐ No triple bunk. CDC 128-C(s) dated:_____

**HEALTH CARE APPLIANCE / IDENTIFICATION VEST:**
☐ Cane ☐ Crutch ☐ Walker ☐ Leg/Arm prosthesis ☐ Vest
☒ Other: H-A ☒ CDC 128-C(s) dated: 3/7/0

**OTHER DPP DESIGNATIONS:**
☐ NONE
CODE _____ DATED _____ ; CODE _____ DATED _____

**SECTION F: EXCLUSIONS**

☐ VERIFICATION OF CLAIMED DISABILITY NOT CONFIRMED: My physical examination or other objective data DOES NOT SUPPORT *claimed* disability. (Explain in Comments Section and CDC 128-C dated _____).
☐ REMOVAL FROM A DPP CODE: Removal from previous DPP code: _____. (Explain in Comments Section and CDC 128-C dated: _____.)
☐ REMOVAL FROM ENTIRE PROGRAM: Removal from DPP code(s): _____. (Explain in Comments Section and CDC 128-C dated: _____.)

**SECTION G: EFFECTIVE COMMUNICATION FACTORS**

☐ Uses Sign Language Interpreter (SLI) ☐ Reads Braille ☐ Communicates with written notes ☐ Requires large print or magnifier
☐ Reads lips ☒ NO "EFFECTIVE COMMUNICATION" ISSUES OBSERVED OR DOCUMENTED IN THE UNIT HEALTH RECORD

**PHYSICIAN'S COMMENTS:** *(Focus on affected systems and functional limitations. No specific diagnosis or other confidential medical information.)*

*Has good function c̄ hearing aids*

| PHYSICIAN'S NAME (Print): MC Sayne | PHYSICIAN'S SIGNATURE: MC Sayne | DATE SIGNED: 1/15/08 |
|---|---|---|
| HEALTH CARE MANAGER'S / DESIGNEE'S NAME (Print): MC Sayne | HEALTH CARE MANAGER'S / DESIGNEE'S SIGNATURE: MC Sayne | DATE SIGNED: 1/15/08 |

**NOTE:** After review by the Health Care Manager or Chief Physician & Surgeon, health care staff shall retain green copy in the UHR, send the inmate copy via institutional mail, and route the original and remaining copies to the C&PR/RC CC-III for tracking and further distribution according to the instructions below.

Case 5:08-cv-03315-JF Document 1545 Filed 02/02/2008 Page 1 of 1

STAPLE THIS FORM TO MOST CURRENT CDC 1845 AND RENEW/2008 MAPPROV Page 1 of 1 ACTS

State of California

DEPARTMENT OF CORRECTIONS
CDC 128-E

NAME and NUMBER **Bloodsaw, P20045**

This inmate has been identified as: ☐ DPH ☒ DNH ☐ DPS ☐ DNS and was interviewed as indicated below:
☒ The inmate was (was not) interviewed with the assistance of a qualified sign language interpreter.
Name of sign language interpreter _____

Primary method: (Check one) (This method shall be used for due process, delivery of health care, inmate appeals and CDC 1515)
☐ American Sign Language ☐ Sign Exact English ☐ Other sign language: _____ ☐ Written notes
☐ Reads Lips ☒ Hearing aide(s) ☐ Assistive listening device

Alternative method(s): (Check all that apply) **I/m Request a Vest to Identify his Hearing impairm**
☐ American Sign Language ☐ Sign Exact English ☐ Other sign language: _____ ☐ Written notes
☐ Reads Lips ☐ Hearing aide(s) ☐ Assistive listening device ☒ None

**V.Y. France, Sgt.** _____ **France, Sgt.** _____ x **T. Bloodsaw** _____
Interviewer's Name _____ Interviewer's Signature _____ Inmate's Signature _____ C. PATTON

DATE: **8/16/07** NOTE - VEST ISSUED **8/17/07** CHAPLIN INST: **PBSP**
EQUALLY EFFECTIVE COMMUNICATION FOR HEARING/SPEECH IMPAIRED

31 57 46 80 11
12

**STATE OF CALIFORNIA**
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

515698

DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:     MEDICAL ☑     MENTAL HEALTH ☐     DENTAL ☐     MEDICATION REFILL ☐

| NAME *Bloodsaw, George* | CDC NUMBER *P-30085* | HOUSING *A2-202* |
|---|---|---|
| PATIENT SIGNATURE *T. Bloom* | | DATE *4-7-07* |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) *I was attacked by Staff C/O's on 4-12-07 I did not receive proper medical attention several blows to the back of my head, left arm, rib cage, lower lip, left hip knee and ankle, spasms, lower back pain.*

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.) |

CDC 7362 (Rev. 03/04)     Original - Unit Health Record     Yellow - Inmate (if copayment applicable)     Pink - Inmate Trust Office (if copayment applicable)     Gold - Inmate

72.

# HEALTH CARE SERVICES REQUEST FORM (PBSP 7362)

54966

## PART I: TO BE COMPLETED BY THE PATIENT

If you believe this to be an urgent/emergent health care need, contact the correctional officer on duty

REQUEST FOR:   MEDICAL ☑  PSYCHIATRY ☐   MENTAL HEALTH ☐   DENTAL ☐   PHARMACY ☐

NAME: _Bloodsaw Theopric_   CDC #: _P20015_   HOUSING: _A2-202_

PHARMACY REFILL # _____   *Pharmacy, place labels on back of form*

THE REASON YOU WANT HEALTH CARE. (DESCRIBE YOUR HEALTH PROBLEM AND HOW LONG YOU HAVE HAD THE PROBLEM)

_I have disabilities and according to CDC Title15. 3377.1 Inmate Custody Designations. 3080. Americans With Disabilities Act. I was and still is entitled to single cell housing Cervical Spine, Lower Back Sprains Gunshot in leg hip_

PATIENT'S SIGNATURE: _T. Bloodsaw_   DATE: _5-15-07_

## PART II: TO BE COMPLETED BY THE TRIAGE RN/RDA/MTA

Date & Time Received: _5/16/07_  _0730_   Received by: _J. Flowers_

Reviewed by RN/RDA, Date: _5/16/7_ Time: _750_ Signature: _J. Flowers_ Triage Designation: _____

S:

O:   T:   P:   R:   BP:   WEIGHT:

_You have an appointment scheduled to discuss this with Doctor._

A:

P:   _SEE LINE_

Signature/Date/Time: _J. Flowers 5/16/7  1:00_

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (immediately) | URGENT ☐ (within 24 hours) | ROUTINE ☐ (within 14 calendar days) |
|---|---|---|---|

REFERRED TO PCP:   DATE OF APPOINTMENT:

_A Flowers_   _J. Flowers, RN_   _5/16/7  1:00_
Print/Stamp Name   Signature/Title   Date & Time Completed

## COPAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF

1. ☐ Visit was for an emergency
2. ☐ Visit was for diagnosis or treatment of a communicable disease condition  (See Title 17, Chapter 4, Subchapter 1, Section 2500 CCR)
3. ☐ Visit was for mental health services
4. ☐ Visit was a follow-up requested by the clinician.
5. ☐ Visit was for State mandated evaluation or treatment (e.g., Annual TB tests)
6. ☐ Visit was for reception screening and evaluation only
7. ☐ Visit is NOT exempt from co-payment. Send PINK copy to Inmate Trust Office.

DISTRIBUTION:
ORIGINAL-Unit Health Record     YELLOW - Pharmacy     PINK - Inmate Trust     GOLDENROD – Inmate/Patient
PBSP 7362 (Rev  7/03)

Name: _Bloodsaw Theopric_ CDC#: _P20015_ Housing: _A2-202_ Institution: _PBP_

# HEALTH CARE SERVICES REQUEST FORM (PBSP 7362)

55187

**PART I: TO BE COMPLETED BY THE PATIENT**

If you believe this to be an urgent/emergent health need, contact the correctional officer on duty

REQUEST FOR: MEDICAL ☑ PSYCHIATRY ☐ MENTAL HEALTH ☐ DENTAL ☐ PHARMACY ☐

NAME: *Bloodsaw Theopric* CDC #: *P00645* HOUSING: *E1-A2U*

PHARMACY REFILL #                           *Pharmacy, place labels on back of form*

THE REASON YOU WANT HEALTH CARE. (DESCRIBE YOUR HEALTH PROBLEM AND HOW LONG YOU HAVE HAD THE PROBLEM)

*I would like to see a RN to get some of my left hip for fracture, and get my Naproxen to MCF. Need to say that I've been without since 5-2-07 and change my allergie medication back to Chlorpheniramine 8 MG Capsule*

PATIENT'S SIGNATURE: *T. Bloodsaw*       DATE: *9-23-07*

**PART II: TO BE COMPLETED BY THE TRIAGE RN/RDA/MTA**

Date & Time Received: *9/24/07 00*      Received by: *[signature]*

Reviewed by RN/RDA, Date: *9/24/07* Time:    Signature: *[signature]*    Triage Designation: *R*

S:

O:    T:    P:    R:    BP:    **WEIGHT:**

A:

P:

                         Signature/Date/Time:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (immediately) | URGENT ☐ (within 24 hours) | ROUTINE ☑ (within 14 calendar days) |
|---|---|---|---|

REFERRED TO PCP:    *[illegible]*      DATE OF APPOINTMENT: *[illegible]*

*[signature]*          *[signature]*          *9/24/07 0905*
Print/Stamp Name           Signature/Title          Date & Time Completed

**COPAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF**

1. ☐ Visit was for an emergency
2. ☐ Visit was for diagnosis or treatment of a communicable disease condition (See Title 17, Chapter 4, Subchapter 1, Section 2500 CCR)
3. ☐ Visit was for mental health services
4. ☐ Visit was a follow-up requested by the clinician.
5. ☐ Visit was for State mandated evaluation or treatment (e.g., Annual TB tests)
6. ☐ Visit was for reception screening and evaluation only
7. ☐ Visit is NOT exempt from co-payment. Send PINK copy to Inmate Trust Office.

DISTRIBUTION:
ORIGINAL–Unit Health Record      YELLOW - Pharmacy      PINK - Inmate Trust      GOLDENROD – Inmate/Patient
PBSP 7362 (Rev 7/03)

Name: *Bloodsaw Theopric* CDC#: *P00645* Housing: *E1-A2U* Institution: *PBSP*

73
74

# HEALTH CARE SERVICES REQUEST FORM (PBSP 7362)

43081

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this to be an urgent/emergent health care need, contact the correctional officer on duty |

REQUEST FOR:   MEDICAL ☑   PSYCHIATRY ☐   MENTAL HEALTH ☐   DENTAL ☐   PHARMACY ☐

NAME: Bloodsaw Theopric    CDC #: P1115    HOUSING: A U E 1

PHARMACY REFILL # _____    *Pharmacy, place labels on back of form*

THE REASON YOU WANT HEALTH CARE. (DESCRIBE YOUR HEALTH PROBLEM AND HOW LONG YOU HAVE HAD THE PROBLEM)

I need to have my pain medication reordered
Ibuprofen 800 MG tablet and sometype of medication for a head cold Aller-Chlor is a allergy medicine I need something for a strain muscle not ben gay

PATIENT'S SIGNATURE: T. Bloodsaw    DATE: 11-11-07

| PART II:   TO BE COMPLETED BY THE TRIAGE RN/RDA/MTA |
|---|
| Date & Time Received: _____    Received by: _____ |
| Reviewed by RN/RDA, Date: 11/12/07 Time: _____ Signaturer / _____ Triage Designation: _____ |

**S:**

**O:**   T:   P:   R:   BP:   WEIGHT:

**A:**

**P:**

Signature/Date/Time:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (immediately) | URGENT ☐ (within 24 hours) | ROUTINE ☑ (within 14 calendar days) |
|---|---|---|---|

REFERRED TO PCP: _____    DATE OF APPOINTMENT: _____

RN H1111st    _____    11/12/07
Print/Stamp Name    Signature/Title    Date & Time Completed

## COPAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF

| | | |
|---|---|---|
| 1. | ☐ | Visit was for an emergency |
| 2. | ☐ | Visit was for diagnosis or treatment of a communicable disease condition (See Title 17, Chapter 4, Subchapter 1, Section 2500 CCR) |
| 3. | ☐ | Visit was for mental health services |
| 4. | ☐ | Visit was a follow-up requested by the clinician |
| 5. | ☐ | Visit was for State mandated evaluation or treatment (e.g., Annual TB tests) |
| 6. | ☐ | Visit was for reception screening and evaluation only |
| 7. | ☑ | Visit is NOT exempt from co-payment. Send PINK copy to Inmate Trust Office. |

DISTRIBUTION:
ORIGINAL - Unit Health Record    YELLOW - Pharmacy    PINK - Inmate Trust    GOLDENROD - Inmate/Patient
PBSP 7362 (Rev. 7/03)

Name: Bloodsaw Theopric CDC#: P1115, Housing: A U E 1 Institution: PBSP

# HEALTH CARE SERVICES REQUEST FORM (PBSP 7362)

**PART I: TO BE COMPLETED BY THE PATIENT**

If you believe this to be an urgent/emergent health care need, contact the correctional officer on duty

REQUEST FOR:  MEDICAL ☑  PSYCHIATRY ☐  MENTAL HEALTH ☐  DENTAL ☐  PHARMACY ☐

NAME: _Bloodsaw Trepric_    CDC #: _P20045_    HOUSING: _ASU-E1_    E1

PHARMACY REFILL # _____    *Pharmacy, place labels on back of form*

THE REASON YOU WANT HEALTH CARE. (DESCRIBE YOUR HEALTH PROBLEM AND HOW LONG YOU HAVE HAD THE PROBLEM)

_Emergency 3-602. Off-Site Health Care Treatment._
_I need professional medical attention to lower back, neck, head, left hip, muscle spasms pains and uncontrolled bowel movements 3354. 1 Inmate Co-payment etc._

PATIENT'S SIGNATURE: _T. Bloodsaw_    DATE: _12-18-07_

**PART II: TO BE COMPLETED BY THE TRIAGE RN/RDA/MTA**

Date & Time Received: _____    Received by: _____

Reviewed by RN/RDA, Date: _1/1/07_ Time: _____  Signature: _____ Triage Designation: _____

S:

O:    T:    P:    R:    BP:    WEIGHT:

A:

P:

Signature/Date/Time:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (immediately) | URGENT ☐ (within 24 hours) | ROUTINE ☐ (within 14 calendar days) |
|---|---|---|---|

REFERRED TO PCP: _____    DATE OF APPOINTMENT: _____

_NAKHDII(V)L_    _____    _12/19/07_
Print/Stamp Name    Signature/Title    Date & Time Completed

**COPAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF**

1. ☐ Visit was for an emergency
2. ☐ Visit was for diagnosis or treatment of a communicable disease condition (See Title 17, Chapter 4, Subchapter 1, Section 2500 CCR)
3. ☐ Visit was for mental health services
4. ☐ Visit was a follow-up requested by the clinician.
5. ☐ Visit was for State mandated evaluation or treatment (e.g., Annual TB tests)
6. ☐ Visit was for reception screening and evaluation only
7. ☑ Visit is NOT exempt from co-payment. Send PINK copy to Inmate Trust Office.

DISTRIBUTION:
ORIGINAL-Unit Health Record    YELLOW - Pharmacy    PINK - Inmate Trust    GOLDENROD – Inmate/Patient
PBSP 7362 (Rev 7/03)

Name: _Bloodsaw Thepric_ CDC#: _P20045_ Housing: _ASU-E1_ Institution: _PBSP_

16

# HEALTH CARE SERVICES REQUEST FORM (PBSP 7362)

77620

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|

If you believe this to be an urgent/emergent health care need, contact the correctional officer on duty

REQUEST FOR:    MEDICAL ☑    PSYCHIATRY ☐    MENTAL HEALTH ☐    DENTAL ☐    PHARMACY ☐

NAME: BloodSAW Theopric    CDC #: P2OO45    HOUSING: ASU-E1

PHARMACY REFILL # _____    *Pharmacy, place labels on back of form*

THE REASON YOU WANT HEALTH CARE.  (DESCRIBE YOUR HEALTH PROBLEM AND HOW LONG YOU HAVE HAD THE PROBLEM)

I urgently need medical attention for muscle spasms, severe pain in my neck, lower back, left hip I need proper pain medication an need cold I am refusing and avoiding contact with Malo-Clines, M.D. unprofessional skills

PATIENT'S SIGNATURE: T. Bloodsaw    DATE: 12-4-07

| PART II:  TO BE COMPLETED BY THE TRIAGE RN/RDA/MTA |
|---|

Date & Time Received: _____    Received by: _____

Reviewed by RN/RDA, Date: / / Time: _____    Signature: _____    Triage Designation: _____

S:

O:    T:    P:    R:    BP:    WEIGHT:

A:

P:

Signature/Date/Time:

APPOINTMENT SCHEDULED AS:    EMERGENCY ☐ (immediately)    URGENT ☐ (within 24 hours)    ROUTINE ☑ (within 14 calendar days)

REFERRED TO PCP: _____    DATE OF APPOINTMENT: _____

Print/Stamp Name _____    Signature/Title _____    Date & Time Completed 12/6/07

## COPAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF

1. ☐ Visit was for an emergency
2. ☐ Visit was for diagnosis or treatment of a communicable disease condition  (See Title 17, Chapter 4, Subchapter 1, Section 2500 CCR)
3. ☐ Visit was for mental health services
4. ☐ Visit was a follow-up requested by the clinician.
5. ☐ Visit was for State mandated evaluation or  treatment (e.g., Annual TB tests)
6. ☐ Visit was for  reception screening and evaluation only
7. ☑ Visit is NOT exempt from co-payment.  Send PINK copy to Inmate Trust Office.

DISTRIBUTION:
ORIGINAL-Unit Health Record    YELLOW - Pharmacy    PINK - Inmate Trust    GOLDENROD – Inmate/Patient
PBSP 7362 (Rev. 7/03)

Name: BloodSAW    CDC#: P2O45    Housing: ASU-E1    Institution: PBSP

# HEALTH CARE SERVICES REQUEST FORM (PBSP 7362)

188075

| PART I: TO BE COMPLETED BY THE PATIENT |
| --- |

If you believe this to be an urgent/emergent health care need, contact the correctional officer on duty

REQUEST FOR:   MEDICAL ☐   PSYCHIATRY ☐   MENTAL HEALTH ☐   DENTAL ☐   PHARMACY ☐

NAME: _Bloodsaw Theopric_    CDC #: _P20045_    HOUSING: _ASU-E1_

PHARMACY REFILL # _____    *Pharmacy, place labels on back of form*

THE REASON YOU WANT HEALTH CARE.  (DESCRIBE YOUR HEALTH PROBLEM AND HOW LONG YOU HAVE HAD THE PROBLEM)

As I stated on 12-4-07 I was refusing and avoiding medical attention or contact with Mats-Clines, M.D. 196 P.2d 590, 87 Cal. App. 175 Whitlow v Superior Court of Cal. in and for Ventura County (1948) Racial Discriminating

PATIENT'S SIGNATURE: _T. Bloodsaw_    DATE: _12-19-07_

| PART II: TO BE COMPLETED BY THE TRIAGE RN/RDA/MTA |
| --- |

Date & Time Received: _____

Reviewed by RN/RDA, Date: _12/26_ Time: _____   Received by: _____   Signature: _____   Triage Designation: _____

S:




O:      T:      P:      R:      BP:      WEIGHT:




See mpims




A:

P:



Signature/Date/Time: _____

APPOINTMENT SCHEDULED AS:    EMERGENCY ☐ (immediately)    URGENT ☐ (within 24 hours)    ROUTINE ☐ (within 14 calendar days)

REFERRED TO PCP: _____    DATE OF APPOINTMENT: _____

Print/Stamp Name _____    Signature/Title _____    Date & Time Completed _____

## COPAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF

1. ☐ Visit was for an emergency
2. ☐ Visit was for diagnosis or treatment of a communicable disease condition  (See Title 17, Chapter 4, Subchapter 1, Section 2500 CCR)
3. ☐ Visit was for mental health services
4. ☐ Visit was a follow-up requested by the clinician.
5. ☐ Visit was for State mandated evaluation or treatment (e.g., Annual TB tests)
6. ☐ Visit was for reception screening and evaluation only
7. ☐ Visit is NOT exempt from co-payment. Send PINK copy to Inmate Trust Office.

DISTRIBUTION:
ORIGINAL–Unit Health Record    YELLOW - Pharmacy    PINK - Inmate Trust    GOLDENROD – Inmate/Patient
PBSP 7362 (Rev 7/03)

Name: _Bloodsaw Theo_    CDC#: _P20045_    Housing: _ASU-E1_    Institution: _PBSP_

78

# HEALTH CARE SERVICES REQUEST FORM (PBSP 7362)

77633

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this to be an urgent/emergent health care need, contact the correctional officer on duty |
| REQUEST FOR:  MEDICAL ☑  PSYCHIATRY ☐  MENTAL HEALTH ☐  DENTAL ☐  PHARMACY ☐ |
| NAME: Bloodsaw Theopric    CDC #: P20045    HOUSING: ASU-E1 |
| PHARMACY REFILL #                         *Pharmacy, place labels on back of form* |

THE REASON YOU WANT HEALTH CARE. (DESCRIBE YOUR HEALTH PROBLEM AND HOW LONG YOU HAVE HAD THE PROBLEM)

Malo-Clines Cheryl, M.D. you can cancel whatever type of medication that you are trying to force on me you and Nakamurh, MTA I do not take unlabel meds. I ask for common cold an proper pain meds

PATIENT'S SIGNATURE: T. Bloodsaw    DATE: 12-7-07

PART II: TO BE COMPLETED BY THE TRIAGE RN/RDA/MTA

Date & Time Received: _____    Received by: _____

Reviewed by RN/RDA, Date: 12/10/7 Time: 0700   Signature: _____   Triage Designation: __

S:

O:    T:    P:    R:    BP:    WEIGHT:

Mr. Bloodsaw, the medications you are referring to: Diphenhydramine, Dxycycline and other - they have already been discontinued. You have an order already for Acetaminophen for your pain. S. Rogers

A:

P:    See Nursing

Signature/Date/Time:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (immediately) | URGENT ☐ (within 24 hours) | ROUTINE ☑ (within 14 calendar days) |
|---|---|---|---|
| REFERRED TO PCP: NA | | DATE OF APPOINTMENT: | |

D Rogers
Print/Stamp Name

_____
Signature/Title

12-10-07 0850
Date & Time Completed

## COPAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF

| | | |
|---|---|---|
| 1. | ☐ | Visit was for an emergency |
| 2. | ☐ | Visit was for diagnosis or treatment of a communicable disease condition (See Title 17, Chapter 4, Subchapter 1, Section 2500 CCR) |
| 3. | ☐ | Visit was for mental health services |
| 4. | ☐ | Visit was a follow-up requested by the clinician. |
| 5. | ☐ | Visit was for State mandated evaluation or treatment (e.g., Annual TB tests) |
| 6. | ☐ | Visit was for reception screening and evaluation only |
| 7. | ☒ | Visit is NOT exempt from co-payment. Send PINK copy to Inmate Trust Office. |

DISTRIBUTION:
ORIGINAL–Unit Health Record          YELLOW - Pharmacy          PINK - Inmate Trust          GOLDENROD – Inmate/Patient
PBSP 7362 (Rev. 7/03)

| Name: Bloodsaw | CDC#: P20045 | Housing: ASU-E1 | Institution: PBSP |
|---|---|---|---|

8879

32997

# HEALTH CARE SERVICES REQUEST FORM (PBSP 7362)

**PART I: TO BE COMPLETED BY THE PATIENT**

If you believe this to be an urgent/emergent health care need, contact the correctional officer on duty

REQUEST FOR:   MEDICAL ☑   PSYCHIATRY ☐   MENTAL HEALTH ☐   DENTAL ☐   PHARMACY ☐

NAME: *Bloodsaw Theopric*    CDC #: *P20045*    HOUSING: *A2-202*

PHARMACY REFILL # _____    *Pharmacy, place labels on back of form*

THE REASON YOU WANT HEALTH CARE. (DESCRIBE YOUR HEALTH PROBLEM AND HOW LONG YOU HAVE HAD THE PROBLEM)

*I would like to have X-RAY's taken of my left hip today while at the X-RAY room the X-RAY man said I should have that hip X-RAYED for fractures*

PATIENT'S SIGNATURE: *T. Bloodsaw*    DATE: *9-10-07*

**PART II: TO BE COMPLETED BY THE TRIAGE RN/RDA/MTA**

| Print/Stamp Name | Signature/Title | Date & Time Completed |
|---|---|---|
| *S. Jenkins, RN* | | |

**COPAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF**

1. ☐ Visit was for an emergency
2. ☐ Visit was for diagnosis or treatment of a communicable disease condition  (See Title 17, Chapter 4, Subchapter 1, Section 2500 CCR)
3. ☐ Visit was for mental health services
4. ☐ Visit was a follow-up requested by the clinician.
5. ☐ Visit was for State mandated evaluation or treatment (e.g., Annual TB tests)
6. ☐ Visit was for reception screening and evaluation only
7. ☐ Visit is NOT exempt from co-payment. Send PINK copy to Inmate Trust Office.

**DISTRIBUTION:**

ORIGINAL-Unit Health Record          YELLOW - Pharmacy          PINK - Inmate Trust          GOLDENROD – Inmate/Patient

PBSP 7362 (Rev 7/03)

---

Name: *Bloodsaw Theopric* CDC#: *P20045* Housing: *A2-202* Institution: *PBSP*

*Bilateral hips X-Ray done 9/10/07. You have a follow-up visit with me.*

74
80

**HEALTH CARE SERVICES REQUEST FORM (PBSP 7362)**     73031

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this to be an urgent/emergent health care need, contact the correctional officer on duty |
| REQUEST FOR: MEDICAL ☑ PSYCHIATRY ☐ MENTAL HEALTH ☐ DENTAL ☐ PHARMACY ☐ |
| NAME: Blood;AW Theopric  CDC #: P20045  HOUSING: A2-202 |
| PHARMACY REFILL # _____ *Pharmacy, place labels on back of form* |

THE REASON YOU WANT HEALTH CARE. (DESCRIBE YOUR HEALTH PROBLEM AND HOW LONG YOU HAVE HAD THE PROBLEM)

_Lumbar spine in the year of 2005 I had X-Rays taken on 2-22-05 I have reason to believe that Dr. Lazore J. made a false X-RAY report she said my lumbar spine was normal and left hip is normal_

PATIENT'S SIGNATURE: _T. Bloodsaw_     DATE: _8-22-07_

| PART II: TO BE COMPLETED BY THE TRIAGE RN/RDA/MTA |
|---|
| Date & Time Received: _____ 0700     Received by: _____ |
| Reviewed by RN/RDA, Date: _____ Time: 0730   Signature: _____   Triage Designation: _____ |

S:

O:     T:     P:     R:     BP:     WEIGHT:

A:

P:

Signature/Date/Time: _____

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (immediately) | URGENT ☐ (within 24 hours) | ROUTINE ☑ (within 14 calendar days) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |

| _____ | _____ | _____ |
|---|---|---|
| Print/Stamp Name | Signature/Title | Date & Time Completed |

| COPAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF |
|---|
| 1. ☐ Visit was for an emergency |
| 2. ☐ Visit was for diagnosis or treatment of a communicable disease condition (See Title 17, Chapter 4, Subchapter 1, Section 2500 CCR) |
| 3. ☐ Visit was for mental health services |
| 4. ☐ Visit was a follow-up requested by the clinician. |
| 5. ☐ Visit was for State mandated evaluation or treatment (e.g., Annual TB tests) |
| 6. ☐ Visit was for reception screening and evaluation only |
| 7. ☐ Visit is NOT exempt from co-payment. Send PINK copy to Inmate Trust Office. |

DISTRIBUTION:
ORIGINAL–Unit Health Record     YELLOW - Pharmacy     PINK - Inmate Trust     GOLDENROD – Inmate/Patient
PBSP 7362 (Rev. 7/03)

| Name: Blood;AW   CDC#: P20045  Housing: A2-202  Institution: PBSP |

# HEALTH CARE SERVICES REQUEST FORM (PBSP 7362)

**PART I: TO BE COMPLETED BY THE PATIENT**

If you believe this to be an urgent/emergent health care need, contact the correctional officer on duty

REQUEST FOR:   MEDICAL ☑   PSYCHIATRY ☐   MENTAL HEALTH ☐   DENTAL ☐   PHARMACY ☐

NAME: *Bloodsaw Theaprie*   CDC #: *P20045*   HOUSING: *A2-202*

PHARMACY REFILL #                    *Pharmacy, place labels on back of form*

THE REASON YOU WANT HEALTH CARE. (DESCRIBE YOUR HEALTH PROBLEM AND HOW LONG YOU HAVE HAD THE PROBLEM)

*I have been having severe muscle spasms on the left side of my neck and shoulder area*

PATIENT'S SIGNATURE: *T. Bloodsaw*          DATE: *8-29-07*

**PART II: TO BE COMPLETED BY THE TRIAGE RN/RDA/MTA**



| A FLOWERS | A Flowers RN | 8/30/07 |
|---|---|---|
| Print/Stamp Name | Signature/Title | Date & Time Completed |

**COPAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF**

1. ☐ Visit was for an emergency
2. ☐ Visit was for diagnosis or treatment of a communicable disease condition (See Title 17, Chapter 4, Subchapter 1, Section 2500 CCR)
3. ☐ Visit was for mental health services
4. ☐ Visit was a follow-up requested by the clinician.
5. ☐ Visit was for State mandated evaluation or treatment (e.g., Annual TB tests)
6. ☐ Visit was for reception screening and evaluation only
7. ☐ Visit is NOT exempt from co-payment. Send PINK copy to Inmate Trust Office.

**DISTRIBUTION:**
ORIGINAL–Unit Health Record        YELLOW – Pharmacy        PINK – Inmate Trust        GOLDENROD – Inmate/Patient
PBSP 7362 (Rev 7/03)

Name: *Bloodsaw*   CDC#: *P20045*   Housing: *A2-202*   Institution: *PBSP*

# HEALTH CARE SERVICES REQUEST FORM (PBSP 7362)

133092

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|

If you believe this to be an urgent/emergent health care need, contact the correctional officer on duty

REQUEST FOR:   MEDICAL ☑  PSYCHIATRY ☐   MENTAL HEALTH ☐   DENTAL ☐   PHARMACY ☐

NAME: _Gloudsaw Moore_        CDC #: _P11145_        HOUSING: _A4-E1_

PHARMACY REFILL # _____        *Pharmacy, place labels on back of form*

THE REASON YOU WANT HEALTH CARE. (DESCRIBE YOUR HEALTH PROBLEM AND HOW LONG YOU HAVE HAD THE PROBLEM)

_severe pain in my neck, lower back, left hip. As I stated before, I'm refusing and avoiding medical attention or contact with Malo-Clines, M.D. 4's Cal.Rptr. 898, 233 Cal. App. d 779 LeMere v. Goren (1965)_

PATIENT'S SIGNATURE: _____        DATE: _____

| PART II: TO BE COMPLETED BY THE TRIAGE RN/RDA/MTA |
|---|

Date & Time Received: _____        Received by: _____

Reviewed by RN/RDA, Date: ____   Time: ____   Signature: ____   Triage Designation: ____

S:

O:     T:      P:      R:      BP:      WEIGHT:

A:

P:

Signature/Date/Time: _____

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (immediately) | URGENT ☐ (within 24 hours) | ROUTINE ☐ (within 14 calendar days) |
|---|---|---|---|

REFERRED TO PCP: _____        DATE OF APPOINTMENT: _____

Print/Stamp Name _____        Signature/Title _____        Date & Time Completed _____

## COPAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF

1. ☐ Visit was for an emergency
2. ☐ Visit was for diagnosis or treatment of a communicable disease condition (See Title 17, Chapter 4, Subchapter 1, Section 2500 CCR)
3. ☐ Visit was for mental health services
4. ☐ Visit was a follow-up requested by the clinician.
5. ☐ Visit was for State mandated evaluation or treatment (e.g., Annual TB tests)
6. ☐ Visit was for reception screening and evaluation only
7. ☐ Visit is NOT exempt from co-payment. Send PINK copy to Inmate Trust Office.

DISTRIBUTION:
ORIGINAL-Unit Health Record        YELLOW - Pharmacy        PINK - Inmate Trust        GOLDENROD – Inmate/Patient
PBSP 7362 (Rev 7/03)

Name: _Gloudsaw_        CDC#: _P11145_        Housing: _A4-E1_        Institution: _PBSP_

83
84

# HEALTH CARE SERVICES REQUEST FORM (PBSP 7362)

188093

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this to be an urgent/emergent health care need, contact the correctional officer on duty |

REQUEST FOR:   MEDICAL ☑ / PSYCHIATRY ☐   MENTAL HEALTH ☐   DENTAL ☐   PHARMACY ☐

NAME: _Bloodsaw Temprie_   CDC #: _P10045_   HOUSING: _A-U-F1_

PHARMACY REFILL # _____   *Pharmacy, place labels on back of form*

THE REASON YOU WANT HEALTH CARE. (DESCRIBE YOUR HEALTH PROBLEM AND HOW LONG YOU HAVE HAD THE PROBLEM)

_I am medically and legally entitle to single cell housing AUA 42 USC 1213 let seq 118 set 1992 + the Pennsylvania Dept of Corrections v. Yeskey (1998) but my privileges in benefits are denied for malice reasons_

PATIENT'S SIGNATURE: _T. Bloodsaw_   DATE: _1-1-08_

| PART II:   TO BE COMPLETED BY THE TRIAGE RN/RDA/MTA |
|---|
| Date & Time Received: | Received by: |

Reviewed by RN/RDA, Date:     Time:     Signature:     Triage Designation:

**S:**

**O:**     **T:**     **P:**     **R:**     **BP:**     **WEIGHT:**

**A:**

**P:**

Signature/Date/Time:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (immediately) | URGENT ☐ (within 24 hours) | ROUTINE ☐ (within 14 calendar days) |
|---|---|---|---|

REFERRED TO PCP: _____   DATE OF APPOINTMENT: _____

Print/Stamp Name _____   Signature/Title _____   Date & Time Completed

## COPAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF

| | | |
|---|---|---|
| 1. | ☐ | Visit was for an emergency |
| 2. | ☐ | Visit was for diagnosis or treatment of a communicable disease condition (See Title 17, Chapter 4, Subchapter 1, Section 2500 CCR) |
| 3. | ☐ | Visit was for mental health services |
| 4. | ☐ | Visit was a follow-up requested by the clinician. |
| 5. | ☐ | Visit was for State mandated evaluation or treatment (e.g., Annual TB tests) |
| 6. | ☐ | Visit was for reception screening and evaluation only |
| 7. | ☐ | Visit is NOT exempt from co-payment. Send PINK copy to Inmate Trust Office. |

DISTRIBUTION:
ORIGINAL-Unit Health Record      YELLOW - Pharmacy      PINK - Inmate Trust      GOLDENROD – Inmate/Patient
PBSP 7362 (Rev. 7/03)

Name: _Bloodsaw_   CDC#: _P_____   Housing: _A U-F1_   Institution: _PBSP_

8H
85

# HEALTH CARE SERVICES REQUEST FORM (PBSP 7_)

## PART I: TO BE COMPLETED BY THE PATIENT

If you believe this to be an urgent/emergent health care need, contact the correctional officer on duty

REQUEST FOR:   MEDICAL ☐   PSYCHIATRY ☐   MENTAL HEALTH ☐   DENTAL ☐   PHARMACY ☑

NAME: *Bloodsaw Theopric*   CDC #: *P20045*   HOUSING: *A2-202*

PHARMACY REFILL # ___   *Pharmacy, place labels on back of form*

THE REASON YOU WANT HEALTH CARE. (DESCRIBE YOUR HEALTH PROBLEM AND HOW LONG YOU HAVE HAD THE PROBLEM)

*My medication needs to be reissued I have been moved and without it since 4-13-07 from B8-101 to Ad-Seg. A2-202*

PATIENT'S SIGNATURE: *T. Bloodsaw*   DATE: *4-15-07*

## PART II: TO BE COMPLETED ___   N/RDA/MTA

Date & Time D___                Received by:

___nature:                Triage Designation:

WEIGHT:

---

PELICAN BAY STATE PRISON 5905 LAKE EARL DR. CRESCENT CITY, CA 95532 (707)465-1000
CAUTION: FEDERAL LAW PROHIBITS THE TRANSFER OF THIS DRUG TO ANY PERSON
OTHER THAN THE PATIENT FOR WHOM IT WAS PRESCRIBED.
                                                    A2 U202-L
BLOODSAW, THEOPRIC          CDC Number: P20045      RPH: pbjsd
Prescriber: CHERYL MALO-CLINES,+  RX#: 88444  mfg: TIME CAP LABS
NDC: 49483004101    Dispensed: 04/17/07  DOSES: 30 X 1CAPS
CHLORPHENIRAMINE 8MG CAP SA  BY MOUTH DAILY EVERY DAY .
TAKE 1 CAPSULE SA BY MOUTH DAILY EVERY DAY .
Order Start date: 12/29/2006  Order Stop date: 05/01/2007
Refill Start date: 4/17/7

---

PELICAN BAY STATE PRISON 5905 LAKE EARL DR. CRESCENT CITY, CA 95532 (707)465-1000
CAUTION: FEDERAL LAW PROHIBITS THE TRANSFER OF THIS DRUG TO ANY PERSON
OTHER THAN THE PATIENT FOR WHOM IT WAS PRESCRIBED.
                                                    A2 U202-L
BLOODSAW, THEOPRIC          CDC Number: P20045      RPH: pbjsd
Prescriber: CHERYL MALO-CLINES,+  FNRX#: 87624  mfg: PHARMACE'
NDC: 00121057716    Dispensed: 04/17/07  QTY:
LACTULOSE 10 GM/15 ML SOLN   473 ML
TAKE 30 ML BY MOUTH DAILY EVERY DAY may give at either
or pm, whichever is most convenient
Order Start date: 12/26/2006  Order Stop date: 05/1/7
Refill Start date: 4/17/7

A:
P:

---

PELICAN BAY STATE PRISON 5905 LAKE EARL DR. CRESCENT CITY, CA 95532 (707)465-1000
CAUTION: FEDERAL LAW PROHIBITS THE TRANSFER OF THIS DRUG TO ANY PERSON
OTHER THAN THE PATIENT FOR WHOM IT WAS PRESCRIBED.
                                                    A2 U202-L
BLOODSAW, THEOPRIC          CDC Number: P20045      RPH: pbjsd
Prescriber: CHERYL MALO-CLINES,+  RX#: 87619  mfg: TEVA USA
NDC: 00093014805    Dispensed: 04/17/07
NAPROXEN 375 MG TABLET   DOSES: 30 X 1TABL
TAKE 1 TABLET BY MOUTH DAILY AS NEEDED take one pill
twice a day
Order Start date: 12/26/2006  Order Stop date: 05/01/2007
Refill Start date: 4/17/7
TAKE WITH FOOD

---

PELICAN BAY STATE PRISON 5905 LAKE EARL DR. CRESCENT CITY, CA 95532 (707)465-1000
CAUTION: FEDERAL LAW PROHIBITS THE TRANSFER OF THIS DRUG TO ANY PERSON
OTHER THAN THE PATIENT FOR WHOM IT WAS PRESCRIBED.
                                                    A2 U202-L
BLOODSAW, THEOPRIC          CDC Number: P20045      RPH: pbjsd
Prescriber: CHERYL MALO-CLINES,+  RX#: 87622
NDC: 00536375701    Dispensed: 04/17/07
DOCUSATE SODIUM 250 MG CAP   DOSES: 15 X 1CAPS
TAKE 1 CAPSULE BY MOUTH DAILY EVERY DAY Pt will order med
when he needs it.
Order Start date: 12/26/2006  Order Stop date: 05/01/2007
Refill Start date: 4/17/7

---

PELICAN BAY STATE PRISON 5905 LAKE EARL DR. CRESCENT CITY, CA 95532 (707)465-1000
CAUTION: FEDERAL LAW PROHIBITS THE TRANSFER OF THIS DRUG TO ANY PERSON
OTHER THAN THE PATIENT FOR WHOM IT WAS PRESCRIBED.
                                                    A2 U202-L
BLOODSAW, THEOPRIC          CDC Number: P20045      RPH: pbjsd
Prescriber: CHERYL MALO-CLINES,+  RX#: 87618  mfg: APOTEX USA INC
NDC: 60505000500    Dispensed: 04/17/07
OMEPRAZOLE 20 MG CAPSULE DR   DOSES: 15 X 1CAPS
TAKE 1 CAPSULE BY MOUTH DAILY EVERY DAY .
Order Start date: 12/26/2006  Order Stop date: 05/01/2007
Refill Start date: 4/17/7

---

☐  Visit was for ___ treatment of a communicable disease condition (See Title 17, Chapter 4, Subchapter 1, Section 2500 CCR)

☐ ☐    Visit was for mental health services

---

PELICAN BAY STATE PRISON 5905 LAKE EARL DR. CRESCENT CITY, CA 95532 (707)465-1000
CAUTION: FEDERAL LAW PROHIBITS THE TRANSFER OF THIS DRUG TO ANY PERSON
OTHER THAN THE PATIENT FOR WHOM IT WAS PRESCRIBED.
                                                    A2 U202-L
BLOODSAW, THEOPRIC          CDC Number: P20045      RPH: pbjsd
Prescriber: CHERYL MALO-CLINES,+  RX#: 88444  mfg: TIME CAP LABS
NDC: 49483004101    Dispensed: 04/17/07  DOSES: 15 X 1CAPS
CHLORPHENIRAMINE 8MG CAP SA  DOSES: 15 X 1CAPS
TAKE 1 CAPSULE SA BY MOUTH DAILY EVERY DAY .
Order Start date: 12/29/2006  Order Stop date: 05/01/2007
Refill Start date: 4/17/7

---

PELICAN BAY STATE PRISON 5905 LAKE EARL DR. CRESCENT CITY, CA 95532 (707)465-1000
CAUTION: FEDERAL LAW PROHIBITS THE TRANSFER OF THIS DRUG TO ANY PERSON
OTHER THAN THE PATIENT FOR WHOM IT WAS PRESCRIBED.
                                                    A2 U202-L
BLOODSAW, THEOPRIC          CDC Number: P20045      RPH: pbjsd
Prescriber: CHERYL MALO-CLINES,+  FNRX#: 87621  mfg: SCHERING CORP.
NDC: 00085128801    QTY:   17 GM
NASONEX 50 MCG NASAL SPRAY   17 GM
2SPRAY TO NARE(S) DAILY EVERY DAY Pt will order med when he
needs it
Order Start date: 12/26/2006  Order Stop date: 05/01/2007
Refill Start date: 4/17/7

---

*Rec'd 4.17.07 R Snyder LVT*

# HEALTH CARE SERVICES REQUEST FORM (PBSP 7362)

32907

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|

If you believe this to be an urgent/emergent health care need, contact the correctional officer on duty

REQUEST FOR:   MEDICAL ☑   PSYCHIATRY ☐   MENTAL HEALTH ☐   DENTAL ☐   PHARMACY ☐

NAME: Bloodsaw Theopric   CDC #: P20045   HOUSING: A2-202

PHARMACY REFILL #                                    *Pharmacy, place labels on back of form*

THE REASON YOU WANT HEALTH CARE. (DESCRIBE YOUR HEALTH PROBLEM AND HOW LONG YOU HAVE HAD THE PROBLEM)

I would like to renew my medication as soon as possible. On 7-30-07 I requested a medication refill the pharmacy it has expired according to the label on my medicine bags Order stop date is 8-5-07

PATIENT'S SIGNATURE: T. Bloodsaw   DATE: 8-2-07

| PART II: TO BE COMPLETED BY THE ___ N/RDA/MTA |
|---|

Date & Time Received:                                    Received by:

Revi___                                                   Triage Designation:

PELICAN BAY STATE PRISON 5905 LAKE EARL DR. CRESCENT CITY, CA 95532 (707)465-1000
CAUTION: FEDERAL LAW PROHIBITS THE TRANSFER OF THIS DRUG TO ANY PERSON
OTHER THAN THE PATIENT FOR WHOM IT WAS PRESCRIBED.

```
                                          CDC Number: P20045        A2 U202-L
BLOODSAW, THEOPRIC                        RX#: 109867               RPH: pbjma
Prescriber: BHAVNA JAIN, MD               Dispensed: 08/03/07   mfg: APOTEX USA INC
NDC: 60505036001                          473 ML           DOSES: 1 X 473ML
LACTULOSE 10GM/15ML SOLN
TAKE 30 ML BY MOUTH DAILY EVERY DAY
Order Start date: 05/07/2007   Order Stop date: 08/05/2007
Refill Start date: 08/03/07
```

: WEIGHT:

PBSP PHARMACY INFORMATION REQUEST NOT
MEDICATION REFILL REQUEST NOT
GRANTED DUE TO THE FOLLOWING CIRCLED REASON:
NO CURRENT ORDER.
NO REFILL DUE UNTIL ___
NO REFILL MEDS DUE ___
AUTO REQUEST MEDICAL SERVICES TO
PLEASE REQUEST MEDICAL SERVICES IF NEEDED
RENEW OR OTHER MEDS IF NEEDED
PROCESSED BY: ___ DATE: ___

A:

P:

Signature/Date/Time:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (immediately) | URGENT ☐ (within 24 hours) | ROUTINE ☐ (within 14 calendar days) |
|---|---|---|---|

REFERRED TO PCP:                 DATE OF APPOINTMENT:

| Print/Stamp Name | Signature/Title | Date & Time Completed |
|---|---|---|

## COPAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF

| 1. | ☐ | Visit was for an emergency |
|---|---|---|
| 2. | ☐ | Visit was for diagnosis or treatment of a communicable disease condition (See Title 17, Chapter 4, Subchapter 1, Section 2500 CCR) |
| 3. | ☐ | Visit was for mental health services |
| 4. | ☐ | Visit was a follow-up requested by the clinician. |
| 5. | ☐ | Visit was for State mandated evaluation or treatment (e.g., Annual TB tests) |
| 6. | ☐ | Visit was for reception screening and evaluation only |
| 7. | ☐ | Visit is NOT exempt from co-payment. Send PINK copy to Inmate Trust Office. |

DISTRIBUTION:
ORIGINAL-Unit Health Record        YELLOW - Pharmacy        PINK - Inmate Trust        GOLDENROD - Inmate/Patient
PBSP 7362 (Rev. 7/03)

Name: Bloodsaw   CDC#: P20045   Housing: A2-202   Institution: PBSP

86.
87

# HEALTH CARE SERVICES REQUEST FORM (PBSP ?    )

## PART I: TO BE COMPLETED BY THE PATIENT

If you believe this to be an urgent/emergent health care need, contact the correctional officer on duty

REQUEST FOR:  MEDICAL ☐  PSYCHIATRY ☐  MENTAL HEALTH ☐  DENTAL ☐  PHARMACY ☑

NAME: BloodSAW Theopric    CDC #: P20045    HOUSING: B8-209

PHARMACY REFILL #                                    *Pharmacy, place labels on back of form*

THE REASON YOU WANT HEALTH CARE. (DESCRIBE YOUR HEALTH PROBLEM AND HOW LONG YOU HAVE HAD THE PROBLEM)

I need my medication refilled; Omeprazole 20 MG, ~~Chlorphen~~ Chlorpheniramine 8 MG, Docusate Sodium 250 MG, Naproxen 375 MG, Nasonex nasal spray. I also need batteries for my he

PATIENT'S SIGNATURE: T. Bu

## PART II: TO BE COMPLETE

Date & Time Received:

Reviewed by RN/RDA, Date:

S:

---

BLOODSAW, THEOPRIC    CDC #: P20045    B8 U209-L
Prescriber: CHERYL MALO-CLINES, FNRX#: 87621
NDC: 00085128001    Dispensed: 03/26/07    mfg: SCHERING CORP.
NASONEX 50 MCG NASAL SPRAY
2SPRAY TO NARE(S) DAILY EVERY DAY Pt will order med when he
needs it
Order Start date: 12/26/2006    Order Stop date: 05/01/2007
Refill Start date: 3/26/07

---

PELICAN BAY STATE PRISON 5905 LAKE EARL DR. CRESCENT CITY. CA 95532 (707)465-1000
CAUTION: FEDERAL LAW PROHIBITS THE TRANSFER OF THIS DRUG TO ANY PERSON
OTHER THAN THE PATIENT FOR WHOM IT WAS PRESCRIBED.

BLOODSAW, THEOPRIC    CDC Number: P20045    ADSE 01-L
Prescriber: CHERYL MALO-CLINES, FNRX#: 143746    RPH: pbnlg
NDC: 00904198280    Dispensed: 12/03/07    mfg: MAJOR PHARM.
ACETAMINOPHEN 325MG (MAPAP)    DOSES: 30 X 2TABL
TAKE 2 TABLET  BY MOUTH DAILY AS NEEDED may take 2 tabs per
day as needed for pain
Order Start date: 11/30/2007    Order Stop date: 12/30/2007
Refill Start date:

---

PELICAN BAY STATE PRISON 5905 LAKE EARL DR. CRESCENT CITY. CA 95532 (707)465-1000
CAUTION: FEDERAL LAW PROHIBITS THE TRANSFER OF THIS DRUG TO ANY PERSON
OTHER THAN THE PATIENT FOR WHOM IT WAS PRESCRIBED.

BLOODSAW, THEOPRIC    CDC Number: P20045    ADSE 01-L
Prescriber: CHERYL MALO-CLINES, FNRX#: 139585    RPH: pbjma
NDC: 60505006500    Dispensed: 12/05/07    mfg: APOTEX USA INC
OMEPRAZOLE 20 MG CAPSULE DR    DOSES: 30 X 1CAPS
TAKE 1 CAPSULE DR  BY MOUTH DAILY EVERY DAY for stomach
Order Start date: 11/06/2007    Order Stop date: 02/01/2008
Refill Start date: 12/07/07

---

PELICAN BAY STATE PRISON 5905 LAKE EARL DR. CRESCENT CITY. CA 95532 (707)465-1000
CAUTION: FEDERAL LAW PROHIBITS THE TRANSFER OF THIS DRUG TO ANY PERSON
OTHER THAN THE PATIENT FOR WHOM IT WAS PRESCRIBED.

BLOODSAW, THEOPRIC    CDC Number: P20045    B8 U209-L
Prescriber: CHERYL MALO-CLINES,+  RX#: 88444    RPH: pbjsd
NDC: 49483004101    Dispensed: 03/26/07    mfg: TIME CAP LABS
CHLORPHENIRAMINE 8MG CAP SA    DOSES: 30 X 1CAPS
TAKE 1 CAPSULE SA  BY MOUTH DAILY EVERY DAY .
Order Start date: 12/26/2006    Order Stop date: 05/01/2007
Refill Start date: 3/26/07

---

PELICAN BAY STATE PRISON 5905 LAKE EARL DR. CRESCENT CITY. CA 95532 (707)465-1000
CAUTION: FEDERAL LAW PROHIBITS THE TRANSFER OF THIS DRUG TO ANY PERSON
OTHER THAN THE PATIENT FOR WHOM IT WAS PRESCRIBED.

BLOODSAW, THEOPRIC    CDC Number: P20045    B8 U209-L
Prescriber: CHERYL MALO-CLINES,+  NDC: 0053637571e    RPH: pbjsd
Dispensed: 03/26/07    mfg: RUGBY
DOCUSATE SODIUM 250 MG CAP    DOSES: 30 X 1CAPS
TAKE 1 CAPSULE  BY MOUTH DAILY EVERY DAY Pt will order med
when he needs it.
Order Start date: 12/26/2006    Order Stop date: 05/01/2007
Refill Start date: 03/26/07

---

BP:    WEIGHT:

URGENT ☐    ROUTINE ☐
(within 24 hours)    (within 14 calendar days)

---

PELICAN BAY STATE PRISON 5905 LAKE EARL DR. CRESCENT CITY. CA 95532 (707)465-1000
CAUTION: FEDERAL LAW PROHIBITS THE TRANSFER OF THIS DRUG TO ANY PERSON
OTHER THAN THE PATIENT FOR WHOM IT WAS PRESCRIBED.

BLOODSAW, THEOPRIC    CDC Number: P20045    B8 U209-L
Prescriber: CHERYL MALO-CLINES,+  RX#: 87618    RPH: pbjsd
NDC: 60505006500    Dispensed: 03/26/07    mfg: APOTEX USA INC
OMEPRAZOLE 20 MG CAPSULE DR    DOSES: 30 X 1CAPS
TAKE 1 CAPSULE DR  BY MOUTH DAILY EVERY DAY .
Order Start date: 12/26/2006    Order Stop date: 05/01/2007
Refill Start date: 03/26/07

---

PELICAN BAY STATE PRISON 5905 LAKE EARL DR. CRESCENT CITY. CA 95532 (707)465-1000
CAUTION: FEDERAL LAW PROHIBITS THE TRANSFER OF THIS DRUG TO ANY PERSON
OTHER THAN THE PATIENT FOR WHOM IT WAS PRESCRIBED.

BLOODSAW, THEOPRIC    CDC Number: P20045    B8 U209-L
Prescriber: CHERYL MALO-CLINES,+  RX#: 87619    RPH: pbjsd
NDC: 00093014805    Dispensed: 03/26/07    mfg: TEVA USA
NAPROXEN 375 MG TABLET    DOSES: 60 X 1TABL
TAKE 1 TABLET  BY MOUTH TWICE DAILY AS NEEDED take one pill
twice a day
Order Start date: 12/26/2006    Order Stop date: 05/01/2007
Refill Start date: 03/26/07
TAKE WITH FOOD

# HEALTH CARE SERV ES REQUEST FORM (PBSP 52)

84184

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this to be an urgent/emergent health care need, contact the correctional officer on duty |

REQUEST FOR:    MEDICAL ☐    PSYCHIATRY ☐    MENTAL HEALTH ☐    DENTAL ☐    PHARMACY ☑

NAME: *Bloodsaw Theopric*    CDC #: *P20045*    HOUSING: *B8-209*

PHARMACY REFILL #    *Pharmacy, place labels on back of form*

THE REASON YOU WANT HEALTH CARE. (DESCRIBE YOUR HEALTH PROBLEM AND HOW LONG YOU HAVE HAD THE PROBLEM.)

*Medication refill, Nasonex 50 MCG Nasal Spray, Omeprazole 20 MG Capsule, Docusate Sodium 250 MG CAP, Chlorpheniramine 8 MG CAP, Naproxen 375 MG Tablet*

PATIENT'S SIGNATURE: *T. Bloodsaw*    DATE: *2-25-07*

| PART II: TO BE COMPLETED BY THE TRIAGE RN/RDA/MTA |
|---|

Date & Time Received:

Received by:

Re

Triage Designation:

S:

PELICAN BAY STATE PRISON 5905 LAKE EARL DR. CRESCENT CITY, CA 95532 (707)465-1000
CAUTION: FEDERAL LAW PROHIBITS THE TRANSFER OF THIS DRUG TO ANY PERSON OTHER THAN THE PATIENT FOR WHOM IT WAS PRESCRIBED.

BLOODSAW, THEOPRIC    CDC Number: P20045    B8 U209-L
Prescriber: CHERYL MALO-CLINES, FNRX#: 87621    RPH: pbjsd
NDC: 00085128001    Dispensed: 02/26/07 mfg: SCHERING CORP.

NASONEX 50 MCG NASAL SPRAY    17 GM    QTY: 1
2SPRAY TO NARE(S) DAILY EVERY DAY Pt will order med when he needs it

O:

Order Start date: 12/26/2006  Order Stop date: 05/01/2007
Refill Start date: 2/26/07

WEIGHT:

PELICAN BAY STATE PRISON 5905 LAKE EARL DR. CRESCENT CITY, CA 95532 (707)465-1000
CAUTION: FEDERAL LAW PROHIBITS THE TRANSFER OF THIS DRUG TO ANY PERSON OTHER THAN THE PATIENT FOR WHOM IT WAS PRESCRIBED.

BLOODSAW, THEOPRIC    CDC Number: P20045    B8 U209-L
Prescriber: CHERYL MALO-CLINES,+ RX#: 87618    RPH: pbjsd
NDC: 60505006500    Dispensed: 02/26/07 mfg: APOTEX USA INC

OMEPRAZOLE 20 MG CAPSULE DR    DOSES: 30 X 1CAPS
TAKE 1 CAPSULE DR  BY MOUTH DAILY EVERY DAY .

Order Start date: 12/26/2006 Order Stop date: 05/01/2007
Refill Start date: 02/26/07

ISSUED MEDS
Date: 2/26/07
Initials: C

PELICAN BAY STATE PRISON 5905 LAKE EARL DR. CRESCENT CITY, CA 95532 (707)465-1000
CAUTION: FEDERAL LAW PROHIBITS THE TRANSFER OF THIS DRUG TO ANY PERSON OTHER THAN THE PATIENT FOR WHOM IT WAS PRESCRIBED.

BLOODSAW, THEOPRIC    CDC Number: P20045    B8 U209-L
Prescriber: CHERYL MALO-CLINES,+ RX#: 87622    RPH: pbjsd
NDC: 00536375710    Dispensed: 02/26/07    mfg: RUGBY

DOCUSATE SODIUM 250 MG CAP    DOSES: 30 X 1CAPS
TAKE 1 CAPSULE  BY MOUTH DAILY EVERY DAY Pt will order med when he needs it.

Order Start date: 12/26/2006 Order Stop date: 05/01/2007
Refill Start date: 02/26/07

Date/Time:

| URGENT ☐ | ROUTINE ☐ |
|---|---|
| (within 24 hours) | (within 14 calendar days) |

OF APPOINTMENT:

Date & Time Completed

PELICAN BAY STATE PRISON 5905 LAKE EARL DR. CRESCENT CITY, CA 95532 (707)465-1000
CAUTION: FEDERAL LAW PROHIBITS THE TRANSFER OF THIS DRUG TO ANY PERSON OTHER THAN THE PATIENT FOR WHOM IT WAS PRESCRIBED.

BLOODSAW, THEOPRIC    CDC Number: P20045    B8 U209-L
Prescriber: CHERYL MALO-CLINES,+ RX#: 88444    RPH: pbjsd
NDC: 49483004101    Dispensed: 02/26/07    mfg: TIME CAP LABS

CHLORPHENIRAMINE 8MG CAP SA    DOSES: 30 X 1CAPS
TAKE 1 CAPSULE SA  BY MOUTH DAILY EVERY DAY .

Order Start date: 12/29/2006 Order Stop date: 05/01/2007
Refill Start date: 2/27/07

ILLED OUT BY DEPARTMENTAL STAFF

lition (See Title 17, Chapter 4, Subchapter 1, Section 2500 CCR)

'B tests)

PELICAN BAY STATE PRISON 5905 LAKE EARL DR. CRESCENT CITY, CA 95532 (707)465-1000
CAUTION: FEDERAL LAW PROHIBITS THE TRANSFER OF THIS DRUG TO ANY PERSON OTHER THAN THE PATIENT FOR WHOM IT WAS PRESCRIBED.

...OW · Pharma

CDC Number: P20045    B8 U209-L
BLOODSAW, THEOPRIC    RPH: pbjsd
Prescriber: CHERYL MALO-CLINES,+ RX#: 87619    mfg: TEVA USA
NDC: 00093014805    Dispensed: 02/26/07

NAPROXEN 375 MG TABLET    DOSES: 60 X 1TABL    take one pill twice a day
TAKE 1 TABLET  BY MOUTH TWICE DAILY AS NEEDED
twice a day

Order Start date: 12/26/2006 Order Stop date: 05/01/2007
Refill Start date: 02/26/07
TAKE WITH FOOD

Name: *Bloodsaw Theopric* Cl



**Patient Information System**

Health Care Services Unit Chrono

| Name: BLOODSAW, THEOPRIC | CDC #: P20045 | | Hsg: A02U 202L | Date: 08-23-2007 |
|---|---|---|---|---|
| Instruction Type | Start Dt | End Dt | Provider ID | Provider |
| LOWER BUNK | 08-29-2006 0848 | 08-29-2007 0848 | MPIMSCLMC | MALO-CLINES, FNP |
| SHORT BEARD CHRONO | 03-07-2007 0901 | 03-06-2008 0901 | MPIMSBAF | FELLOWS, RN |

Distribution:       Health Record          Housing Unit          CCII          File          Inmate
*** When Appropriate, a copy shall be forwarded to Specific Clinic

| Name: BLOODSAW, THEOPRIC | CDC #: P20045 | Date: 08-23-2007 |
|---|---|---|

Facility INF                         Page 1 of 1

**190**

**PX-6-20-06**

**PELICAN BAY STATE PRISON**
**HEALTH CARE SERVICES UNIT**
**CHRONO**

NAME: _Bradshaw, Theopric_ CDC#: _P26045_ HOUSE: _A2-118L_ DATE: _06/21/05_

The above-named inmate has a medical condition which requires the below-listed medically-indicated chrono(s).

☐ COTTON BLANKETS                ☒ LOW BUNK/LOW TIER

☐ EGG CRATE MATTRESS             ☐ EXTRA MATTRESS

☐ EXTRA PILLOWS/WEDGE            ☐ INSOLES

☐ ORTHOTICS                      ☐ SWEATPANTS

☐ SUNGLASSES

☐ MEDICAL EQUIPMENT:  Please check appropriate medical equipment below:

☐ Cane  ☐ Walker  ☐ Wheelchair  ☐ TENS Units  ☐ C-PAP/BIPAP  ☐ Oxygen  ☐ Ice Pack  ☐ Ace Wraps

(When appropriate, please name body part affected, e.g., right arm): _____

EFFECTIVE DATE: _06/21/05_                EXPIRATION DATE: _06/20/06_

**EFFECTIVE DATE AND EXPIRATION DATE MUST BE PROVIDED FOR CHRONO TO TAKE EFFECT**

_[signature]_                                          _[signature]_

Please Print Name                                      Signature/Title

DISTRIBUTION:  <u>WHITE</u>-Medical Record      <u>GREEN</u>-Housing Unit      <u>YELLOW</u>-CCII      <u>PINK</u>-C-File      <u>GOLDENROD</u>-Inmate

HEALTH RECORDS STAFF SHALL LIST OTHER APPROPRIATE COPIES BELOW AND SHALL DISTRIBUTE ACCORDINGLY: (e.g., Clothing:  SHU/GP/L-I):

_____

DATE: _6-21-05_   NAME: _Bradshaw, Theopric_ CDC#: _P26045_        PBSP/MEDICAL

3/02 px                                                                PBSP - HCS 001

# ADA APPEAL TRACKING SHEET

INMATE NAME ___Bloodsaw___ CDC # _P20045_ APPEAL # _A05-01931_

| Appeal Received | Date: _5/11/05_ |
|---|---|

Verification Attached     ☒ YES     ☐ NO

Medical Chart Reviewed     Date:_____

Verification Obtained by Review     ☐ YES     ☐ NO

Appeal Forwarded for Review     Date:_____

Request for Verification     Date:_____

Verification Confirmed     ☐ YES     ☐ NO

Date Received:_____

Appeal Forwarded for Review     Date:_____

Unable to Verify/Consult Necessary     ☐ YES     ☐ NO

Appeal Suspended     Date:_____

Appointment with Outside Consult Scheduled     Date:_____

Outside Consult Completed/Report Received     Date:_____

Appeal Forwarded for Review After Suspension     Date:_____

# URGENT
# ADA

## Request
## for
## Medical Review

## Verification
## of
## Disability

Inmate __BLOODSAW__ CDC# __P20045__, has filed a CDC 1824 requesting accommodation under ADA. His medical file has been reviewed and has no verification of the disability he is claiming. For proper processing, a CDC 1845 and a CDC 128-C listing limitation must be generated and returned to the Appeals Office prior to __5/24/05__.

APPEAL # __A05-01931__

Please put on
Dr. Line to
have ADA
issues discussed.
Thank You
Candy Ward
X7224
Med Appeals

Return to Med. Appeals

92
93

## ADA 1824 RESPONSE SHEET

Inmate's issue: Vertebrel abnormal C-5/6 + C6-7
Severe pain in left hip, spasms, lowerback
pain, dizziness

Inmate interviewed on: 5/19/05    By: W. Wahidullah MD
                          Date                    Interviewer

Inmate stated during the interview: pt wants total disability
due to his back and neck pain, & occasional spasm.

Inmate's request for accommodation is: Totally disable unda ADA -
per diagnosis of physician.

The reason for the determination is: , Refer to Physical
therapy for evaluation for disability,
as it could not be determined, based on pt
sitting comfortable duey exam, Not i any distrea,
and able to walk, No weakness or numbness = Arm, hand
or legs, No report or radiate of pai to the back of thigh-

If a determination cannot be made without an outside consult, please attach the order for
MAR review of outside consult.

# ADA APPEAL TRACKING SHEET

INMATE NAME _Bloodsaw_ CDC # _P20045_ APPEAL # _____

Appeal Received                                   Date: _5/11/05_

Verification Attached                             ☒ YES        ☐ NO

Medical Chart Reviewed                            Date:_____

Verification Obtained by Review                   ☐ YES        ☐ NO

Appeal Forwarded for Review                       Date:_____

Request for Verification                          Date:_____

Verification Confirmed                            ☐ YES        ☐ NO
                                                  Date Received:_____

Appeal Forwarded for Review                       Date:_____

Unable to Verify/Consult Necessary                ☐ YES        ☐ NO

Appeal Suspended                                  Date:_____

Appointment with Outside Consult Scheduled        Date:_____

Outside Consult Completed/Report Received         Date:_____

Appeal Forwarded for Review After Suspension      Date:_____



# NOTE: SEND CO. OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.

## Plan

**Plan Dt/Tm:** 09-18-2007 1257                          **Provider:** MALO-CLINES, FNP, CHERYL

AR and etd=cont with flunislolide and add vistaril.  DC allerchlor.
NF for flunisolide sent. He did do best on nasonex, but that is NF. Hopefully
we an improve symptoms with combination of vistaril and flunisolide.
Discussed with psych and they are agreeable to vistaril.
He repeatedly insisted that he have a cane. This has been a focus of many
visits and appears he wants to renew that focus. Advised pt that he does not
qualify for a cane. He states the ibu relieves his back pain, but he doe not
take it daily. He has set ideas on when and what he will do.
GI-doing well on lactulose and omperazole. WIll cont.
Communication with pt is difficult.
RTC one mo for eval of meds

## Medications

| Start Dt/Tm | Medication | Strength | Rte | Freq | Duration | Provider |
|---|---|---|---|---|---|---|
| 09-18-2007 1142 | HYDROXYZINE HCL 25 MG TABLET | 25 MG | PO | BID | 30 | MALO-CLINES, FNP, CHERYL |
| 09-18-2007 1429 | HYDROCORTISONE 1% CREAM | 1 CREAM | TP | QD | 90 | MALO-CLINES, FNP, CHERYL |
| 09-18-2007 1429 | NYSTATIN/TRIAMCINOLONE CRM | 1 CREAM | TP | BID | 30 | MALO-CLINES, FNP, CHERYL |

## Treatments

| Start Dt/Tm | CPT | Treatment | Freq | Anatomical Location | Provider |
|---|---|---|---|---|---|
| 09-18-2007 1306 | 99999 | RTC ONE MO | NA | | MALO-CLINES, FNP, CHERYL |

## Vitals

| Vital Dt/Tm | Temp (F) | Pulse | Respiration | BP | Provider |
|---|---|---|---|---|---|
| 09-18-2007 1104 | 99.1 | 88 | 18 | 110/80 | PENKIAN, RN, STELLA |

## Noted

**Noted Dt/Tm:** 09-18-2007 2056              **Noted By:** SNYDER, LPT, RITA

---

Confidential client information
See  W & I Code, Sections 4514 and 5328

**PHYSICIAN'S ORDERS**

**CDC #:** P20045

**Name(L,F,M,S):** BLOODSAW, THEOPRIC

orig.


## NOTE: SEND COP   OF PHYSICIAN'S ORDER F   R MEDICATION
## TO PHARMACY AFTER EACH ORDER IS SIGNED.

## Plan

Plan Dt/Tm: 08-14-2007 1439              Provider: MALO-CLINES, FNP, CHERYL

Meds renewed.
Pt does not want naprosyn, prefers ibu.
Changed.
See cc note please

## Medications

| Start Dt/Tm | Medication | Strength | Rte | Freq | Duration | Provider |
|---|---|---|---|---|---|---|
| 08-14-2007 0925 | IBUPROFEN 600 MG TABLET | 600 MG | PO | QDPRN | 90 | MALO-CLINES, FNP, CHERYL |
| 08-14-2007 0926 | ALLER-CHLOR 4 MG TABLET | 4 MG | PO | BIDPRN | 90 | MALO-CLINES, FNP, CHERYL |
| 08-14-2007 0928 | HYDROCORTISONE 1% CREAM | 1 CREAM | TP | BIDPRN | 30 | MALO-CLINES, FNP, CHERYL |
| 08-14-2007 0930 | DEEP SEA 0.65% NOSE SPRAY | 1 SPRAY | NS | BIDPRN | 90 | MALO-CLINES, FNP, CHERYL |
| 08-14-2007 0930 | LACTULOSE 10GM/15ML SOLN | 30 ML | PO | QD | 90 | MALO-CLINES, FNP, CHERYL |
| 08-14-2007 0931 | OMEPRAZOLE 20 MG CAPSULE DR | 20 MG | PO | QD | 90 | MALO-CLINES, FNP, CHERYL |

## Tests

| Order Dt/Tm | Test/Instructions | Ordered By |
|---|---|---|
| 08-14-2007 0932 | GUAIAC SCREENING | MALO-CLINES, FNP, CHERYL |

## Vitals

| Vital Dt/Tm | Temp (F) | Pulse | Respiration | BP | Provider |
|---|---|---|---|---|---|
| 08-14-2007 0920 | 97.5 | 89 | 18 | 118/70 | FLOWERS, RN, ANNE |

## Noted

Noted Dt/Tm: 08-14-2007 1455              Noted By: FLOWERS, RN, ANNE

---

| | |
|---|---|
| Confidential client information<br>See W & I Code, Sections 4514 and 5328 | CDC #: P20045<br>Name(L,F,M,S): BLOODSAW, THEOPRIC |
| **PHYSICIAN'S ORDERS** | |

## Subjective

Entry Dt/Tm: 12-19-2007 0744    Entered By: MPIMSSYN , NAKAMURA, RN

Updated Dt/Tm: 12-19-2007 0801    Updated By: MPIMSSYN   NAKAMURA, RN

Kiss my black ass. Fuck you bitch. Get me an ass wipe. Fuck you bitch. Get away from my cell. You write it all down.   Started to write his words on paper.  "One more of these are on the way. I notified you three weeks ago that I did not want to see that filter. What do you mean I cannot pick and choose? Fuck you bitch." Kiss my mother fucking black ass. Tell that bitch that I am a racist mother fucker.   I'll get my mother fucking medication.  Everything is on that.  Can you read and write mother fucker?  Can you read and write.  I told that bitch that I'm refusing.  Suck my dick.  Suck my dick.  Can you see it in my hand?

## Objective

### Other

**Name:** Physical assessment and cellfront interview.

**Provider:** NAKAMURA, RN , STEVE    **Other Dt/Tm:** 12-19-2007 0752

**Notes:** Alert and oriented.  Patient refused his PCP line yesterday.  Today, patient turned in a medical sickcall slip that stted. "Emergency 3350.2.  Off site health care treatment.  I need professional medical attention for lower back, neck, head, left hip, muscle spasms, pains and abnormal bowel moverments. 3354.2.  Inmate copayment etc." When informed that he had refused yesterday, patient began to speak in a threatening manner with his finger pointed at me. See Subjective note.  Patient would not answer any questions regarding the sick call slip.

---

**PHYSICIAN'S PROGRESS NOTES**

CDC 7230

STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS

CDC #: P20045

Name(L,F,M,S):  BLOODSAW, THEOPRIC

## Subjective

Entry Dt/Tm: 12-05-2007 1204    Entered By: MPIMSSYN , NAKAMURA, RN

Updated Dt/Tm: 12-05-2007 1219    Updated By: MPIMSSYN , NAKAMURA, RN

"I have a black ass and I'm proud of it." Repeated over and over. Would not answer any of my questions about the sickcall slip. Saying something about "Bitch" and motherfucker. Again. "I have a black ass and I'm proud of it." "Get away from the cell, Motherfucker!" "I'm going after that Bitch in court." (A reference to NP Malo-Clines.) Repeated the word Bitch many times. Had a few words that said, fuck you.

## Objective

### Other

Name: Physical assessment and cellfront interview

Provider: NAKAMURA, RN , STEVE    Other Dt/Tm: 12-05-2007 1215

Notes: Alert and oriented. Refused vitals and physical exam. Yesterday, Inmate Bloopdsaw called me a mother fucker numerous times and refused the medication prescribed by NP Malo-Cline. This morning patient threw the Benadryl and Doxycycline into the trash can. When asked if he would come to the clinic tobe examined, patient did not answer any questions and made many statements that were derogatory. Sickcall slip states, "I urgently need medical attention for muscle spasms, sever pain in my neck, lower back, left hip. I need proper pain medication and head cold. I am refusing and avoiding contact with Malo-Clines, M>D> unprofessional skills.

---

**PHYSICIAN'S PROGRESS NOTES**

CDC 7230
STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS

CDC #: P20045

Name(L,F,M,S): BLOODSAW, THEOPRIC

# Assessment

## Medical Diagnosis

Code: 724.5          Description: BACK DISORDER

Axis:          GAF:          Status: COMPLETE          Provider: MALO-CLINES, FNP, CHERYL

Diagnosis Dt/Tm: 08-14-2007 0925          Resolve Dt/Tm: 11-30-2007 1129          Priority:

Notes:


Code: 9991          Description: EARS, NOSE, & THROAT DISEASE

Axis:          GAF:          Status: CURRENT          Provider: MALO-CLINES, FNP, CHERYL

Diagnosis Dt/Tm: 08-16-2007 1516          Resolve Dt/Tm: 00-00-0000 0000          Priority:

Notes:


Code: 959          Description: INJURY / TRAUMA

Axis:          GAF:          Status: COMPLETE          Provider: MALO-CLINES, FNP, CHERYL

Diagnosis Dt/Tm: 04-13-2007 1524          Resolve Dt/Tm: 11-30-2007 1129          Priority:

Notes:


Code: V70.3          Description: NORMAL EXAM

Axis:          GAF:          Status: COMPLETE          Provider: MALO-CLINES, FNP, CHERYL

Diagnosis Dt/Tm: 08-16-2007 1245          Resolve Dt/Tm: 11-30-2007 1128          Priority:

Notes:


Code: 9992          Description: NURSING DIAGNOSIS

Axis:          GAF:          Status: COMPLETE          Provider: JOHNSON, RN, ERICKA

Diagnosis Dt/Tm: 09-26-2006 1320          Resolve Dt/Tm: 12-05-2007 1220          Priority:

Notes:

---

| PHYSICIAN'S PROGRESS NOTES | CDC #: P20045 |
|---|---|
| | Name(L,F,M,S):  BLOODSAW, THEOPRIC |

CDC 7230

STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

## Assessment

### Medical Diagnosis

**Code:** 9992          **Description:** NURSING DIAGNOSIS
**Axis:**     **GAF:**          **Status:** COMPLETE     **Provider:** KEYS, MTA, JAMES
**Diagnosis Dt/Tm:** 04-12-2007 2020     **Resolve Dt/Tm:** 11-30-2007 1129     **Priority:**
**Notes:**


**Code:** 9992          **Description:** NURSING DIAGNOSIS
**Axis:**     **GAF:**          **Status:** CURRENT     **Provider:** NAKAMURA, RN, STEVE
**Diagnosis Dt/Tm:** 12-05-2007 1220     **Resolve Dt/Tm:** 00-00-0000 0000     **Priority:**
**Notes:**


**Code:** 733.90          **Description:** ORTHOPEDIC DISORDER
**Axis:**     **GAF:**          **Status:** COMPLETE     **Provider:** WILLIAMS, MD, CLAIRE
**Diagnosis Dt/Tm:** 10-09-2007 0949     **Resolve Dt/Tm:** 11-30-2007 1128     **Priority:**
**Notes:**  left hip pain


**Code:** 733.90          **Description:** ORTHOPEDIC DISORDER
**Axis:**     **GAF:**          **Status:** CURRENT     **Provider:** WILLIAMS, MD, CLAIRE
**Diagnosis Dt/Tm:** 10-16-2007 0908     **Resolve Dt/Tm:** 00-00-0000 0000     **Priority:**
**Notes:**  back pain


**Code:** 593          **Description:** RENAL / UROLOGICAL DISORDER
**Axis:**     **GAF:**          **Status:** CURRENT     **Provider:** MALO-CLINES, FNP, CHERYL
**Diagnosis Dt/Tm:** 11-30-2007 1437     **Resolve Dt/Tm:** 00-00-0000 0000     **Priority:**
**Notes:**

---

| | |
|---|---|
| **PHYSICIAN'S PROGRESS NOTES** | **CDC #:** P20045 |
| | **Name(L,F,M,S):** BLOODSAW, THEOPRIC |

CDC 7230
STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

**Assessment**

## Medical Diagnosis

Code: 999999        Description: NECK PAIN

Axis:        GAF:        Status: COMPLETE        Provider: MARINO, MD, RICK

Diagnosis Dt/Tm: 01-18-2006 1033        Resolve Dt/Tm: 08-18-2006 1824        Priority:

Notes:


Code: 999999        Description: TINEA CORPORIS

Axis:        GAF:        Status: COMPLETE        Provider: SWINEY, MD, JENNIFER

Diagnosis Dt/Tm: 03-21-2006 0815        Resolve Dt/Tm: 08-18-2006 1824        Priority:

Notes:


Code: 999999        Description: ALT BLOOD SUGARS PER LAB

Axis:        GAF:        Status: COMPLETE        Provider: ELLIOTT, RN, CATHERINE

Diagnosis Dt/Tm: 03-29-2006 1538        Resolve Dt/Tm: 08-18-2006 1824        Priority:

Notes:


Code: 999999        Description: NURSING DIAGNOSIS

Axis:        GAF:        Status: COMPLETE        Provider: RASMUSSEN, RN, MARGARET

Diagnosis Dt/Tm: 07-20-2006 1306        Resolve Dt/Tm: 08-11-2006 1605        Priority:

Notes:


Code: 999999        Description: AXIAL SKELETAL

Axis:        GAF:        Status: COMPLETE        Provider: MALO-CLINES, FNP, CHERYL

Diagnosis Dt/Tm: 08-11-2006 1604        Resolve Dt/Tm: 11-30-2007 1128        Priority:

Notes:


| PHYSICIAN'S PROGRESS NOTES | CDC #: P20045 |
| --- | --- |
| | Name(L,F,M,S):  BLOODSAW, THEOPRIC |

CDC 7230
STATE OF CALIFORNIA        DEPARTMENT OF CORRECTIONS



## Assessment

### Medical Diagnosis

Code: 999999      Description: ENT

Axis:        GAF:        Status: COMPLETE      Provider: MALO-CLINES, FNP, CHERYL

Diagnosis Dt/Tm: 08-11-2006 1605      Resolve Dt/Tm: 08-29-2006 1640      Priority:

Notes:


Code: 999999      Description: GI

Axis:        GAF:        Status: COMPLETE      Provider: MALO-CLINES, FNP, CHERYL

Diagnosis Dt/Tm: 08-31-2006 1506      Resolve Dt/Tm: 11-30-2007 1129      Priority:

Notes:


## Plan

Provider: NAKAMURA, RN , STEVE      Plan Dt/Tm: 12-05-2007 1223      Completed By:

Completed Dt/Tm:        Patient Education: N      Phone Order Status: NONE

Entry Dt/Tm: 12-05-2007 1220      Entered By: MPIMSSYN, NAKAMURA, RN

A:  Ineffective management of therapeutic regimen rt refusal of treatment and
vulgar language.

Will write a 115 if patient continues to be abusive.  Will place on PCP line
for his muscle spasms and headcold written on the sickcall slip.

## Order


|  |  |
|---|---|
| **PHYSICIAN'S PROGRESS NOTES** | CDC #: P20045 |
| CDC 7230 | Name(L,F,M,S):  BLOODSAW, THEOPRIC |
| STATE OF CALIFORNIA      DEPARTMENT OF CORRECTIONS | |

Visit Start Dt/Tm: 11-30-2007 0830   Encounter Type: SICK CALL   Visit Reason: 7362 PCP EVALUATION

## Subjective

Entry Dt/Tm: 11-30-2007 1129   Entered By: MPIMSCLMC , MALO-CLINES, FNP

Updated Dt/Tm: 11-30-2007 1432   Updated By: MPIMSCLMC , MALO-CLINES, FNP

Pt states he gets pain in his left hip, low back and neck at times. He also wants to know why we are doing things to him that we would not do to ourselves, such as the barium enema he had to do. He wants medicine for head cold and states the allerchlor does not work. He states he is concerned because he used to be healthy and young, now he has to take lactulose just to go to the bathroom. He also mentions that he is not urinating as he used to. He states he is up twice at night, having some dribbling at end of stream, urgency, then has a hard time starting stream. Denies odor, no discoloration

## Objective

### Vitals

Vitals Dt/Tm: 11-30-2007 1107   Temp (°F): 98.4   Pulse: 72   Respiration: 18

Blood Pressure: 120/70   Wgt: 152   Hgt: ' "   Provider: TIMME, SR  RN , DAVID

Notes:

### Other

Name: pe

Provider: MALO-CLINES, FNP , CHERYL   Other Dt/Tm: 11-30-2007 1432

Notes: a/o x3, somewhat rambling speech today abt  people doing things to him that he does not want done. Sclera and conjunc clear. Nares are erythematous, moderate amt clear mucus, PP erythematous.  Neck is supple, neg nodes. HRR CTA. no r/r/w. Abd is soft, nt, hypoactive bs. No suprapubic tenderness. DRE shows enlarged prostate, smooth, sulcus palpated. Quite tender, esp laft lateral lobe. No peripheral edema.

---

### PHYSICIAN'S PROGRESS NOTES

CDC 7230

STATE OF CALIFORNIA       DEPARTMENT OF CORRECTIONS

CDC #: P20045

Name(L,F,M,S):  BLOODSAW, THEOPRIC

## Assessment

### Medical Diagnosis

Code: 999999          Description: ENT

Axis:          GAF:          Status: COMPLETE          Provider: MALO-CLINES, FNP, CHERYL

Diagnosis Dt/Tm: 08-11-2006 1605          Resolve Dt/Tm: 08-29-2006 1640          Priority:

Notes:


Code: 999999          Description: GI

Axis:          GAF:          Status: COMPLETE          Provider: MALO-CLINES, FNP, CHERYL

Diagnosis Dt/Tm: 08-31-2006 1506          Resolve Dt/Tm: 11-30-2007 1129          Priority:

Notes:


## Plan

Provider: MALO-CLINES, FNP , CHERYL          Plan Dt/Tm: 11-30-2007 1456          Completed By:

Completed Dt/Tm:          Patient Education: N          Phone Order Status: NONE

          Entry Dt/Tm: 11-30-2007 1438          Entered By: MPIMSCLMC, MALO-CLINES, FNP

```
GI-pt is concerned abt use of medications. He cont to refuse the colonoscopy.
He agrees to keep using the lactulose and omprazole. But he is not pleased.
GU-pt may have prostatitis, r/o bph. Will request UA, treat for one mo, then
evaluate.He does agree to have labs drawn.
He is requesting some meds for pain again. Previous dc ibu as he stated it was
not working. Will rx tylenol for prn use.
RTC one mo, eval prostate.
```

| | |
|---|---|
| **PHYSICIAN'S PROGRESS NOTES** | **CDC #:** P20045 |
| | **Name(L,F,M,S):** BLOODSAW, THEOPRIC |
| CDC 7230 | |
| STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS | |

to# 105
Case 5:08-cv-03315-JF    Document 1-4    Filed 07/09/2008    Page 43 of 51
Visit Start Dt/Tm: 10-30-2007 0719    Encounter    e: SICK CALL    Visit    son: 7362 NURSING EVALUATION

## Subjective

Entry Dt/Tm: 10-30-2007 0720    Entered By: MPIMSSYN , NAKAMURA, RN

Updated Dt/Tm: 10-30-2007 0728    Updated By: MPIMSSYN , NAKAMURA, RN

You are not a doctor. You are not a doctor. That sickcall from yesterday was about my sinuses and chestpain. The other two were thrown away by the MTA. That motherfucker(a reference to C/O Sullenger) demanded that I stand up for count. I demanded to see the doctor. Its in my files. Repeated over and over. I'm playing for money. I have a disability. I am taking this to the top. It is going to Washington DC. I'm playing for money.

## Objective

### Other

Name: Physical assessment and cellfront interview.

Provider: NAKAMURA, RN , STEVE    Other Dt/Tm: 10-30-2007 0724

Notes: Alert and oriented. Using very vulgar language. Refused to talk to me about his muscle spasms and dizziness. Repeated over and over that it was in his files. Claiming that he is playing for big money because he has a disability.

| PHYSICIAN'S PROGRESS NOTES | CDC #: P20045 |
| --- | --- |
| | Name(L,F,M,S):  BLOODSAW, THEOPRIC |

CDC 7230

STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS

## Subjective

Entry Dt/Tm: 05-07-2007 1216        Entered By: MPIMSBJ , JAIN, MD

Updated Dt/Tm: 05-07-2007 1331        Updated By: MPIMSBJ , JAIN, MD

inmate is here for multiple issues he has been followed under cc for GERD and
constipation. he is running out all meds and wants to renew those, inmate has
been taking prilosec for GERD seen on recent upper GI. prilosec has been
controlling symptoms.
inmate also has hx of constipation x 10 yrs and has been on lactulose and
docusate . states only lactulose helps him . he recently had barium enema done
but study was not optimal due to poor preparation.
he also wants to get allergy meds renewed he has been using CTM and nasonex but
also has been c/c nose bleed on and off.
inmate was also in altercation about 2-3 wks ago states since than neck back
and LT hip has worsen. inmate already had preexisting problems with these.
denies any dizziness or neurological symptoms.

## Objective

### Other

Name: exam

Provider: JAIN, MD , BHAWNA                        Other Dt/Tm: 05-07-2007 1331

Notes: inmate sitting comfortably no distress. has dec hearing.
      HEENT- nt nc, neck stable, FROM no dizziness on neck movement
      nose- no bleeding point, mild swelling of mucosa.
      cvs s1 s2 wnl
      lung clear
      abdomen soft nontender BS +
      ext no edema
      back- no tenderness, FROM, SLR wnl
      hip FROM
      neuro aaox3 nc motor or sensory deficit.

---

**PHYSICIAN'S PROGRESS NOTES**

CDC 7230

STATE OF CALIFORNIA        DEPARTMENT OF CORRECTIONS

CDC #: P20045

Name(L,F,M,S):  BLOODSAW, THEOPRIC

~~106~~
107

NAME: _Bloodsaw_     CDC#: _P20045_     HOUSE: _A2-118_     DATE: _6-22-05_     PBSP 128-C

☑ On the above date, this inmate appeared at Institutional/Unit Classification Committee (ICC/UCC) for the purpose of _Initial_ . He was interviewed by the undersigned Mental Health Clinician, and the inmate's Central File was reviewed.

☐ The inmate refused to appear at ICC/UCC.

## BEHAVIORAL OBSERVATIONS:
Grooming was in / appropriate;               Speech was un / intelligible;
Other: _____ _argumentative_ ____               Comprehension process was in / adequate;

## MENTAL HEALTH SERVICES RECOMMENDATIONS:
☐ No treatment needed at this time.

☐ Evaluations for: _Screen MH_

☐ Initial Therapy to address: _____

☐ Other services to include: _____

☐ Current Health Record review reveals no evidence of change in mental health needs since the previous Security Housing Unit Mental Health Screening chrono dated: _____ . REVIEWED BY: _____

cc:     C-File
        Health Records           _D. Roylesw_
        CC-II                    Clinician

NAME: _Bloodsaw_     CDC#: _P20045_     HOUSE: _A2-118_     DATE: _6-22-05_     PBSP 128-C

ICC.DOC

---

**Information utilized for completion of this chrono was obtained from the unit health record and previous clearance completed on _____ :**

1. ☐ Meets criteria for inclusion in the Mental Health Services Delivery System (MHSDS). Circle appropriate level of care:     **CCCMS/EOP/MHCB/DMH**

2. ☐ **Has additional Pelican Bay State Prison-SHU exclusionary criteria:** Delusional disorder; Schizophreniform disorder; Schizoaffective disorder; Brief psychotic disorder; Substance induced psychotic disorder (excluding intoxication and withdrawal); Psychotic disorder not otherwise specified; Major Depressive disorder; Bipolar Disorder I or II; any mental disorder which includes inmate being actively suicidal; any mental illness characterized by breaks with reality or perceptions of reality leading to significant functional impairment; Organic Brain Syndrome consistent with signficant functional impairment; severe personality disorder manifested by frequent episodes of psychosis or depression and resulting in significant functional impairment; mental retardation.

\* 3. ☑ Does not meet criteria for inclusion in the Mental Health Services Delivery System (MHSDS) and does not have additional exclusionary criteria (see #2 above) that would prohibit PBSP-SHU placement.

Date: _3/1/04_     Institution: _PBSP_     Clinician: _A. TAGLIAFERRI, Ph.D_
\*The present assesment is based upon information from the CDC Reception Center Screening Instrument.

cc:     C-File
        CCII
        Health Record

SHU90CHR.DOC

Chronological Interdisciplinary Progress Notes State of California. Department of Corrections -Pelican Bay State Prison

Date: 12-11-2007 Time: 1000 Chart available? YES Reason for visit?  MH CM REFERRAL BY ME Location of Visit:  MH ASU

S: Entry By: PASCOE, PSY.D, JACK               Entry Dt/Tm: 12-11-2007 1109

I/M scheduled for mh eval subsequent to routine referral from FNP Clines for inappropriatee behaviors (yelling at Rn's and PT's, refusing some meds for medical condition from selected medical personnel) and being verbally assaultive (calling nurses black mother fucking bitches). I/M refused to leave cell for 1:1 interview with mh clinician. At cell front, he angrily and aggressively stated he had no interest in mh care.

A review of UHR re past mh interventions revealed a similar pattern of behavior (verbally asaultive to staff, inappropriate outbursts, racial accusations) along with angry refusals to talk to mh staff upon referral. In this regard, a Progress Note dated 02/27/07 indicated the I/M was rude to the clinician as he refused to leave his cell for an interview. Another note dated 05/21/07 indicated the I/M had been referred by custody for pressured speech, verbal abuse and irrational behavior and upon contact by a mh clinician again refused refused mh intervention. Another note dated 09/17/07 stated that the I/M made angry abusive statements re not wanting any mh assistance to the mh clinician after being contacted subsequent to a referral from a LPT.

In addition, the record revealed that over the past decade or so, despite the I/M's non-participation in treatment, that along with a nasty disposition, he has been variously assessed as possibly suffering from either a psychotic or schizophrenic or mood disorder. In this regard, however, various clinicians have noted that his overall daily functioning (hygiene, taking food, compliance with medical tx, etc.) was judged to be adequate and not indicative of the necessity to institute proceedings to establish non-voluntary compliance with mh tx.

Both custody and medical staff were consulted today re I/M's current functioning. Their reports mirror what has been documented previously as noted above. That is, the I/M is highly contentious and verbally abusive to staff in an unreasonable manner. However, his overall functioning is at a level that does not support an assessment that he is gravely disabled or DTS or DTO. That is, he does not significantly disrupt the general custody/ASU program, takes his meals, keeps himself and his cell clean and is mostly compliant (although in a decidedly unpleasant way) with his medical treatment.

Curent Clinical Impression: I/M consistently displays a nasty, verbally aggressive disposition which may be driven, at least in part, by an underlying mental illness composed of persecutory delusions and/or a schizophrenic process. However, such a clinical determination/diagnosis has not been possible to establish to date. Accordingly, there is insufficient data to support a finding that the I/M is GD, DTS or DTO. Given his apparent capacity and ability to function at an adequate level in terms of his general daily program and his steadfast refusal to voluntarily accept mh tx, there is not a sufficient clinical basis for placing him in the MHSDS at this time.

☒ SEE PAGE 2

Signature:                    Print Name:                    Phd / LCSW / MD / PsyTech/ Other:

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTE MH3 (10/11/02) Confidentail Client/Patient Information See W & I Code, Section 5328 | Level of Care INPATIENT Outpatient | Last Name: BLOODSAW CDC#: P20045 | First Name: THEOPRIC HOUSE: ADSE-01L | MI: |

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES: All Staff,Clinicians,Treatment Teams

## MH3 ASU PROGRESS AND MINUTES - IDTT PROGRESS AND MINUTES NOTES

**Assign Primary:** J. Moulton Ph.D.    **Date of Arrival:** 00-00-0000 0000    **Purpose:** DISCUSSION

**IDTT Members:**

MANDEL, PHD, DAVID M. PHDC; MOULTON III, PHD, JOHN L. PHD; JACKINSKY, PSYNP, TIMOTHY E. ; DAVIS, DSW, BRENDA C. LCSW; ROY, DSW, DAVID J. LCSW; TOMAR, PSYME, DIANE MD

**CURRENT DIAGNOSIS:**

AXIS I:

AXIS II:

AXIS III:

AXIX IV:

AXIS V:

GAF:                    LOC:

**CURRENT PROBLEMS:**

Mr. Bloodsaw is rather hostile and verbally abusive. Custody and medical staff are aware of his behaviors. The record was reviewed; a history of various psychotic disorder diaganoses are noted. However, Mr. Bloodsaw is rejecting all efforts at intervention at the present time, and since he is taking adequate care of himself and does not appear to present any risk of harm to himself or others, he does not meet criteria for initiation of a Keyhea order. He was presented in IDTT today so that all staff could be informed about his case.

**CURRENT TREATMENT PLAN:**

N/A

**ANTICIPATED LENGTH OF STAY:** N/A

**NEXT REVIEW DATE:**

**ADDITIONAL COMMENTS:**

IDTT held today, Wednesday, September 19, 2007. The inmate was not present; CC I M. Becker attended the meeting. Other attendees: H. Parsley, LPT; Officer Eggen.

MOULTON III, PHD, JOHN

SIGNATURE

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH3 [4/6/00] Confidentail Client/Patient Information | LEVEL OF CARE INPATIENT Outpatient | Last Name: BLOODSAW CDC#:P20045 DOB: 06-25-1958 | First Name: THEOPRIC HOUSE: A02U202L |
|---|---|---|---|

*109*
*/10*



PRISON LAW OFFICE
General Delivery, San Quentin, CA 94964-0001
Telephone: (415) 457-9144 • Fax (415) 457-9151
www.prisonlaw.com

*Director:*
Donald Specter

*Staff Attorneys:*
Susan Christian
Steven Fama
Brittany Glidden
Penny Godbold
Megan Hagler
Alison Hardy
Millard Murphy
Sara Norman
Keith Wattley

June 2, 2005

Theopric Bloodsaw, P-20045
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dear Mr. Bloodsaw,

I write regarding correspondence we received from you on May 13. I was glad to find out that you got your hearing aids and batteries. From the response to your appeal, log number 04-02445, it seems that they are working well for you and that you are able to hear better as a result. Is that correct?

However, you disagree with Dr. Tansi's medical determination that you are not mobility impaired. Unfortunately, since Dr. Tansi has made a medical determination that you do not have a mobility impairment, there is not much I can do to help you to get your disability verified. As we are not doctors ourselves, it is very difficult to contest CDC's medical determinations without outside medical expertise to counter it.

Likewise, we will not be able to help you remain on single-cell status under <u>Armstrong</u> or challenge your 115. Please refer to the information I sent you in my last letter that described how you can challenge a disciplinary violation.

I have made a copy of your 1824 for our files and three copies of your 1824 for you to keep. I am returning all your documents to you.

Please take care.

Sincerely,

Heather Isaacs

Heather Isaacs
Legal Assistant
Under the supervision of Sara Norman
Enclosed: 3 copies of 1824, original documents

Board of Directors
Marshall Krause, President • Michele WalkinHawk, Vice President
Honorable John Burton • Penelope Cooper • Felecia Gaston • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts



**PRISON LAW OFFICE**

General Delivery, San Quentin, CA 94964-0001
Telephone (415) 457-9144 • Fax (415) 457-9151

*Director:*
Donald Specter

*Staff Attorneys:*
Susan Christian
Steven Fama
Brittany Glidden
Penny Godbold
Megan Hagler
Alison Hardy
Millard Murphy
Sara Norman
Keith Wattley

July 1, 2005

Theopric Bloodsaw, P-20045
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dear Mr. Bloodsaw,

I write regarding letters our office received from you on May 16 and June 14.

As I wrote in my last letter to you, we will not be able to advocate for you to get mobility impairment accommodations if medical staff have determined that you do not have a mobility impairment. I understand that you believe your medical records show that you do have this type of disability. However, we cannot challenge the medical determination of CDC physicians.

I hope you will continue getting your hearing aid batteries as you need. Please let us know if any problems arise getting your batteries.

Finally, I am sending copies of the documents you requested and am returning the originals to you. For your information, if you need copies for legal work that you are doing, the law library should make those copies for you. We will not be able to do this for you any more.

Best of luck.

Sincerely,

*Heather Isaacs*

Heather Isaacs
Legal Assistant
Under the supervision of Sara Norman
Enclosed: original documents, copies

Board of Directors
Marshal Krause, President • Michele WalkinHawk, Vice President
Honorable John Burton • Penelope Cooper • Felecia Gaston • Christine Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

CHASER Pre Extracted Civil Docket as of February 27, 2003 9:25 pm
TERMED TRANSF

# U.S. District Court

| * Parties * | * Attorneys * |
|---|---|
| U.S. District for the Northern D<br>CIVIL DOCKET FOR C | strict of California (San Jose)<br>SE #: 00-CV-20505 |
| Bloodsaw v. Woodford Filed: 04/24/00<br>Assigned to: Judge Jeremy Fogel<br>Demand: $0,000 Nature of Suit: 530<br>Lead Docket: None Jurisdiction: Federal Question<br>Dkt# in other court: None | |
| Cause: 28:2254 Petition for Writ | of Habeas Corpus (State) |
| THEOPRIC KENT BLOODSAW<br>Plaintiff | Theopric Kent Bloodsaw<br>[COR LD NTC] [PRO SE]<br>Booking No. 7475221<br>BKS No. F1,7000 Dorm C-7196<br>441 Bauchet Street<br>Los Angeles, CA 90012 |
| v. | |
| J.S. WOODFORD, Warden<br>defendant | |

## Docket Proceedings

| Date | Doc # | Docket Entry |
|---|---|---|
| 04/24/00 | 1 | PETITION FOR WRIT OF HABEAS CORPUS (no process) Fee status ifpp entered on 4/24/00 () ; [3:00-cv-01398] (ga) [Entry date 04/28/00] |
| 04/24/00 | 1 | IN FORMA PAUPERIS AFFIDAVIT by Plaintiff Theopric Kent Bloodsaw for leave to proceed in forma pauperis [3:00-cv-01398] (ga) [Entry date 04/28/00] |
| 05/02/00 | 2 | DECLINATION to proceed before magistrate by Plaintiff Theopric Kent Bloodsaw [3:00-cv-01398] (ga) [Entry date 05/04/00] |
| 05/03/00 | 3 | ORDER by Mag. Judge Maria-Elena James of impending reassignment to a United States District Judge () (cc: all counsel) [3:00-cv-01398] (ga) [Entry date 05/05/00] |
| 05/10/00 | 4 | ORDER by Assignment Committee Case reassigned to Judge Jeremy Fogel referred to Judge Jeremy Fogel the affidavit motion for leave to proceed in forma pauperis [1-1] () (cc: all counsel) [3:00-cv-01398] (ga) |
| | | |

#### 113

| 05/18/00 | 5 | ORDER by Judge Jeremy Fogel to transfer case to Dist of: Central District of California ; appeal filing ddl 6/26/00 ( Date Entered: 5/25/00) (cc: all counsel) [5:00-cv-20505] (gm) [Entry date 05/25/00] |
| 06/09/00 | 6 | RECEIPT from Central District of California [5:00-cv-20505] (gm) [Entry date 06/13/00] |
| 06/20/00 | 7 | LETTER from Theopric Kent Bloodsaw [5:00-cv-20505] (gm) [Entry date 06/22/00] |
| 02/27/03 | 8 | LETTER from Theopric Kent Bloodsaw [5:00-cv-20505] (gm) |

[END OF DOCKET: 5:00cv20505]

*H3*
*12 · H4*

HABEAS, CLOSED, TRANSF

## U.S. District Court
## California Northern District (San Jose)
## CIVIL DOCKET FOR CASE #: 5:04-cv-00752-JF
### Internal Use Only

Bloodsaw v. Woodford et al
Assigned to: Hon. Jeremy Fogel
Referred to:
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 02/23/04
Jury Demand: None
Nature of Suit: 530 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

Theopric K. Bloodsaw

represented by **Theopric K. Bloodsaw**
P20045
D4-CELL 106
California State - LAC
44750 60th St. West
Lancaster, CA 93536-7619
PRO SE

**V.**

**Defendant**

J. S. Woodford

M. Grannis

https://ecf.cand.circ9.dcn/cgi-bin/DktRpt.pl?7499790765538086-L_795_

| Filing Date | # | Docket Text |
|---|---|---|
| 02/23/2004 | 1 | PETITION for Writ of Habeas Corpus (Filing fee $ IFPP). Filed by Theopric K. Bloodsaw. (lrd, COURT STAFF) (Filed on 2/23/2004) (Entered: 02/27/2004) |
| 02/23/2004 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Theopric K. Bloodsaw. (gm, COURT STAFF) (Filed on 2/23/2004) (Entered: 03/02/2004) |
| 02/23/2004 | 3 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee is due within 30 days. (gm, COURT STAFF) (Filed on 2/23/2004) (Entered: 03/02/2004) |
| 03/04/2004 | 4 | ORDER TRANSFERRING CASE to Central District of California. Signed by Judge Jeremy Fogel on 3/4/2004. (gm, COURT STAFF) (Filed on 3/4/2004) (Entered: 03/05/2004) |

116 #

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

Filed

MAR - 4 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

4

A.M.

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THEOPRIC K. BLOODSAW,                    )        No. C 04-0752 JF (PR)
                    Plaintiff,           )
                                         )        ORDER OF TRANSFER
    vs.                                  )
                                         )
J.S. WOODFORD, et al.,                   )
                                         )
                    Defendants.          )
_____        )        (Doc # 2)

19
20
21
22
23
24
25
26
27
28

This is a civil rights case brought <u>pro se</u> by a state prisoner. Plaintiff is currently incarcerated at California State Prison - Los Angeles County located in Lancaster, California. Plaintiff claims he is incarcerated illegally by the California Department of Corrections. Plaintiff was convicted in Los Angeles County in 1997. The Court construes Plaintiff's complaint as a petition for a writ of habeas corpus, challenging the legality of his conviction and sentence. Therefore, the instant case will be transferred to the Central District of California, the location of Plaintiff's conviction and his confinement. This case is therefore TRANSFERRED to the United States District Court for the Central District of California. See 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b).

HG. 117
H4. 117

1    In view of the transfer, the Court will not rule on Plaintiff pending motion for leave to

2    proceed in forma pauperis (doc # 2). The Clerk shall terminate all pending motions and

3    transfer the entire file to the Central District of California.

4            IT IS SO ORDERED.

5    DATED: _____          _____

6                                    JEREMY FOGEL
                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2₈ 118
16

1  This is to certify that on ___3-4-04_____, a copy of this ruling
   was mailed to the following:

2

3  Theopric K. Bloodsaw
   P-20045
4  CSP - Los Angeles
   44570 60th
5  Street West
   Lancaster, CA  93536-7619

6

7

8

9

10

11

12

13,

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

217.119
48

**DEPUTY DAILY WORKSHEET**    11/28/02 0111

STATION: LNX

UNIT: 31A    SHIFT: D    DATE: 11/08/02    0600 - 1400    CLASS: 2    TYPE: P

# 470671 SATO BRADLEY J
# 260296 HOODYE SEAN C                O/T:    O/T PA:
                                       O/T:
VEH: SD2337    MILES: ( 39824 -> 39845 ) : 21    MOBILE: 15793
SPEC EQP: SG 9 TAZER 4

PORTABLES: 18472                18473

ARRESTS /FEL-MA:    FA:    MJ:    FJ:    CITS/HZ:    NHZ:    PKG:
         /MSD-MA:    FA:    MJ:    FJ:

PATROL AREA/TIME: 06/252

TIME-SHIFT: 480    TT: 9    HDL: 209    WRT: 0    PTL: 252    UNALLOC: 10    RPTS:

INCIDENT ASSIGNMENTS:

| TAG# | CODE | DISP | ACK | ENRT | 10/97 | 10/98 | RD# | A | S | P | TT | HDL | WRT | URN |
|------|------|------|-----|------|-------|-------|-----|---|---|---|----|----|-----|-----|
| 0037 | 924B | 0543 | | 0600? | 0600? | 0700? | 0370 | | O | R | | 60 | | |

LOC: VEH PREP/BRIEF
CLR: 754   STATION SERVICE: Briefing

| 0056 | 931 | 0715 | 0718 | 0745 | 0745 | 0747 | 0371 | | C | P | | 2 | | |

LOC: 1358 97TH ST,LA
CLR: 772  Assist CHP
NARR: CHP ON SCENE CODE 4

| 0067 | 927H | 0817 | 0817 | 0821 | 0823 | 0831 | 0373 | 9 | | P | 2 | 8 | | |

LOC: 10910 WILTON PL,LA
CLR: 212   DISORDERLY CONDUCT: Disturbing The Peace/Court Disturbances
NARR: CONT WANDA FB/A RE: 927H ...NO 927C C-4..

| 0068 | 902R | 0849 | 0849 | 0849 | 0856 | 0915? | 0373 | 9 | | E | 7 | 19 | | |

LOC: 2041 CULLIVAN ST,LA
CLR: 212   DISORDERLY CONDUCT: Disturbing The Peace/Court Disturbances
NARR: CONT VERCIL FB/A RE: JAMES MARTIN NOT BREATHING. STA 14 ARRVD @TREATED JAMES PRNCD DEAD
     AT 0833HRS JAMES SUFFRED FRM CHRONIC EMPHASYMA.

| 0126 | 925 | 1157 | | 1150? | 1200? | 1400? | 0372 | | O | R | | 120 | | |

LOC: CENTURYBL/LA SALLE AV,LA
CLR: 283   WARRANTS: Felony, In County
NARR: CONT THEO MB/A WAS COMBATIVE AGAINST US.CENTURY @ LASALLE STA 814 ARRVD TREATED THEO WE
     WENT TO CENTINELA HOSP FOR INJURIES...

CERTIFIED A TRUE AND CORRECT COPY
OF ORIGINAL MAINTAINED WITHIN FILES
OF THE LOS ANGELES COUNTY SHERIFF'S
DEPARTMENT · LENNOX STATION 11/28/02

TITLE · NAME    EMPLOYEE NUMBER

18. 120
22.
49

UNIT HISTORY REPORT
LENNOX

Unit: 31A         Shift: 2         Shift Date: 11/08/02

/0542* LOGON () ,X,,31A,D,110802,Y,2,0600,1400,470671,,,260296,,,39824,,SD2337,SG 9 TAZER
4,15793,18472,18473,,,,,,,,,,,,,,, <000>
/0542* MDTON (470671) MDT01639 <000>
/0543* ** ASSIGN/D (470671) LNX02312-0037 R/924B VEH PREP/BRIEF <000>
/0543* 10/97 (470671) LNX02312-0037 <000>
/0711* 10/98 (470671) LNX02312-0037 <000>
/0711* CLEAR (470671) ,LNX02312-
0037,,754,,,,,,,,,,,,0370,,0600,0600,0700,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/0715  ** ASSIGN/D (475469) LNX02312-0056 R/931 1358 97TH ST,LA
/0718* ACK (470671) LNX02312-0056 <000>
/0745* ENR (470671) LNX02312-0056 <000>
/0745* 10/97 (470671) LNX02312-0056 <000>
/0747* 10/98 (470671) LNX02312-0056 <000>
/0748* CLEAR (470671) ,LNX02312-0056,,772,,,,,,CHP ON SCENE CODE
4,,,,,0371,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/0759* INQ (470671) VEH,2EPW323,CA,,,,,,,, <000>
/0759* INQ (470671) VEH,2EPW323,CA,,,,,,,, <000>
/0800* INQ (470671) WANT9,,CA,HAVEN,DENNIS,,,,,,M,B,,,,,042371,,,,,,,,,,, <000>
/0800  HIT () IW S 470671 MDT0  ,CA0190099  ,HAVEN DENNIS  , M B  ,000 000 042371 000 CA ,
00000000 00000000 ,H 001 F 000 M 001 O 000 00 ,  N HAVEN DENNIS VANBURE  ,M B 122371 600
240 BLK BRO ,LAM4 090502 $1174 ,1611 N SCHAR ST HOLLYWOOD CA  ,617471219420 RSTR A3887553
CA ,W M 40508A/VC M ,4000A1X/VC I * ,4RWL898 CA  , ,
/0802  ACK (297076) HIT
/0813* INQ (470671) WANT9,,CA,BERRY,MARCUS,ANTJUAN,,,,,M,B,,,,,033181,,,,,,,,,,, <000>
/0813  HIT () MKE/WANTED PERSON NAM/BERRY,RANDELL LARRY SEX/M RAC/B DOB/19820331 WGT/150
EYE/BRO HAI/BLK OLN/B600730488254 OLS/MI  OFF/DANGEROUS DRUGS
/0813  ACK (195863) HIT
/0815  INQ (195863) VEH,31A,,,,,CA,,1FALP45XXTF145561,,,,,,,,,,,X
/0815  ACK (195863) RESP
/0816  ACK (195863) RESP
/0817  ** ASSIGN/B (475469) LNX02312-0067 P/927H 10910 WILTON PL,LA
/0817* ACK (470671) LNX02312-0067 <000>
/0821* ENR (470671) LNX02312-0067 <000>
/0823* 10/97 (470671) LNX02312-0067 <000>
/0831* 10/98 (470671) LNX02312-0067 <000>
/0842* INQ (470671) VEH,,CA,,,,,1FMZU32EXWZA29284,,,,X <000>
/0849  ** ASSIST/B (475469) LNX02312-0068 E/902R 2041 CULLIVAN ST,LA
/0849  CHGHDL (475469) LNX02312-0068,31D/D->31A/D
/0849  ACK (409547) LNX02312-0068
/0849* ENR (470671) LNX02312-0068 <000>
/0856* 10/97 (470671) LNX02312-0068 <000>
/0923* INQ (470671) VEH,2HMR760,CA,,,,,,,,, <000>
/0927* INQ (470671) WANT9,,CA,FLOGSHAW,FLOYD,LEE,,,,,M,B,,,,,062458,,,,,,,,,, <000>
/0928* INQ (470671) WANT9,,CA,BLOODSHAW,FLOYD,LEE,,,,,M,B,,,,,062458,,,,,,,,,, <000>
/0929  HIT () MKE/WANTED PERSON - CAUTION NAM/BLOODSHAW,THEOPRIC KENT SEX/M RAC/B POB/LA
DOB/19570624 WGT/150 EYE/BRO HAI/BLK FBI/496721PA9 OFF/PAROLE VIOLATION - SEE MIS
/0929  ACK (277125) HIT
/1024* INQ (470671) WANT9,,CA,BLOODSHAW,THEOPRIC,,,,,M,B,,,,,062457,,,,,,,,,, <000>
/1024  HIT () IW S 470671 MDT0  ,CA0190099  ,BLOODSHAW THEOPRIC  , M B  ,000 000 062457
000 CA , 00000000 00000000 ,H 001 F 000 M 001 O 000 00 ,  N BLEDSOE WILLIAM T JR  ,M X

*19*
*25* *121.*
*120*

Unit: 31A          Shift: 2          Shift Date: 11/08/02

010454 511 195 BRO BRO ,COM4 082602 $277 ,235B R 21ST ST SGH CA  ,SD10539619800 RSTR
B0306426 CA ,W M 8537/PC M ,640B1/PC M  ,PED CA  ,  ,
/1024  HIT () SEARCH REVEALS: HIT MADE ON NAM/BLOODSHAW,THEOPRIC KENT ** ARMED AND
DANGEROUS ** **ARMED AND DANGEROUS** FELONY WARRANT 5011 PAROLE VIOL
NAM/BLOODSHAW,THEOPRIC KENT 19570624 M B 506 150 BLK BRO POB/LA BAIL/NO BAIL
FCN/7040224901563  NIC/W883192088 ENTERED/CALIF-NCIC  CII/A08953256  FBI/496721PA9
                        IMMEDIATELY CONFIRM WITH CA034035G DEPT OF CORR-
ID/WARRANTS MNE/CRN0   TELEPHONE 916 445-6713   CHECKING NCIC   INQUIRY MADE TO
RESTRAINING ORDER SYSTEM
/1024  HIT () HIT MADE ON NAM/BLOODSHAW,THEOPRIC K HIT # 001 DO NOT ARREST OR DETAIN BASED
    SOLELY ON THIS RESPONSE CDC PAROLE RECORD NAM/BLOODSHAW,THEOPRIC K 19580624 M B 506 150
BRO BLK   OLN/N9672705 HOME CITY/LOS ANGELES PRIMARY OFFENSE/H11350A DISCHARGE
DATE/99999999 AGENCY/CA DEPT OF CORRECTIONS MISC/PRIOR TO RELEASE, CONTACT AGEN T OR ID
WARRANTS AT (916)445-6713 P OSSIBLY AT LARGE MAY BE ADDITIONAL INFO FROM DOJ VCIN AT 916
227-4736 NUMBER OF PRIOR CONTACT MSGS/ 0 SEND CONTACT MESSAGE IDENTIFYING CO
/1024  HIT () MKE/WANTED PERSON - CAUTION NAM/BLOODSHAW,THEOPRIC KENT SEX/M RAC/B POB/LA
DOB/19570624 WGT/150 EYE/BRO HAI/BLK FBI/496721PA9 OFF/PAROLE VIOLATION - SEE MIS
/1025  ACK (277125) HIT
/1025  ACK (277125) HIT
/1025  ACK (277125) HIT
/1025  ACK (277125) HIT
/1156* URN REQUEST (470671) X,4,0399,053,CR,S,BLOODSHAW,THEOPRIC,KENT,,M,B,,, <000>
/1157  URN () 402-11595-0399-053
/1157* ** ASSIGN/D (470671) LNX02312-0126 R/925 CENTURYBL/LA SALLE AV,LA <000>
/1157* HOLD (470671) LNX02312-0068 <000>
/1157* 10/97 (470671) LNX02312-0126 <000>
/1157* 10/15 (470671) <000>
/1433* 10/98 (470671) LNX02312-0068 <000>
/1433* CLEAR (470671) ,LNX02312-0068,,212,,,,,,CONT VERCIL FB/A RE: JAMES M,ARTIN NOT
BREATHING. STA 14 ARRV,D @TREATED JAMES PRNCD DEAD AT 0,833HRS JAMES SUFFRED FRM
CHRONIC,EMPHASYMA.,0373,,,,,0915,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/1435* CLEAR (470671) ,LNX02312-0067,,212,,,,,,CONT WANDA FB/A RE: 927H ...,NO 927H C-
4.,,,,0373,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/1440* 10/98 (470671) LNX02312-0126 <000>
/1440* CLEAR (470671) ,LNX02312-0126,,283,,,,,,CONT THEO MB/A WAS COMBATIVE,AGAINST
US.CENTURY @ LASALLE ST,A 814 ARRVD TREATED THEO WE WENT,TO CENTINELA HOSP FOR
INJURIES.,,,,0372,00,,1150,1200,1400,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/1442* CHGENDMILES (470671) 000000 -> 39845 <000>
/1442* CHGPATROL (470671) /000 -> 06/252 <000>
/1442* LOGOFF (470671) <000>
/1442* MDTOFF (470671) <000>



**DEPUTY DAILY WORKSHEET**      11/28/02 0111

STATION: LNX

UNIT: 31D    SHIFT: D  DATE: 11/08/02   0500 - 1300      CLASS: 2        TYPE: P

# 292992 MAGANA JOHN P                          O/T:        O/T PA:
# 432977 BRIONES PHILLIP R                      O/T:
VEH: 214       MILES: ( 65809 -> 65861 ) :   52        MOBILE: 10371
SPEC EQP: S/G 7

PORTABLES: 18477                         18476

ARRESTS /FEL-MA: 1    FA:      MJ:      FJ:      CITS/HZ:      NHZ:        PKG:
         /MSD-MA:    FA:      MJ:      FJ:

PATROL AREA/TIME: 06/092

TIME-SHIFT: 480    TT: 20    HDL: 368    WRT: 0      PTL: 92      UNALLOC: 0      RPTS:

INCIDENT ASSIGNMENTS:

| TAG# | CODE | DISP | ACK | ENRT | 10/97 | 10/98 | RD# | A | S | P | TT | HDL | WRT | URN |
|------|------|------|-----|------|-------|-------|-----|---|---|---|----|----|-----|-----|
| 0033 | 924B | 0534 | | | 0500? | 0539 | 0370 | | O | R | | 39 | | |

LOC: LNX
CLR: 754   STATION SERVICE: Briefing
CLR: 758   STATION SERVICE: Station Service
NARR: BRIEFING AND VEH PREP

| 0052 | 909A | 0702 | 0703 | 0759 | 0810 | 0819 | 0373 | A | C | P | 11 | 9 | | |

LOC: 1929 115TH ST, LA
CLR: 780   Assigned Assist
NARR: ASSISTED 31 RE:909S, AS NEEDED

| 0053 | 925 | 0703 | | | 0703 | 0759 | 0370 | | O | R | | 56 | | |

ARR/FEL-   MA: 1

LOC: 9201 NORMANDIE AV, LA
CLR: 283   WARRANTS: Felony, In County
NARR: ARRESTED JAMES LEE KING MB/080253 RE:11352A H/S WARRANT

| 0068 | 902R | 0819 | 0819 | 0819 | 0821 | 0905 | 0373 | A | 9 | E | 2 | 44 | | |

LOC: 2041 CULLIVAN ST, LA
CLR: 780   Assigned Assist
NARR: ASSISTED 31A RE:902R, 927D ONLY

| 0084 | 925'S | 0912 | 0912 | 0912 | 0919 | 1014 | 0370 | | C | P | 7 | 55 | | |

LOC: 1025 89TH ST, LA
CLR: 212   DISORDERLY CONDUCT: Disturbing The Peace/Court Disturbances
NARR: CHKD LOC RE:925, GPA/UTL

| 0099 | 930 | 1007 | 1013 | | | | 0378 | A | C | R | | | | |

LOC: 12117 BUDLONG AV, LA

STATUS: ***UTH at 1015

| 0105 | X-31A | 1015 | | | 1015 | 1300? | 0372 | | O | R | | 165 | | |

LOC: 1657 CENTURY BLVD, LA

CERTIFIED A TRUE AND CORRECT COPY
OF ORIGINAL MAINTAINED WITHIN FILES
OF THE LOS ANGELES COUNTY SHERIFFS
DEPARTMENT - LENNOX STATION

TITLE - NAME                    EMPLOYEE NUMBER

CLR: 779  Assist Station Unit
NARR:ASSISTED 31A RE:INVOLVED IN FIGHT,TRANS THEOPRIC BLOODSHAW MB/062457 TO DANIEL FREEMAN

```
22
26 - 124
123  Report Date: 11/28/02              UNIT HISTORY REPORT                    Page 1 of 3
                                             LENNOX


        Unit: 31D        Shift: 2        Shift Date: 11/08/02
        /0533* LOGON () ,X,,31D,D,,Y,2,0500,1300,292992,,,432977,,,65809,,214,S/G
        7,10371,18477,18476,,,,,,,,,,,,,,, <000>
        /0533* MDTON (292992) MDT00763 <000>
        /0534* ** ASSIGN/D (292992) LNX02312-0033 R/924B LNX <000>
        /0534* 10/97 (292992) LNX02312-0033,OVERRIDE TIME = 0500 <000>
        /0539* 10/98 (292992) LNX02312-0033 <000>
        /0540* CLEAR (292992) ,LNX02312-0033,,754,758,,,,,BRIEFING AND VEH
        PREP,,,,,0370,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
        /0546* INQ (292992) VEH,4GCM663,CA,,,,,,,, <000>
        /0551* INQ (292992) VEH,4GUL783,CA,,,,,,,, <000>
        /0553* INQ (292992) VEH,4WQU802,CA,,,,,,,, <000>
        /0555* INQ (292992) WANT9,,CA,GRAY,CALVIN,,,,,,M,B,,,,080180,,,,,,,,,,, <000>
        /0557* INQ (292992) VEH,4WKF845,CA,,,,,,,, <000>
        /0610* INQ (292992) VEH,4RGR370,CA,,,,,,,, <000>
        /0616* INQ (292992) VEH,3UYL940,CA,,,,,,,, <000>
        /0620* INQ (292992) VEH,2ZFD870,CA,,,,,,,, <000>
        /0621* INQ (292992) VEH,1DUC544,CA,,,,,,,, <000>
        /0622* INQ (292992) VEH,2CUT635,CA,,,,,,,, <000>
        /0624* INQ (292992) VEH,3HPU352,CA,,,,,,,, <000>
        /0625* INQ (292992) VEH,3KEB770,CA,,,,,,,, <000>
        /0625* INQ (292992) VEH,3KEB720,CA,,,,,,,, <000>
        /0633* INQ (292992) VEH,4UQF674,CA,,,,,,,, <000>
        /0634* INQ (292992) VEH,2RRS563,CA,,,,,,,, <000>
        /0638* INQ (292992) VEH,4ZEE181,CA,,,,,,,, <000>
        /0639* INQ (292992) VEH,4GXT184,CA,,,,,,,, <000>
        /0645* INQ (292992) VEH,4VYE177,CA,,,,,,,, <000>
        /0647* INQ (292992) VEH,3XEK737,CA,,,,,,,, <000>
        /0649* INQ (292992) VEH,4LEY148,CA,,,,,,,, <000>
        /0649* INQ (292992) VEH,4WKV655,CA,,,,,,,, <000>
        /0650* INQ (292992) VEH,2GRE500,CA,,,,,,,, <000>
        /0650* INQ (292992) VEH,2GRE900,CA,,,,,,,, <000>
        /0650* INQ (292992) VEH,3KCV279,CA,,,,,,,, <000>
        /0654* INQ (292992) VEH,JMEOWS,CA,,,,,,,, <000>
        /0659* INQ (292992) WANT9,,CA,KING,JAMES,LEE,,,,,,M,B,,,,080253,,,,,,,,,,, <000>
        /0659  HIT () IW S 292992 MDT0 ,CA0190099 ,KING JAMES ,LEE M B ,000 000 080253 000 CA
        , 00000000 00000000 ,H 004 F 003 M 001 O 000 00 , N KING JAMES LEE ,M B 080253 511 150
        BLK BRO ,XSC3 031202 NO BAIL ,610 W CENTURY BL #2 LA CA ,XSCTA05832103 ,W F 11352(A)/HS
        F , N KING JAMES ,M B 080156 510 170 BLK BRO ,LAM4 040993 $273 , UNKNOWN LA CA
        ,097019819420 RSTR ,W M 40508A/VC M ,21954A/VC I ,PED CA , N KING JIM * ,M B 061654
        601 210 BLK BRO ,XNE3 113001 $50000 ,965 RAYMOND AV PAS CA ,XNEGA03769801
        /0659  HIT () SEARCH REVEALS: HIT MADE ON NAM/KING,JAMES LEE FELONY WARRANT 3599 DANGEROUS
        DRUG NAM/KING, JAMES LEE 19530802 M B 511 150 BLK BRO POB/AR BAIL/NO BAIL FCN/2320207102243
        NIC/W242430603 ENTERED/CALIF-NCIC  HIT MADE ON AKA/KING,JIM FELONY WARRANT 3599 DANGEROUS
        DRUG NAM/KING, JAMES ROY 19630811 M B 601 210 BLK BRO POB/CA AKA/KING,BUD
           KING,JIM      KING,JEROME    ADB/19620811   SOC/553191458   ST/CA  DDL/C4141530
        19540616              19620822                     1
        /0659  HIT () HIT MADE ON NAM/KING,JAMES HIT # 001 DO NOT ARREST OR DETAIN BASED     SOLELY
        ON THIS RESPONSE COUNTY PROBATION RECORD NAM/KING,JAMES 19530802 M B 511 150 BLK BRO
        OLN/A3703683 HOME CITY/LOS ANGELES PRIMARY OFFENSE/NARCOTICS DISCHARGE DATE/20520312
        AGENCY/LOS ANGELES PROBATION DEPT CONTACT MNE/AVPW REC TYPE/PRO IDN/X00267247 OR ONLY
        FCN/C770107402954  HIT # 002 DO NOT ARREST OR DETAIN BASED     SOLELY ON THIS RESPONSE CDC
```

UNIT HISTORY REPORT                            Page 2 of 3
                                                       LENNOX


Unit: 31D        Shift: 2        Shift Date: 11/08/02
PAROLE RECORD NAM/RIVERS,JAMES GREGORY 19530224 M B 509 146 BRO BLK    OLN/N
/0659  HIT () MKE/WANTED PERSON NAM/KING,JAMES LEE SEX/M RAC/B POB/AR DOB/19530802 WGT/150
EYE/BRO HAI/BLK FBI/947548KA8 OFF/DANGEROUS DRUGS
/0659  ACK (227636) HIT
/0659  ACK (227636) HIT
/0659  ACK (227636) HIT
/0700  ACK (227636) HIT
/0702  ** ASSIGN/B (475469) LNX02312-0052 P/909A 1929 115TH ST,LA
/0703* ** ASSIGN/D (292992) LNX02312-0053 R/925 9201 NORMANDIE AV,LA <000>
/0703* 10/97 (292992) LNX02312-0053 <000>
/0703* ACK (292992) LNX02312-0052 <000>
/0703* 10/15 (292992) <000>
/0707* INQ (292992) BOOK1,LNX,KING,JAMES,LEE,, <000>
/0707  CHGHDL (475469) LNX02312-0052,31D/D->31/D
/0746* INQ (292992) DRIVER,,KING,JAMES,L,,080253,,,,X <000>
/0759* 10/98 (292992) LNX02312-0053 <000>
/0759* ENR (292992) LNX02312-0052 <000>
/0801* CLEAR (292992) ,LNX02312-0053,,283,,,,,,ARRESTED JAMES LEE KING MB/0,80253
RE:11352A H/S WARRANT,,,,0370,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,01,,,, <000>
/0810* 10/97 (292992) LNX02312-0052 <000>
/0812* INQ (292992) VEH,4FYJ295,CA,,,,,,,,, <000>
/0819  ** ASSIGN/B (475469) LNX02312-0068 E/902R 2041 CULLIVAN ST,LA
/0819* ACK (292992) LNX02312-0068 <000>
/0819* 10/98 (292992) LNX02312-0052 <000>
/0819* ENR (292992) LNX02312-0068 <000>
/0821* 10/97 (292992) LNX02312-0068 <000>
/0849  CHGHDL (475469) LNX02312-0068,31D/D->31A/D
/0905* 10/98 (292992) LNX02312-0068 <000>
/0908* CLEAR (292992) ,LNX02312-0068,,780,,,,,,ASSISTED 31A RE:902R,927D
ON,LY,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/0908* CLEAR (292992) ,LNX02312-0052,,780,,,,,,ASSISTED 31 RE:909S,AS
NEEDE,D,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/0912  ** ASSIGN/D (475469) LNX02312-0084 R/925'S 1025 89TH ST,LA
/0912* ACK (292992) LNX02312-0084 <000>
/0912* ENR (292992) LNX02312-0084 <000>
/0919* 10/97 (292992) LNX02312-0084 <000>
/0931* INQ (292992) WANT9,,CA,SOTELO,JUAN,,,,,,M,H,,,,021589,,,,,,,,,,X <000>
/1007  ** ASSIGN/D (475469) LNX02312-0099 R/930 12117 BUDLONG AV,LA
/1013* ACK (292992) LNX02312-0099 <000>
/1014* 10/98 (292992) LNX02312-0084 <000>
/1015* ** ASSIGN/D (292992) LNX02312-0105 R/X-31A 1657 CENTURY BLVD,LA <000>
/1015* 10/97 (292992) LNX02312-0105 <000>
/1015* UTH (292992) LNX02312-0099 <000>
/1015* 10/15 (292992) <000>
/1046* INQ (292992) DRIVER,,BLOODSHAW,THEOPRIC,K,,062457,,,, <000>
/1056* INQ (292992) BOOK1,LNX,BLOODSHAW,THEOPRIC,KENT,, <000>
/1254* CLEAR (292992) ,LNX02312-0084,,212,,,,,,CHKD LOC
RE:925,GPA/UTL,,,,,0370,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/1257* 10/98 (292992) LNX02312-0105 <000>

Report Date: 11/28/02

**UNIT HISTORY REPORT**
LENNOX

Page 3 of 3

Unit: 31D          Shift: 2          Shift Date: 11/08/02

/1257* CLEAR (292992) ,LNX02312-0105,,779,,,,,,ASSISTED 31A RE:INVOLVED IN,FIGHT,TRANS
THEOPRIC BLOODSHAW M,B/062457 TO DANIEL
FREEMAN,,,0372,,,,1300,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/1258* CHGENDMILES (292992) 000000 -> 65861 <000>
/1258* CHGPATROL (292992) /000 -> 06/092 <000>
/1258* LOGOFF (292992) <000>
/1258* MDTOFF (292992) <000>

DEPUTY DAILY WORKSHEET      11/28/02 0111

STATION: LNX

UNIT: 31F    SHIFT: D   DATE: 11/08/02    0500 - 1300    CLASS: 2    TYPE: P

    # 263046 SIMPSON THOMAS D                O/T:        O/T PA:
    # 267058 CARTER DEXTER                   O/T:
VEH: SD1531    MILES: ( 86234 -> 86269 ) :   35         MOBILE: 13409
SPEC EQP: S/GS

PORTABLES: 18494                      18490

ARRESTS /FEL-MA:     FA:      MJ:      FJ:     CITS/HZ:      NHZ:       PKG:
        /MSD-MA:     FA:      MJ:      FJ:

PATROL AREA/TIME: 06/149

TIME-SHIFT: 480    TT:32    HDL:299    WRT:0        PTL:149    UNALLOC: 0       RPTS:

INCIDENT ASSIGNMENTS:

| TAG# | CODE | DISP | ACK | ENRT | 10/97 | 10/98 | RD# | A | S | P | TT | HDL | WRT | URN |
|------|------|------|-----|------|-------|-------|-----|---|---|---|----|----|-----|-----|
| 0036 | 924B | 0540 |     |      | 0500? | 0540  | 0381|   | O | R |    | 40 |     |     |

LOC: LNX
CLR: 754  STATION SERVICE: Briefing
CLR: 758  STATION SERVICE: Station Service

| 0052 | 909A | 0725 | 0725 | 0725 | 0725 | 0950 | 0373 | A | C | P |   | 145 |   |   |

LOC: 1929 115TH ST,LA
CLR: 780  Assigned Assist

| 0095 | 919 | 0944 | 0949 | 0950 | 0957 | 1001 | 0378 |   | C | R | 7 | 4 |   |   |

LOC: 1358 GEDDES ST,LA
CLR: 212  DISORDERLY CONDUCT: Disturbing The Peace/Court Disturbances
NARR: C/SCOTT,FRANK  MB/A       ANTOINETTE NOT AT LOC

| 0099 | 930 | 1001 | 1002 |   |   |   | 0378 | A | C | R |   |   |   |   |

LOC: 12117 BUDLONG AV,LA

STATUS: ***UTH at 1004

| 0101 | 924C | 1005 |   | * | 1005 | 1113 | 0399 |   | O | R |   | 68 |   |   |

LOC: ONE REGENT ST,ING
CLR: 752  STATION SERVICE: Appearance, Court

| 0116 | 242R | 1126 | 1142 | 1205 | 1210 | 1226 | 0374 |   | C | R | 5 | 16 |   |   |

LOC: 1249 91ST ST,LA
CLR: 144  ASSAULT, MISDEMEANOR: Hands, Feet, Fist, Etc.
CLR: 777  Assist Citizen
NARR: C/DILTON RAMOS MH/J       NON DESIROUS OF RPT BUT WANTS    INCREASED PATROL IN THE
     AREA OF 108TH/ NORMANDIE AV,LA

| 0121 | 415B | 1136 | 1142 | 1144 | 1149 | 1152 | 0378 |   |   |   |   |   |   |   |

LOC: 1360 IMPERIAL HWY,LA "EL POLLO LOCO"
CLR: 212  DISORDERLY CONDUCT: Disturbing The Peace/Court Disturbances

CERTIFIED A TRUE AND CORRECT COPY
OF ORIGINAL MAINTAINED WITHIN FILES
OF THE LOS ANGELES COUNTY SHERIFF'S
DEPARTMENT - LENNOX STATION

CLR: 212  DISORDERLY CONDUCT: Disturbing The Peace/Court Disturbances
NARR: DP WAS GPA/UTL              SPOKE TO MGR  CAMPOS, RUTH FH/A

| 0122 | 459R | 1137 | 1142 | 1154 | 1157 | 1205 | 0399 | C | R | 3 | 8 |

LOC: 10511 WESTERN AV, LA
CLR: 764  Call Cancelled
CLR: 775  Assist Police Department (Not LASD)
NARR: LOC IS OUT OF OUR STA       PATROL AREA

| 0137 | 930 | 1231 | 1231 | 1231 | 1238 | 1240 | 0373 | 9 | R | 7 | 2 |

LOC: 11407 WESTERN AV, LA
CLR: 212  DISORDERLY CONDUCT: Disturbing The Peace/Court Disturbances
NARR: C/LOPEZ, JAVIER MH/A RE     TAXI FARE  INF NON DESIROUS OF RPT AT THIS TIME. WANTED HIS
     MONEY ONLY  UTL ANY SUS

| 0138 | 415LT | 1234 | 1234 | 1243 | 1248 | 1301 | 0372 | C | R | 5 | 13 |

LOC: 1157 104TH ST, LA
CLR: 212  DISORDERLY CONDUCT: Disturbing The Peace/Court Disturbances
NARR: C/NICHOLS FB/A AND RUTH FB/APARTIES WILCO

| 0146 | 924B | 1304 | | | 1304 | 1304 | 0381 | O | R | | 0 |

LOC: LNX
CLR: 754  STATION SERVICE: Briefing
CLR: 758  STATION SERVICE: Station Service

#21  1/4
#5  128.
31#

Unit: 31F          Shift: 2        Shift Date: 11/08/02

/0539* LOGON ()
,X,,31F,D,110802,Y,2,0500,1300,263046,,,267058,,,86234,,SD1531,S/G5,13409,18494,18490,,,,,
,,,,,,,,,,,, <000>
/0539* MDTON (263046) MDT01056 <000>
/0540* ** ASSIGN/D (263046) LNX02312-0036 R/924B LNX <000>
/0540* 10/97 (263046) LNX02312-0036,OVERRIDE TIME = 0500 <000>
/0540* 10/98 (263046) LNX02312-0036 <000>
/0540* CLEAR (263046) ,LNX02312-
0036,,754,758,,,,,,,,0381,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/0723* INQ (263046) VEH,1FER164,CA,,,,,,,,, <000>
/0725* ** ASSIST/S (263046) LNX02312-0052 P/909A 1929 115TH ST,LA <000>
/0725* ACK (263046) LNX02312-0052 <000>
/0725* ENR (263046) LNX02312-0052 <000>
/0725* 10/97 (263046) LNX02312-0052 <000>
/0820* INQ (263046) WANT9,,CA,,,,,,,,,,,,,,,,,,1919,115TH,ST,,LOS ANGELE,,X <000>
/0820  HIT () IW S 263046 MDT0 ,CA0190099 ,000 000 000000 000 , 00000000 00000000 ,1919
115TH ST LOS ,H 003 F 000 M 002 O 001 00 , N JOHNSON ROBERT CLYDE ,M B 070266 510 165
BLK BRO ,LAA4 112791 $8000 ,1919 E 115TH ST LA CA ,LAA90R2874001 RSTR ,W M 243(E)/PC M ,
N KING CARL FRANKLIN ,M X 072645 XXX XXX ,LAM4 032795 $368 ,1919 E 115TH ST LA CA
,502218319420 RSTR A0158549 CA ,L M 40508A/VC M ,4000A/VC I * ,628GGL CA ,  N SAREZ
SALVADOR CARDO ,M H 030156 600 190 BRO BRO ,COM4 091092 $677 ,1919 E 115T
/0821 ACK (409547) HIT
/0944  ** ASSIGN/D (475469) LNX02312-0095 R/919 1358 GEDDES ST,LA
/0949* ACK (263046) LNX02312-0095 <000>
/0950* 10/98 (263046) LNX02312-0052 <000>
/0950* CLEAR (263046) ,LNX02312-
0052,,780,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/0950* ENR (263046) LNX02312-0095 <000>
/0954* INQ (263046) WANT9,,CA,,,,,,,,,,,,,,,,,,1358,GEDDES,ST,,LOS ANGELE,,X <000>
/0957* 10/97 (263046) LNX02312-0095 <000>
/1001* 10/98 (263046) LNX02312-0095 <000>
./1001  ** ASSIGN/D (475469) LNX02312-0099 R/930 12117 BUDLONG AV,LA
/1002* ACK (263046) LNX02312-0099 <000>
/1004* CLEAR (263046) ,LNX02312-0095,,212,,,,,,C/SCOTT,FRANK MB/A,ANTOINETTE NOT AT
LOC,,,0378,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/1004* UTH (263046) LNX02312-0099 <000>
./1005* ** ASSIGN/D (263046) LNX02312-0101 R/924C ONE REGENT ST,ING <000>
/1005* 10/97 (263046) LNX02312-0101 <000>
/1113* 10/98 (263046) LNX02312-0101 <000>
/1113* CLEAR (263046) ,LNX02312-
0101,,752,,,,,,,,0399,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/1126  ** ASSIST/D (475469) LNX02312-0116 R/242R 1249 91ST ST,LA
/1126  CHGHDL (475469) LNX02312-0116,34A/D->31F/D
/1136  NOACK () LNX02312-0116
/1136  ** ASSIGN/D (475469) LNX02312-0121 R/415B 1360 IMPERIAL HWY,LA "EL POLLO LOCO"
/1137  ** ASSIGN/D (475469) LNX02312-0122 R/459R 10511 WESTERN AV,LA
/1142* ACK (263046) LNX02312-0122 <000>
/1142* ACK (263046) LNX02312-0121 <000>
/1142* ACK (263046) LNX02312-0116 <000>
/1144* ENR (263046) LNX02312-0121 <000>

Report Date: 11/28/02                    UNIT HISTORY REPORT                    Page 2 of 2
                                              LENNOX


Unit: 31F            Shift: 2        Shift Date: 11/08/02
/1149* 10/97 (263046) LNX02312-0121 <000>
/1152* 10/98 (263046) LNX02312-0121 <000>
/1153* CLEAR (263046) ,LNX02312-0121,,212,,,,,,DP WAS GPA/UTL,SPOKE TO MGR CAMPOS,RUTH
FH/A,,,0378,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/1153* ENR (263046) LNX02312-0116 <000>
/1154* HOLD (263046) LNX02312-0116 <000>
/1154* ENR (263046) LNX02312-0122 <000>
/1157* 10/97 (263046) LNX02312-0122 <000>
/1205* 10/98 (263046) LNX02312-0122 <000>
/1205* CLEAR (263046) ,LNX02312-0122,,764,775,,,,,LOC IS OUT OF OUR STA,PATROL
AREA,,,,0399,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/1205* ENR (263046) LNX02312-0116 <000>
/1210* 10/97 (263046) LNX02312-0116 <000>
/1226* 10/98 (263046) LNX02312-0116 <000>
/1226* CLEAR (263046) ,LNX02312-0116,,144,777,,,,,C/DILTON RAMOS MH/J,NON DESIROUS OF RPT
BUT WANTS,INCREASED PATROL IN THE AREA OF,108TH/ NORMANDIE
AV,LA,,0374,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/1231  ** ASSIGN/D (475469) LNX02312-0137 R/930 11407 WESTERN AV,LA
/1231* ACK (263046) LNX02312-0137 <000>
/1231* ENR (263046) LNX02312-0137 <000>
/1234  ** ASSIGN/D (475469) LNX02312-0138 R/415LT 1157 104TH ST,LA
/1234* ACK (263046) LNX02312-0138 <000>
/1236* INQ (263046) DRIVER,B8213354,,,,,,,,,X <000>
/1238* 10/97 (263046) LNX02312-0137 <000>
/1240* 10/98 (263046) LNX02312-0137 <000>
/1243* CLEAR (263046) ,LNX02312-0137,,212,,,,,,C/LOPEZ,JAVIER MH/A RE,TAXI FARE INF NON
DESIROUS OF R,PT AT THIS TIME. WANTED HIS MONE,Y ONLY UTL ANY
SUS,,0373,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/1243* ENR (263046) LNX02312-0138 <000>
/1248* 10/97 (263046) LNX02312-0138 <000>
/1252  INQ (243310) VEH,31F,,X,,,4M05102,CA,,,,,,,,,,,,,X
/1253  ACK (243310) RESP
/1301* 10/98 (263046) LNX02312-0138 <000>
/1303* CLEAR (263046) ,LNX02312-0138,,212,,,,,,C/NICHOLS FB/A AND RUTH FB/A,PARTIES
WILCO,,,0372,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/1304* ** ASSIGN/D (263046) LNX02312-0146 R/924B LNX <000>
/1304* 10/97 (263046) LNX02312-0146 <000>
/1304* 10/98 (263046) LNX02312-0146 <000>
/1304* CLEAR (263046) ,LNX02312-
0146,,754,758,,,,,,0381,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/1306* CHGENDMILES (263046) 000000 -> 86269 <000>
/1306* CHGPATROL (263046) /000 -> 06/149 <000>
/1306* LOGOFF (263046) <000>
/1306* MDTOFF (263046) <000>

*7.33*
*HG 24*
*130 131*

**DEPUTY DAILY WORKSHEET**    11/28/02 0111

STATION: LNX

UNIT: 34A    SHIFT: D  DATE: 11/08/02    0600 - 1400    CLASS: 1    TYPE: P

# 438140 FORMICA WILLIAM J                O/T:         O/T PA:

VEH: SD2206    MILES: ( 27499 -> 27595 ) :   96    MOBILE: 16086

SPEC EQP: SG22, SS

PORTABLES:  18601

ARRESTS /FEL-MA:      FA:      MJ:      FJ:      CITS/HZ:      NHZ:      PKG:
        /MSD-MA:      FA:      MJ:      FJ:

PATROL AREA/TIME: 07/174

TIME-SHIFT: 480    TT:33    HDL:272    WRT:0    PTL:174    UNALLOC:1    RPTS:

INCIDENT ASSIGNMENTS:

| TAG# | CODE | DISP | ACK | ENRT | 10/97 | 10/98 | RD# | A | S | P | TT | HDL | WRT | URN |
|------|------|------|-----|------|-------|-------|-----|---|---|---|----|----|-----|-----|
| 0039 | 459A | 0558 | 0615 | 0620 | 0621 | 0621 | 0333 | A | C | R | 1 | 0 | | |

LOC: 15901 HAWTHORNE BL, LAW X/MANHATTAN BEACH BL
CLR: 780  Assigned Assist

| 0041 | 924B | 0620 | | 0600? | 0601? | 0610? | 0381 | | O | R | | 9 | | |

LOC: LNX
CLR: 754  STATION SERVICE: Briefing
CLR: 758  STATION SERVICE: Station Service
NARR: VEH SVC/BRIEF

| 0049 | 924P | 0638 | | | 0638 | 0713 | 0388 | | O | R | | 35 | | |

LOC: EL CAMINO VILLAGE, ECV
CLR: 800  Directed Patrol Time
NARR: PTL CHK OK

| 0055 | 905V | 0713 | 0713 | 0714 | 0719 | 0728 | 0334 | A | C | P | 5 | 9 | | |

LOC: 4205 166TH ST, LAW
CLR: 780  Assigned Assist

| 0061 | 927P | 0728 | 0728 | 0728 | 0736 | 0751 | 0385 | A | C | P | 8 | 15 | | |

LOC: 5531 124TH ST, HAW
CLR: 780  Assigned Assist

| 0065 | 924P | 0801 | | | 0801 | 0859 | 0388 | | O | R | | 58 | | |

LOC: ALONDRA PARK
CLR: 800  Directed Patrol Time
NARR: PTL CHK OK

| 0084 | 925'S | 1117 | 1117 | 1117 | 1119 | 1137 | 0370 | A | C | P | 2 | 18 | | |

LOC: 1025 89TH ST, LA
CLR: 780  Assigned Assist

| 0089 | 917A | 0919 | 0919 | 0919 | | | 0388 | A | | | | | | |

CERTIFIED A TRUE AND CORRECT COPY
OF ORIGINAL MAINTAINED WITHIN FILES
OF THE LOS ANGELES COUNTY SHERIFFS
DEPARTMENT - LENNOX STATION

```
0089 917A    0919    0919    0919                  0388 A C R
LOC: 3728 156TH ST,GAR

STATUS: ***CAN at 1034

0097 779    0949                  0949   1000   0399  O R           11
LOC: CENTURY BL/WILTON PL,LA
CLR: 779  Assist Station Unit
NARR: DEPUTY INVOLVED IN A FIGHT

0100 924    1001                  1001   1034   0381  O R           33
LOC: LNX
CLR: 758  STATION SERVICE: Station Service
NARR: STATION DETAIL

0109 459A   1100    1100   1101   1107   1109   0379  C R    6    2
LOC: 13305 CRENSHAW BL,HAW #3 RES(MARTINES)
CLR: 700  NON-CRIMINAL: Alarm-Burglary
NARR: NO OUTIDE EVD OF 459

0116 242R   1121    1121   1137   1137   1137   0374 A C R         0
LOC: 1249 91ST ST,LA
CLR: 780  Assigned Assist

0125 924P   1143                  1143   1244   0379  O R          61
LOC: 135TH ST/CRENSHAW BL,HAW
CLR: 800  Directed Patrol Time
NARR: PTL CHK OK

0151 415B   1322    1322   1322   1333   1335   0375  9 P   11   2
LOC: 1360 IMPERIAL HWY,LA "EL POLLO LOCO"
CLR: 212  DISORDERLY CONDUCT: Disturbing The Peace/Court Disturbances
NARR: W/A HECTOR MACIA MH/A RE:415B 390. WILCO AND LEFT LOC

0162 924    1341                  1341   1400?  0381  O R          19
LOC: LNX
CLR: 758  STATION SERVICE: Station Service
```

118
84 34 132
35    34 133

UNIT HISTORY REPORT
LENNOX

Unit: 34A        Shift: 2        Shift Date: 11/08/02

/0547* LOGON ()
,X,,34A,D,110802,Y,1,0600,1400,438140,,,,,,27499,,SD2206,SG22,SS,,18601,,,,,,,,,,,,,,,,,,,
<000>
/0547* MDTON (438140) MDT01223 <000>
/0558  ** ASSIST/D (475469) LNX02312-0039 R/459A 15901 HAWTHORNE BL,LAW X/MANHATTAN BEACH
BL
/0608  NOACK () LNX02312-0039
/0615* ACK (438140) LNX02312-0039 <000>
/0620* ** ASSIGN/D (438140) LNX02312-0041 R/924B LNX <000>
/0620* 10/97 (438140) LNX02312-0041 <000>
/0620* 10/98 (438140) LNX02312-0041 <000>
/0620* CLEAR (438140) ,LNX02312-0041,,754,758,,,,,VEH
SVC/BRIEF,,,,,0381,,,0600,0601,0610,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/0620* ENR (438140) LNX02312-0039 <000>
/0621* 10/97 (438140) LNX02312-0039 <000>
/0621* 10/98 (438140) LNX02312-0039 <000>
/0621* CLEAR (438140) ,LNX02312-
0039,,780,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/0622* INQ (438140) VEH,3EQM454,CA,,,,,,,, <000>
/0638* ** ASSIGN/D (438140) LNX02312-0049 R/924P EL CAMINO VILLAGE,ECV <000>
/0638* 10/97 (438140) LNX02312-0049 <000>
/0713* ** ASSIST/S (438140) LNX02312-0055 P/905V 4205 166TH ST,LAW <000>
/0713* ACK (438140) LNX02312-0055 <000>
/0713* 10/98 (438140) LNX02312-0049 <000>
/0714* CLEAR (438140) ,LNX02312-0049,,800,,,,,PTL CHK
OK,,,,0388,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/0714* ENR (438140) LNX02312-0055 <000>
/0719* 10/97 (438140) LNX02312-0055 <000>
/0728  ** ASSIST/B (475469) LNX02312-0061 P/927P 5431 124TH ST,HAW
/0728* ACK (438140) LNX02312-0061 <000>
/0728* 10/98 (438140) LNX02312-0055 <000>
/0728* ENR (438140) LNX02312-0061 <000>
/0731* CLEAR (438140) ,LNX02312-
0055,,780,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/0736* 10/97 (438140) LNX02312-0061 <000>
/0751* 10/98 (438140) LNX02312-0061 <000>
/0751* CLEAR (438140) ,LNX02312-
0061,,780,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/0756* INQ (438140) VEH,4GVZ981,CA,,,,,,,, <000>
/0800* INQ (438140) VEH,4KZE703,CA,,,,,,,, <000>
/0801* ** ASSIGN/D (438140) LNX02312-0065 R/924P ALONDRA PARK <000>
/0801* 10/97 (438140) LNX02312-0065 <000>
/0806* INQ (438140) VEH,4GMN463,CA,,,,,,,, <000>
/0859* 10/98 (438140) LNX02312-0065 <000>
/0900* CLEAR (438140) ,LNX02312-0065,,800,,,,,PTL CHK
OK,,,,0388,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/0907* INQ (438140) VEH,2TNH730,CA,,,,,,,, <000>
/0909* INQ (438140) VEH,4COZ216,CA,,,,,,,, <000>
/0909* INQ (438140) VEH,2TAR245,CA,,,,,,,, <000>
/0919  ** ASSIGN/D (475469) LNX02312-0089 R/917A 3728 156TH ST,GAR

90 36 133
H4:32
134

Report Date: 11/28/02

UNIT HISTORY REPORT

LENNOX

Page 2 of 3

```
Unit: 34A        Shift: 2      Shift Date: 11/08/02
/0919* ACK (438140) LNX02312-0089 <000>
/0919* ENR (438140) LNX02312-0089 <000>
/0924* INQ (438140) VEH,3TXY373,CA,,,,,,,,, <000>
/0924* INQ (438140) VEH,4TVG626,CA,,,,,,,,, <000>
/0925* INQ (438140) VEH,4RGP868,CA,,,,,,,,, <000>
/0925* INQ (438140) VEH,5Y94123,CA,,,,,,,,, <000>
/0949* ** ASSIGN/D (438140) LNX02312-0097 R/779 CENTURY BL/WILTON PL,LA <000>
/0949* HOLD (438140) LNX02312-0089 <000>
/0949* 10/97 (438140) LNX02312-0097 <000>
/0953* INQ (438140) VEH,4TUA446,CA,,,,,,,,, <000>
/1000* 10/98 (438140) LNX02312-0097 <000>
/1000* CLEAR (438140) ,LNX02312-0097,,779,,,,,,DEPUTY INVOLVED IN A
FIGHT,,,,,0399,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/1001* ** ASSIGN/D (438140) LNX02312-0100 R/924 LNX <000>
/1001* 10/97 (438140) LNX02312-0100 <000>
/1013* INQ (438140) VEH,2YGU066,CA,,,,,,,,, <000>
/1015* INQ (438140) VEH,4XLD974,CA,,,,,,,,, <000>
/1017* INQ (438140) VEH,3GJM830,CA,,,,,,,,, <000>
/1024* INQ (438140) VEH,3JUH375,CA,,,,,,,,, <000>
/1034* 10/98 (438140) LNX02312-0100 <000>
/1034* CLEAR (438140) ,LNX02312-0100,,758,,,,,,STATION
DETAIL,,,,,0381,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/1034  CHGHDL (475469) LNX02312-0089,34A/D->34PE/D
/1034  CAN (475469) LNX02312-0089
/1048* INQ (438140) VEH,3PPF374,CA,,,,,,,,, <000>
/1049* INQ (438140) VEH,4LIS900,CA,,,,,,,,, <000>
/1050* INQ (438140) VEH,2UUM962,CA,,,,,,,,, <000>
/1054* INQ (438140) VEH,1RAF425,CA,,,,,,,,, <000>
/1054* INQ (438140) VEH,3RKS068,CA,,,,,,,,, <000>
/1055* INQ (438140) VEH,2PAN886,CA,,,,,,,,, <000>
/1058* INQ (438140) VEH,6P75687,CA,,,,,,,,, <000>
/1059* INQ (438140) VEH,2RFA992,CA,,,,,,,,, <000>
/1100  ** ASSIGN/D (475469) LNX02312-0109 R/459A 13305 CRENSHAW BL,HAW #3 RES(MARTINES)
/1100* ACK (438140) LNX02312-0109 <000>
/1101* ENR (438140) LNX02312-0109 <000>
/1106* INQ (438140) VEH,2GVS815,CA,,,,,,,,, <000>
/1107* 10/97 (438140) LNX02312-0109 <000>
/1109* 10/98 (438140) LNX02312-0109 <000>
/1110* CLEAR (438140) ,LNX02312-0109,,700,,,,,,NO OUTIDE EVD OF
459,,,,,0379,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/1115* INQ (438140) VEH,3SWF783,CA,,,,,,,,, <000>
/1117* ** ASSIST/S (438140) LNX02312-0084 P/925'S 1025 89TH ST,LA <000>
/1117* INQ (438140) VEH,3VQE768,CA,,,,,,,,, <000>
/1117* ACK (438140) LNX02312-0084 <000>
/1117* ENR (438140) LNX02312-0084 <000>
/1119* INQ (438140) VEH,6C63550,CA,,,,,,,,, <000>
/1119* 10/97 (438140) LNX02312-0084 <000>
/1121  ** ASSIGN/D (475469) LNX02312-0116 R/242R 1249 91ST ST,LA
```

Report Date: 11/26/02                    UNIT HISTORY REPORT                   Page 3 of 3
                                              LENNOX


Unit: 34A          Shift: 2        Shift Date: 11/08/02
/1121* ACK (438140) LNX02312-0116 <000>
/1126  CHGHDL (475469) LNX02312-0116,34A/D->31F/D
/1135* INQ (438140) VEH,4RCB211,CA,,,,,,,,, <000>
/1137* 10/98 (438140) LNX02312-0084 <000>
/1137* CLEAR (438140) ,LNX02312-
0084,,780,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/1137* ENR (438140) LNX02312-0116 <000>
/1137* 10/97 (438140) LNX02312-0116 <000>
/1137* 10/98 (438140) LNX02312-0116 <000>
/1138* CLEAR (438140) ,LNX02312-
0116,,780,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/1139* INQ (438140) VEH,4RCB121,CA,,,,,,,,, <000>
/1141* INQ (438140) VEH,4EIM114,CA,,,,,,,,, <000>
/1141* INQ (438140) VEH,3CBK140,CA,,,,,,,,, <000>
/1143* ** ASSIGN/D (438140) LNX02312-0125 R/924P 135TH ST/CRENSHAW BL,HAW <000>
/1143* 10/97 (438140) LNX02312-0125 <000>
/1143* INQ (438140) VEH,4GDM392,CA,,,,,,,,, <000>
/1145* INQ (438140) VEH,3XGW153,CA,,,,,,,,, <000>
/1145* INQ (438140) VEH,4YAK634,CA,,,,,,,,, <000>
/1147* INQ (438140) VEH,4RBB718,CA,,,,,,,,, <000>
/1149* INQ (438140) VEH,2KWJ663,CA,,,,,,,,, <000>
/1150* INQ (438140) VEH,3JKM793,CA,,,,,,,,, <000>
/1244* 10/98 (438140) LNX02312-0125 <000>
/1244* CLEAR (438140) ,LNX02312-0125,,800,,,,,,PTL CHK
OK,,,,,0379,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/1321* INQ (438140) VEH,4NCM344,CA,,,,,,,,, <000>
/1322  ** ASSIGN/B (475469) LNX02312-0151 P/415B 1360 IMPERIAL HWY,LA "EL POLLO LOCO"
/1322* ACK (438140) LNX02312-0151 <000>
/1322* ENR (438140) LNX02312-0151 <000>
/1323* INQ (438140) VEH,4FMA143,CA,,,,,,,,, <000>
/1333* 10/97 (438140) LNX02312-0151 <000>
/1335* 10/98 (438140) LNX02312-0151 <000>
/1336* CLEAR (438140) ,LNX02312-0151,,212,,,,,,W/A HECTOR MACIA MH/A RE:415,B 390. WILCO
AND LEFT LOC,,,,0375,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/1338* INQ (438140) VEH,4VFP068,CA,,,,,,,,, <000>
/1338* INQ (438140) VEH,4UFY38,CA,,,,,,,,, <000>
/1338* INQ (438140) VEH,4UFY738,CA,,,,,,,,, <000>
/1340* INQ (438140) VEH,3LOK993,CA,,,,,,,,, <000>
/1341* INQ (438140) VEH,3BEK506,CA,,,,,,,,, <000>
/1341* ** ASSIGN/D (438140) LNX02312-0162 R/924 LNX <000>
/1341* 10/97 (438140) LNX02312-0162 <000>
/1348* 10/98 (438140) LNX02312-0162 <000>
/1348* CLEAR (438140) ,LNX02312-
0162,,758,,,,,,,,,,0381,,,,1400,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/1348* CHGENDMILES (438140) 000000 -> 27595 <000>
/1348* CHGPATROL (438140) /000 -> 07/174 <000>
/1348* LOGOFF (438140) <000>
/1348* MDTOFF (438140) <000>

**DEPUTY DAILY WORKSHEET**    11/28/02 0111

STATION: LNX

UNIT: 31    SHIFT: D   DATE: 11/08/02    0500 - 1300    CLASS: 2    TYPE: P

# 431399 HOPMEISTER CRISMAR A                O/T:           O/T PA:
# 440101 SAMEYAH DAVID                       O/T:

VEH: 1704    MILES: ( 90702 -> 90808 ) : 106        MOBILE: 11664
SPEC EQP: SG

PORTABLES: 18471                    18470

ARRESTS /FEL-MA:    FA:       MJ:      FJ:      CITS/HZ:      NHZ:       PKG:
        /MSD-MA:    FA:       MJ:      FJ:

PATROL AREA/TIME: 06/047

TIME-SHIFT: 480    TT: 7    HDL: 424    WRT: 0    PTL: 47    UNALLOC: 2    RPTS:

INCIDENT ASSIGNMENTS:

| TAG# | CODE | DISP | ACK | ENRT | 10/97 | 10/98 | RD# | A | S | P | TT | HDL | WRT | URN |
|------|------|------|-----|------|-------|-------|-----|---|---|---|----|----|-----|-----|
| 0034 | 924B | 0535 |     | 0500? | 0500? | 0608 | 0381 |   | O | R |    | 68 |     |     |

LOC: LNX
CLR: 754  STATION SERVICE: Briefing
NARR: BRIEF

| 0051 | 503R | 0645 | 0700 | 0701 |      |      | 0375 | A | C | R |    |     |     | 11596 |

LOC: 1112 112TH ST, LA

STATUS: ***CAN at 0842

| 0052 | 909A | 0706 | 0706 | 0706 | 0713 | 0944? | 0373 |   | C | P | 7 | 151 |     |     |

LOC: 1929 115TH ST, LA
CLR: 774  Assist Public Utility
NARR: X-EDISON, DOWN POWER LINE

| 0099 | 930 | 1017 | 1017 |      |      |      | 0378 | A | C | R |    |     |     |     |

LOC: 12117 BUDLONG AV, LA

STATUS: ***UTH at 1022

| 0108 | 779 | 1026 |      | 0947? | 0949? | 1313 | 0399 |   | O | R |    | 204 |     |     |

LOC: 1600 BLK CENTURY BL
CLR: 779  Assist Station Unit
NARR: X-31A AT HOSP RE INJURIES FR/415 DEPUTY

| 0150 | 924 | 1314 |      |      | 1314 | 1315 | 0381 |   | O | R |    | 1 |     |     |

LOC: LNX
CLR: 758  STATION SERVICE: Station Service
NARR: EOS

CERTIFIED A TRUE AND CORRECT COPY
OF ORIGINAL MAINTAINED WITHIN FILES
OF THE LOS ANGELES COUNTY SHERIFF'S
DEPARTMENT - LENNOX STATION

TITLE - NAME              EMPLOYEE NUMBER

**UNIT HISTORY REPORT**
**LENNOX**

```
Unit: 31          Shift: 2       Shift Date: 11/08/02
/0535* LOGON ()
,X,,31,D,,Y,2,0500,1300,431399,,,440101,,,90702,,1704,SG,11664,18471,18470,,,,,,,,,,,,,,,
,, <000>
/0535* MDTON (431399) MDT01715 <000>
/0535* ** ASSIGN/D (431399) LNX02312-0034 R/924B LNX <000>
/0535* 10/97 (431399) LNX02312-0034 <000>
/0608* 10/98 (431399) LNX02312-0034 <000>
/0608* CLEAR (431399) ,LNX02312-
0034,,754,,,,,,BRIEF,,,,,0381,,,0500,0500,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/0645  ** ASSIGN/D (475469) LNX02312-0051 R/503R 1112 112TH ST,LA
/0656  NOACK () LNX02312-0051
/0700* ACK (431399) LNX02312-0051 <000>
/0701* ENR (431399) LNX02312-0051 <000>
/0706  ** ASSIST/B (475469) LNX02312-0052 P/909A 1929 115TH ST,LA
/0706* ACK (431399) LNX02312-0052 <000>
/0706* HOLD (431399) LNX02312-0052 <000>
/0706* ENR (431399) LNX02312-0052 <000>
/0707  CHGHDL (475469) LNX02312-0052,31D/D->31/D
/0713* 10/97 (431399) LNX02312-0052 <000>
/0841  CHGHDL (475469) LNX02312-0051,31/D->31PE/D
/0842  CAN (475469) LNX02312-0051
/1017  ** ASSIGN/D (475469) LNX02312-0099 R/930 12117 BUDLONG AV,LA
/1017* ACK (431399) LNX02312-0099 <000>
/1022* UTH (431399) LNX02312-0099 <000>
/1025* 10/98 (431399) LNX02312-0052 <000>
/1025* CLEAR (431399) ,LNX02312-0052,,774,,,,,,X-EDISON,DOWN POWER
LINE,,,,,0373,,,,,0950,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/1026* ** ASSIGN/D (431399) LNX02312-0108 R/779 1600 BLK CENTURY BL <000>
/1026* 10/97 (431399) LNX02312-0108 <000>
/1313* 10/98 (431399) LNX02312-0108 <000>
/1313* CLEAR (431399) ,LNX02312-0108,,779,,,,,,X-31A AT HOSP RE INJURIES FR,/415
DEPUTY,,,,0399,,,0947,0949,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/1314* ** ASSIGN/D (431399) LNX02312-0150 R/924 LNX <000>
/1314* 10/97 (431399) LNX02312-0150 <000>
/1315* 10/98 (431399) LNX02312-0150 <000>
/1315* CLEAR (431399) ,LNX02312-
0150,,758,,,,,,EOS,,,,,0381,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/1317* CHG10/98O (431399) LNX02312-0052,0950->0944 <000>
/1319* CHGENDMILES (431399) 000000 -> 90808 <000>
/1319* CHGPATROL (431399) /000 -> 06/047 <000>
/1319* LOGOFF (431399) <000>
/1319* MDTOFF (431399) <000>
```

HH3 80 36
H7.40
138   SH-R-77 (RED TTP) REV. for WP6.0 11/94

## COUNTY OF LOS ANGELES-SHERIFF'S DEPARTMENT SUPPLEMENTAL REPORT

DATE:  11-08-02                    FILE:  402-11595-0399-057

C:  ADW ON A PEACE OFFICER 245(C) /F/ 057    ACTION:  Active, Additional Info

V:  HOODYE SEAN MB/02-06-70

D:

S:  BLOODSHAW, THEOPRIC KENT

### NARRATIVE

THE PURPOSE OF THIS SUPPLEMENTAL REPORT IS TO PROVIDE ACTIVE/ADDITIONAL INFORMATION REGARDING THE ABOVE INCIDENT.

WE RESPONDED TO 31A'S ( DEPUTIES HOODYE #260296, AND SATO #470671 ) ASSISTANCE REQUEST RE: THEY WERE INVOLVED IN A FIGHT. AS WE ARRIVED TO THEIR LOCATION AT CENTURY BLVD/LA SALLE AVE , I SAW THAT THE DEPUTIES WERE STILL STRUGGLING WITH THE SUSPECT ( LATER IDENTIFIED AS S/BLOODSHAW ).

I RAN OVER AND ATTEMPTED TO GRAB S/BLOODSHAW'S RIGHT ARM AND PLACE IT BEHIND HIS BACK TO ASSIST IN THE HANDCUFFING. EVERY TIME I GRABBED S/BLOODSHAW'S ARM, HE WOULD SWING IT AROUND VIOLENTLY, BREAKING FREE FROM MY GRASP. MYSELF AND SEVERAL OTHER DEPUTIES REPEATEDLY ORDERED S/BLOODSHAW TO PLACE HIS HANDS BEHIND HIS BACK AND STOP FIGHTING US. ALL OF OUR ORDERS WERE IGNORED BY THE SUSPECT. AFTER SEVERAL ATTEMPTS, I WAS ABLE TO GRAB S/BLOODSHAW'S RIGHT ARM AND PLACE IT BEHIND HIS BACK. ANOTHER DEPUTY WAS ABLE TO GRAB THE SUSPECT'S OTHER ARM AND PLACE IT BEHIND THE SUSPECT'S BACK. THE SUSPECT WAS HANDCUFFED.

I SAW THAT S/BLOODSHAW HAD LACERATION ABOVE EACH EYE. HE WAS TREATED FOR HIS INJURIES BY L.A. CITY PARAMEDICS AND SUBSEQUENTLY TRANSPORTED TO DANIEL FREEMAN HOSPITAL IN THE CITY OF INGLEWOOD VIA AMBULANCE.

ONCE AT THE HOSPITAL, S/BLOODSHAW WAS TREATED FOR HIS INJURIES BY DOCTOR YARNELL UNDER PATIENT NUMBER 235831. WHILE AT THE HOSPITAL, S/BLOODSHAW REPEATEDLY STATED THE DEPUTIES WHO INITIALLY CONTACTED HIM HAD NO REASON TO ARREST HIM FOR THE WARRANT. S/BLOODSHAW FURTHER EXPLAINED THAT HE KNEW THAT THERE WAS A WARRANT FOR HIS ARREST FOR PAROLE VIOLATION, BUT SINCE HE DID NOT BELIEVE THAT A WARRANT SHOULD HAVE BEEN ISSUED, HE WAS NOT GOING TO BE ARRESTED, PERIOD.

AFTER BEING TREATED, S/BLOODSHAW WAS TRANSPORTED TO AND BOOKED AT LENNOX STATION WITH THE APPROVAL OF THE WATCH COMMANDER LT. ARAUJO.

BY:  BRIONES, PHILLIP #432977

APPROVED:  Sgt K. CLARK #213572   11-09-02  0910 hy

ASSIGNED:  Lnx DB

SECRETARY:

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT SUPPLEMENTAL REPORT

DATE: 11-09-02                          FILE: 402-11595-0399-053

C:  ASSAULT WITH A DEADLY WEAPON ON A PEACE OFFICER 245(C)P.C.    ACTION: ACTIVE/ADDITIONAL

V:  HOODYE, SEAN O; BRADELY

D:

S:  BLOODSHAW, THEOPRIC

## NARRATIVE

THE PURPOSE FOR THIS SUPPLEMENTAL REPORT IS TO PROVIDE ADDITIONAL INFORMATION
REGARDING ASSISTING FIELD DEPUTIES WITH THE ABOVE INCIDENT.

WHILE ASSIGNED TO UNIT 31/D WITH DEPUTY SAMEYAH #440101, WE RESPONDED TO A 415
DEPUTY INVOLVED FIGHT AT THE 1600 BLK OF CENTURY BL.. UPON ARRIVAL, WE SAW THE
SUSPECT (LATER IDENTIFIED AS SUSPECT BLOODSHAW) HANDCUFFED AND SITTING DOWN ON THE
STREET BETWEEN THE GUTTER AND RADIO CAR. DEPUTY SAMEYAH AND I ASSISTED THE SUSPECT
UP AND CONDUCTED A SEARCH OF HIS PERSON. DUE TO THE FACT, THAT S/BLOODSHAW HAD JUST
BEEN INVOLVED IN A FIGHT WITH DEPUTIES, I HELD S/BLOODSHAW BY HIS LEFT ARM WHILE DEPUTY
SAMEYAH SEARCHED HIM. ONCE S/BLOODSHAW HAD BEEN SEARCHED WE PUT HIM INTO THE BACK
OF THE RADIO CAR AND AWAITED PARAMEDICS.

WE THEN ESCORTED DEPUTIES HOODYE AND SATO TO CENTINELLA HOSPITAL WHERE THEY WERE
TREATED FOR THEIR INJURIES.

BY:  HOFMEISTER 431399

APPROVED:  SGT K. CLARK # 213512

ASSIGNED:  LNA DB

SECRETARY:

## COUNTY OF LOS ANGELES-SHERIFF'S DEPARTMENT SUPPLEMENTAL REPORT

. DATE: November 09, 2002

FILE: 402-11595-0399-053

C: Assault with Deadly Weapon on Peace Officer . 245(c) P.C.

ACTION: Active/ Additional

.V: Hoodye, Sean (Deputy Sheriff # 260296)

D:

S: Bloodshaw, Theopric

## NARRATIVE

    The purpose of this report is to provide active additional information on the arrest of the above mentioned suspect.

    On November 08, 2002, we were assigned to Lennox Station as Unit 31F. We responded to the 1600 blk. of Century Blvd. regarding radio traffic of Deputies involved in a fight. Upon on arrival I observed S/Bloodshaw handcuffed sittng on the ground.

    Deputy Sameyah arrived at the location seconds after I arrived. He assisted S/Bloodshaw from a seated to a standing position and placed S/Bloodshaw in the back seat of a patrol vehicle. Once S/Bloodshaw was secured in the back seat of a patrol vehicle, I left the above location and continued my daily patrol duties.



BY: Dexter Carter #267058

APPROVED: A/SGT. DEP J.MARTIN 437714

ASSIGNED: LNX-D.B.

SECRETARY:

#46 #39
180.
#70 141

SH-R-77 (RED TTP) REV. for WP6.0 11/94

# COUNTY OF LOS ANGELES-SHERIFF'S DEPARTMENT SUPPLEMENTAL REPORT

DATE: November 09, 2002

FILE: 402-11595-0399-053

C:  Assault with Deadly Weapon on Peace Officer , 245(c) P.C.

ACTION: Active/ Additional

V:  Hoodye, Sean (Deputy Sheriff # 260296)

D:

S:  Bloodshaw, Theopric

## NARRATIVE

The purpose of this report is to provide active additional information on the arrest of the above mentioned suspect.

On November 08, 2002, we were assigned to Lennox Station as Unit 31F. We heard a radio transmission that stated a deputy was involved in a fight at Century Blvd. and Wilton Pl., in Los Angeles. We arrived at the location, but deputies were no where to be seen. Several additional radio transmissions placed the deputies at the 1600 block of Century Bl..

We heard another unit (31D, Deputies Briones and Magana) arrive at the (fight) location moments. Additional radio communication was given stating that the suspect was still fighting with deputies.

Upon our arrival at the scene, we saw the suspect, a male, black, adult sitting on the ground. He was handcuffed and sitting upright. Deputy Sameyah (Unit 31) was at the location with us. He assisted the suspect to his feet and conducted a search, prior to placing him in the radio car.

Due to the increasing westbound traffic, I assisted in traffic control. Once the field sergeant (Sergeant Clark) arrived at the location and the situation was secure; we resumed our normal patrol assignment.



BY: Thomas Simpson #263046

APPROVED: Sgt K. Clark #213516

ASSIGNED: Lnx LG

SECRETARY:

SH-R-77 (RED TTP) REV. for WP6.0 11/94

## COUNTY OF LOS ANGELES-SHERIFF'S DEPARTMENT SUPPLEMENTAL REPORT

DATE: 11-09-02                                    FILE:  402-11595-0399-053

C:                                                ACTION: ACTIVE/ADDITIONAL
ASSAULT WITH A DEADLY WEAPON ON A PEACE OFFICER 245(C)P.C.

V:  HOODYE, SEAN / SATO, BRADLEY

D:

S:  BLOODSHAW, THEOPRIC

### NARRATIVE

THE PURPOSE OF THIS SUPPLEMENTAL REPORT IS TO PROVIDE ADDITIONAL INFORMATION REGARDING MY OBSERVATIONS UPON ARRIVING TO THE LOCATION.

I RESPONDED TO THE 1600 BLOCK OF CENTURY BL REGARDING AN ASSISTANCE REQUEST BY FIELD DEPUTIES INVOLVED IN A FIGHT.

UPON ARRIVAL, THE SUSPECT HAD ALREADY BEEN PLACED IN THE BACK SEAT OF A BLACK AND WHITE MARKED PATROL UNIT AND DEPUTY HOODYE  #260296 CLOSED THE REAR DOOR TO THE UNIT.

BY:  WILLIAM FORMICA #438140

APPROVED:  _Sgt K. CLARK # 213512_

ASSIGNED:  _LAJA DB_

SECRETARY:

*Discovery 2*

| Case No. | Code/Statute | Conv. Date | County of Court | State | Court Type |
|----------|--------------|------------|-----------------|-------|------------|
| BA004642 | PC 459 | 12/27/1989 | LOS ANGELES | CA | SUPERIOR |

It is further alleged as to count(s) 1 and 2 that said defendant(s), THEOPRIC KENT BLOODSAW, was on and about the 27TH day of DECEMBER, 1989, in the SUPERIOR Court of the State of CALIFORNIA, for the County of LOS ANGELES, convicted of a serious felony, to wit: 1ST DEGREE BURGLARY, in violation of section 459 of the PENAL Code, case BA004642 within the meaning of Penal Code Section 667(a)(1).

It is further alleged as to count(s) 1, 2, and 3 pursuant to Penal Code section 667.5(b) that the defendant(s), THEOPRIC KENT BLOODSAW, has suffered the following prior conviction(s):

| Case No. | Code/Statute | Conv. Date | County of Court | State | Court Type |
|----------|--------------|------------|-----------------|-------|------------|
| BA004642 | PC 459 | 12/27/1989 | LOS ANGELES | CA | SUPERIOR |
| YA034031 | H&S 11350 | 10/07/1997 | LOS ANGELES | CA | SUPERIOR |

and that a term was served as described in Penal Code section 667.5 for said offense(s), and that the defendant(s) did not remain free of prison custody for, and did commit an offense resulting in a felony conviction during, a period of five years subsequent to the conclusion of said term.

* * * * *



I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT, CASE NUMBER YA053506, CONSISTS OF 3 COUNT(S).

Executed at INGLEWOOD, County of Los Angeles, on November 13, 2002.

_____

DECLARANT AND COMPLAINANT

..............................................................................................................................................................

STEVE COOLEY, DISTRICT ATTORNEY

BY: _____
    VICTORIA L. ADAMS, DEPUTY

AGENCY:  LASD - LENNOX PATROL

I/O: MARK DET. RENFROW

ID NO.: 274578    PHONE : 310-671-7531

DR NO.:  402-11595-0399-053

OPERATOR: DCS

PRELIM. TIME EST.:  2 HOUR(S)

| DEFENDANT | CII NO. | DOB | BOOKING NO. | BAIL RECOM'D | CUSTODY R'TN DATE |
|---|---|---|---|---|---|
| BLOODSAW, THEOPRIC KENT | 008953256 | 6/24/1957 | 7475221 | $220,000 | 11/13/2002 |

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code Section 1054.3.

*FELONY COMPLAINT*

47.43
144 145

## FELONY COMPLAINT – ORDER HOLDING TO ANSWER – P.C. SECTION 872

It appearing to me from the evidence presented that the following offense(s) has/have been committed and that there is sufficient cause to believe that the following defendant(s) guilty thereof, to wit:

*(Strike out or add as applicable)*

THEOPRIC KENT BLOODSAW

| Count No. | Charge | Charge Range | Special Allegation | Alleg. Effect |
|-----------|--------|--------------|--------------------|---------------|
| 1 | PC 245(c) | 3-4-5 | | |
| 2 | PC 243(c)(2) | 16-2-3 | | |
| 3 | PC 422 | 16-2-3 | | |
| | | | PC 1170.12(a)-(d) | MSP Check Code |
| | | | PC 667(a)(1) | +5 yrs per prior |
| | | | PC 667.5(b) | +1 yr. per prior |

I order that the defendant(s) be held to answer therefor and be admitted to bail in the sum of:

THEOPRIC KENT BLOODSAW                    _____ Dollars

and be committed to the custody of the Sheriff of Los Angeles County until such bail is given. Date of arraignment in Superior Court will be:

THEOPRIC KENT BLOODSAW                    _____ in Dept _____

at: _____ A.M.

Date: _____            _____

*Committing Magistrate*

*FELONY COMPLAINT*





JOHN A. CLARKE
EXECUTIVE OFFICER / CLERK

222 NORTH HILL STREET
LOS ANGELES, CA 90012-3014

*Superior Court of California*
*County of Los Angeles*

November 29, 2004

CASE NUMBER: YA053506            CASE NAME:

We are returning your check in the amount of $        for the reason checked below:

☐   Remittance insufficient. A total of $        is needed to process your order.

☐   Check unsigned.

☐   Check is not acceptable. Please return **NEW CHECK, MONEY ORDER or CERTIFIED CHECK.** If outside of the United States, amount must be remitted in United States currency. Please make check payable to the **LOS ANGELES SUPERIOR COURT.**

☐   Information given to us is not sufficient. Information needed: **FULL NAME OF PARTY INVOLVED, APPROXIMATE YEAR ACTION WAS FILED AND THE CASE NUMBER IF AVAILABLE.**

☐   As of this date, there is no record of the interlocutory, Judgment and /or Final Judgment.

☐   Document that you have requested has not been filed as of this date and office policy does not permit us to hold your check any longer.

☐   We are unable to ascertain just what documents you need from the information given.

☐   The fee for copies is 0.57 cents per page (Section 26854 Government Code).

☐   The fee for Certification of Divorce Judgment is $11.00 per document.

☐   The fee for Certification is $6.60 per document, in addition to any other fees. Exemplification fee $20.00 in addition to any other fees.

☐   The fee for Case Number Search is $5.00 per name per case (Section 26854 Government Code).

☐   In the future, we will not honor requests for information unless they are accompany by a **STAMPED, SELF ADDRESSED ENVELOPE** for your reply.

☐   The fee for examining a file or microfilm record and making a written report is $7.00 for the first hour or fraction thereof, and $5.00 each subsequent hour (Section 131.1 @Admin. Code. Los Angeles County.

☐   The fee for a Clerk's Certificate is $6.00 in addition to any other fee. (Section 131.1 Admin. Code, Los Angeles County.

☒   Other:  FOR COPIES MAIL REQUEST TO TORRANCE COURTHOUSE 825 MAPLE AVENUE TORRANCE, CA. 90503  ROOM-100

JOHN A. CLARKE
Executive officer/clerk of the Los Angeles Superior Court
County of Los Angeles

BY:                                        DEPUTY
                N. SNEDECOR

| CDC NUMBER | NAME | ETHNIC | BIRTHDATE |
|---|---|---|---|
| P20045 | BLOODSAW,THEOPRIC,KENT | BLA | 06/24/1958 |

| TERM STARTS | MAX REL DATE | MIN REL DATE | MAX ADJ REL DT | MIN ADJ REL DT |
|---|---|---|---|---|
| 06/11/2003 | 11/27/2023 | 11/24/2019 | 11/27/2023 CR | 11/24/2019 CR |

BASE TERM 10/00 + ENHCMNTS  11/04 = TOT TERM  21/04

PAROLE PERIOD
3 YRS

PRE-PRISON + POST SENTENCE CREDITS

| CASE | P2900-5 | P1203-3 | P2900-1 | CRC-CRED | MH-CRED | P4019 | P2931 | POST-SENT | TOT |
|---|---|---|---|---|---|---|---|---|---|
| YA053506 | 185 | | | | | 92 | | 28 | 305 |

REGISTRATION REQUIRED PER H11590
PC296 DNA COMPLETED

| RECV DT/ CNT | COUNTY/ OFF-CODE | CASE DESCRIPTION | SENTENCE DATE | CREDIT CODE | OFFENSE DATE |
|---|---|---|---|---|---|

CONTROLLING PRINCIPAL & CONSECUTIVE    (INCLUDES ENHANCEMENTS/OFFENSES):

--CONTROLLING CASE --

| | | | | | |
|---|---|---|---|---|---|
| 6/11/2003 | LA | YA053506 | 5/13/2003  NO STRIKES: 2 | | |
| | | 01 P667.5(B) PPT-NV | | 3 | |
| | | 01 P667(A)    01 PFC SERIOUS | | 3 | |
| 01 P245(C) | | ADW ON PO OR FIREMAN | | 3 | 11/08/2002 |
| | | (U)WPN | | | |
| 02 P243(C)(2) | | BATT ON PO | CS | 3 | 11/08/2002 |
| | | (U)WPN | | | |
| 03 P422 | | TERRORIST THREAT | CS | 3 | 11/08/2002 |
| 04 P203 | | MAYHEM | CS | 3 | 11/08/2002 |
| | | ATT | | | |
| 05 P203 | | MAYHEM | CS | 3 | 11/08/2002 |
| | | ATT | | | |

NON-CONTROLLING OFFENSES:

| | | | | | |
|---|---|---|---|---|---|
| 11/24/1998 | LA | YA034031 | 11/16/1998 | | |
| 01 H11350A | | POSS CONTROL/SUB | | 1 | 08/15/1997 |
| | | PR | | | |

| TRAN TYPE | DATE | END DATE | LOG NUMBER | RULE NUMBER | DAYS ASSESS | LOST | REST | DEAD |
|---|---|---|---|---|---|---|---|---|
| BEG | 11/24/1998 | | ******BEG BAL******* | | | | | |
| ADD | 06/11/2003 | | YA053506 | | | | | |
| BCL | 10/23/2003 | | IV3100472 | 3062(H) | 30 | 30 | | |
| ADD | 06/11/2003 | | YA053506 | | | | | |

CURRENT PC BALANCE:      0          CURRENT BC BALANCE:    1464

****** CONTINUED ******

---

| CDC NUMBER | NAME |
|------------|------|
| 151 / P20045 | BLOODSAW, THEOPRIC, KENT |

---

---

INMATE'S COPY

CALIFORNIA MEN'S COLONY
SAN LUIS OBISPO, CA 93409

148
149°

HEALTH INFORMATION SERVICES
CALIFORNIA MEN'S COLONY
P O BOX 8101
SAN LUIS OBISPO CA 93409-8101

TO: *Theoprie K Bloodsaw*
*SS# 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*

RE:    NAME: *Theoprie K. Bloodsaw*
CDC#: *E 40947 – archives 2-12-96*
SSN#: *P 20045 – Reg #II 8-9-02*
DOB: *6-24-58*
*6-24-58*

Receipt of a request for medical information on the above patient is acknowledged. Any items checked below are applicable to this request:

1. _____ The above-named inmate is no longer housed at this institution. He is currently at _____

_____

2. _____ The above-named inmate's medical records have been sent to his paroling region:

____ Region I, P&CSD Case Records - North, 2015 Aerojet Rd, Rancho Cordova, CA, 95742, *Ste P*

____ Region II, P&CSD Case Records - North, 2015 Aerojet Rd, Rancho Cordova, CA, 95742, *Ste P*

✕ Region III, P&CSD Case Records - South, 9160 Cleveland Avenue, Suite 101, Rancho Cucamonga, CA, 91730.

____ Region IV, P&CSD Case Records - South, 9160 Cleveland Avenue, Suite 101, Rancho Cucamonga, CA, 91730.

____ California Correctional Facility, Aeorjet Campus, 2015 Aerojet Rd, Rancho Cordova, CA, 95742.

3. ✕ The inmate has been discharged from the Department of Corrections. His records are stored in our Archives Unit. Their address is: *, Ste E*

California Department of Corrections
Departmental Archives Unit
Aeorjet Campus
2015 Aerojet Rd *, Ste O*
Rancho Cordova CA 95742

Your request has been forwarded to the inmate's current institution, paroling region offices or Archives Unit. For future reference, make note of the address checked above and send all further inquiries to that institution.

Sincerely,

Health Information Services,
Correspondence

*Mr. Bloodsaw, under cdc # E 40947 your records were sent to archives when you were discharged from parole in 2-96. Under cdc # P20045 your records were forwarded to your parole region III. I have forwarded your request to both places so that you will receive records for them both.*

*Shone, HRT I*

medcorre.doc:rb:98

11/20/149
9# 150

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br>Plaintiff,<br>v.<br><br>01 THEOPRIC KENT BLOODSAW (6/24/1957) (Bk# 7475221),<br>   aka JONATHON BLEDSOE,<br>   aka KENT THEOPRIC,<br>   aka LARRY BOWMAN,<br>   aka MARK BLOODSAW,<br>   aka THEO BLOODSAW,<br>   aka THEOPRIC BLOODSHAW,<br>   aka THEOPRIC BLOODSOE<br>Defendant(s). | CASE NO. YA053506<br><br>*I N F O R M A T I O N*<br><br>Arraignment Hearing<br>Date: 12/18/2002<br>Department: SW G |

## INFORMATION
## SUMMARY

| Ct.<br>No. | Charge | Charge<br>Range | Defendant | Special<br>Allegation | Alleg.<br>Effect |
|---|---|---|---|---|---|
| 1 | PC 245(c) | 3-4-5 | BLOODSAW, THEOPRIC KENT | PC 1170.12(a)-(d)<br>PC 667(a)(1)<br>PC 667.5(b) | MSP Check Code<br>+5 yrs per prior<br>+1 yr. per prior |
| 2 | PC 243(c)(2) | 16-2-3 | BLOODSAW, THEOPRIC KENT | PC 1170.12(a)-(d)<br>PC 667(a)(1)<br>PC 667.5(b) | MSP Check Code<br>+5 yrs per prior<br>+1 yr. per prior |
| 3 | PC 422 | 16-2-3 | BLOODSAW, THEOPRIC KENT | PC 1170.12(a)-(d)<br>PC 667.5(b) | MSP Check Code<br>+1 yr. per prior |

The District Attorney of the County of Los Angeles, by this Information alleges that:

I N F O R M A T I O N

·COUNT 1

On or about November 8, 2002, in the County of Los Angeles, the crime of ASSAULT UPON PEACE OFFICER OR FIREFIGHTER, in violation of PENAL CODE SECTION 245(c), a Felony, was committed by THEOPRIC KENT BLOODSAW, who did willfully and unlawfully commit an assault with a deadly weapon and instrument and by force likely to produce great bodily injury upon the person of DEP. SEAN HOODYE when said defendant(s), THEOPRIC KENT BLOODSAW knew and should have known that said person was a peace officer then and there engaged in the performance of his/her duties .

"NOTICE:   The above offense is a serious felony within the meaning of Penal Code section 1192.7(c)."

"NOTICE:   Conviction of this offense will require you to provide specimens and samples pursuant to Penal Code section 296.  Willful refusal to provide the specimens and samples is a crime."

\* \* \* \* \*

COUNT 2

On or about November 8, 2002, in the County of Los Angeles, the crime of BATTERY WITH INJURY ON A PEACE OFFICER, in violation of PENAL CODE SECTION 243(c)(2), a Felony, was committed by THEOPRIC KENT BLOODSAW, who did unlawfully use force and violence and inflict an injury upon the person of DEP. BRAD SATO when said defendant(s), THEOPRIC KENT BLOODSAW knew and reasonably should have known that said person was a peace officer then and there engaged in the performance of duty.

"NOTICE:  Conviction of this offense will require you to provide specimens and samples pursuant to Penal Code section 296.  Willful refusal to provide the specimens and samples is a crime."

\* \* \* \*

COUNT 3

On or about November 8, 2002, in the County of Los Angeles, the crime of CRIMINAL THREATS, in violation of PENAL CODE SECTION 422, a Felony, was committed by THEOPRIC KENT BLOODSAW, who did willfully and unlawfully threaten to commit a crime which would result in death and great bodily injury to DEP. SEAN HOODYE, with the specific intent that the statement be taken as a threat.    It is further alleged that the threatened crime, on its face and under the circumstances in which it was made, was so unequivocal, unconditional, immediate and specific as to convey to DEP. SEAN HOODYE a gravity of purpose and an immediate prospect of execution.    It is further alleged that the said DEP. SEAN HOODYE was reasonably in sustained fear of his/her safety and the safety of his/her immediate family.

"NOTICE:  The above offense is a serious felony within the meaning of Penal Code section 1192.7(c)."

It is further alleged pursuant to Penal Code sections 1170.12(a) through (d) and  667(b) through (i) as to count(s) 1, 2, and 3 that said defendant(s), THEOPRIC KENT BLOODSAW, has suffered the following prior conviction of a serious or violent felony or juvenile adjudication:

| Case No. | Code/Statute | Conv. Date | County of Court | State | Court Type |
|----------|-------------|------------|-----------------|-------|------------|
| BA004642 | PC 459 | 12/27/1989 | LOS ANGELES | CA | SUPERIOR |

It is further alleged as to count(s) 1 and 2 that said defendant(s), THEOPRIC KENT BLOODSAW, was on and about the 27TH day of DECEMBER, 1989, in the SUPERIOR Court of the State of CALIFORNIA, for the County of LOS ANGELES, convicted of a serious felony, to wit: 1ST DEGREE BURGLARY, in violation of section 459 of the PENAL Code, case BA004642 within the meaning of Penal Code Section 667(a)(1).

It is further alleged as to count(s) 1, 2, and 3 pursuant to Penal Code section 667.5(b) that the defendant(s), THEOPRIC KENT BLOODSAW, has suffered the following prior conviction(s):

*INFORMATION*

| Case No. | Code/Statute | Conv. Date | County of Court | State | Court Type |
|----------|--------------|------------|-----------------|-------|------------|
| BA004642 | PC 459 | 12/27/1989 | LOS ANGELES | CA | SUPERIOR |
| YA034031 | H&S 11350 | 10/07/1997 | LOS ANGELES | CA | SUPERIOR |

and that a term was served as described in Penal Code section 667.5 for said offense(s), and that the

defendant(s) did not remain free of prison custody for, and did commit an offense resulting in a felony

conviction during, a period of five years subsequent to the conclusion of said term.

\* \* \* \* \*

THIS INFORMATION CONSISTS OF 3 COUNT(S).

STEVE COOLEY
DISTRICT ATTORNEY
County of Los Angeles,
State of California

BY: _____
LAURIE BLAUSTEIN
DEPUTY DISTRICT ATTORNEY          Filed in Superior Court,
                                  County of Los Angeles

/DCS                             DATED: _____

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defense

counsel provide discovery to the People as required by Penal Code Section 1054.3.

NAME and NUMBER      BLOODSAW                    P-2        :          B8-209L              CDC-128-B (Rev. 4/74)

On Tuesday, October 17, 2006, at approximately     hours, you were involved in a Battery on an Inmate with Inmate MEREDITH (D-84587, B8-107L)   the upper tier shower of B8 "A" Section.  You have been deemed the victim of the battery      staff witnessing the incident.  You have subsequently been considered a non-confidential     of Inmate MEREDITH.  This information will be documented on your Non-Confidential CDC Form      your Central File.

ORIG: C-FILE
cc  : INMATE
      CCI
      AWC

_____

    K. BELL
    B FACILITY PROGRAM LIEUTENANT


DATE   10/18/2006                                   PBSP                    GENERAL CHRONO

STATE OF CALIFORNIA       DEPARTMENT OF CORRECTIONS
**ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE**
CDC 114-D (Rev 10/98)

| DISTRIBUTION: | |
|---|---|
| WHITE - CENTRAL FILE | CANARY - WARDEN |
| BLUE - INMATE (2ND COPY) | PINK - HEALTH CARE MGR |
| GREEN - ASU | GOLDENROD - INMATE (1ST COPY) |

| INMATE'S NAME | CDC NUMBER |
|---|---|
| BLOODSAW | P-78345 |

## REASON(S) FOR PLACEMENT *(PART A)*

[ ] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS

[ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

[X] ENDANGERS INSTITUTION SECURITY    [ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:

On Thursday, April 12, 2007, a decision was made to place you in the Administrative Segregation Unit (ASU) 5250. The reason for your placement is while housed on Facility B you were charged with battery on a Peace Officer. Specifically, you battered Correctional Officer J. Tran. Due to the lack of bed space in ASU-SEG you will be confined to quarters until bed space is available. You were not placed into ASU-SEG until ___4-13-07___. You will remain in the Administrative Segregation Unit pending adjudication of a Rules Violation Report (RVR) for Battery on a Peace Officer.

[ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)  [ ] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: ___/___/___

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| 4-13-07 | R. Tupe | | LIEUTENANT |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|
| 4-13-07 | | D. McCreek | | C/O |

[X] INMATE REFUSED TO SIGN    INMATE SIGNATURE    CDC NUMBER

## ADMINISTRATIVE REVIEW (PART B)
*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

| STAFF ASSISTANT (SA) | | INVESTIGATIVE EMPLOYEE (IE) | |
|---|---|---|---|
| STAFF ASSISTANT NAME | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |

### IS THIS INMATE:

| | | | | |
|---|---|---|---|---|
| LITERATE? | [X] YES [ ] NO | EVIDENCE COLLECTION BY IE UNNECESSARY | [ ] YES | [ ] NO |
| FLUENT IN ENGLISH? | [X] YES [ ] NO | DECLINED ANY INVESTIGATIVE EMPLOYEE | [ ] YES | [ ] NO |
| ABLE TO COMPREHEND ISSUES? | [X] YES [ ] NO | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | [ ] YES | [ ] NO |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | [X] YES [ ] NO | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | [ ] YES | |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | [ ] YES | | | |

Any "NO" requires SA assignment      Any "NO" may require IE assignment

[ ] NOT ASSIGNED      [ ] NOT ASSIGNED

### INMATE WAIVERS

[ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER  [X] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME

[ ] NO WITNESSES REQUESTED BY INMATE    INMATE SIGNATURE    DATE

### WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| | | | |
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
| | | | |

**DECISION:** [ ] RELEASE TO UNIT/FACILITY_____ [ ] RETAIN PENDING ICC REVIEW [ ] DOUBLE CELL [ ] SINGLE CELL PENDING ICC

REASON FOR DECISION:

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| | | | | |
| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | | DATE OF REVIEW |

**See chronological Classification Review document (CDC 128 - G) for specific hearing information**

State of California

# Memorandum

Date : May 4, 2007

# DA REFERRAL
## (DETAINER)

To : M. D. Yax
Associate Warden
Central Services

From : Department of Corrections and Rehabilitation
Pelican Bay State Prison, P.O. Box 7000, Crescent City, CA 95532-7000

Subject : **PBSP INCIDENT #PBP-B08-07-04-0144**

On April 12, 2007, inmate **BLOODSAW, P20045,** committed the following violation of the California Penal Code Section:

**69**     **Resisting or Deterring an Officer**

**4501.5**     **Battery Upon a Person not a Prisoner**

As of May 4, 2007, this case was prepared for submission to the Del Norte County District Attorney's Office for further review and possible prosecution.

**Pelican Bay State Prison is not to release the above named inmate pending disposition of this case.**

The Del Norte County District Attorney's Office will notify Pelican Bay State Prison when their office issues a complaint or rejects this pending case.

If you have any questions, please contact the Court Liaison's Office at extension 9081 or 5526.

T. STEWART
Correctional Sergeant
Court Liaison Office

cc:   Facility Captain
Facility S&E
Records
Inmate
CLO File

State of California

# Memorandum

Date    :  June 7, 2007

# DA ACCEPTED

To    :  M. D. Yax
Associate Warden
Central Services

From   :  Department of Corrections and Rehabilitation
Pelican Bay State Prison, P.O. Box 7000, Crescent City, CA  95532-7000

Subject :  **PBSP INCIDENT #PBP-B08-07-04-0144**

On April 12, 2007, inmate **BLOODSAW, P-20045,** committed the following violation of the
California Penal Code Section:

      **69**        **Resisting or Deterring an Officer**

      **4501.5**    **Battery Upon a Person not a Prisoner**

On May 4, 2007, the case was presented to the Del Norte County District Attorney's Office for
possible prosecution.

On May 29, 2007, the Del Norte County District Attorney's Office notified Pelican Bay State
Prison that their office issued a complaint charging the above named inmate with the following
violation of the Penal Code Section:

      **COUNT I**   **4501.5 Battery Upon a Person not a Prisoner**

      **COUNT II  69**     **Resisting or Deterring an Officer**

You will be apprised of the outcome of this case.

T. STEWART
Correctional Sergeant
Court Liaison Office

cc:    Facility Captain
Facility S&E
Records
Inmate
CLO File

*173*

State of California

*158*

# Memorandum

Date  : November 6, 2007

## DA DISMISS
(AND DETAINER REMOVAL)

To    : M. D. Yax
Associate Warden
Central Services

From  : Department of Corrections and Rehabilitation
Pelican Bay State Prison, P.O. Box 7000, Crescent City, CA 95532-7000

Subject : **PBSP INCIDENT #PBP-B08-07-04-0144, CRPB07-5089**

On April 12, 2007, inmate **BLOODSAW, P-20045**, committed the following violation of the California Penal Code Section:

**69**        **Resisting or Deterring an Officer**
**4501.5**    **Battery Upon a Person not a Prisoner**

On May 4, 2007, the case was presented to the Del Norte District Attorney's Office for possible prosecution.

On May 29, 2007, the Del Norte County District Attorney's Office notified Pelican Bay State Prison that their office issued a complaint charging the above named inmate with the following violation of the Penal Code Section:

**COUNT I   4501.5 Battery Upon a Person not a Prisoner**
**COUNT II  69      Resisting or Deterring an Officer**

On November 6, 2007, the District Attorney's Office notified Pelican Bay State Prison that on October 26, 2007, the case was dismissed by the court, and the above named inmate will not be held to answer to the above charges.

The Court Liaison Office is no longer investigating the above named inmate. Please release the Detainer placed by this office. Any pending disciplinary action should be completed and a closure report prepared.

This closes our interest in this case. If you have any questions, please call my office at extension 9081 or 5526.

T. STEWART
Correctional Sergeant
Court Liaison Office

cc:   Facility Captain
Facility S&E
Records
Security Squad
Inmate
OTC Desk
CLO File

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDC-128 B (8-87)

DATE:                I/M NAME:                    CDC#                    CELL

On 4·12·07, at approximately 0930 hours, inmate Bloodsaw, CDC#P20045, cell#B8-101L, refused to attend the mandatory BMU class. Inmate Bloodsaw was assigned to the BMU in Committee on 9·21·04, where the mandatory program was explained in detail.

_____
INMATE SIGNATURE

☒ INMATE REFUSED TO SIGN

ORIG    :   C-File
cc      :   Inmate
            AWC

C/o  J. Thom
STAFF (Print Name and Sign)

C/o  J. Thom
STAFF (Print Name and Sign)

A2 202
PBSP

**GENERAL CHRONO**

t59
47.160

MICHAEL D. RIESE
DISTRICT ATTORNEY
450 H Street, #171
Crescent City, CA  95531
Telephone: (707) 464-7210

Attorney(s) for Plaintiff

Space Below for use of Court Clerk Only

**ENDORSED**
FILED

OCT 26 2007

SUPERIOR COURT OF CALIFORNIA
COUNTY OF DEL NORTE

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF DEL NORTE**

450 H Street, Crescent City, CA

THE PEOPLE OF THE STATE OF CALIFORNIA /
                                       /
            v.                         /    CASE NUMBER: **CRPB07-5089**
                                       /
**THEOPRIC BLOODSAW** (P-20045)        /    **REQUEST FOR DISMISSAL**
                                       /
            Defendant                  / Next Court Date: 11/1/2007

   Request is made to dismiss this action for the following reason:

   Interests of justice.

Dated: October 24, 2007                 MICHAEL D. RIESE
                                        DISTRICT ATTORNEY


                                 By:    Katherine Micks
                                        Deputy District Attorney


                    **IT IS SO ORDERED**

Dated:  OCT 2 6 2007                    Robert W. Weir
                                        Judge of the Superior Court

1                       PROOF OF SERVICE

2

3     I am a citizen of the United States and a resident of the

4 County of Del Norte.  I am over the age of eighteen years and not

5 a party to the within above entitled action; my business address is

6 450 H Street, Crescent City, California, 95531.

7     On October 24, 2007, I served the within **REQUEST FOR DISMISSAL**

8 in this action by delivering to and leaving with the following

9 persons in the County of Del Norte, State of California, a true

10 copy thereof, to wit:

11

12 Law Office of **George Mavris, *via clerk's receptacle.***

13

14

15     I, H. Diane Collins, declare, under penalty of perjury that

16 the foregoing is true and correct.

17

18 Executed on October 24, 2007, at Crescent City, California.

19

20

21                        H. Diane Collins

22

23

24

25

26

27

28

70 70  66 TP7 1662

DATE FAXED: 04-17-07

CCCMS:NO  GPL:3.3

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# RULES VIOLATION REPORT

FPRD

| CDC NUMBER | INMATE'S NAME | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|
| P-20045 | BLOODSAW | 5·28·2070 | PBSP | B8-101L | B07-04-0031 |

| VIOLATED RULE NO(S). | SPECIFIC ACTS | LOCATION | DATE | TIME |
|---|---|---|---|---|
| 3005 ( C ) 1 | BATTERY ON A PEACE OFFICER | B8-101L | 04-12-07 | 1855 HOURS |

**CIRCUMSTANCES**

EOP
CLV

On 4-12-07 at approximately 1855 hours officer T. Holmes and I were attempting to issue inmate BLOODSAW P-20045, B8-101L, his legal mail in the B8 officer's station. Inmate BLOODSAW seemed to be agitated when he entered the officer station. Holmes and I attempted to counsel BLOODSAW on his behavior. BLOODSAW was not receptive to the counseling and started yelling "FUCK YOU, FUCK YOU WHITE MOTHERFUCKERS, YOU CAN SUCK MY DICK." Holmes and I gave BLOODSAW a direct order to return back to his cell. I escorted BLOODSAW back to A-section, he was still yelling and cursing, when approximately 2 feet from A-section door he turned left into a bladed stance. I ordered BLOODSAW to get down, instead BLOODSAW took a step toward me. I grabbed BLOODSAW by the front of his shirt with my right hand and wrapped my left arm around his upper body pulling BLOODSAW down. With the help of officer Holmes, we placed BLOODSAW on the floor in a prone position. BLOODSAW continued to fight, refusing numerous orders to cuff up. I pulled BLOODSAWS' right arm behind his back, so Holmes could place hand cuffs on BLOODSAW. At this time BLOODSAW kicked me in the right knee while we were trying to gain control and place handcuffs and leg irons on him.

This inmate is not EOP or Crisis Bed. Following current guidelines for Mental Health Assessments, the circumstances of this offense have been carefully evaluated. The reviewing supervisor has concluded that a

| REPORTING EMPLOYEE (Typed Name and Signature) | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|
| ▶ J. THOM | 4·17·07 | B8 FLOOR #2 | S/S/H |

| REVIEWING SUPERVISOR'S SIGNATURE | DATE | | |
|---|---|---|---|
| ▶ A. NAVARRO, SGT | 4/17/07 | ☐ INMATE SEGREGATED PENDING HEARING  DATE 4/13-07  LOC. A2. 2022 | |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO |
|---|---|---|---|---|
| ☐ ADMINISTRATIVE ☒ SERIOUS | B | 04/17/07 | ▶ P. TERRY  P. TERRY, LT | ☐ HO  ☒ SHO  ☐ SC  ☐ FC |

**COPIES GIVEN INMATE BEFORE HEARING**

| ☐ CDC 115 | BY: (STAFF'S SIGNATURE) | DATE | TIME | TITLE OF SUPPLEMENT |
|---|---|---|---|---|
| | ▶ R. MILLS, C/O | 4/18/07 | 12P | 7219 × 1 |

| ☐ INCIDENT REPORT LOG NUMBER: | BY: (STAFF'S SIGNATURE) | DATE | TIME | BY: (STAFF'S SIGNATURE) | DATE | TIME |
|---|---|---|---|---|---|---|
| | ▶ R. MILLS, C/O | 7/11/7 | 123P | ▶ R. MILLS, C/O | 4/18 | 12:25 |

**HEARING**

PRP B08· 07·04 ·0144

(SEE ATTACHED HEARING SUMMARY)

Mental Health Assessment is not required.

REFERRED TO ☐ CLASSIFICATION    ☐ BPT/NAEA

| ACTION BY: (TYPED NAME) | SIGNATURE | DATE | TIME |
|---|---|---|---|
| J. DIGGLE, LT | ▶ | 2·07 | 1930 |

| REVIEWED BY: (SIGNATURE) | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE | DATE |
|---|---|---|---|
| ▶ M. FOSS, FACILITY CAPTAIN | 4/26/7 | ▶ M.A. COOK, A.W. (G.P.) | |

| ☒ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | BY: (STAFF'S SIGNATURE) | DATE | TIME |
|---|---|---|---|
| | ▶ R. Mcmck C/O | 04/27/07 | 1730 |

CDC 115 (7/88)

STATE OF CALIFORNIA                                                                                    DEPARTMENT OF CORRECTIONS

# SERIOUS RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | VIOLATED RULE NO(S). | DATE | INSTITUTION | LOG NO. |
|---|---|---|---|---|---|
| P-20045 | BLOODSAW | 3005(c) | 04-12-07 | PBSP | B07-04-0031 |

REFERRAL FOR FELONY PROSECUTION IS LIKELY IN THIS INCIDENT  ☒ YES  ☐ NO

## POSTPONEMENT OF DISCIPLINARY HEARING

☒ I DO NOT REQUEST my hearing be postponed pending outcome of referral for prosecution.  INMATE'S SIGNATURE ►  DATE

☐ I REQUEST my hearing be postponed pending outcome of referral for prosecution.  INMATE'S SIGNATURE ►  DATE

DATE NOTICE OF OUTCOME RECEIVED    DISPOSITION

☐ I REVOKE my request for postponement.  INMATE'S SIGNATURE ►  DATE

## STAFF ASSISTANT

| STAFF ASSISTANT | | INMATE'S SIGNATURE ► | DATE |
|---|---|---|---|
| ☒ REQUESTED  ☐ WAIVED BY INMATE | | | |
| ☒ ASSIGNED | DATE 4/14-07  NAME OF STAFF  K MILLS C/O REASSIGNED TO C/O LEVEQUE  4-20-07 | | |
| ☐ NOT ASSIGNED | REASON | | |

## INVESTIGATIVE EMPLOYEE

| | INMATE'S SIGNATURE ► | DATE |
|---|---|---|
| ☐ REQUESTED  ☒ WAIVED BY INMATE | | |
| ☐ ASSIGNED | DATE    NAME OF STAFF | |
| ☒ NOT ASSIGNED | REASON  DNMC Per 3315 (d) (1) | |

EVIDENCE / INFORMATION REQUESTED BY INMATE:

## WITNESSES

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS)

☐ REPORTING EMPLOYEE  ☐ STAFF ASSISTANT  ☐ INVESTIGATIVE EMPLOYEE  ☐ OTHER _____  ☒ NONE

| WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED | WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED |
|---|---|---|---|---|---|
| | ☐ | ☐ | | ☐ | ☐ |

INVESTIGATIVE REPORT: Investigative Employees must interview the inmate charged, the reporting employee, and any others who have significant information, documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

| | INVESTIGATOR'S SIGNATURE ► | DATE |
|---|---|---|

| ☐ COPY OF CDC 115-A GIVEN INMATE | BY: (STAFF'S SIGNATURE) ► | TIME | DATE 4/14-07 |
|---|---|---|---|

CDC 115-A (7/88)                                            — If additional space is required use supplemental pages —                           OSP 03 74845

STATE OF CALIFORNIA                                          DEPARTMENT OF CORRECTIONS
RULES VIOLATION REPORT - PART C
PAGE __1__ OF __2__

| CDC NUMBER<br>P-20045 | INMATE'S NAME<br>BLOODSAW | LOG NUMBER<br>B07-04-0031 | INSTITUTION<br>PBSP | TODAY'S DATE<br>4/23/07 |
|---|---|---|---|---|

| ☐SUPPLEMENTAL | ☑CONTINUATION OF: | ☐CDC 115 CIRCUMSTANCES | ☑HEARING | ☐I.E .REPORT | ☐OTHER |
|---|---|---|---|---|---|

**Hearing:** On 04-21-2007 at approximately 1930 hours, BLOODSAW was given the opportunity to attend this disciplinary hearing. BLOODSAW declined. When informed by staff that he needed to sign a CDC 128-B confirming that he had refused to attend, BLOODSAW refused to sign. At this institution, force will not be used to coerce attendance at a hearing. For this reason, his refusal to attend was accepted and the hearing was held in his absence. A CDC 128-B with the signature of two staff witnesses (C/O C. Speaker and C/O J. Keeling) to his refusal was completed.

**District Attorney:** Per the California Department of Corrections (CDC) Form 115-A, BLOODSAW was advised by the Staff Assistant prior to this disciplinary hearing that this has been referred for possible prosecution and that he can postpone his hearing pending resolution of prosecution. The Staff Assistant informed him that any statements could be used against him in a court of law. There is no reason to believe that BLOODSAW signed a written postponement request.

**Due Process:** The behavior of this inmate was evaluated at the time that the Reviewing Supervisor reviewed this disciplinary report. The Reviewing Supervisor concluded that a mental health assessment was not required. The SHO concurs. There is no compelling need for a mental health assessment based upon the circumstances given in this report. The disciplinary was served on the inmate within 15 days of discovery and the hearing was held within 30 days of service. The inmate received his copies of all documents more than 24 hours in advance of the hearing. There are no due process issues.

**Staff Assistant:** BLOODSAW was assigned a Staff Assistant as BLOODSAW is illiterate (reading score of 4.0 or less). The assigned SA, Correctional Officer C. Leveque, was present at the hearing and confirmed that he interviewed BLOODSAW more than 24 hours in advance. Officer Leveque confirmed that he had explained hearing procedures, disciplinary charges, the evidence supporting these charges and the right to request confidentiality.

**Investigative Employee:** BLOODSAW has no apparent interest in an investigation on his behalf. The issues are not complex and available information is sufficient. I.E. assignment is unnecessary.

**Witnesses:** No witnesses were called to this hearing. None were listed on the CDC 115-A as requested by the inmate and the SHO did not require any additional testimony.

**Video/photo evidence:** Videotape and photographic evidence was not an issue for this hearing.

As BLOODSAW did not attend the hearing, a plea was not entered and he did not present any testimony in his own defense. The hearing was decided based upon the following written evidence: CDC 115 of 04-12-2007 as well as the Incident report.

**Finding:** Guilty of the Div. B (1) offense BATTERY ON A PEACE OFFICER. *Battery* means the deliberate use of force or violence on the person of another. Battery includes intentionally striking the person of another as well as the clothing or any object closely associated with that person. If the battery is unintentional, the inmate remains responsible if it is the result of reckless indifference. *Reckless indifference* means that any reasonable person committing the intended action would understand that battery was probable. This offense also requires that the victim of this battery qualify as a peace officer. In general, this means custody, counseling, administrative and MTA staff members. This finding is based upon the following preponderance of evidence:

A. The testimony of Correctional Officer J. Thom, in the disciplinary report of 04-12-2007, wherein Officer Thom testifies that on 04-12-2007, at approximately 1855 hours, He and Officer Holmes were issuing legal mail to BLOODSAW from the floor officer's station. BLOODSAW seemed agitated when he entered the officer's station. Officer Thom and Officer

| SIGNATURE OF WRITER<br>J. DIGGLE | TITLE<br>Correctional Lieutenant | DATE NOTICE SIGNED<br>4/23/07 | |
|---|---|---|---|
| COPY OF CDC-115-C GIVEN TO INMATE    GIVEN BY: (STAFF'S SIGNATURE) | | DATE SIGNED:<br>042707 | TIME SIGNED:<br>1300 |

#4 #10 64
73
64
'65

STATE OF CALIFORNIA
RULES VIOLATION REPORT - PART C

DEPARTMENT OF CORRECTIONS

PAGE __2__ OF __2__

| CDC NUMBER P-20045 | INMATE'S NAME BLOODSAW | LOG NUMBER B07-04-0031 | INSTITUTION PBSP | TODAY'S DATE 4/23/07 |

| ☐ SUPPLEMENTAL | ☑ CONTINUATION OF: | ☐ CDC 115 CIRCUMSTANCES | ☑ HEARING | ☐ I.E .REPORT | ☐ OTHER |

Holmes attempted to counsel BLOODSAW on his behavior. BLOODSAW was not receptive, and started yelling, "Fuck you, fuck you, you white motherfuckers, you can suck my dick." Officer Thom and Officer Holmes gave BLOODSAW a direct order to return to his cell. Officer Thom escorted BLOODSAW back to A section. BLOODSAW was still yelling and cursing, when approximately two feet from the A section door he turned left into a bladed stance. Officer Thom ordered BLOODSAW to get down. Instead, BLOODSAW took a step toward Officer Thom. Officer Thom grabbed BLOODSAW by the front of his shirt with his right hand and wrapped his left hand around BLOODSAW's upper body, pulling BLOODSAW down. With the help of Officer Holmes, they placed BLOODSAW on the floor in the prone position. BLOODSAW continued to fight, refusing numerous orders to submit to handcuffs. Officer Thom pulled BLOODSAW's right hand behind his back so Officer Holmes could place handcuffs on BLOODSAW. BLOODSAW kicked Officer Thom in the right knee while the officers were trying to restrain him.

B. The 837C Crime / Incident report written by Correctional Officer T. Holmes, where Officer Holmes states that at some point during the incident, he sustained an injury to his right ring finger. The 7219 Medical Report of Injury reflects that Officer Holmes had swelling to his right ring finger.

C. The fact that BLOODSAW kicked Officer Thom in the right knee clearly supports the charge of battery.

**Disposition:** Assessed 150 day credit forfeiture for this Div. B offense. Referred to classification for SHU assessment. BLOODSAW is referred to CCR §3084.1 and following for additional information on appeal procedures.

**Additional penalties:** None

| SIGNATURE OF WRITER J. DIGGLE | TITLE Correctional Lieutenant | DATE NOTICE SIGNED 4/23/07 |
| COPY OF CDC-115-C GIVEN TO INMATE | GIVEN BY (STAFF'S SIGNATURE) | DATE SIGNED: 042707 | TIME SIGNED: 1300 |

165.78 74
6: 74

DA# 07040144                               Agency:  PBSP                    5/31

SPACE BELOW FOR USE OF COURT CLERK ONLY

DISTRICT ATTORNEY
County of Del Norte
450 H Street #171
Crescent City, California
Phone (707) 464-7210

SUPERIOR COURT OF CALIFORNIA, COUNTY OF DEL NORTE
DEL NORTE JUDICIAL DISTRICT

THE PEOPLE OF THE STATE OF CALIFORNIA |

                        Plaintiffs,          **COMPLAINT**

      vs.                                  Att: ~~Fentis~~
                                           Alexander
THEOPRIC BLOODSAW, P-20045                 CourT ~~Date~~ DAtc
                                                        6-14-07

                        Defendant.

      The DISTRICT ATTORNEY of the County of Del Norte, State of
California, hereby charges the DEFENDANT with having committed, in the
County of Del Norte, the crime of:


COUNT 1.
BATTERY ON CORRECTIONAL OFFICER, in violation of Section 4501.5 of the
Penal Code, a felony.
      On or about April 12, 2007, the Defendant did willfully and
unlawfully being a person confined in a state prison of this state,
commit a battery upon the person of Correctional Officer J. Thom , an
individual who is not himself a person confined therein. (Kicked in Knee)


COUNT 2.
RESISTING EXECUTIVE OFFICER, in violation of Section 69 of the Penal
Code, a FELONY.
      On or about April 12, 2007, the Defendant did willfully, unlawfully
and knowingly resist executive officers, to-wit: Correctional Officers
J. Thom and T. Holmes, in the performance of their duty by the use of
force and violence .

Orig

**SPECIAL ALLEGATION OF A PRIOR-ANY FELONY, in violation of section 667.5(b) of the Penal Code.**

It is further alleged that Defendant was, on the 17th day of September, 1997, in the Superior Court of the State of California, for the County of Los Angeles, convicted of the crime of Possession of a Controlled Substance, a felony, in violation of section 11350(a) of the Health and Safety Code, case number YA034031, and that he then served a prison term for said offense, and that he did not remain free of prison custody for, and did commit an offense resulting in a felony conviction during, a period of five years subsequent to the conclusion of said term within the meaning of Penal Code Section 667.5(b).

**SPECIAL ALLEGATION OF A PRIOR-ANY FELONY, in violation of section 667.5(b) of the Penal Code.**

It is further alleged that Defendant was, on the 4th day of April, 2003, in the Superior Court of the State of California, for the County of Los Angeles, convicted of the crime of Assault on a Peace Officer, a felony, in violation of section 245(c) of the Penal Code, case number YA053506, and that he then served a prison term for said offense, and that he did not remain free of prison custody for, and did commit an offense resulting in a felony conviction during, a period of five years subsequent to the conclusion of said term within the meaning of Penal Code Section 667.5(b).

**SPECIAL ALLEGATION, within the meaning of Penal Code sections 1170.12 and 667(b) through 667(i) inclusive.**

It is further alleged that said defendant was convicted on the 4th day of April, 2003, of Criminal Threats, in violation of section 422 of the Penal Code, in Los Angeles County, State of California, within the meaning of Penal Code sections 1170.12 and 667(b) to 667(i) inclusive.

I so swear, under penalty of perjury, on May 25, 2007, at Crescent City, California, that the foregoing is true and correct on information and belief.

Katherine Micks, **DEPUTY DISTRICT ATTORNEY**

MAY 30 2007 03:20    From Pd1484925    P.04 · P.5

1    MICHAEL D. RIESE
    DISTRICT ATTORNEY
2    Courthouse · 450 H Street
    Crescent City, CA 95531
3    Telephone: (707) 464-7210

**FILED** Cm
MAY 30 2007
SUPERIOR COURT OF CALIFORNIA
COUNTY OF DEL NORTE

4

5             SUPERIOR COURT, OF CALIFORNIA

                COUNTY OF DEL NORTE

6

7   PEOPLE OF THE STATE OF CALIFORNIA,      CASE NUMBER:
           Plaintiff,                     CRPBCST-5089

8           vs.                       **ORDER FOR TRANSPORT
                                 VIDEO**

9   THEOPRIC BLOODSAW, P-20045         COURT DATE: May 31, 2007
10       Defendant.                    TIME: 8:00 a.m.

11   TO THE WARDEN OF PELICAN BAY STATE PRISON:

12      IT IS HEREBY ORDERED that Theopric Bloodsaw, P-20045, be produced in the Superior
    court for prosecution or examination for an offense triable in the Superior court, and that Pelican Bay
13   State Prison is to transport said person to the Video Arraignment Room located at Pelican Bay State
    Prison, on May 31, 2007 at 8:00 a.m., for arraignment or other proceedings.
14

15   IT IF FURTHER ORDERED that said inmate continue to be transported for appearances at the Del
    Norte County courthouse, Crescent City, Calif. until the conclusion of his case.

16   DATED: _____ MAY 30 2007 _____ w-x _____

17                               JUDGE OF THE SUPERIOR COURT
                              *WILLIAM H FOLLETT*

18

19

20

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# CRIME / INCIDENT REPORT
## PART A1 – COVER SHEET
CDCR 837 – A (Rev. 07/05)

| PAGE 1 OF 5 | INCIDENT LOG NUMBER PBP-B08-07-04-0144 | INCIDENT DATE April 12, 2007 | INCIDENT TIME 1855 hours |
|---|---|---|---|

| INSTITUTION PBSP | FACILITY B | FACILITY LEVEL ☐ I  ☐ II  ☐ III  ☒ IV | INCIDENT SITE B-8 | LOCATION Rotunda | ☐ ASU  ☐ SHU  ☐ PSU<br>☐ SNY  ☐ PHU  ☐ CTC<br>☒ GP  ☐ RC | SEG YARD ☐ ASU ☐ WA ☐ RM | USE OF FORCE ☒ YES  ☐ NO |
|---|---|---|---|---|---|---|---|

| SPECIFIC CRIME / INCIDENT | ☒ CCR  ☐ PC  ☐ N/A |
|---|---|
| BATTERY ON A PEACE OFFICER | NUMBER/SUBSECTION: 3005 (c) |

| D.A REFERRAL ELIGIBLE ☒ YES ☐ NO | CRISIS RESPONSE TEAM ACTIVATED ☐ YES ☒ NO | | MUTUAL AID REQUESTED ☐ YES  ☒ NO | PIO/AA NOTIFIED ☒ YES  ☐ NO |
|---|---|---|---|---|

**RELATED INFORMATION (CHECK ALL THAT APPLY OR N/A)**

| DEATH | CAUSE OF DEATH | ASSAULT / BATTERY | TYPE OF ASSAULT / BATTERY | |
|---|---|---|---|---|
| ☐ INMATE | ☐ ACCIDENTAL  ☐ NATURAL | ☐ ON INMATE | ☒ BEATING | ☐ SPEARING |
| ☐ STAFF | ☐ EXECUTION  ☐ UNKNOWN | ☒ ON STAFF | ☐ GASSING | ☐ STABBING |
| ☐ VISITOR | ☐ HOMICIDE | ☐ ON VISITOR | ☐ POISONING | ☐ STRANGLING |
| ☐ OTHER | ☐ SUICIDE | ☐ OTHER: | ☐ SEXUAL | ☐ OTHER: |
| | ☐ OVERDOSE | | ☐ SHOOTING | |
| ☒ N/A | ☒ N/A | ☐ N/A | ☐ SLASHING | ☐ N/A |

| SERIOUS INJURY | INMATE WEAPONS | | SHOTS FIRED / TYPE WEAPON / FORCE | | | | |
|---|---|---|---|---|---|---|---|
| ☐ INMATE | ☐ CHEMICAL SUBSTANCE  TYPE: | | WEAPON: | WARNING# | EFFECT # | TYPE: | NO: |
| ☐ STAFF | ☐ CLUB / BLUDGEON  ☐ COMMERCIAL WEAPON | | ☐ MINI 14 | | | BATON ROUND | |
| ☐ VISITOR | ☐ EXPLOSIVE | | ☐ 38 CAL. | | | WOOD | |
| ☐ OTHER | ☐ FIREARM  ☐ INMATE MANUFACTURED | | ☐ 9MM | | | RUBBER | |
| | ☒ HANDS / FEET  WEAPON | | ☐ SHOTGUN | | | FOAM | |
| | ☐ KNIFE | | LAUNCHER: | | | STINGER: | |
| ☒ N/A | ☐ SAP/SLUNG SHOT | | ☐ 37MM | | | .32 (A) | |
| | ☐ PROJECTILE | | ☐ L8 | | | .60 (B) | |
| ESCAPES | ☐ SPEAR | | ☐ 40 MM | | | EXACTIMPACT | |
| | ☐ SLASHING INSTRUMENT:  (TYPE) _____ | | ☐ 40 MM MULTI | | | CTS 4557 | |
| ☐ W/ FORCE | ☐ STABBING INSTRUMENT:  (TYPE) _____ | | ☐ HFWRS | . | | XM 1006 | |
| ☐ W/O FORCE | ☐ OTHER: _____ | | FORCE: | | | CHEMICAL: | |
| ☐ ATTEMPTED | ☐ BODILY FLUID  ☐ OTHER FLUID _____ | | ☐ EXPANDABLE BATON | | | ☐ OC | |
| | ☐ UNKNOWN LIQUID | | ☒ PHYSICAL FORCE | | | ☐ CN | |
| ☒ N/A | ☐ N/A | | ☐ X10 | | | ☐ CS | |
| | | | ☐ OTHER: _____ | | | ☐ N/A | |

| CONTROLLED SUBSTANCE | WEIGHT | PROGRAM STATUS | EXCEPTIONAL ACTIVITY | |
|---|---|---|---|---|
| ☐ POSITIVE UA | ☐ WITH PACKAGING | ☐ MODIFIED PROGRAM | ☐ EMPLOYEE JOB ACTION | ☐ WEATHER |
| ☐ CONTROLLED MEDS | ☐ WITHOUT PACKAGING | ☐ LOCKDOWN | ☐ ENVIRONMENTAL HAZARD | ☐ SEARCH WARRANT |
| | PRELIMINARY  LAB | ☐ STATE OF EMERGENCY | ☐ EXPLOSION | ☐ ARREST |
| ☐ AMPHETAMINE | | | ☐ FIRE | ☐ OTHER: |
| ☐ BARBITUATES | | IF YES, LIST AFFECTED | ☐ GANG/DISRUPTIVE GROUP | |
| ☐ COCAINE | | PROGRAMS | ☐ HOSTAGE | |
| ☐ CODEINE | | | ☐ INMATE STRIKE | EXTRACTION: |
| ☐ HEROIN | | | ☐ MAJOR DISTURBANCE | ☐ CONTROLLED |
| ☐ MARIJUANA/THC | | | ☐ MAJOR POWER OUTAGE | ☐ IMMEDIATE |
| ☐ METHAMPHETAMINE | | | ☐ NATURAL DISATER | |
| ☐ MORPHINE | | | ☐ PUBLIC DEMONTRATION | |
| ☐ OTHER: _____ | | ☒ N/A | ☐ SPECIAL INTEREST I/M | ☒ N/A |
| ☒ N/A | | | | |

BRIEF DESCRIPTION OF INCIDENT (ONE OR TWO SENTENCES):

On Thursday, April 12, 2007 at approximately 1855 hours, Inmate BLOODSAW, P-20045, B8-101L, battered staff by attempting to break escort and resisting staff, necessitating the use of physical force to gain compliance. While staff was attempting to restrain BLOODSAW, BLOODSAW kicked Officer J. Thom in the right knee.

SUSPECTS: BLOODSAW, P-20045, B8-101L

VICTIMS: Officer J. Thom, Officer T. Holmes

COMPLETE SYNOPSIS / SUMMARY ON PART A1    Reviewed By:  Facility Captain M. Foss

| NAME OF REPORTING STAFF (PRINT/TYPE) R. Tupy | TITLE Lieutenant | ID # N/A | BADGE # 55479 |
|---|---|---|---|
| SIGNATURE OF REPORTING STAFF | | PHONE EXT. (INCIDENT SITE) 7953 | DATE 04/12/2007 |
| NAME OF WARDEN / AOD (PRINT/SIGN) ROBERT A. HOREL | | TITLE Warden | DATE |

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PART A1 – SUPPLEMENT**
CDCR 837 – A1 (07/05)

| PAGE | 2 | OF | 5 | INCIDENT LOG NUMBER PBP-B08-07-04-0144 |

| INSTITUTION Pelican Bay State Prison | FACILITY B | INCIDENT DATE April 12, 2007 | INCIDENT TIME 1855 hours |

TYPE OF INFORMATION

☒ SYNOPSIS/SUMMARY OF INCIDENT    ☐ SUPPLEMENTAL INFORMATION    ☐ AMENDED INFORMATION    ☐ CLOSURE REPORT

NARRATIVE:

BLOODSAW was in the B8 Officer's station getting his legal mail when he became verbally abusive to staff. B8 Floor staff ordered BLOODSAW to return to his cell. As BLOODSAW was being escorted back to his cell, he turned and assumed a bladed stance. Officer Thom ordered BLOODSAW to get down, BLOODSAW refused and lunged towards Officer Thom. Officer Thom and Officer Holmes utilized physical force to get BLOODSAW into the prone position on the ground. During this time, BLOODSAW kicked Officer THOM in the right knee.

**ESCORTS:** Officers C. Chapman and T. Wadsworth escorted BLOODSAW from B8 to the B Facility Hobby Shop Holding Cell #1.

**MENTAL HEALTH DELIVERY SYSTEM CLASSIFICATION:** Inmate BLOODSAW was not a participant in the Mental Health Delivery System at the time of this incident.

**MEDICAL REPORTS/INJURIES TO STAFF:** MTA J. Keys medically evaluated Officer J. Thom and prepared a CDC 7219 noting the following: pain in the right knee, an abrasion/scratch to the left wrist and right thumb. MTA Keys medically evaluated Officer T. Holmes and noted the following: a swollen right ring finger.

**MEDICAL REPORTS/INJURIES TO INMATES:** MTA Keys medically evaluated BLOODSAW and prepared a CDC 7219 noting the following: Dried blood on the left nostril and lower lip, pain in the neck and left knee.

**CRIME SCENE/EVIDENCE:** A crime scene was not established and no evidence was collected from this incident.

**USE OF FORCE:** Officers J. Thom, T. Holmes and L. Northrup utilized physical force to gain control of BLOODSAW.

**STATUS OF VIDEOTAPED INTERVIEW:** BLOODSAW was offered a video interview due to the injury to his lip. A video interview will be conducted on April 13, 2007.

**CONCLUSION:** Inmate BLOODSAW will be charged under the California Code of Regulations (CCR), Title 15, Section 3005 (c), specifically BATTERY ON A PEACE OFFICER. This case has been referred to the Del Norte County District Attorneys Office for possible felony prosecution.

**NOTIFICATIONS:** The Administrative Officer of the Day, Associate Warden M. Cook was notified of this incident through the Watch Commander's Office. The Warden and all appropriate administrative staff were notified of this incident through the Watch Commander's Office. CCPOA Chapter President R. Newton was notified of this incident through the Watch Commander's Office. You will be notified of any changes, should they occur, through supplemental reports.

**OVERTIME:** There was no overtime incurred as a result of this incident.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL A1          Reviewed By: Facility Captain M. Foss

| NAME OF REPORTING STAFF (PRINT/TYPE) R. Tupy | TITLE Lieutenant | ID # N/A | BADGE # 55479 |

| SIGNATURE OF REPORTING STAFF | | PHONE EXT. (INCIDENT SITE) 7953 | DATE 04/12/2007 |

| NAME OF WARDEN / AOD (PRINT/SIGN) ROBERT A. HOREL | | TITLE Warden | DATE |

Incident number:    PBP-B08-07-04-0144

Inmates charged with a disciplinary offense related to this incident will not receive a copy of the CDC 837-B as part of the evidence for their disciplinary hearing.

Per the memorandum of June 11, 1998 CLARIFICATION OF REQUIRED REPORTS FOR CALIFORNIA DEPARTMENT OF CORRECTIONS FORM 115, RULE VIOLATION REPORT HEARINGS, it is not required that the inmate receive a copy of the 837-B as part of his prehearing documents. A list of the participants may be substituted. This is the list of participants authorized by that memorandum.

| BLOODSAW | P-20045 | TUPY, R. | Correctional Lieutenant |
| | | PEPIOT,A. . | Correctional Sergeant |
| | | CHAPMAN,C. . | Correctional Officer |
| | | HOLMES,T. . | Correctional Officer |
| | | NORTHRUP,L. . | Corrrectional Officer |
| | | SILVA,J. . | Correctional Officer |
| | | THOM,J. . | Correctional Officer |
| | | WADSWORTH,T. . | Correctional Officer |
| | | KEYS,J. . | MTA |

#8 84
25 80
72

STATE OF CALIFORNIA                                              DEPARTMENT OF CORRECTIONS AND REHABILITATION

# CRIME / INCIDENT REPORT
## PART C – STAFF REPORT
CDCR 837-C (Rev. 07/05)

| PAGE | 1 | OF | 1 | INCIDENT LOG NUMBER PBP-B08-07-04-0144 |
|---|---|---|---|---|

| NAME: LAST Pepiot | FIRST A. | MI L. | INCIDENT DATE 4-12-07 | INCIDENT TIME 1855 Hours |
|---|---|---|---|---|

| POST # 370376 | POSITION Facility B Program Sergeant | YEARS OF SERVICE 5 Years 06 Months | DATE OF REPORT 4-12-07 | LOCATION OF INCIDENT B 8 Rotunda |
|---|---|---|---|---|

| RDO's F/S | DUTY HOURS 1400-2200 | DESCRIPTION OF CRIME / INCIDENT Battery on Peace Officer | CCR SECTION / RULE 3005 (c) | ☐ N/A |
|---|---|---|---|---|

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | | INMATES INVOLVED (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) | |
|---|---|---|---|---|
| ☐ PRIMARY | (s) C/O J. Thom | (s) MTA J. Keys | (s) BLOODSAW P-20045 | B8-101L |
| ☒ RESPONDER | (s)C/O T. Holmes | | | |
| ☐ WITNESS | (s) C/O L. Northrup | | | |
| ☐ VICTIM | (s) C/O C. Chapman | | | |
| ☐ CAMERA | (s) C/O T. Wadsworth | | | |

| FORCE USED BY YOU | WEAPONS AND SHOTS FIRED BY YOU | | | | CHEMICAL AGENTS USED BY YOU | |
|---|---|---|---|---|---|---|
| ☐ WEAPON | | NO: | | NO: | TYPE: | TYPE: |
| ☐ PHYSICAL | ☐ MINI-14 | | ☐ 37 MM | | | ☐ OC |
| ☐ CHEMICAL | ☐ 9 MM | | ☐ 40 MM | | | ☐ CN |
| ☒ NONE | ☐ 38 CAL | | ☐ L8 | | | ☐ CS |
| FORCE OBSERVED | ☐ SHOTGUN | | ☐ 40 MULTI | | | ☐ OTHER: |
| BY YOU | | | ☐ HFWRS | | | |
| ☐ WEAPON | ☒ N/A | | ☐ BATON | | | ☒ N/A |
| ☐ PHYSICAL | | | | | | |
| ☐ CHEMICAL | | | | | | |
| ☒ NONE | | | | | | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ YES ☒ NO | ☐ YES ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY ☒ N/A ☐ UNKNOWN ☐ OTHER | ☐ YES ☒ NO |

NARRATIVE:

On Thursday, April 12, 2007, while assigned as the "B" Facility program Sergeant, I responded to an alarm in building B-8, at approximately 1855 hours. I arrived to find an inmate and three officers on the floor in the rotunda. The inmate later identified as BLOODSAW P-20045, housed in B-8 cell 101L was in a prone position being held down by Correctional officers J. Thom, T. Holmes and L. Northrup. C/O Thom was on BLOODSAW'S right side, C/O Holmes was on BLOODSAW'S left side and C/O Northrup was holding BLOODSAW'S legs. C/O C. Chapman placed leg irons on BLOODSAW'S legs. Thom and Holmes helped BLOODSAW to his feet where C/O's Chapman and Wadsworth then took over the escort. BLOODSAW was then escorted to the B yard hobby shop and placed in holding cell number (1) one. Medical Technical Assistant J. Keys then performed a 7219 medical report on BLOODSAW. BLOODSAW was then taken to the (CTC) Correctional Treatment Center for further evaluation and released back to the yard to be re-housed. BLOODSAW was re-housed into B-7 cell 127L and CTQ'D Confined to Quarters pending placement into Administrative Segregation.

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF A. Pepiot | TITLE Sergeant. | BADGE # 64308 | DATE 4-12-07 |
|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED ☐ YES ☐ NO | CLARIFICATION NEEDED ☐ YES ☐ NO | DATE |

Distribution:    Original: Incident Package    Copy: Reporting Employee    Copy: Reviewing Supervisor

STATE OF CALIFORNIA                                          DEPARTMENT OF CORRECTIONS AND REHABILITATION

# CRIME / INCIDENT REPORT
## PART C – STAFF REPORT
CDCR 837-C (Rev. 07/05)

| PAGE | 1 | OF | 2 | INCIDENT LOG NUMBER PBP-B08-07-04-0144 |
|---|---|---|---|---|

| NAME: LAST HOLMES | FIRST T. | MI R. | INCIDENT DATE 04/12/07 | INCIDENT TIME 1855 |
|---|---|---|---|---|

| POST # 371628 | POSITION B8 FLOOR OFFICER | YEARS OF SERVICE 4 Years 5 Months | DATE OF REPORT 04/12/07 | LOCATION OF INCIDENT B8 ROTUNDA |
|---|---|---|---|---|

| RDO's S/S | DUTY HOURS 1400-2200 | DESCRIPTION OF CRIME / INCIDENT BATTERY ON A PEACE OFFICER | CCR SECTION / RULE 3005 (c) | ☐ N/A |
|---|---|---|---|---|

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | | INMATES INVOLVED (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) | |
|---|---|---|---|---|
| ☐ PRIMARY | (S) C/O J. THOM | (S)C/O T. WADSWORTH | (S) BLOODSAW | (P20045, B8-101L) |
| ☒ RESPONDER | | | | |
| ☐ WITNESS | (S) C/O L. NORTHRUP | (S) C/O J. SILVA | | |
| ☐ VICTIM | (S) C/O C. CHAPMAN | . | | |
| ☐ CAMERA | (S) SGT. A. PEPIOT | | | |

| FORCE USED BY YOU | WEAPONS AND SHOTS FIRED BY YOU | | | CHEMICAL AGENTS USED BY YOU | |
|---|---|---|---|---|---|
| ☐ WEAPON | | | | | |
| ☒ PHYSICAL | NO: | NO: | TYPE: | | TYPE: |
| ☐ CHEMICAL | ☐ MINI-14 | ☐ 37 MM | | ☐ OC | |
| ☐ NONE | ☐ 9 MM | ☐ 40 MM | | ☐ CN | |
| FORCE OBSERVED | ☐ 38 CAL | ☐ L8 | | ☐ CS | |
| BY YOU | ☐ SHOTGUN | ☐ 40 MULTI | | ☐ OTHER: | |
| ☐ WEAPON | | ☐ HFWRS | | | |
| ☒ PHYSICAL | ☒ N/A | ☐ BATON | | ☒ N/A | |
| ☐ CHEMICAL | | | | | |
| ☐ NONE | | | | | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | | BIO HAZARD | PPE |
|---|---|---|---|---|---|
| ☐ YES | | | | ☐ YES | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | | ☒ NO | ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|---|
| ☒ YES | SPRAINED RIGHT RING FINGER | B-FACILITY MEDICAL CLINIC | ☐ BODILY      ☒ N/A | | ☒ YES |
| ☐ NO | ☐ N/A | ☐ N/A | ☐ UNKNOWN ☐ OTHER | | ☐ NO |

NARRATIVE:

ON THURSDAY, 4/12/07 AT APPROXIMATELY 1855 HOURS, WHILE CONDUCTING LEGAL MAIL ISSUE IN THE B8 FLOOR OFFICERS STATION, I ASKED CONTROL BOOTH OFFICER J. SILVA TO HAVE INMATE (I/M) BLOODSAW (P20045, B8-101L) REPORT TO THE OFFICE TO RECEIVE HIS LEGAL MAIL. I/M BLOODSAW REPORTED TO THE OFFICE AND APPEARED TO BE AGGITATED. I TOLD BLOODSAW TO SIGN FOR HIS LEGAL MAIL. BLOODSAW SAID "FUCK YOU WHITE MOTHERFUCKER. SUCK MY DICK". I/M BLOODSAW THEN SIGNED FOR HIS LEGAL MAIL. SENSING BLOODSAW'S AGGITATION, I ORDERED BLOODSAW TO RETURN TO HIS CELL. BLOODSAW BECAME VERBALLY ABUSIVE AND CONTINUED HIS VERBAL ASSAULT. CORRECTIONAL OFFICER (C/O) J. THOM SAID "YOU NEED TO TAKE IT BACK TO YOUR HOUSE" AND STOOD UP FROM HIS CHAIR INSIDE THE OFFICE. C/O J. THOM THEN BEGAN TO ESCORT BLOODSAW TOWARDS THE "A" SECTION DOOR. I HEARD C/O J. THOM YELL "GET DOWN" FROM WHAT SOUNDED LIKE THE ROTUNDA AREA NEAR THE "A" SECTION DOOR. I IMMEDIATELY RESPONDED TO THE ROTUNDA NEAR THE "A" SECTION DOOR AND SAW I/M BLOODSAW STANDING IN A BLADED STANCE FACING C/O J. THOM. I SAW C/O J. THOM ATTEMPT TO GRASP BLOODSAW AROUND HIS UPPER TORSO AREA. I GRASPED BLOODSAW WITH MY LEFT HAND AROUND BLOODSAW'S LEFT

❋ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE C/O | BADGE # 66538 | DATE 4/12/07 |
|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) A. Pepiot  SGT | DATE RECEIVED 4-12-07 | APPROVED ☒YES ☐ NO | CLARIFICATION NEEDED ☐ YES ☐ NO | DATE |

Distribution:     Original: Incident Package     Copy: Reporting Employee     Copy: Reviewing Supervisor

STATE OF CALIFORNIA

## CRIME / INCIDENT REPORT
## PART C1 – SUPPLEMENT
CDCR 837-C1 (Rev. 07/05)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| PAGE | 2 | OF | 2 | INCIDENT LOG NUMBER PBP-B08-07-04-0144 |
|------|---|----|----|----|

| NAME: LAST | FIRST | MI |
|------------|-------|-----|

TYPE OF INFORMATION

☒ CONTINUATION OF REPORT      ☐ ADDITIONAL INFORMATION      ☐ CLARIFICATION REQUEST

NARRATIVE

UPPER ARM AND PLACED MY RIGHT HAND (PALM OPEN) ONTO BLOODSAW'S UPPER BACK AREA. I SAW THAT C/O J. THOM HAD POSITIONED HIMSELF NEAR MYSELF AND I/M BLOODSAW. C/O J. THOM APPEARED TO HAVE AHOLD OF BLOODSAWS UPPER BACK AREA. USING A DOWNWARD PULLING MOTION WITH MY LEFT ARM AND STRENGTH, I PULLED BLOODSAW DOWN TO THE ROTUNDA FLOOR WITH THE HELP OF C/O J. THOM'S PULLING MOTION. AS WE BROUGHT BLOODSAW TO THE FLOOR, BLOODSAW WAS IN THE PRONE POSITION. I COULD FEEL BOTH OF BLOODSAW'S LEGS KICKING REPEATEDLY IN VERY FORCEFUL FORWARD AND BACKWARD MOTIONS AS HE WAS LAYING ON THE GROUND. I ORDERED BLOODSAW TO STOP KICKING. BLOODSAW DID NOT COMPLY WITH MY ORDERS AND CONTINUED TO KICK. I THEN RETRIEVED MY HANDCUFF RESTRAINTS AND ORDERED BLOODSAW TO "CUFF UP". BLOODSAW'S HANDS WERE POSITIONED NEAR HIS FACE AREA. BLOODSAW DID NOT COMPLY WITH MY ORDER TO CUFF UP AND USED HIS OWN STRENGTH TO MAINTAIN HIS HAND POSITIONING. I USED MY LEFT HAND TO GRAB AHOLD OF BLOODSAW'S LEFT WRIST AND USED A REAR PULLING MOTION TO GUIDE BLOODSAW'S LEFT ARM BEHIND HIS BACK. I APPLIED ONE HANDCUFF RESTRAINT TO BLOODSAW'S LEFT WRIST AND MAINTAINED CONTROL OF HIS LEFT LOWER ARM AREA WITH MY LEFT HAND. BLOODSAW WAS TRYING TO PULL HIS LEFT ARM BACK UP TOWARDS HIS FACE AREA IN A CLEAR ATTEMPT OF NON-COMPLIANCE, ALL THE WHILE STILL ATTEMPTING TO KICK. I LOOKED BACK AND SAW THAT C/O L. NORTHRUP HAD RESPONDED TO THE INCIDENT AND WAS NOW USING HIS BODY-WEIGHT TO MAINTAIN CONTROL OF BLOODSAW'S LOWER LEGS. I THEN SAW THAT C/O J. THOM HAD PULLED BLOODSAW'S RIGHT ARM BEHIND HIS BACK AND I WAS ABLE TO APPLY THE RIGHT HANDCUFF RESTRAINT ONTO BLOODSAW'S RIGHT WRIST AREA. I THEN SAW RESPONDING STAFF ARRIVING INTO THE B8 ROTUNDA AREA. I HEARD SERGEANT A. PEPIOT SAY TO TAKE BLOODSAW TO THE HOBBY SHOP. C/O J. THOM AND I STOOD BLOODSAW TO HIS FEET. C/O T. WADSWORTH AND C/O C. CHAPMAN THEN RELIEVED C/O J. THOM AND I ON THE ESCORT AND ESCORTED BLOODSAW OUT OF THE B8 ROTUNDA TOWARD THE B-YARD HOBBY SHOP.    AFTER THE INCIDENT WAS COMPLETED, I REPORTED TO THE B-FACILITY MEDICAL CLINIC TO BE EVALUATED FOR AN APPARENT SPRAIN TO MY RIGHT RING FINGER, SUSTAINED AT AN UNKNOWN TIME DURING THE INCIDENT.   THIS ENDS MY INVOLVEMENT IN THIS INCIDENT.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL C1

| SIGNATURE OF REPORTING STAFF | TITLE C/O | BADGE # 66538 | | DATE 4/12/07 |
|---|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) A. Pepiot SGT | DATE RECEIVED 4-12-07 | APPROVED ☒ YES ☐ NO | CLARIFICATION NEEDED ☐ YES ☐ NO | DATE |

Distribution:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**CRIME / INCIDENT REPORT**
**PART C - STAFF REPORT**
CDCR 837-C (Rev. 07/05)

PAGE _1_ OF _2_

INCIDENT LOG NUMBER: PBP·08-07-04-0144

| NAME: LAST | FIRST | MI | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|---|
| Northrup | L | W | 4-12-07 | 1855 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 371620 | B-7 floor | 4 Years 10 Months | 4-12-07 | B-8 |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE | ☐ |
|---|---|---|---|---|
| S/S | 14-2200 | Battery on Peace Officer | 3005 (C) | |

**YOUR ROLE**
- ☐ PRIMARY
- ☒ RESPONDER
- ☐ WITNESS
- ☐ VICTIM
- ☐ CAMERA

**WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER)**
Sgt A. Pepiot (S)
C/o T. Holmes (S)
C/o J. Thom (S)
C/o C. Chapman (S)
C/o T. Wadsworth (S)

**INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS)**

**FORCE USED BY YOU**
- ☐ WEAPON
- ☒ PHYSICAL
- ☐ CHEMICAL
- ☐ NONE

**FORCE OBSERVED BY YOU**
- ☐ WEAPON
- ☒ PHYSICAL
- ☐ CHEMICAL
- ☐ NONE

**WEAPONS AND SHOTS FIRED BY YOU**

| | NO: | | NO: | TYPE: |
|---|---|---|---|---|
| ☐ MINI-14 | | ☐ 37 MM | | |
| ☐ 9 MM | | ☐ 40 MM | | |
| ☐ 38 CAL | | ☐ L8 | | |
| ☐ SHOTGUN | | ☐ 40 MULTI | | |
| | | ☐ HFWRS | | |
| ☒ N/A | | ☐ BATON | | |

**CHEMICAL AGENTS USED BY YOU**
TYPE:
- ☐ OC
- ☐ CN
- ☐ CS
- ☐ OTHER:
- ☒ N/A

**EVIDENCE COLLECTED BY YOU**
- ☐ YES
- ☒ NO

**EVIDENCE DESCRIPTION**
☒ N/A

**EVIDENCE DISPOSITION**
☒ N/A

**BIO HAZARD**
- ☐ YES
- ☒ NO

**PPE**
- ☒ YES
- ☐ NO

**REPORTING STAFF INJURED**
- ☐ YES
- ☒ NO

**DESCRIPTION OF INJURY**
☒ N/A

**LOCATION TREATED (HOSPITAL / CLINIC)**
☒ N/A

**FLUID EXPOSURE**
- ☐ BODILY    ☒ N/A
- ☐ UNKNOWN
- ☐ OTHER:

**SCIF 3301 / 3067 COMPLETED**
- ☐ YES
- ☒ NO

**NARRATIVE:** On 4-12-07 at approximately 1855 hours, I was working as B-7 floor officer. I was in B-8 talking with Correction Officer C/o T. Holmes while he was conducting legal mail pass when inmate (Ym) Bloodsaw, P-20045 came down to the office for his legal mail. C/o Holmes and C/o J. Thom also were counseling him on his behavior earlier in the day. As the conversation progressed, Bloodsaw became increasingly louder and beligerant while argueing. He began to yell obscenities at C/o thom stating "Suck my dick" and "fuck you". At this point C/o Holmes gave Bloodsaw a direct order to "take it back home." As Bloodsaw turned to go back to "A" section he continued

☒ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | DATE |
|---|---|---|---|
| L.W. Nthl | C/o | 65647 | 4-12-07 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| A. Pepiot  Sgt | 4-12-07 | ☐ YES  ☐ NO | ☐ YES  ☐ NO | |

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C1- SUPPLEMENT**
CDCR 837-C1 (Rev. 07/05)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE __2__ OF __2__

INCIDENT LOG NUMBER
PBP-08-07-04-0144

NAME: LAST _Northrup_   FIRST _L_   MI _W_

TYPE OF INFORMATION:
[X] CONTINUATION OF REPORT   [ ] CLARIFICATION OF REPORT   [ ] ADDITIONAL INFORMATION

NARRATIVE: to yell obsenities so C/o Thom followed him out the door toward "A" section to ensure he went strait back to his cell. I began talking to C/o Holmes, St.11 inside the office, when I heard C/o Thom yell "get down" I immediately ran out of the office behind C/o Holmes and observed C/o Thom and I/m Bloodsaw clenched together struggling. C/o Holmes was in front of me and grabbed Bloodsaws upper body area and assisted in taking Bloodsaw to the ground. While on the ground Bloodsaw continued resisting by kicking his feet up and down and back and forth. C/o Thom and C/o Holmes were struggling with Bloodsaws upper body so I grabbed his feet in an attempt to subdue them. Bloodsaw continued to attempt to kick me so I placed my full upper body weight on his legs. I heard C/o Holmes order Bloodsaw to "cuff up" "give me your arm" and continued to struggle before placing him in handcuffs. As responding staff arrived I began yelling for someone to get me some leg irons. C/o C. Chapman then stepped forward and placed Bloodsaw in leg irons. I then heard Sergeant A. Pediot say "get him up, take him to the hobby shop" C/o Holmes was on his left side with C/o Thom on his right side. they assisted Bloodsaw to his feet when C/o Chapman and C/o T. Wadsworth took over the escort. They escorted Bloodsaw out of B-8. this concludes my involvement in this incident.

[ ] CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL PART C1

SIGNATURE OF REPORTING STAFF _A.W. ____   TITLE _C/o_   BADGE # _65647_   DATE _4-12-07_

NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE)   DATE RECEIVED   APPROVED   CLARIFICATION NEEDED   DATE

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C - STAFF REPORT**
CDCR 837-C (Rev. 07/05)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE _1_ OF _2_

INCIDENT LOG NUMBER
PBP-B08-07-04-0144

| NAME: LAST | FIRST | MI | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|---|
| Thom | James | C | 4·12·07 | 1855 |

| POST# | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 271630 | B8 Activities | 15 Years / 1 Months | 4·12·07 | B8 Rotunda |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE |
|---|---|---|---|
| 5/5/H | 0600/1400 | Battery on a Peace Officer | 3005 (c) |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☒ PRIMARY | (S) T/O T. Holmes | (S) I/m Bloodsaw P20045 |
| ☐ RESPONDER | (S) C/O C. Chapman | |
| ☐ WITNESS | (S) C/O T. Wadsworth | |
| ☐ VICTIM | | |
| ☐ CAMERA | | |

**FORCE USED BY YOU**
☐ WEAPON
☒ PHYSICAL
☐ CHEMICAL
☐ NONE

**FORCE OBSERVED BY YOU**
☐ WEAPON
☒ PHYSICAL
☐ CHEMICAL
☐ NONE

**WEAPONS AND SHOTS FIRED BY YOU**

NO:
☐ MINI-14 _____
☐ 9 MM _____
☐ 38 CAL _____
☐ SHOTGUN _____

NO:    TYPE:
☐ 37 MM _____ _____
☐ 40 MM _____ _____
☐ L8 _____ _____
☐ 40 MULTI _____ _____
☐ HFWRS
☐ BATON

☒ N/A

**CHEMICAL AGENTS USED BY YOU**

TYPE:
☐ OC _____
☐ CN _____
☐ CS _____
☐ OTHER: _____

☒ N/A

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ YES ☒ NO | ☐ YES ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☒ YES ☐ NO | Cut on right Hand and left wrist, Pain in right ☐ N/A Knee | ☐ N/A | ☐ BODILY ☒ N/A ☐ UNKNOWN ☐ OTHER: | ☒ YES ☐ NO |

**NARRATIVE:** On 4·12·07 at approximately 1855 hours Correctional officer T. Holmes and I were attemping to issue inmate Bloodsaw his legal mail in the B8 officer station. I/m Bloodsaw seemed agitated when he entered the office. C/o Holmes and I both tried to counsel Bloodsaw on his earlier behavior. Bloodsaw was not receptive to the counseling and started yelling Fuck you, Fuck you white motherfuckers, you can suck my dick. C/o Holmes gave Bloodsaw a direct order to take it back to his cell. Bloodsaw left the office still yelling and cussing. I was escorting Bloodsaw back to A section, when approximately 2 feet befor the section door Bloodsaw turned left into a bladed stance. I ordered

☒ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | DATE |
|---|---|---|---|
| J. C. Thom | C/o | 45669 | 4·12·07 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| A. Ront Sgt Ront | 4·12·07 | ☐ YES ☐ NO | ☐ YES ☐ NO | |

7486.
40 178

STATE OF CALIFORNIA
CRIME / INCIDENT REPORT
PART C1- SUPPLEMENT
CDCR 837-C1 (Rev. 07/05)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE __2__ OF __2__

INCIDENT LOG NUMBER
PBP-B08-07-04-014

NAME: LAST
Thom

FIRST
James

MI
C

TYPE OF INFORMATION:
☒ CONTINUATION OF REPORT    ☐ CLARIFICATION OF REPORT    ☐ ADDITIONAL INFORMATION

NARRATIVE: Bloodsaw to get down, instead Bloodsaw took a step towards me. I grabbed Bloodsaw by the front of his shirt with my right hand and wrapped my left Arm around his upper body pulling ~~down~~ Bloodsaw down with the help of C/o Holmes we placed Bloodsaw on the floor in a prone position. Bloodsaw continued to fight refusing numerous orders to cuff up. I pulled Bloodsaw's right Arm behind his back so C/o Holmes could place Bloodsaw in Handcuffs. It should be noted that before the leg irons were placed on Bloodsaw's legs he kicked me in the right knee. C/o's C. Chapman and T. Wadsworth escorted Bloodsaw to the Hobby shop. I was seen by medical staff for injuries to my hands and right knee A 7219 Form was completed. This ends my involvement in this incident

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL PART C1

SIGNATURE OF REPORTING STAFF
J. C. Thom

TITLE
C/o

BADGE #
45669

DATE
4.12.07

NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE)    DATE RECEIVED    APPROVED    CLARIFICATION NEEDED    DATE

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C - STAFF REPORT**
CDCR 837-C (Rev. 07/05)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE __1__ OF __2__

INCIDENT LOG NUMBER: PBP-B08 07-04- 0144

| NAME: LAST | FIRST | MI | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|---|
| SILVA | J- | B. | 4-12-07 | 1855 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 371580 | B8 CONTROL | 4 Years ___ Months | 4-12-07 | B8 ROTUNDA |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE |
|---|---|---|---|
| F/S | 14-2200 | BATTERY ON PEACE OFFICER | 3005 (c) |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☐ PRIMARY | (S) J. THOM | (S) C. CHAPMAN | (S) BLOODSAW P-20045 |
| ☐ RESPONDER | (S) T. HOLMES | | |
| ☒ WITNESS | (S) L. NORTHRUP | | |
| ☐ VICTIM | (S) T. WOODSWORTH | | |
| ☐ CAMERA | | | |

| FORCE USED BY YOU | WEAPONS AND SHOTS FIRED BY YOU | | | | CHEMICAL AGENTS USED BY YOU |
|---|---|---|---|---|---|
| ☐ WEAPON | **NO:** | | **NO:** | **TYPE:** | **TYPE:** |
| ☐ PHYSICAL | | | | | |
| ☐ CHEMICAL | ☐ MINI-14 ___ | | ☐ 37 MM ___ | | ☐ OC ___ |
| ☒ NONE | ☐ 9 MM ___ | | ☐ 40 MM ___ | | ☐ CN ___ |
| **FORCE OBSERVED BY YOU** | ☐ 38 CAL ___ | | ☐ L8 ___ | | ☐ CS ___ |
| ☐ WEAPON | ☐ SHOTGUN ___ | | ☐ 40 MULTI ___ | | ☐ OTHER: ___ |
| ☐ PHYSICAL | | | ☐ HFWRS | | ☒ N/A |
| ☐ CHEMICAL | ☒ N/A | | ☐ BATON | | |
| ☒ NONE | | | | | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES | | | ☐ YES | ☐ YES |
| ☒ NO | ☐ N/A | ☐ N/A | ☐ NO | ☐ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES | | | ☐ BODILY  ☒ N/A | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☐ UNKNOWN  ☐ OTHER: | ☒ NO |

**NARRATIVE:**

ON 4-12-07, I WAS ASSIGNED AS B8 CONTROL BOOTH OFFICER. AT APPROXIMATELY 1855 HOURS, I OPENED CELL 101 WHO IS OCCUPIED BY INMATE BLOODSAW P-20045 TO COME TO THE OFFICERS' STATION TO PICKUP HIS LEGAL MAIL. BLOODSAW WAS USING PROFANITY (FUCK YOU, SUCK MY DICK) WHILE TALKING WITH OFFICERS; J. THOM, T. HOLMES AND NORTHRUP. AS BLOODSAW LEFT THE OFFICERS' STATION. OFFICER THOM WAS COUNSELING BLOODSAW ABOUT BEING DISRESPECTFUL AND YELLING. AS I WAS BY A SECTION CONTROL PANEL OPENING BLOODSAW'S CELL DOOR, I HEARD OFFICER THOM SAYING "GET DOWN!" THEN, I LOOKED DOWN INTO THE ROTUNDA AND I SAW OFFICER THOM WITH OFFICERS HOLMES AND NORTHRUP

☒ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | DATE |
|---|---|---|---|
| | C/O | 67266 | 4-12-07 |

| TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| f Sgt ___ | 4-12-07 | ☒ YES ☐ NO | ☐ YES ☐ NO | |

STATE OF CALIFORNIA

**CRIME / INCIDENT REPORT**
**PART C1- SUPPLEMENT**
CDCR 837-C1 (Rev. 07/05)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE __2__ OF __2__

| INCIDENT LOG NUMBER |
| PBP-B C8-07-04-0144 |

| NAME: LAST | FIRST | MI |
| SILVA | J. | B |

TYPE OF INFORMATION:

☒ CONTINUATION OF REPORT ☐ CLARIFICATION OF REPORT ☐ ADDITIONAL INFORMATION

NARRATIVE:

ON THE GROUND TRYING TO CONTROL BLOODSAW. I
IMMEDIATELY ACTIVATED MY PERSONAL ALARM AND WENT TO
THE YARD DOOR PANEL AND OPEN THE YARD DOOR FOR
RESPONDING STAFF TO ASSIST IN RESTRAINING BLOODSAW.
OFFICER CHAPMAN ASKED ME FOR LEG RESTRAINS WHICH HE
APPLIED TO BLOODSAW'S ANKLES. AFTER BLOODSAW WAS IN
RESTRAINS, HE WAS ESCORTED TO THE HOBBY SHOP ON B YARD
BY OFFICERS; CHAPMAN AND WADSWORTH. THIS CONCLUDED
MY INVOLVEMENT WITH THIS INCIDENT.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | DATE |
| | C/O | 67266 | 4-12-07 |
| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |

STATE OF CALIFORNIA

**CRIME / INCIDENT REPORT**
**PART C - STAFF REPORT**
CDCR 837-C (Rev. 07/05)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE __1__ OF __1__

INCIDENT LOG NUMBER: PBP-B08-07-04-016

| NAME: LAST | FIRST | MI | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|---|
| CHAPMAN | C. | J | 04·12·07 | 1855 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 371568 | B-5 Control | 4 Years 2 Months | 04·12·07 | BRAVO - 8 |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE |
|---|---|---|---|
| S/S | 14-22 | BATTERY ON PEACE OFFICER | 3005 (C) |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☐ PRIMARY | S) J. THOM C/O | S) BLOODSAW   P-20045 |
| ☒ RESPONDER | T. HOLMES C/O | |
| ☐ WITNESS | L. NORTHRUP C/O | |
| ☐ VICTIM | T. WADSWORTH C/O | |
| ☐ CAMERA | | |

**FORCE USED BY YOU**
☐ WEAPON
☐ PHYSICAL
☐ CHEMICAL
☒ NONE

**FORCE OBSERVED BY YOU**
☐ WEAPON
☐ PHYSICAL
☐ CHEMICAL
☒ NONE

**WEAPONS AND SHOTS FIRED BY YOU**

NO: ___
☐ MINI-14 ___
☐ 9 MM ___
☐ 38 CAL ___
☐ SHOTGUN ___

NO: ___   TYPE: ___
☐ 37 MM ___
☐ 40 MM ___
☐ L8 ___
☐ 40 MULTI ___
☐ HFWRS ___
☐ BATON ___
☒ N/A

**CHEMICAL AGENTS USED BY YOU**

TYPE: ___
☐ OC ___
☐ CN ___
☐ CS ___
☐ OTHER: ___
☒ N/A

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES   ☒ NO | ☒ N/A | ☒ N/A | ☐ YES   ☒ NO | ☐ YES   ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES   ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY  ☒ N/A   ☐ UNKNOWN   ☐ OTHER: | ☐ YES   ☒ NO |

**NARRATIVE:** ON 04·12·07 AT APPROXIMATLY 1855 HOURS, I RESPONDED TO AN ALARM IN B-8. UPON ENTERING THE ROTUNDA I SAW AN INMAT LATER IDENTIFIED AS BLOODSAW P-20045 B8·101L ON THE GROUND IN RESTRAINTS. OFFICER J. THOM WAS HOLDING DOWN BLOODSAW'S UPPER BODY ON THE RIGHT SIDE OF BLOODSAW. C/O T. HOLMES WAS HOLDING DOWN BLOODSAW'S UPPER LEFT SIDE. C/O L. NORTHRUP WAS HOLDING DOWN BLOODSAWS LEGS. I PLACED LEG IRONS ON BLOODSAW AND C/O T. WADSWORTH AND I ESCORTED BLOODSAW TO B-HOBBY SHOP AND PLACED HIM HOLDING CELL NUMBER ONE. THIS CONCLUDES MY REPOR

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | DATE |
|---|---|---|---|
| C. Chapman | C/O | 67045 | 04·12·07 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| A. Pepiot SGT. / Pepiot | 4-12-07 | ☒ YES ☐ NO | ☐ YES ☐ NO | |

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C - STAFF REPORT**
CDCR 837-C (Rev. 07/05)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE __1__ OF __2__

INCIDENT LOG NUMBER
PBP. B08-07-04-0144

| NAME: LAST | FIRST | MI | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|---|
| Wadsworth | T | P | 4-12-07 | 1855 |

| POST #37(62) | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 271579 | B7 Floor #2 | 12 Years 10 Months | 4-12-07 | B8 Rotunda |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE |
|---|---|---|---|
| S/S | 1400-2200 | Battery on a Peace Officer | 3005 (c) |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) | |
|---|---|---|---|
| ☐ PRIMARY | (S) J. Thom C/o | (S) Bloodsaw | P-20045 |
| ☒ RESPONDER | (S) T. Holmes C/o | | B8-101L |
| ☐ WITNESS | (S) L. Northrup C/o | | |
| ☐ VICTIM | | | |
| ☐ CAMERA | | | |

**FORCE USED BY YOU**
☐ WEAPON
☐ PHYSICAL
☐ CHEMICAL
☒ NONE

**FORCE OBSERVED BY YOU**
☐ WEAPON
☐ PHYSICAL
☐ CHEMICAL
☒ NONE

**WEAPONS AND SHOTS FIRED BY YOU**

NO:
☐ MINI-14
☐ 9 MM
☐ 38 CAL
☐ SHOTGUN

NO:     TYPE:
☐ 37 MM
☐ 40 MM
☐ L8
☐ 40 MULTI
☐ HFWRS
☐ BATON

☒ N/A

**CHEMICAL AGENTS USED BY YOU**

TYPE:
☐ OC
☐ CN
☐ CS
☐ OTHER:

☒ N/A

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES  ☒ NO | ☒ N/A | ☒ N/A | ☐ YES  ☒ NO | ☐ YES  ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES  ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY  ☒ N/A  ☐ UNKNOWN  ☐ OTHER: | ☐ YES  ☒ NO |

**NARRATIVE:** On Thursday, April 12th 2007 at approximately 1855 hours while working as B7 floor officer #2, I responded to a personel alarm in Unit B8. As I entered the Rotunda area of B8, I observed three officers and one inmate on the floor next to holding cell number two. Officer J. Thom was holding the upper right (sic) left side of inmate Bloodsaw P-20045 against the floor. Officer T. Holmes was holding the upper right (sic) left side of Bloodsaw against the floor. Officer L. Northrup was holding Bloodsaws legs down. I noticed that Bloodsaw had already been placed in handcuffs. When officer C. Chapman placed leg restraints on Bloodsaw. Officer C. Chapman and myself escorted Bloodsaw out of the unit and placed him

☒ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | DATE |
|---|---|---|---|
| T. Wa___ | C/o | 49538 | 4-12-07 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| A. Pep..of Set / Ped..of | 4/12/07 | ☒ YES  ☐ NO | ☐ YES  ☐ NO | |

74 36 1.63
91 45

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C1- SUPPLEMENT**
CDCR 837-C1 (Rev. 07/05)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE __2__ OF __2__

INCIDENT LOG NUMBER
PBP-B08-07-04-0144

| NAME: LAST | FIRST | MI |
|---|---|---|
| WADSWORTH, | T | P |

TYPE OF INFORMATION:

☒ CONTINUATION OF REPORT ☐ CLARIFICATION OF REPORT ☐ ADDITIONAL INFORMATION

NARRATIVE:  INTO "B" FACILITIES HOBBIE SHOP AND INTO HOLDING
CELL NUMBER ONE

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | DATE |
|---|---|---|---|
| T. W—— | C/O | 49538 | 4-12-07 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|

3037 / 06
92. 96

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

# MEDICAL REPORT OF INJURY
# OR UNUSUAL OCCURRENCE

| NAME OF INSTITUTION | FACILITY/UNIT | REASON FOR REPORT (circle) | ON THE JOB INJURY | DATE |
|---|---|---|---|---|
| PBSP | B 8 | (USE OF FORCE)   INJURY   UNUSUAL OCCURRENCE   PRE AD/SEG ADMISSION | | 4-12-07 |

| THIS SECTION FOR INMATE ONLY | NAME   LAST   Bloodraw | FIRST   Theoric | CDC NUMBER   P20045 | HOUSING LOC.   B8-101 | NEW HOUSING LOC. |
|---|---|---|---|---|---|
| THIS SECTION FOR STAFF ONLY | NAME   LAST | FIRST | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |
| THIS SECTION FOR VISITOR ONLY | NAME   LAST | FIRST   MIDDLE | | DOB | OCCUPATION |
| | HOME ADDRESS | CITY | STATE | ZIP | HOME PHONE |

| PLACE OF OCCURRENCE   B8 Rotunda | DATE/TIME OF OCCURRENCE   4-12-07 - 1855 | NAME OF WITNESS(ES)   Custody Staff | | | |
|---|---|---|---|---|---|
| TIME NOTIFIED   1855 | TIME SEEN   1900 | ESCORTED BY | MODE OF ARRIVAL (circle)   LITTER   WHEELCHAIR   (AMBULATORY)   ON SITE | AGE   48 | RACE   B | SEX   M |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

"My Neck hurt"    "My Knee hurt"



| INJURIES FOUND? YES/NO | |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | (7) |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| O.C. Spray Area | 10 |
| Pain | (11) |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Swollen Area | 16 |
| Other | 17 |
| | 18 |
| | 19 |

| O.C. SPRAY EXPOSURE? | YES (NO) |
|---|---|
| DECONTAMINATED? | YES (NO) |
| Self-decontamination instructions given? | YES (NO) |
| Refused decontamination? | YES (NO) |
| Q 15 min. checks | N / A |
| Staff issued exposure packet? | YES (NO) |

| RN NOTIFIED/TIME   Bales RN / 1920 | PHYSICIAN NOTIFIED/TIME   N/A |
|---|---|

| TIME/DISPOSITION   2010 / Returned to cell from CTC, (Non-CCCMS patient) | REPORT COMPLETED BY/TITLE (PRINT AND SIGN)   J. Kerr / [signature] MTA | BADGE #   71765 | RDOs   M/T |
|---|---|---|---|

(Medical data is to be included in progress note or emergency care record filed in UHR)

CDCR 7219 (Rev. 11/05)   DISTRIBUTION:   ORIGINAL   Custody   CANARY   Inmate/Employee   PINK - Health and Safety / RTW Coordinator

DATE 11/08/02                    FILE NO. 402-11545-0399-057

C. A. D. W. ON A PEACE OFFICER, 245(c) P.C.  Action Taken ACTIVE/ADDITIONAL INFO

V. DEP'S HOODYE, SEAN #260296 & SATO, BRADLEY # A70671

D.

S. BLOODSHAW, THEOPRIC MB/06-24-57

THE PURPOSE OF THIS REPORT IS TO PROVIDE ACTIVE ADDITIONAL INFORMATION REGARDING THE ASSAULT WITH A DEADLY WEAPON ON A PEACE OFFICER.

WE RESPONDED TO UNIT 31A (DEP. HOODYE & SATO) ASSISTANCE REQUEST REGARDING THEY WERE INVOLVED IN A FIGHT. WE ARRIVED AT THEIR LOCATION, CENTURY BL. AND LA SALLE AV. IN LOS ANGELES AND I SAW DEP. HOODYE STRUGGLING TO PIN S/BLOODSHAWS UPPERBODY TO THE GROUND, USING HIS BODY AND HANDS. I ALSO SAW DEP. SATO HOLDING S/BLOODSHAWS LEGS DOWN TO THE GROUND TO AVOID BEING KICKED.

I RAN TO THE REAR OF 31A's RADIO CAR WHERE THE FIGHT WAS OCCURRING AND PUT MY KNEES ON TOP OF S/BLOODSAWS LOWER BACK AND BUTTOCKS

| BY DEPUTY | | BADGE No. |
|---|---|---|
| MAGAÑA, JOHN | | 292992 |
| DEPUTY | | BADGE No. |
| STATION | UNIT/CAR No. | SHIFT |
| LENNOX | 31D | DAYS |
| APPROVED | BADGE No. | TIME |
| S6F   K. CLINE  E213C12 | | 11-04-02 |
| ASSIGNMENT | | 0400 HX |
| LNX  DB | | |
| SPECIAL REQUEST DISTRIBUTION | | |
| TT B/C BY | DATE | TIME | SECTY. |

| REPORT CONTINUATION — NARRATIVE | URN 402-11545-0399-057 |

AREA TO KEEP HIM DOWN ON THE GROUND AND GRABBED S/BLOODSHAW'S RIGHTHAND ASSISTING DEP. BRIONES #432977 HOLDING IT SO S/BLOODSHAW WOULDN'T PULL IT AWAY. I THEN TOLD DEP. SATO #470671 TO HANDCUFF S/BLOODSHAW. DEP. SATO PULLED HIS HANDCUFF'S OUT AND HANDCUFFED S/BLOODSHAW RIGHTHAND.

I WAS ABLE TO PULL S/BLOODSHAW'S LEFTHAND FROM UNDERNEATH HIM AND PLACE IT BEHIND HIS BACK. DEP. SATO THEN HANDCUFFED S/BLOODSHAW'S LEFTHAND. S/BLOODSHAW STOPPED FIGHTING AND WAS SAT UP BY DEP. HOODEYE WITHOUT FURTHER INCIDENT.

S/BLOODSHAW WAS TRANSPORTED TO DANIEL FREEMAN VIA AMBULANCE WHERE HE WAS TREATED FOR HIS INJURIES. SEE DEP BRIONES, P. SUPPLEMENTAL REPORT FOR FURTHER.

DATE 11-08-02
TIME RECEIVED 0930
TAG # 126
EVIDENCE ENTERED IN PATROL 179/103
URN # 402-11595-0293.057
PAGE 2 OF 4

INPUT/CHECKED NCIC, CII, ETC.  [ ] YES  [X] NO
EVIDENCE HELD  [X] YES  [ ] NO
NARCOTICE [ ]
SAFE [ ]

| EVIDENCE HELD: | | | | |
|---|---|---|---|---|
| [ ] BLOOD | [ ] BULLET | [ ] BULLET CASING | [ ] CHECKS | [X] CLOTHES | [ ] CREDIT CARDS | [ ] ELECTRONIC EQUIPMENT | [ ] FINGERPRINTS |
| [ ] FOOTPRINTS | [ ] FRAUD DOCUMENTS | [ ] GSR | [ ] HAIR | [ ] JEWELRY | [ ] MISCELLANEOUS | [ ] MONEY | [ ] NARCOTICS |
| [ ] OTHER PRINTS | [ ] PAINT | [ ] PHOTOGRAPHS | [ ] RAPE KIT | [ ] RECEIPTS | [ ] TOOLS | [ ] URINE | [ ] VEHICLE IMPOUNDED |
| [ ] VEHICLE PARTS | [ ] WEAPONS | | | |

**PROPERTY CODE:** S – STOLEN – R – RECOVERED – L – LOST – F – FOUND – E – EMBEZZLED – D – DAMAGED – EV – EVIDENCE
(Use all applicable Codes; for example, if property is both Stolen and Recovered, Code is S/R)

| CODE | ITEM # | QUAN. | DESCRIPTION (include kind of article, trade name, identifying numbers, physical description, material, color, condition, age and present market value) | RELEASED TO | SERIAL # | VALUE |
|---|---|---|---|---|---|---|
| EV | 1 | 1 | DEPUTY HOLME'S CLASS A LONG SLEEVE SHIRT  LAB # J293755 | | | |

## PART I STATISTICAL INFORMATION

| TYPE OF PROPERTY | STOLEN | RECOVERED | TYPE OF PROPERTY | STOLEN | RECOVERED |
|---|---|---|---|---|---|
| CLOTHING/FURS | $ | $ | JEWELRY | $ | $ |
| CONSUMABLE GOODS | $ | $ | LIVESTOCK | | |
| CURRENCY/NOTES | $ | $ | LOCAL STOLEN VEHICLES | $ | |
| FIREARMS | $ | $ | MISCELLANEOUS | $ | $ |
| HOUSEHOLD GOODS | $ | $ | OFFICE EQUIPMENT | $ | $ |
| | | | TV/RADIO/STEREO | $ | $ |

N/A

### VICTIM OF SEX CRIMES REQUEST FOR CONFIDENTIALITY
PURSUANT TO SECTION 293(a) OF THE CALIFORNIA PENAL CODE, YOU ARE INFORMED THAT YOUR NAME WILL BECOME A MATTER OF PUBLIC RECORD, UNLESS YOU REQUEST THAT IT REMAIN CONFIDENTIAL AND NOT BE A PUBLIC RECORD, PURSUANT TO SECTION 6254 OF THE GOVERNMENT CODE.

I, _____ HEREBY (DO) (DO NOT) ELECT TO EXERCISE MY RIGHT TO PRIVACY.

### SCREENING FACTORS

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| [X] | [ ] | 1. SUSPECT IN CUSTODY | [ ] | [ ] | 7. GENERAL SUSPECT DESCRIPTION |
| [ ] | [ ] | 2. SUSPECT NAMED/KNOWN | [ ] | [ ] | 8. GENERAL VEHICLE DESCRIPTION |
| [ ] | [ ] | 3. UNIQUE SUSPECT IDENTIFIERS | [ ] | [ ] | 9. UNIQUE M.O. OR PATTERN |
| [ ] | [ ] | 4. VEHICLE IN CUSTODY | [ ] | [ ] | 10. SIGNIFICANT PHYSICAL EVIDENCE |
| [ ] | [ ] | 5. UNIQUE VEHICLE IDENTIFIERS | [ ] | [ ] | 11. TRACEABLE STOLEN PROPERTY |
| [ ] | [ ] | 6. WRITER/REVIEWER DISCRETION | [ ] | [ ] | 12. MULTIPLE WITNESSES |

76C300F - SH-R-49 (Rev. 10/99)

FTD    188
188 236
84

## SHERIFF'S OFFICE, LOS ANGELES COUNTY - SUPPLEMENTARY REPORT

DATE: 11/08/02                    FILE NO. 402-11595-0399-057    PAGE 1 OF 3

C- 245(c) P.C. |F| ADW IN PEACE OFFICER ACTION TAKEN ACTIVE ADDITIONAL INFO.

V- DEP SATO 470671

D-

S- THEODRIC BLOODSHAW

THE PURPOSE OF THIS REPORT IS TO PROVIDE ADDITIONAL INFORMATION IN THE USE OF FORCE REGARDING THE ABOVE INCIDENT.

WHEN WE EXITED OUR VEHICLE I ASKED S/BLOODSHAW TO PUT HIS HANDS BEHIND HIS BACK SO I COULD CHECK HIM FOR WEAPONS S/BLOODSHAW WAS COMPLIANT INITIALLY AND PUT HIS HANDS BEHIND HIS BACK. I HELD HIS HANDS TOGETHER WITH MY LEFT HAND.

I PROCEEDED TO CHECK S/BLOODSHAW FOR WEAPONS AS DEP HOODYE ASKED S/BLOODSHAW SOME QUESTIONS.

I COULD FEEL S/BLOODSHAW TRYING TO PULL HIS HANDS APART AND LOOKING TO SEE WHERE I WAS STANDING. I TOLD DEP HOODYE

| BY DEPUTY | SATO | | 470671 | BADGE NO |
|---|---|---|---|---|
| DEPUTY | | | | BADGE NO |
| STATION LENNOX | UNIT CAR NO 21A | | | SHIFT HAYS |
| APPROVED SGT. MONTEZ | BADGE NO 260210 | | | TIME 2040 |
| ASSIGNMENT LNX PB | | | | |
| SPECIAL REQUEST DISTRIBUTION | | | | |

85
#89237 189

| REPORT CONTINUATION NARRATIVE | URN 402-11595-0399-057 |

While traveling w/B on Century Bl (west of La Salle Av) in our marked patrol vehicle, we saw a male black (later idd as s/Bloodshaw, Theopric Kent) walking w/B on the northside of the street.

We initiated a casual (consentual) contact with s/Bloodshaw. We drove up alongside s/Bloodshaw, and while still seated in our patrol car we began to converse with him. During our initial contact with s/Bloodshaw, he gave us three different names (Bloodshad, Floyd; Bloshaw, Floyd & Bloodshaw, Floyd James). None of the names returned (via the MDT) with any personal information. However, the last name he gave us returned with a possible "HIT" (identifier), for a "Bloodshaw, Theopric Kent" wanted for a parole violation. The return information completely matched s/Bloodshaw. We immediately exited our vehicle, and detained him pending further investigation.

510  140
140 238.

| REPORT CONTINUATION    NARRATIVE | URN  U03- 11595- 0399 - 057 |
|---|---|

I asked S/Bloodshaw, if his real/
true name was "Theopric Kent Bloodshaw" and
He said "Yes." I noticed that S/Bloodshaw
immediately became very fidgety and nervous,
I could also see that my partner (Deputy
Sato) was beginning to have difficulty holding
on to S/Bloodshaw's hands; but it was subtle
initially, as if S/Bloodshaw was preparing for something, I told
S/Bloodshaw to relax, and that he should not
try to resist us. S/Bloodshaw immediately
replied "Do what you've gotta do!"


Based on S/Bloodshaw's statement
I told Deputy Sato to handcuff him, and I
tried to secure S/Bloodshaw's arms. As I grabbed
S/Bloodshaw's left arm, he quickly spun
(toward me), causing me to lose my footing
in the (rain) flooded gutter and fall to my left
side. As I fell, S/Bloodshaw jumped on
my back, wrapped his arms around my head and
wrapped both legs around my waist, with his
feet secured firmly inside my thighs (common
grappling technique) S/Bloodshaw immediately
began hitting me several times throughout
the back of my head with his fists. S/Bloodshaw also tried
to scratch and gouge my eyes.

| REPORT CONTINUATION    NARRATIVE | URN | 402 - 11595 - 0399 - 057 |
|---|---|---|

(IT SHOULD BE NOTED THAT ONCE I LOST MY
FOOTING AND STARTED TO FALL TO THE GROUND,
S/BRADSHAW HAD A PRIME OPPORTUNITY TO FLEE.
INSTEAD, HE CHOOSE TO ATTACK ME, AND ENGAGE US
IN A FIGHT).


AT ABOUT THIS TIME, I COULD FEEL
THE ADDITIONAL WEIGHT OF DEPUTY SATO ON
S/BRADSHAW'S BACK (AND MINE). I COULD FEEL HIM
TRYING TO PULL S/BRADSHAW OFF OF ME, AND I
HEARD HIM ORDERING S/BRADSHAW TO STOP FIGHTING,
BUT S/BRADSHAW DID NOT COMPLY. S/BRADSHAW'S
FEET WERE SO FIRMLY EMBEDDED/SECURED IN MY
INNER THIGHS, DEPUTY SATO (INITIALLY) WAS BARELY
ABLE TO BUDGE HIM.


(IT SHOULD BE NOTED THAT A NOVICE TO
GRAPPLING/GROUND FIGHTING WOULD HAVE SIMPLY
RAPPED HIS LEGS AROUND ME AND LOCKED THEIR
ANKLES TOGETHER. THIS WOULD POTENTIALLY LEAVE THEM
OPEN TO GETTING THEIR ANKLES BROKEN, BY PRESSING
ONE FIRMLY OVER THE OTHER. S/BRADSHAW'S TECHNIQUE
GAVE HIM THE MOST SECURE HOLD, AND BEST BALANCE
ONCE HE STARTED TO PUNCH AND SCRATCH. ALL THESE
OPINIONS ARE BASED ON MY EXTENSIVE TRAINING AND EXPERIENCE
IN MARTIAL SCIENCE)

REPORT CONTINUATION    NARRATIVE    URN  402-11595-0399-057

As S/Bloodshaw continues to attack me I tried to grab his hands. I noticed that his attempts to scratch and gouge my eyes became much more intentional (purposeful) at one point, he got close to my ear, and whispered "I'm gonna kill you motherfucker!" Based on S/Bloodshaw's statement, I was in fear for my life, especially because my gun was so readily accessible to him at that moment.

Finally, Deputy Sato was able to pull S/Bloodshaw far enough away from my back that I was able to break free of his hold. S/Bloodshaw then reached out and dug his fingers into the corner of my left eye. I quickly pushed his hand from my eye, and began to engage S/Bloodshaw in an effort to defend myself. I hit S/Bloodshaw several times with both closed fists, in the face shoulders, and rib areas. I saw Deputy Sato hit S/Bloodshaw 3 to 4 times in the face with his closed fists. None of which did anything to assuage him from attacking us. S/Bloodshaw continued to punch and kick at us. At one point, he actually tried to grab my testicles, but I was able to pull his hand away.

(It should be noted S/Bloodshaw was endlessly on the attack, and he never showed any signs of wanting to stop)

76R2BBM–Sh-A-313- PS 10-82

HOODY

| REPORT CONTINUATION NARRATIVE | URN M02-11595-0399-057 |

Back Page

AS WE CONTINUED TO FIGHT WITH S/BLOODSHAW, WE REPEATEDLY GAVE HIM COMMANDS TO STOP FIGHTING AND TO PUT HIS HANDS BEHIND HIS BACK, BUT HE STILL WOULD NOT COMPLY. IN A CONTINUING EFFORT TO DEFEND OURSELVES AND TAKE S/BLOODSHAW INTO CUSTODY, I ALSO STRUCK HIM IN THE HEAD AND CHEST WITH MY FOREARM AND KNEE WHILE WE WERE STILL ON THE GROUND

I INSTRUCTED DEPUTY SATO TO PUT OUT OVER THE RADIO THAT WE WERE INVOLVED IN A FIGHT AND ASK FOR ASSISTANCE. HE DID, AND WE CONTINUED TO FIGHT AND WRESTLE AROUND ON THE GROUND WITH S/BLOODSHAW.

APPROXIMATELY 1½ MIN LATER UNIT #31D (BRIONES #432977 AND MAGANA #292992) ARRIVED, AND THEY WERE ABLE TO ASSIST DEPUTY SATO WITH HANDCUFFING WHILE I MAINTAINED CONTROL OF HIS HEAD. ONCE HANDCUFFED NO OTHER FORCE WAS USED.

S/BLOODSHAW RECEIVED SEVERAL LACERATIONS AROUND HIS FACE, AND COMPLAINED OF PAIN TO NECK. I SAW NO OTHER INJURIES NOR DID HE COMPLAIN OF ANY. HE WAS TREATED BY PARAMEDICS FROM L.A. CITY FIRE TRANSPORTED TO MARTIN LUTHER KING HOSPITAL (MLK) AND HE WAS TREATED, UNDER PATIENT # (SEE SUPPLEMENT REPORT BY THE TRANSPORTING DEPUTIES)

76R288M-SH R-313 - PS 10-82

10 NOV 25 ... SUPPLEMENT
Case 5:08-cv-03315-JF   Document 1-6   Filed 07/09/2008   Page 31 of 44
P. 6

144 144
147

PAGE 9 OF 9

| REPORT CONTINUATION   NARRATIVE | URN | 402 - 11595 - 0399 - 057 |
|---|---|---|

S/BLOODSHAW HAS BEEN ARRESTED COUNTLESS
TIMES BY DEPUTY PERSONEL AT LENNOX, AND ON
SEVERAL DIFFERENT OCCASIONS HE HAS PUNCHED,
SPIT ON, AND FOUGHT DEPUTY PERSONEL. S/BLOODSHAW
IS A SERIOUS THREAT TO LAW ENFORCEMENT
AND THE COMMUNITY AS A WHOLE. S/BLOODSHAW HAS
ALSO KICKED OUT THE WINDOWS OF PATROL VEHICLES WHILE
BEING DETAINED.

IT SHOULD BE NOTED THAT THE SHIRT I WAS
WEARING DURING THE INCIDENT WAS DAMAGED BY
S/BLOODSHAW AND IT CONTAINS HIS FACIAL AND HAIR
OILS ALL OVER THE FRONT AND BACK (EV-1)

PHOTOGRAPHS OF OUR INJURIES WERE TAKEN
AND RETAINED BY SGT CLARK FOR ADMINISTRATIVE
PURPOSE.

44. 256
37  145

**KAISER**
**PERMANENTE** ®

FAMILY PRACTICE

553  11/12/02  04:00P  04:01P

HOODYE, SEAN C

(510) 671-7301

DO#=

MRN: 00 0004286885

PERSONAL PHYSICIAN                    SX= M

CHANG, STEPHANIE H        SDM ALONZ

SPOKEN LANGUAGE: ENGLISH    INTERPRETER REQUIRED: N

| NON-MEMBER | WORK RELATED | STATE AID | OUT OF REGION | NIGHT CLINIC | AFT. HRS. SPEC. PROC. | MD-MENTOR | **CHANGE** | |

DOB 02-06-1970

POS 11-12-02   04:01P
                    ENC 210541
SVC=2060-   AUL CHASE '01
211121669343 5

LPAGOUTP = 0.00  LABOUTP = 0.00

PROVIDER CODE:  01 MD

SERVICE CODE:  16 VISIT-ADULT

**PROVIDER CODES:**

| 01 MD | 02 MD-RES | 03 NP | 04 PA | 05 RN | 06 LVN |
| 09 DFM | 23 INTERN | 28 CA | 54 PHARMACIST | 72 ROOM | 74 PROCEDURE |

**CODES:**

16 VISIT-ADULT            23 PROBLEM VISIT        13 VISIT-CHILD

25 RIGID SIGMOID

18 PE-ADULT/PRE-OP PE                              15 PE-PEDS
                        28 FLEXIBLE SIGMOID

14 OBSTETRICS-NEW        35 SURG PROC - SHORT    20 PE-INFANT/WELL BABY

17 OBSTETRICS-RETURN     36 SURG PROC - LONG     27 HOLDING

19 NURSING PROCEDURE                              24 UNPLANNED ADMIT     77 WH ONLY UNSCH

TALLY  1  2  3  4  5  6  8  10  11  12  13  14  15  16  17  18  19  20
DATA

60  ADV WI
SUPPLIES

X-RAY    < >CXR/PA&LAT   < >MAMMOGRAM

LAB(CIRCLE IF STAT)< >FBS         < >LT (THROAT)   < >CREAT   < >PAP
< >CBC(W/OUT DIFF)< >FBS          < >CHOLESTEROL   < >K+      < >PREG TEST
< >CBC            < >HBA1C        < >CHOL/HDL       < >LYTES   < >WET MOUNT
< >UA             < >MICROALBUMIN < >LIPID PROFILE < >TSH     < >CHLAMYDIA
                                                              < >GC CULTURE

SUBSTANCES/MEDICATIONS/IMMUNIZATIONS (NOTE DOSAGE & ROUTE)

PLEASE RETAIN THIS RECEIPT FOR TAX OR INSURANCE PURPOSES

| REGISTRATION / FEES | |
| .00 | 11 |
| | 000 |

11-12-02  16:01:34
2060-

257.
32 196

**CONFIDENTIAL MEDICAL INFORMATION:** This form contains confidential medical information which is only to be accessed by those with legitimate need to know. This form may not be placed or maintained in a non-medical personnel file, but must be placed in a separate confidential occupational health file.

0004286888    M 02 70

**1. Patient Data:**

| | Month | Day | Year | | Day 8 am - 5 pm | Evn 5 pm - 12 am | Night 12 am - 8 am |
|---|---|---|---|---|---|---|---|
| DATE OF THE FORM VISIT/DISCHARGE: | | | 200 | | | | |

Patient presenting for OMI only; not treated for this impairment.

**EMPLOYEE STATES:**

| | Month | Day | Year |
|---|---|---|---|
| LAST DAY WORKED: | | | |

**EMPLOYEE STATES:**

| | Month | Day | Year |
|---|---|---|---|
| DATE OF INJURY / DATE ILLNESS BEGAN: | | | |

Telephone advice

Medical Record Number (If KP card is not available)

| | | - | | | | |

DATE OF:
- Hospital Admit
- Outpatient Surgery
- EDC

| Month | Day | Year |
|---|---|---|
| | | 200 |

MARK IF ANY CORRECTIONS:  ☒

© copyright 1997, Kaiser Permanente

2040 2073    047821437

**2. Diagnosis or Reason for Impairment:**

**a.** Mark ONLY the DX(s) driving the Off Work/Activity Restriction(s) in Section 3.

**b.** If DX bubble NOT found in 2a, print Code and Write description of the DX driving Off Work/Activity Restriction(s) in Section 3.

| | | | | | | |
|---|---|---|---|---|---|---|
| Adverse Effect Environment | 01 | FX: Ankle / Foot / excludes Toe(s) | 02 | Sprain / Strain / Pain: Cervical / Thoracic Neck | 03 | DMI Code (DMI group list partly sheet) |
| Carpal Tunnel Syndrome | 04 | FX: Humerus / Radius / Ulna / Hand / Finger(s) | 05 | Sprain / Strain / Pain: LE / Hip / Knee / Ankle / Foot / Toe(s) | 06 | Diagnosis Code (ICD - see ECR) |
| Contusions: excludes cerebral | 07 | Internal Derangement of Knee (prior to scope) | 08 | Sprain / Strain / Pain: LS / Low Back | 09 | Procedure Code (CPT - see ECR) |
| Eye Injury - Superficial: Corneal Abrasion / Foreign Body / Chemical Burn | 10 | Lacerations / Wounds | 11 | Sprain / Strain / Pain: UE / Shoulder / Elbow / Wrist / Hand / Finger(s) | 12 | Written description for DMI code listed above (2b). |
| Fibromyalgia / Myofascial Pain Syndrome / Fasciitis (diffuse) | 13 | Radiculopathy (cervical-lumbar) / Sciatica | 14 | Tendonitis / Synovitis / Bursitis / Shoulder / Impingement | 15 | |

**3. EMPLOYER INSTRUCTIONS**

**Recommended Impact on Work:**

**a. RETURN TO WORK TODAY**
- Patient can return to work today, without restrictions

**b. OFF WORK** — Example — `0 2 1`
- Patient completely unable to work for a period of ____ Calendar Day(s)

STARTING WITH

| Month | Day | Year |
|---|---|---|
| | | 200 |

**c. ACTIVITY RESTRICTIONS** Example — `0 0 0`
- Patient can return to work with restriction(s) as noted in Section 4. for a period of ____ Calendar Day(s)

STARTING AFTER OR WITH

| Month | Day | Year |
|---|---|---|
| | | 200 |

**d. PERMANENT CONDITION**
- Patient has reached maximum medical improvement. Restriction(s) listed are permanent.
- Patient is permanently, totally disabled. (ie: anticipate he/she will never return to any work.)

**4. Restriction(s):**

Unmarked Box = No Restriction check "Comments"

| | Climbing | Driving | Hand Motion L / R | Push Pulling | Sitting | Standing | Walking | |
|---|---|---|---|---|---|---|---|---|
| Cannot Perform | | | L / R | | | | | L / R |
| MAX: Minutes | | | | | | | | 30 |
| MAX: Hours Per 8 hr. Shift | | | | | | | | 5   4 |

NO LIFTING OVER

Comments - use assistive devices:    Discharged as Cured

FOLLOW-UP PLAN:

FOR WORKER'S COMP QUESTIONS CALL 1-888-566-9675

Date Signed:

| Month | Day | Year |
|---|---|---|
| | | 200 |

Circle affiliated Medical Center Area

Clinician Name (print)

PATIENT COPY - WITH DIAGNOSIS    PART 1 of 3

OCCUPATIONAL HEALTH

NO:  P-20045
Custody:  CLO BS  114
RelDate:  EPRD 12/24/19

NAME:  BLOODSAW, Theopric
CS:  87 (IV)        C/C EFF 8/3/05
Reclass:  6/2006

HSG:  A2-109L

Assignment:  U/A
Action:  AFFIX "S" SUFFIX; RETAIN C/C

Inmate Bloodsaw appeared before PBSP FAC A UCC on this date for Program Review. Prior to Committee, D. Melton was assigned as staff assistant and was present during Committee. The staff assistant was assigned for the following reasons: CCCMS level of care, and S's current RGPL is 4.0 or less. Committee effectively communicated with S as noted: Short sentences using simple English. Committee noted S has an RGPL of 3.3. Effective communication was achieved, and S appeared to understand. This Program Review is being held for the two following reasons: (1) Review for "S" suffix placement; and (2) Address prior D1/D and/or C/C status. S was asked if he was willing to take a cellie and program, and S stated, "No." Committee noted S has no cellmate and the "S" custody suffix has not previously been applied. **Committee acts to affix the "S" suffix, due to S adamantly refusing to take a cellie and program.** S was advised that the "S" suffix can be taken off when he decides to program and adhere to CDC rules and regulations of double celling. Committee notes that ICC of 6/22/05, assigned S to WG/PG D1/D when placed in AD-SEG. Per memo of 9/17/04, any I/M who is placed in AD-SEG while on C/C status shall be assigned to WG/PG D2/D. This shall be assigned whether or not the move was adverse or non-adverse. **Committee acts to clear this error and make S D2/D effective 6/10/05 through 8/2/05, then C/C 8/3/05 until present UCC.** As S is adamantly refusing to program, **Committee acts to retain S on WG/PG C/C. Committee further acts to continue custody level at CLO BS, with WG/PG C/C effective 8/3/05.** S participated in Committee, acknowledged understanding, and agreed with Committee action, stating, "I'm telling you straight up, I'm a Crip." S was advised of Committee's decision and his right to appeal, and that any appeal of this Committee action must be submitted within 15 working days of this date, whether he has received the CDC Form 128G Classification chrono or not. Next scheduled Committee will be in 6/2006, for Annual Review.

CHAIRPERSON:  D. SWEARINGEN/FC(A)

S. WALCH/CCII(A)

RECORDER:  M. THORNTON/CCI

CC:  ☐OBIS  ☐CSR  ☐IGI  ☐PSYCH  ☐MED  ☐C&PR  ☐OTHER _____
Committee Date: 10/18/05        (THORNTON/jw)        Classification        FAC-A  UCC/REVIEW

☒128-C2 in C-file
Inst: PBSP

orig.

NO-P-20045                    NAME: BLOODSAW, Theopric                    Housing:  B8-209
Custody: CLO BS    CS: 93 (IV)    C/C Eff. 07/14/04    Assignment: VUN
RelDate: EPRD 12/24/2019    Reclass: 10/25/06    Action:    PLACE IN BMU PROGRAM FOR 90 DAYS, ON
STEP 1 OF ITP FOR 30 DAYS. CONTINUE C/C
EFFECTIVE 07/14/06.

Inmate Bloodsaw appeared before PBSP FAC B BMU UCC on this date for Annual/Initial Review.  Committee notes CDC 128C, Madrid Exclusionary chrono, dated 03/01/04, denoting no level of care.  DDP Review: 128C-2 in Central File.  Prior to Committee, Correctional Counselor I Webster was assigned as staff assistant and was present during Committee.  The staff assistant was assigned for the following reasons: most current RGPL under 4.0.  Committee notes S has an RGPL of 3.3.  Effective communication was achieved using short sentences and simple English, and S appeared to understand.  Committee notes S's reason for Behavior Modification Unit (BMU) placement is due to: S was deemed a program failure defined by the CCR, Title 15, Section 3000.  S is determined to be compatible with another inmate and refuses to voluntarily double cell, or refuses to participate in the racial integration policy as defined in the Johnson v. State of California settlement agreement.  UCC notes latest RVR dated 03/28/05 for Refusal to Obey Orders (refused a celmate).  The Director's rules, PBSP expectations, and specific privileges and non-privileges of WG/PG C/C were thoroughly explained.  Grooming standards and PBSP expectations were discussed and S stated he was willing to comply.  Committee notes S has one new 115 this review period; fro Refusal to Obey Orders dated 02/23/06 (S refused to return to his assigned cell).  Placement score is increased by 2 points to a current Level IV score of 93 points.  Mandatory score of 19 is noted for VIO.  S was advised to notify staff immediately of any enemy situation which may arise.  Committee noted S has no cellmate, and the "S" suffix has previously been applied.  S is approved for 270 design facilities.  There have been changes in S's commitment case factors since Initial Classification chrono dated 03/02/04.  **Committee acts to place S into the BMU program for 90 days and place on step # 1 of Individual Treatment Plan (ITP) for 30 days.  S was advised of his ITP which includes the basic requirement that he remain disciplinary free for 90 days prior to any consideration for his release from BMU and his completion of the selected behavior modification assignments.  Continue WG/PG C/C status effective 07/14/06, and continue at CLO BS custody.  Committee also acts to retain "S" suffix due to UCC action dated 10/18/05.  S adamantly refused to double cell.  UCC notes S is reviewed and cleared for double celling although he refused to double cell.**  S participated, acknowledged understanding, and disagreed with Committee action, stating "I won't take a cellie because of legal work and medical issues.  I am here illegally.  I am disabled, I have spine issues."  UCC stated single cell status is not a ADA issue.  S continued stating, "There is nothing wrong with me.  I know what I am doing, but I am disabled.  I could not care about the US."  UCC stated you have to appeal to the courts.  S lastly stated "I have been discriminated against as a Black man."  UCC notes S walked unassisted to UCC, sat upright, straddling a chair, and did not grimace when he stood back up to exit the Committee room.  S is eligible to work around computers, computer systems, or be in areas that may have access to personal information per PC 2702, PC 502, or PC 5071.  PC 2933 and 2930 complied with.  S was advised of Committee's decision and his right to appeal.  The inmate has been advised that any appeal of this committee action must be submitted within 15 working days of this date, whether he has received the CDC form 128-G classification chrono or not.  Next scheduled Committee will be on 10/25/06 for Program Review.

CHAIRPERSON:  M. FOSS/AC    J. ROBERTSON/CCII    S. ROBERTS/EDUCATION    RECORDER: D. MELTON /CCI

☐OBIS ☐CSR ☐IGI ☐PSYCH ☐MED ☐ OTHER

Committee Date:  09/21/06    (MELTON/ew)    Classification    FAC-B BMU UCC    INITIAL REVIEW    Inst: PBSP

STATE OF CALIFORNIA

**NO:** P-20045    **NAME:** BLOODSAW, Theopric    **Housing:** B8-209
**Custody:** CLO B    **CS:** 93 (IV)    **C/C Eff.** 07/14/04    **Assignment:** BMU
**RelDate:** EPRD 12/24/2019    **Reclass:** 01/03/07    **Action: REAFFIRM PLACEMENT IN BMU FOR 90 DAYS.
RETAIN ON STEP# 1 OF ITP. CONTINUE
C/C EFFECTIVE 07/14/04. D/C CLEAR.**

Inmate Bloodsaw appeared before PBSP FAC B Behavior Modification Unit (BMU) UCC on this date for Program Review. Committee notes CDC 128C, Madrid Exclusionary, dated 03/01/04, denoting no level of care. DDP Review: 128C-2 in Central File. Prior to Committee Correctional Officer Thom was assigned as a staff assistant and was present during Committee. The staff assistant was assigned for the following reason: S's current RGPL is 4.0 or less. Committee notes S has a RGPL of 3.3. Effective communication was achieved using short sentences and simple English and S appeared to understand. Committee notes that S has received disciplinaries dated 10/17/06, 11/14/06, 11/16/06, and 11/21/06, for Refusing to Attend BMU Classes. S additionally received a 128A dated 10/25/06 for Refusing to Accept a Cellie during this 30 day review. Placement score is a current Level IV score of 93 points. Mandatory minimum score of 19 is noted for VIO. S was advised to notify staff immediately of any enemy situation which may arise. S is approved for 270 design facilities. **Committee acts to reaffirm S in the BMU program for 90 days and retain on Step # 1 of Individual Treatment Plan (ITP) for 30 days based on S's nonparticipation in the required BMU classes and not remaining disciplinary free. Committee also acts to continue WG/PG C/C status effective 07/14/04, and continue at CLO B custody. S was reviewed and cleared for double celling.** S was advised of his ITP which includes the basic requirement that he remain disciplinary free for 90 days prior to any consideration for his release from BMU and his completion of the selected behavior modification assignments. S participated in Committee, acknowledged understanding and disagreed with Committee action, stating "What about my 602's. I will see you all in Court." UCC explained that his appeals were being processed and that he needed to follow the BMU program requirements to be released to the general population. S is eligible to work around computers, computer systems, or be in areas that may have access to personal information per PC 2702, PC 502, or PC 5071. PC 2933 and 2930 complied with. S was advised of Committee's decision and his right to appeal, and that any appeal of this Committee action must be submitted within 15 working days of this date, whether he has received the CDC form 128G, Classification chrono, or not. Next scheduled Committee will be on 01/03/07 for Program Review. Next scheduled Annual Committee will be in 06/2007.

**CHAIRPERSON:** G. BELL/FC (A)    **S. WALCH/CCII**    **S. ROBERTS/EDUCATION**    **RECORDER:** D. MELTON/CCI

☐OBIS ☐CSR ☐IGI ☐PSYCH ☐MED ☐ OTHER

**Committee Date:** 11/29/06    **(MELTON/ew)**    Classification    **BMU/UCC**    **PROGRAM REVIEW**    **Inst: PBSP**

Orig.

NO: P-20045                  NAME: BLOODSAW, Theopric          BED/CELL: B8 –209
Custody: CLO B               CS: 93 (IV)        C/C EFF: <u>07/14/04</u>      Assignment: BMU
RelDate: EPRD 12/24/2019                        Reclass: 01/31/07    Action:    **REAFFIRM BMU PLACEMENT. RETAIN STEP # 1 OF ITP FOR 30 DAYS. CONTINUE WG/PG C/C EFFECTIVE 07/14/04. D/C CLEAR.**

Inmate Bloodsaw appeared before PBSP FAC B Behavior Modification Unit (BMU) UCC on this date for 30 day Program Review. Committee notes CDC 128C, Madrid Exclusionary Chrono, dated 03/01/04, denoting no level of care. DDP Review: 128C-2 in Central File and is clear noting NCF. Committee notes S has RGPL of 3.3. Committee notes S has RGPL of 3.5. Prior to Committee Correctional Officer Thom was assigned as staff assistant and was present during Committee. The staff assistant was assigned for the following reason: S's current RGPL is 4.0 or less. Effective communication was achieved using short sentences and simple English, and S appeared to understand. S was advised to notify staff immediately of any enemy situation that may arise. Grooming standards and Pelican Bay State Prison (PBSP) BMU expectations were discussed. S can be housed with Black ethnic groups. Committee notes S is cleared for double celling per PBSP's current double celling criteria, although he refuses to accept a cellie. S is approved for 270' design facilities. Placement score is noted to be 93 Level IV points. Committee further notes S was initially placed into the BMU program on 09/21/06, based on: **S was deemed a program failure per the CCR, Title 15, Section, 3000.** Committee notes S has received RVR's dated 12/12/06, 12/15/06, 12/26/06, and 212/29/06, for Refusing to Participate in BMU classes during this 30 day period. S has failed to meet the necessary requirements of Step # 1; therefore, is not eligible to graduate to Step # 2. **Step # 1** Privileges include, but are not limited to:

❖   WG/PG C/C status.

❖   Emergency telephone call only.

❖   One-quarter the monthly canteen draw allowance, not to exceed $ 45.00.

❖   A minimum of 10 hours out-of-cell time per week, which includes, dayroom, workshops (ITP classes), and self-help group activities as limited by physical design and local institution security and facility needs.

❖   Non-contact visits, if eligible; and with approved visitors only.

❖   If the inmate meets the goals of the ITP he will graduate to step # 2.

**Committee acts to reaffirm S's placement in the BMU program and retain Step # 1 of the Individual Treatment Plan (ITP) for approximately 30 days. Committee further acts to continue WG/PG C/C status effective 07/14/04, and continue at CLO B custody.** S was reviewed and cleared for double celling, noting no history of in-cell violence. S participated in Committee, acknowledged understanding, and disagreed with Committee action, stating "I am nobody's child. I am 48 years old. I'm not going to the classes; I have a choice not to go!" S has been advised that he must remain disciplinary free and complete the selected behavior modification assignments as directed, prior to being considered for release from the BMU to the general population (GP). S's case will be reviewed by UCC, in approximately 30 days for future program modifications. S is eligible to work around computers, computer systems, or to be in areas that may have access to personal information, per PC 2702, PC 502, or PC 5071. PC 2933 and 2930 has been complied with. S was advised of Committee's decision and his right to appeal, and that any appeal of this Committee action must be submitted within 15 working days of this date, whether he has received the CDC form 128G, classification chrono, or not. Next scheduled 30 day Program Review will be on 01/31/07. Next scheduled Annual Review will be in 06/07.

CHAIRPERSON: J. ROBERTSON/FC (A)       J. BROWMAN/CCII (A)        S. ROBERTS/EDUCATION        RECORDER: D. MELTON/CCI

☐OBIS ☐CSR ☐IGI ☐PSYCH ☐MED ☐ OTHER_____

Committee Date: 01/03/07    (MELTON/ew)    Classification       BMU/UCC          PROGRAM REVIEW          Inst: PBSP

*H̸* *ttb/b/b*
*122 - 201*

| | | |
|---|---|---|
| **CDCR#:** P-20045 | **NAME:** BLOODSAW, Theopric | **Housing:** B8-209L |
| Custody: CLOB | CS: 93 (IV)  C/C Eff. <u>07/14/04</u> | Assignment: BMU STEP #1 |
| Rel Date: EPRD 12/24/2019 | Reclass: 02/27/07 | **Action:** **REAFFIRM BMU PLACEMENT 90 DAYS. RETAIN ON STEP # 1 30 DAYS. CONTINUE  WG/PG C/C EFF. 07/14/04.   D/C CLEAR** |

Inmate **Bloodsaw** refused to appear before PBSP FAC-B Behavior Modification Unit (BMU) UCC on this date for 30 Day  Program Review.  Committee notes CDC 128C, Madrid Exclusionary Chrono, dated 03/01/04, denoting no level of care.  DDP Review: 128C-2 in Central File and is clear noting NCF.  Committee notes S has an RGPL of 3.3.  Prior to Committee, Correctional Officer J. Thom was assigned as Staff Assistant, interviewed S at least 24 hours prior to UCC, per CCR, Title 15, Section, 3315(d)(2)(A) and was present during Committee.  The Staff Assistant was assigned based on S 's current RGPL is 4.0 or less. S is advised, via this chrono, to notify staff immediately of any enemy situations that may arise.  Grooming standards and Pelican Bay State Prison (PBSP) expectations were discussed.  S is cleared for double celling per PBSP's current double cell policy, and can be celled with Black ethnic groups, although he refuses to accept a cellie.  Committee further notes that S has no current cellmate, and the "S" custody suffix has not been previously applied.  S is approved for 270' design facilities.  Placement score is noted to be 93 Level IV points. Committee further notes S was initially placed into the BMU program on 09/21/06, based on: **S was deemed a program failure defined by the CCR, Title 15, Section, 3000.**  Committee notes that since S's prior 30 day Program Review, he received RVR dated 01/22/07, for Recurring Failure to Meet Program Expectations.  S has also refused to participate in the required BMU ITP classes, dated, 01/18/07 and 01/19/07.  Based on the above information, UCC is in mutual agreement that S has not met the necessary requirements of Step # 1, and therefore, is not eligible to graduate to Step #2.  **Step # 1 Privileges include, but are not limited to:**

- ❖ WG/PG, C/C status for approximately 30 days.

- ❖ Emergency telephone calls only.

- ❖ One-quarter (1/4) the monthly canteen draw allowance, not to exceed $45.00.

- ❖ A minimum of 10 hours out-of-cell time per week, which may include dayroom, workshops (ITP classes) and self-help-group activities, as limited by physical design and local institution security and facility needs.

- ❖ Non-contact visits, if eligible; with approved visitors only.

**Committee acts to reaffirm S's placement in the BMU program and retain on Step # 1 of the Individual Treatment Plan (ITP) for approximately 30 days.  Committee also acts to continue WG/PG, C/C status effective 07/14/04, and continue at CLOB custody.  S was reviewed and cleared for double-celling, noting no history of in-cell violence.**  S is advised, via this chrono, that he must remain disciplinary free, including any 128-A Counseling Chronos, and complete the selected behavior modification assignments as directed, prior to being considered for release from the BMU to the General Population (GP).  S's case will be reviewed in approximately 30 days to establish future program modifications.  S is eligible to work around computers, computer systems, or be in areas that may have access to personal information per PC 2702, PC 502, or PC 5071. PC 2933 and 2930 have been complied with.  S was advised, at the completion of UCC, via the staff assistant, of Committee's decision and his right to appeal, and S appeared to understand.  Next 30 day Program Review will be on 02/27/07.  Next Annual Review in 06/07.

**CHAIRPERSON:** M. FOSS/*CC*     J. ROBERTSON/CCI I     S. ROBERTS/EDUCATION     **RECORDER:** D. MELTON/CCI

☐OBIS ☐CSR ☐IGI ☐PSYCH ☐MED ☐ OTHER

| | | | | |
|---|---|---|---|---|
| Committee Date: **01/30/07**  (MELTON) | Classification | **BMU**/UCC | **PROGRAM REVIEW** | Inst: **PBSP** |

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDCR 128G (REVISED 4/07)

NO: P-20045    NAME: BLOODSAW, THEOPRIC    HSG:    ASU E1
Custody:    MAX    PS: 119    Level: IV    WG/PG: D1/D    EFF: 09/13/07    Assignment: ASU MERD 04/12/08
Rel Date:    EPRD 09/02/202'    Reclass:    03/05/2008    Action:    FORFEIT 90-DAYS GCC MAX, MERD 04/12/08; REFER TO CSR RX TX EXTENSION
BPH Rev:    0    TO PBSP SHU

RECOMMENDED ACTION: Refer to CSR recommending transfer extension to PBSP-SHU.

ADMINISTRATIVE PLACEMENT FACTORS: Inmate BLOODSAW refused to appear and was reviewed in absentia by PBSP AD-SEG, ICC on this date for Subsequent Review.

ADMINISTRATIVE PLACEMENT DUE PROCESS:

DISCUSSION: Committee notes S is currently endorsed for transfer to PBSP-SHU to serve a determinate SHU term due to RVR dated 04/12/07, Battery on a Peace Officer. Committee elects to forfeit 90-days of Good Conduct Credit due to RVRs dated 10/25/07, Disrespect without Potential for Violence and RVR dated 10/03/07, Refusal to Obey Orders, resulting in a **MAX MERD 04/12/08**. Committee also notes the transfer for PBSP SHU will expire on 12/07/07. **STAFF ASSISTANCE:** More than 24 hours prior to Committee, Correctional Officer D. Harlow was assigned as SA. The SA was assigned as S has no documented reading level or his reading level is below 4.0.

MENTAL HEALTH REVIEW: ICC notes 128-C, dated 05/21/07, noting S is not a participant in the MHSDS level of care. S does not meet PBSP-SHU exclusionary criteria.

DA ACTION: N/A

CELL STATUS: S is cleared for double celling.

YARD STATUS: **Committee acts to place S on Walk Alone Yard Status, Individual Exercise Yard, based upon case factor review.**

COMMITTEE ACTION: **Committee acts to refer to the CSR recommending transfer extension to PBSP-SHU. This is an adverse transfer.** Upon transfer, S's custody will be MAX, WG/PG D1/D effective 09/13/07, and single cell housing will not be required.

INMATE COMMENTS: Did not appear.

APPEAL RIGHTS: As S's case was reviewed in absentia, he will be advised of his rights via this chrono.

CHAIRPERSON:    E. JACQUEZ/CDW    RECORDER:    S. O'DELL/CCII

COMMITTEE MEMBERS:    M. FOSS/CAPT.    J. PASCOE/PHD

DATE:    12/05/2007    ASU INSTITUTIONAL CLASSIFICATION COMMITTEE    Inst.: PBSP

*orig.*

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDCR 128G (REVISED 4/07)

| | | | |
|---|---|---|---|
| NO: | P-20045 | NAME: BLOODSAW, THEOPRIC | HSG: ASU E1 |

Custody: MAX    PS: 133    Level: IV    WG/PG: D1/D    EFF: 09/13/2007 Assignment: ASU MERD 04/12/2008
Rel Date: EPRD 12/01/2021 Reclass: 06/12/2008 Action: RETAIN SHU INDET STATUS UPON EXPIRATION OF MERD; REFER TO CSR RX
BPH Rev: 0                                                    TX PBSP/COR SHU

**RECOMMENDED ACTION: Retain in SHU indeterminate status upon expiration of MERD. Refer to CSR recommending transfer PBSP/COR SHU.**

**ADMINISTRATIVE PLACEMENT FACTORS:** Inmate BLOODSAW refused to appear before PBSP AD-SEG, ICC on this date for Pre-MERD Review. Pursuant to CCR 3336 the Reason for Placement (Part A) is: S is serving a determinate SHU term due to RVR 04/12/07, Battery on a Peace Officer, with a MERD of 04/12/2008.

**DISCUSSION:** Committee notes S is endorsed for transfer to PBSP SHU. Due to the lack of SHU bedspace S has remained in ASU on Active MERD. Committee reviewed S's disciplinary history which includes two RVR's that resulted in determinate SHU terms. S has been found guilty of RVR's dated 08/11/99, Attempted Battery on a Peace Officer, 04/12/07, Battery on a Peace Officer 12/19/07, Indecent Exposure and numerous RVR's for recurring Failure to Meet Program/Work Expectations. Committee views S's refusal to appear at ICC for his Pre-MERD Review, as another example of his refusal to program. Committee deems S's presence in GP poses an unacceptable risk to the safety of others and the security of the institution. **Committee acts to retain S on SHU Indeterminate status upon expiration of MERD.**

**STAFF ASSISTANCE:** More than 24 hours prior to Committee, Correctional Officer J. Kay was assigned as SA. The SA was assigned as S has no documented reading level or his reading level is below 4.0.

**MENTAL HEALTH REVIEW:** ICC notes CDCR 128-C, dated 06/27/01, noting S is not a participant in the MHSDS level of care.

**DA ACTION:** N/A

**CELL STATUS:** S is cleared for double celling.

**YARD STATUS: Committee acts to place S on Walk Alone Yard Status, Individual Exercise Yard, based upon case factor review.**

**COMMITTEE ACTION: Committee acts to refer this case to the CSR with recommendation for transfer to PBSP, with alternate of COR, for SHU placement. This is an adverse transfer. Upon transfer, S's custody will be MAX; WG/PG D1/D effective 09/13/07 and single cell housing will not be required.**

**INMATE COMMENTS:** N/A

**APPEAL RIGHTS:** As S's case was reviewed in absentia, he will be advised of his rights via this chrono.

CHAIRPERSON:    F. JACQUEZ/CDW                              RECORDER:          S. O'DELL/CCII

COMMITTEE MEMBERS:    R. BELL/FC              J. PASCOE/PHD

DATE:    03/12/2008              ASU INSTITUTIONAL CLASSIFICATION COMMITTEE                    Inst.: PBSP

| | | |
|---|---|---|
| NO: P-20045 | NAME: BLOODSAW, THEOPRIC | HSG: A8U F12 B8 113 |

Custody: CLO-B    PS: 133    Level: IV    WG/PG: A2/B    EFF: 04/13/08    Assignment: SS, FS W/L

Rel Date: EPRD 12/01/2021    Reclass: 04/25/08    Action: ASSESS/SUSPEND 6-MONTH SHU TERM RVR 12/19/07; REFER TO CSR

BPH Rev: NA    AUDIT/REVIEW; RELEASE PBSP-IV B FAC ESTABLISH CLO-B CUSTODY WG/PG A2/B EFF 04/13/08; FS, SS W/L; REFER BMU REVIEW

**RECOMMENDED ACTION:** Refer to CSR for audit/review.

**ADMINISTRATIVE PLACEMENT FACTORS:** Inmate BLOODSAW refused to appear before PBSP AD-SEG, ICC on this date for Subsequent Review. Committee notes S currently housed in ASU without being issued a CDCR 114-D.

**DISCUSSION:** S was previously housed at PBSP SHU serving a determinate SHU term due to an RVR dated 04/12/07, Battery on a Peace Officer. At the expiration of a 04/12/08 MERD, S was moved to ASU. Committee notes a CSR action dated 03/25/08 referred the case to the CDW. The CSR noted an RVR dated 12/19/07, for Indecent Exposure had not been assessed a SHU term as required per the CSRs. Committee also notes ICC action dated 03/12/08 retained S on Indeterminate status due to S's disciplinary history. **ICC acts to rescind ICC action dated 03/12/08.** C-File reflects S was found **guilty of the following:** RVR dated 12/19/07, Log #E07-12-0003, CCR #3007, a DIV-D offense, for the specific offense to Indecent Exposure, resulting in 90-days loss of credit. **This offense warrants a SHU term; therefore Committee acts to assess a 6-month concurrent SHU term and refer to CSR for audit and review.** No aggravating factors were noted. The SHU term was not mitigated due to prior disciplinary history. S's WG/PG will be D2/D effective 12/19/07 for period of credit forfeiture per CCR #3045.1, then WG/PG D1/D will be applied. **Suspended MERD for this offense is 05/04/08.**

**STAFF ASSISTANCE:** More than 24 hours prior to Committee, Correctional Officer J. Kay was assigned as SA. The SA was assigned as S has no documented reading level or his reading level is below 4.0.

**MENTAL HEALTH REVIEW:** ICC notes CDCR 128-C, dated 04/02/08, noting S is not a participant in the MHSDS level of care.

**DA ACTION:** NA

**CELL STATUS:** S is cleared for double celling.

**YARD STATUS:** GP

**COMMITTEE ACTION:** Release to the GP on FAC-B only. C-File reflects S was found guilty of the following: RVR dated 12/19/07, Log #E07-12-0003, CCR #3007, a DIV-D offense, for the specific offense to Indecent Exposure, resulting in 90-days loss of credit. **This offense warrants a SHU term; therefore Committee acts to assess and suspend a 6-month concurrent midrange SHU term for Indecent Exposure. MERD for this offense is 05/04/08.** No aggravating nor mitigating factors were noted. Refer to CSR for audit and review. S's WG/PG will be D2/D effective 12/19/07 for period of credit forfeiture per CCR #3045.1, then WG/PG D1/D will be applied.

Refer for BMU placement, establish CLO-B custody, and WG/PG A2/B, effective 04/13/08, and place on the SS, FS waiting lists.

**INMATE COMMENTS:** NA

**APPEAL RIGHTS:** As S's case was reviewed in absentia, he will be advised of his rights via this chrono.

CHAIRPERSON:    M. COOK/CDW(A)

RECORDER:    S. O'DELL/CCII

COMMITTEE MEMBERS:    R. BELL/FC    C. GLINES/PHD

DATE:    04/16/2008    ASU INSTITUTIONAL CLASSIFICATION COMMITTEE    Inst.: PBSP

Department of Corrections and Rehabilitation
CDCR 128B
State of California

NAME: BLOODSAW, Theopric     NUMBER: P20045     HOUSING: B8-131L

*Subject's case has been reviewed by the Behavior Modification Unit (BMU) Staff. Based upon this review the following actions have been taken, and are effective upon this date.

SUBSEQUENT 180 DAYS

BMU PLACEMENT CRITERIA= Stllable Offense

[X] INITIAL PLACEMENT     [ ] RETAIN CURRENT STEP     [ ] RETURN TO PREVIOUS STEP     [ ] GRADUATE TO NEXT STEP
[ ] PLACE BACK TO _____

| [X] STEP #1 | [ ] STEP #2 | [ ] STEP #3 |
|---|---|---|
| *Privilege Group C status | *Privilege Group C status | *Privilege Group B status |
| (Consistent with CCR Section, 3044) | (Consistent with CCR Section, 3044) | (Consistent with CCR Section, 3044) |
| *Emergency telephone calls only | *One telephone call per month | *One telephone call per month |
| *½ Canteen draw, $45.00 | *½ Canteen draw, $45.00 | *½ Canteen draw, $90.00 |
| *Non-contact visits, if eligible | *Non-contact visits, if eligible | *BMU ½ Time Position |
| | | *Contact visits, if eligible |

Celling status     [X] Double cell approved     [ ] Single cell only

Ethnicity:     [ ] W     [X] B     [ ] Other     [ ] N HISP     [ ] S HISP

Gang affiliation: Crip

Aka: "T" "Theo"

Enemies Reviewed By: D. MELTON, CCI

ENEMY CONCERNS: [ ] NONE     [X] NONE AT PBSP     [ ] NOTED AS FOLLOWS: _____

DISTRIBUTION
     ORIGINAL: C-File
     CC: AWC File
     Inmate

_Dmelton CCI_
B Facility, BMU-CCI

DATE: 4/29/08     PBSP BMU PROGRAM STATUS CHRONO

STATE OF CALIFORNIA  3  206

DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 128 B

NAME: BloodSAW _____ NUMBER: P20045 _____ HOUSING: B8-13/L

## *BEHAVIOR MODIFICATION UNIT (BMU) STEP PROCESS / PRIVILEGES AND EXPECTATONS*

*STEP #1: Initial Placement: PG / C status for approximately 60 days (Consistent with CCR, Title 15, Section 3044):

1. For a minimum of 90 days or 180 days, if Subsequent Placement, beginning the date of the Committee action.
2. Authorized emergency telephone calls only.
3. One-quarter monthly canteen allowance; draw not to exceed $45.00.
4. Non-contact visits, if eligible.
5. If the inmate meets the goals of the Individual Treatment Plan (ITP), he will graduate to Step 2.

*STEP #2: Privilege Group C status for approximately 30 days (Consistent with CCR, Title 15, Section 3044):

1. One telephone call per month.
2. One-quarter monthly canteen allowance; draw not to exceed $45.00.
3. Non-contact visits, if eligible.
4. If the inmate meets the goals of the ITP, he will graduate to Step 3.

*STEP #3: Privilege Group B status for approximately 30 days (Consistent with CCR, Title 15, Section 3044):

1. Inmate is eligible for a job within the BMU only. As enough jobs can be provided and encouraged success, these porter and barber jobs may be designated half-time positions.
2. One telephone call per month.
3. One-half monthly canteen allowance; draw not to exceed $90.00.
4. Contact visits, if eligible.
5. If the inmate meets the goals of the ITP, he will graduate to Step 4, and be released to the General Population.

*STEP #4: Upon completion of the Individual Treatment Plan (ITP), inmates will be returned to traditional General Population (GP) housing, upon bed availability.

Graduation to succeeding ITP Steps is entirely based upon the inmate's positive performance. Specifically: The inmate must remain disciplinary free, (including any 128 A Counseling Chrono's), maintain grooming standards, and participate to the best of his ability in the programs assigned to him in his Individual Treatment Plan (ITP). The above mentioned Step increases shall be documented on a CDCR, Form 128-B Informational Chrono by the appropriate BMU staff, only if said action is non-adverse, per Operational Procedure #225.

D. MELTON, CCI
Behavior Modification Unit Counselor

cc:     C-File
        CC-I
        Inmate

| *I acknowledge receipt of the Step Process, Privilege Restrictions, and Graduation Requirements: | (A) Refused to attend  4/29/08 |
|---|---|
| | Inmate's Signature                    Date |

NAME: Bloodsaw    NUMBER: P20045    HOUSING: B8-131L

## *BEHAVIOR MODIFICATION UNIT (BMU) STEP PROCESS / PRIVELEGES AND EXPECTATONS:*

*STEP #1: Initial Placement:Work Group/Privilege Group C/C status for approximately 30days:

   1.   Authorized emergency telephone calls only.
   2.   One-quarter monthly canteen draw allowance, not to exceed $45.00.
   3.   A minimum of ten hours of out-of-cell time per week, which includes dayroom, workshops, and self -help group activities, as limited by physical design and local institution security and facility needs.
   4.   Out -of-cell time limited to contact with BMU inmates only.
   5.   Non-contact visits, if eligible.
   6.   If the inmate meets the goals of the Individual Treatment Plan (ITP), he will graduate to Step 2.

*STEP #2: Work Group / Privilege Group C/C status / for approximately 30 days:

   1.   One telephone call per month.
   2.   One-half monthly canteen draw allowance, not to exceed $90.00.
   3.   A minimum or ten hours out-of-cell time per week, which includes dayroom workshops, and self-help group activities, as limited by physical design and local institution security and facility needs.
   4.   Non-contact visits, if eligible.
   5.   If the inmate meets the goals of the ITP, he will graduate to Step 3.

*STEP #3: Work Group / Privilege Group B/B status /for approximately 30 days:

   1.   Inmate is eligible for a job within the BMU only.  As enough jobs can be provided and encouraged success, these porter and barber jobs may be designated half-time positions
   2.   One telephone call per month
   3.   One-half monthly canteen draw allowance, not to exceed $90.00.
   4.   A minimum of ten hours out-of-cell time per week, which includes yard, dayroom, workshops, and self-help group activities, as limited by local institution security and facility needs.
   5.   Contact visits, if eligible.
   6.   If the inmate meets the goals of the ITP, he will graduate to Step 4.

*STEP #4: Upon completion of the Individual Treatment Plan (ITP), inmates will be re-housed into alternate General Population (GP) housing, upon bed availability.

Graduation to succeeding steps is entirely based upon the inmate's positive performance.  Specifically:  The inmate must remain disciplinary free, (including any 128 A Counseling Chronos), maintain grooming standards, and participate to the best of the inmates ability in the programs assigned to him in his Individual Treatment Plan (ITP).

Reference:  Operational Procedure #225/BMU

## D. MELTON, CCI

Behavior Modification Unit Committee Member

cc      CC-I
         C-File
         Inmate

| *I acknowledge receipt of the Step Process, Privilege Restrictions and Graduation Requirements: | I/m copy | 4/29/08 |
|---|---|---|
| | Inmate's Signature | Date |