**FILED**
JUL - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Bloodsaw Theop, et al.
Plaintiff,

vs.

Sayre Michael
Malo-Clines Cheryl
Jain Bhawna
Defendant.

CASE NO. CV 08 3315 JF (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Bloodsaw T., declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _In the year of 2000 at San Quentin State Pr-_
4  _ison I had no pay number. Prior to that Im disa-_
5  _ble and homeless (ADA)._
6  2.   Have you received, within the past twelve (12) months, any money from any of the following
7  sources:

8    a.   Business, Profession or                    Yes ___ No ✓
9         self employment
10   b.   Income from stocks, bonds,                 Yes ✓ No ___
11        or royalties?
12   c.   Rent payments?                             Yes ___ No ✓
13   d.   Pensions, annuities, or                    Yes ___ No ✓
14        life insurance payments?
15   e.   Federal or State welfare payments,         Yes ___ No ✓
16        Social Security or other govern-
17        ment source?

18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _$13.00 from my Aunt on 1-14-08 Serial No._
21  _200479669335_
22  3.   Are you married?                            Yes ___ No ✓
23  Spouse's Full Name: _____
24  Spouse's Place of Employment: _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____ Net $_____
27  4.   a.   List amount you contribute to your spouse's support : $ _N/A_
28       b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____              - 2 -

1  and indicate how much you contribute toward their support. (NOTE: For minor
2  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3  *N/A*
4  _____
5  5.  Do you own or are you buying a home?        Yes ___  No ✓
6  Estimated Market Value: $_____ Amount of Mortgage: $_____
7  6.  Do you own an automobile?                    Yes ___  No ✓
8  Make _____ Year _____ Model _____
9  Is it financed? Yes _____ No _____ If so, Total due: $ _____
10 Monthly Payment: $ _____
11 7.  Do you have a bank account?  Yes ___ No ✓ (Do not include account numbers.)
12 Name(s) and address(es) of bank: _____
13 _____
14 Present balance(s): $ _____
15 Do you own any cash? Yes ___ No ✓ Amount: $ _____
16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 market value.)  Yes ___ No ✓
18 _____
19 8.  What are your monthly expenses?
20 Rent: $ *N/A*              Utilities: *N/A*
21 Food: $ *N/A*              Clothing: *N/A*
22 Charge Accounts:
23 Name of Account        Monthly Payment        Total Owed on This Acct.
24 _____             $ _____           $ _____
25 _____             $ _____           $ _____
26 _____             $ _____           $ _____
27 9.  Do you have any other debts? (List current obligations, indicating amounts and to whom
28 they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____         - 3 -

1  N/A

2

3  10.  Does the complaint which you are seeking to file raise claims that have been presented in
4  other lawsuits?                                              Yes ✓  No ___
5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6  they were filed.
7  CV-00752-JF-550; C 07-1442-JF-(PR);
8  CV-04665-JF-555; CV-04200-JF-550

9       I consent to prison officials withdrawing from my trust account and paying to the court the
10 initial partial filing fee and all installment payments required by the court.
11      I declare under the penalty of perjury that the foregoing is true and correct and understand
12 that a false statement herein may result in the dismissal of my claims.

13
14  6-19-08                            T. Bradshaw
15    DATE                           SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____        - 4 -

Case Number:_____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Theopric Kent Bloodsaw  P20045</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>0.98</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>0.98</u>.    (20%= $0.20)

Dated: 6/24/08

_____
Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 6-24-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY ___S. Kleppin___
TRUST OFFICE

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months at

[prisoner name]

_____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $_____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____

_____

[Authorized officer of the institution]

```
REPORT ID: TS3030   .701                                    REPORT DATE: 06/24/08
                                                            PAGE NO:           1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                              PELICAN BAY STATE PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 24, 2008

ACCOUNT NUMBER : P20045                     BED/CELL NUMBER: BF08L 000000113L
ACCOUNT NAME   : BLOODSAW, THEOPRIC KENT    ACCOUNT TYPE: I
PRIVILEGE GROUP: C

                              TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE   DESCRIPTION      COMMENT      CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
----    ----   -----------      -------      ---------   --------   -----------   -------

12/01/2007    BEGINNING BALANCE                                                      0.00
    ACTIVITY FOR 2008
01/14*DD30  CASH DEPOSIT    2981 #138                       5.85
01/15 W516  LEGAL COPY CH   3013                                        1.90         5.85
01/17 W512  LEGAL POSTAGE   3049                                        0.20         3.95
01/17 W512  LEGAL POSTAGE   3049                                        1.31         3.75
01/22 W513  MISC. CHARGES   3121                                        0.20         2.44
01/31 W919  REVERSE LEGAL   3295/3049                                   1.27-        2.24
01/31 W215  FEDERAL FILIN   3295 1/14                                   1.17         3.51
01/31 W212  FEDERAL FILIN   3295 1/14                                   1.17         2.34
01/31 W212  FEDERAL FILIN   3295 1/14                                   1.17         1.17
                                                                                     0.00

                            CURRENT HOLDS IN EFFECT
   DATE        HOLD
  PLACED       CODE       DESCRIPTION              COMMENT           HOLD AMOUNT
 ---------     ----   ------------------          ---------          -----------
 02/05/2008    H116   FEDERAL FILING FEE HOLD     3408 INI                 0.30

                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/13/02                          CASE NUMBER: YA053506
COUNTY CODE: LA                                   FINE AMOUNT: $      250.00

   DATE       TRANS.    DESCRIPTION              TRANS. AMT.        BALANCE
 --------     ------   -------------             -----------        -------

 12/01/2007   BEGINNING BALANCE                                      240.00
 01/14/08     DR30    REST DED-CASH DEPOSIT         6.50-            233.50
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 6-24-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICER

```
REPORT ID: TS3030 .701                                              REPORT DATE: 06/24/08
                                                                    PAGE NO:          2
                            PELICAN BAY STATE PRISON
                           INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 24, 2008

ACCT: P20045        ACCT NAME: BLOODSAW, THEOPRIC KENT        ACCT TYPE: I

       * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
       * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *
```

## TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 5.85 | 5.85 | 0.00 | 0.30 | 0.00 |



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
        TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
-----------
    0.30-



Bloodsaw Theopric #P20045
PBSP BB-113
P.O. Box 7500
Crescent City, CA 95532

Confidential
Legal Mail

United States District Court
Northern District of Calif.
ATTN: Clerk
450 Golden Gate Ave.
San Francisco, CA 94102

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

02 1M
0004217666
MAILED FROM ZIP CODE 95531
$00.59⁰
JUN 27 2008
PITNEY BOWES

**PBSP
INDIGENT ENVELOPES**